# EXHIBIT "A"

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
RICHMOND COUNTY, GEORGIA

**2020RCCV00412**

JOHN FLYTHE
SEP 17, 2020 11:50 AM

*Hattie Holmes Sullivan*
Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

THE HALE FOUNDATION, INC.,

    Petitioner

v.

AUGUSTA-RICHMOND COUNTY,
GEORGIA, MAYOR HARDIE DAVIS, JR.,
and COMMISSIONERS WILLIAM
FENNOY, DENNIS WILLIAMS, MARY
DAVIS, SAMMIE SIAS, BOBBY
WILLIAMS, BEN HASAN, SEAN
FRANTOM, BRANDON GARRETT,
MARION WILLIAMS, and JOHN CLARKE
Individually and in their Official Capacities as
Members of the Augusta Richmond County
Commission of Commissioners

    Respondents in Certiorari, and Defendants

CIVIL ACTION FILE NO.

2020-RCCV-

## APPEAL AND PETITION FOR WRIT OF CERTIORARI, AND VERIFIED COMPLAINT

COMES NOW, Petitioner, The Hale Foundation, Inc., a Georgia non-profit corporation (hereinafter "Petitioner"), by and through its undersigned counsel, and files this Appeal, Petition for a Writ of Certiorari and Verified Complaint ("Petition"), showing this Court as follows:

### INTRODUCTION

1.

This action arises from Petitioner's request for a Special Exception to establish a voluntary in-patient medical substance abuse treatment center exclusively for first responders on property located at 3042 Eagle Drive, and by the unlawful denial of same by Respondents in Certiorari, Augusta-Richmond County Commission of Commissioners and its Commissioners (hereinafter, collectively, the "Commission"). In denying Petitioners Special Exception Application, the

1

Commission ignored the evidence submitted by the Petitioner, and the approval recommendation by the Augusta-Richmond County Planning Commission. Instead, the Commission only considered the discriminatory requests of Petitioner's neighbors who asked that a medical treatment facility **not be placed in their back yard**. Such an arbitrary denial violates Petitioner's constitutionally protected rights, it is a determination beyond the scope of the Commission's discretion, and it is an action in bad faith outside the scope of the law. Moreover, it renders the property useless compared to its historical and intended purpose. For these reasons, Petitioner seeks relief from this Court to reverse the denial and compel the approval of the application.

2.

This action is brought as a petition for writ of certiorari pursuant to O.C.G.A. § 5-4-3 *et seq.*

3.

This petition is timely filed within thirty (30) days of the Respondents' August 18, 2020 decision denying Petitioner's Special Exception Application (Z-20-38).

4.

The Commission's August 18, 2020 decision denying Petitioner's Special Exception Application (Z-20-38) is a final decision.

5.

Petitioner is aggrieved because of the Commission's final decision.

6.

The subject property consists of +/- 20.65 acres adjacent to Augusta Technical College, and it is identified as Richmond County Tax Parcel 109-0-001-00-0 (the "Property").

7.

Petitioner is the owner of the Property, which is subject to the jurisdiction of this Court by filing this action.

8.

"The sweep of sovereign immunity under the Georgia Constitution is broad." *Lathrop v. Deal*, 301 Ga. 408, 424 (2017) (citing *Olvera v. Univ. System of Ga. Commission of Regents*, 298 Ga. 425, 426 (2016)). "[T]he doctrine of sovereign immunity extends generally to suits against the State, its departments and agencies, and its officers in their official capacities for injunctive and declaratory relief from official acts that are alleged to be unconstitutional." *Lathrop*, 301 Ga. at 409. However, this does "not mean that citizens aggrieved by unlawful conduct of public officers are without recourse. It means only that they must seek relief against such officers in their individual capacities." *Lathrop*, 301 Ga. at 434 (citing *Georgia Dept. of Natural Resources v. Center for a Sustainable Coast*, 294 Ga. 593, 603 (2014) and *Olvera*, 298 Ga. at 428 (2016)). And the doctrine of sovereign immunity is no bar to petitions for writs of mandamus, the writ being a way "in which an aggrieved citizen may pursue claims directly against state departments, agencies and officers in their official capacities from relief from official acts alleged to be unconstitutional or otherwise unlawful, notwithstanding the broad sweep of sovereign immunity". *Lathrop*, 301 Ga. at 434 (citing *SJN Properties v. Fulton County Bd of Assessors*, 296 Ga. 793, 799 (2015)).

9.

The doctrine of official immunity, also known as qualified immunity and set forth in Article I, Section II, Paragraph IX (d) of the Georgia Constitution, "concerns suits and liabilities of public officers for monetary damages and other retrospective relief" but "does not limit the availability of prospective relief" and hence "does not bar suits for declaratory or injunctive relief brought against county [and city] officers in their individual capacities". *Love v. Fulton County Bd of Tax Assessors*, 2018 Ga. App. Lexis 643 page 24; 2018 WL 6288099 (citing *Lathrop*, 301 Ga. at 444).

3

10.

Respondent in Certiorari/Defendant, Augusta-Richmond County, Georgia, is a political subdivision of the State of Georgia and is subject to the jurisdiction and venue of this Court.

11.

Respondent in Certiorari/Defendant, Mayor Hardie Davis, Jr., is subject to the jurisdiction and venue of this Court individually and in his official capacity as the Mayor of Augusta-Richmond County.

12.

Respondent in Certiorari/Defendant, William Fennoy, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

13.

Respondent in Certiorari/Defendant, Dennis Williams, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

14.

Respondent in Certiorari/Defendant, Mary Davis, is subject to the jurisdiction and venue of this Court individually and in her official capacity as a Member of the Augusta-Richmond County Commission.

15.

Respondent in Certiorari/Defendant, Sammie Sias, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

16.

Respondent in Certiorari/Defendant, Bobby Williams, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

17.

Respondent in Certiorari/Defendant, Ben Hasan, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

18.

Respondent in Certiorari/Defendant, Sean Frantom, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

19.

Respondent in Certiorari/Defendant, Brandon Garrett, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

20.

Respondent in Certiorari/Defendant, Marion Williams, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

21.

Respondent in Certiorari/Defendant, John Clarke, is subject to the jurisdiction and venue of this Court individually and in his official capacity as a Member of the Augusta-Richmond County Commission.

22.

This Court has jurisdiction over this Petition and the claims asserted herein.

## **FACTUAL BACKGROUND**

23.

The Property was used as an abbey (convent) for over 40 years by the Order of St. Helena. Despite the clear intention and historical use as a multi-family dwelling, the Property was rezoned by the Commission as Single-Family Residential, R-1 subject to a special exception for the existing use by the Order of St. Helena. The Commission thus improperly zoned the Property while it was owned by the Order of St. Helena. Respondent Augusta-Richmond County Commission subsequently approved another special exception to allow a group of monks to use the property as a monastery in 2017, though they could not consummate the purchase of the Property from the nuns. The property is designed as a multiple-family dwelling with dorms. As presently zoned, without a special exception, the Property does not have any reasonable economic use, and the Commission has systematically eliminated any value in the Property by virtue of its zoning classification and actions as set forth herein.

24.

The Property is located in an area of Richmond County that is mixed use. To the north-east is the Green Meadows neighborhood. To the east is the Green Meadows Golf Course. To the north-west is Augusta Technical College. To the south is the Bobby Jones Expressway. Petitioner would wall off the Property from the Green Meadows neighborhood, and create an entry way exclusively from the north-west through the Augusta Technical College road as shown below.



***The First Application***

25.

Petitioner initially applied for a special exception on June 29, 2018 under Section 26-1 of the Comprehensive Zoning Ordinance of Augusta, Georgia. It completed the entire process and met all requirements of the Richmond County Planning Department, the Richmond County Planning Commission, and the Respondent, but it did not receive a special exception to use the Property. The Planning Commission at that time recommended the denial of the Special Exception Application because the Petitioner did not yet have a right of access through Augusta Technical College. On April 30, 2019, the Commission voted 5-4 to approve the motion to allow the Special Exception. However, six votes are required to approve the special exception, and Commissioners Hasan abstained from voting. A separate motion was made to "uphold" the recommendation of the Planning Commission, but that vote failed with 6 commissioners voting not to uphold it and 4

7

voting to do so.  The result was "no action" by the Commission since six votes are required to affirmatively approve the special exception.  The attorney for the Commission announced that the matter was "disposed" of and any further pursuit of the special exception would require a new application by the Petitioner.  Following such a "no action" vote, the Petitioner's application was not scheduled to be reheard, and its only recourse was to appeal or start over with a new special exception application process.  As true and accurate copy of the documents pertaining to the First Application are attached hereto as Exhibit "A."

### *The Second Application*

26.

The Petitioner properly filed a Second Application for Special Exception with the Augusta-Richmond County Planning Department on or about November 27, 2019, and it submitted all documentation required by the Planning Department.  A true and correct copy of the Petitioner's Special Exception Application is attached hereto as Exhibit "B" (the "Special Exception Application").

27.

This time, the Petitioner's Special Exception Application was presented to and approved by the 10-person Planning Commission on or about August 3, 2020, with the following stipulations:

1.  The Special Exception for this property is for an alcohol, drug and post-traumatic stress disorder treatment facility for first responders only. If the clientele or treatment program changes, the applicant/owner must apply for a new Special Exception.

2.  Final approval of this project is contingent on obtaining an easement, in writing, from the State of Georgia to provide driveway access to the property from Augusta Tech Drive. All egress and ingress to this property is to be through this driveway.

3.    A privacy fence consisting of solid wood board six feet in height shall be installed along the east boundary line of the property at Augusta Tech Drive to head south +/- 1,772 feet to Eagle Drive, continue across Eagle Drive and follow the southern property boundary along 3038 Eagle Drive, 3040 Eagle Drive and 2900 Green Meadows Drive. Access from Eagle Drive is for emergencies only. A 50-foot vegetative buffer shall be installed along the fence line except where emergency access is provided.

4.    Any expansion, additions or alterations to the property must comply with all development standards and regulations set forth by the City of Augusta, and must receive site plan approval prior to any changes.

A true and accurate copy of the Planning Commission's Approval is attached hereto as Exhibit "C."

28.

At the August 3, 2020 public hearing before the Planning Commission, residents of the Green Meadows neighborhood attended to voice opposition to the Petitioner's Special Exception Application. Their objections focused almost entirely on the discriminatory opposition to the medical condition of the proposed residents of the Property and wholly unfounded concerns about a potential increase in crime and decrease in property value.

29.

The Petitioner's Application for Rezoning was on the public notice and agenda before the Augusta-Richmond County Commission on August 18, 2020. Again, the same neighbors appeared to object to the Special Exception Application, and they made similar presentations focused on the medical condition of the proposed residents of the Property and wholly unfounded concerns about a potential increase in crime.

30.

An initial vote was held on the motion of Brandon Garrett to confirm the approval of the special exception by the Augusta Planning Commission.  Voting in favor of the special exception for the Petition were commissioners Brandon Garrett, Mary Davis, Sean Frantom, John Clarke and Marion Williams. Commissioner Bill Fennoy abstained and prevented Mayor Hardie Davis from potentially breaking a 5-5 tie. The vote was 5-4-1 in favor of confirmation of the approval, but six votes are required to carry the vote.  A subsequent motion to deny Petitioner's application also failed along the same lines with Commissioner Fennoy again abstaining.  A copy of the Commission's action is attached hereto as Exhibit "D".

31.

The Commission's decision not to confirm the approval of the Petitioner's Special Exception Applications creates a taking of valuable property rights.

32.

The Commission lacked discretion to deny the Special Exception Application because the Special Exception Application satisfied the standards for approval.  There was no valid reason to deny the special exception as there is no non-discriminatory, legal or material difference between the prior uses and special exceptions granted by the Commission for this Property, and the present proposed use by the Petitioner.  Moreover, there is no material difference between the proposed use of the Property and the uses of adjoining properties, including a golf course and a technical college.

33.

The Commission vote amounted to a denial of the Special Exception Application without the authority of law.  The Commission has twice voted in the same manner, which effectively denies the Petitioner the use of its Property.

34.

Petitioner preserved its Constitutional objections and provided notice to the Planning Commission prior to the August 18, 2020 public hearing.  A true and correct copy of the Constitutional objections are attached as Exhibit "E" and incorporated by reference.

35.

Petitioner has at all times acted in good faith.

36.

The Petitioner has exhausted any and all administrative remedies.

37.

The Petitioner timely filed this appeal.

38.

As a result of the actions by the Defendants, Petitioner has been, and is being, damaged irreparably and does not have an adequate remedy at law.

39.

As a result of the actions by the Defendants, Petitioner has been forced to engage the services of the undersigned attorney to represent its interests.

40.

Petitioner has a clear legal right to the approval of the Special Exception Application.

41.

The Commission's denial of the Petitioner's Special Exception Application is arbitrary, capricious, discriminatory, an abuse of discretion, and not supported by any evidence.

## COUNT I
## CERTIORARI

42.

Petitioner realleges and incorporates by reference the foregoing paragraphs of this Petition as if fully set forth herein.

43.

There are no unpaid costs in the proceeding below.

44.

Petitioner presented a statement regarding payment of costs to the Clerk of Commission and has filed the signed statement simultaneously with this action.

45.

In accordance with O.C.G.A. § 5-4-5, Petitioner has filed the Certiorari Bond simultaneously with this action.

46.

The Commission's decision to deny the Application includes, but is not limited to, the following legal errors: (a) the Commission's decision was arbitrary, capricious, an abuse of discretion, and not supported by any evidence; (b) the Commission's denial decision results in the taking of private property without payment of just compensation in violation of the federal and state constitutions; and (c) the Commission's denial decision resulted from discrimination against the intended users of the property who are first responders that suffer from medical conditions associated with post-traumatic stress disorder, alcoholism, and drug addiction.

47.

The Commission's decision to deny the Application is contrary to law, unsupported by the record evidence, and an abuse of discretion entitling Petitioner to a writ of certiorari and a reversal of the Commission's decision.

12

## COUNT II
## MANDAMUS

### 48.

Petitioner hereby realleges and incorporates by reference the foregoing paragraphs of this Petition as if fully set forth herein.

### 49.

Petitioner has a clear legal right to special exception, which zoning use is consistent with other prior use of the Property and with the use of other parcels in the immediate vicinity of the Petitioner's Property.

### 50.

The Commission's denial of the Petitioner's Special Exception Application is a gross abuse of discretion.

### 51.

A defect of legal justice would ensue if a writ of mandamus is not issued.

### 52.

Petitioner requests this Court to order the Defendants to process and approve the Special Exception Application.

## COUNT III
## UNCONSTITUTIONAL TAKING

### 53.

Petitioner hereby realleges and incorporates by reference the foregoing paragraphs of this Petition as if fully set forth herein.

### 54.

There is live controversy that exists as to whether the Petitioner should be granted the special exception to use the Property as recommended by the Richmond County Planning Commission.

55.

Petitioner is in a position of uncertainty and insecurity as a result of the denial of its Special Exception Application.

56.

Petitioner has no adequate remedy at law should it not be afforded the full rights and privileges granted to them by Augusta-Richmond County's Comprehensive Zoning Ordinance and other applicable laws.

57.

Petitioner is in need of judicial guidance regarding the Commission's denial of its Special Exception Application to enable it to avoid the impairment of its property rights and privileges.

58.

The Commission's denial of the Petitioner's Special Exception Application deprives Petitioner of constitutionally guaranteed property rights without just and adequate compensation and constitutes a violation of the rights and privileges secured by Article I, Section III, Paragraph I of the 1983 Constitution of the State of Georgia.

59.

The Commission had no objective factual basis to deny the Special Exception Application, and as such, has destroyed Petitioner's property rights without first paying fair, adequate, and just compensation for such rights, in violation of Article I, Section I, Paragraph I and Article I, Section III, Paragraph I of the Constitution of the State of Georgia of 1983, and the Just Compensation

Clause of the Fifth Amendment and Due Process Clause of the Fourteenth Amendment to the Constitution of the United States.

60.

The Commission's denial of Petitioner's Special Exception Application is arbitrary, capricious, without any objective basis, and discriminates between Petitioner and other similarly situated property owners in violation of Petitioner's right to equal protection under Article I, Section I, Paragraph II of the 1983 Constitution of the State of Georgia and the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States.

61.

The denial of Petitioner's Special Exception Application results in no gain to the public in general, fails to promote the public health, safety, morals, and welfare, constitutes a substantial destruction of Petitioner's property values, and is confiscatory, and void.

62.

The Constitution and laws of the State of Georgia provide and require that just and adequate compensation be paid prior to any taking or interference with the property rights of the Petitioner.

63.

Petitioner is entitled to a declaratory judgment from this Court finding the Commission's denial of the Special Exception Application to be an unconstitutional taking requiring full and adequate compensation to be awarded in favor of Petitioner in an amount to be determined at trial.

**COUNT IV**
**ARBITRARY AND CAPRICIOUS DENIAL OF**
**PETITIONER'S SPECIAL EXCEPTION APPLICATION**

64.

Petitioner hereby realleges and incorporates by reference the foregoing paragraphs of this Petition as if fully set forth herein.

65.

There is live controversy that exists as to whether the Petitioner should be granted the special exception to use the Property as recommended by the Richmond County Planning Commission.

66.

Petitioner is in a position of uncertainty and insecurity as a result of the denial of its Special Exception Application.

67.

Petitioner is in need of judicial guidance regarding the Commission's denial of its Special Exception Application to enable it to avoid the impairment of its properly rights and privileges.

68.

The Commission's decision to deny the Special Exception Application is arbitrary, capricious, unconstitutional, illegal, null and void, and constituting a taking of Petitioner's Property without payment of just and adequate compensation in violation of the Just Compensation Clause of the Fifth Amendment and the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States, and Article I, Section I, Paragraph I, and Article I, Section III, Paragraph I of the Constitution of the State of Georgia of 1983, by denying Petitioner an economically viable use of its Property, while not substantially advancing legitimate state interests.

69.

The Commission's decision to deny Petitioner's Special Exception Application was arbitrary, capricious, without rational basis, and based on improper motives, thereby constituting a gross abuse of discretion.

70.

The Commission's failure to adhere to its own Comprehensive Zoning Ordinance which required Commission members to apply specific standards to determine approval of Special Exception Applications denied Petitioner of the due process of law and a fair and impartial hearing, as guaranteed by the 1983 Constitutional of the State of Georgia and Fifth and Fourteenth Amendments of the Constitution of the United States and resulted in a decision that was arbitrary, capricious, unreasonable, null and void.

71.

The Commission's failure to adhere to its own Comprehensive Zoning Ordinance renders its decision on the Petitioner's Special Exception Application null and void.

72.

For these reasons, Petitioner is entitled to an order from this Court reversing the decision of the Commission and requiring the Commission to approve the Special Exception Application as requested by the Petitioner.

## COUNT V
## RESERVATION OF FEDERAL CLAIMS

73.

Petitioner hereby realleges and incorporates by reference the foregoing paragraphs of this Petition as if fully set forth herein.

74.

Petitioner intends to assert its rights under Federal Law. In the event no State law remedy is provided, the deprivation of Petitioner's rights would not be compensated or remedied fully under State law. This action is filed in State Court to ensure the Petitioner's compliance with, and not waive, the State law for zoning appeals.

75.

Defendants are hereby put on notice that the acts of Defendants as set forth in this Petition

17

were taken under color of State law, ordinance, regulation, custom, and/or usage, and were in violation of the rights, privileges, and immunities secured to Petitioner by the Constitution of the United States in addition to the 1983 Constitution of the State of Georgia.  In addition, Defendants are put on notice that the actions of Defendants set forth herein constitute a violation of the Fifth and Fourteenth Amendments of the United States Constitution, and the deprivation of rights resulting from the actions and conduct of Respondents/Defendants were in violation of the provisions of Section 1983 of the Civil Rights Act of 1871, 42 U.S.C. § 1983, 42 U.S.C. § 1988, 42 U.S.C. § 3601, 42 U.S.C. § 12102, and 29 U.S.C. § 791.

76.

The actions of Defendants constitute violations of the Fair Housing Act, 42 U.S.C. § 3601, ("FHA"), the Americans with Disabilities Act, 42 U.S.C. § 12102, ("ADA"), the Rehabilitation Act, 29 U.S.C. § 791, and the Fifth and Fourteenth Amendments to the United States Constitution

77.

The actions of Defendants amount to a constitutional tort in that the denial of the Application impacting the Property was intentional, arbitrary, and capricious, and was lacking in substantial or rational relationship to the public health, safety, and welfare, and was contrary to the requirements of well-established law.

78.

The actions and conduct of Defendants have caused Petitioner to expend substantial attorneys' fees, expenses of litigation, and costs to vindicate Petitioner's rights protected under the Fifth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

79.

This Count V is to put Defendants on notice of Petitioner's intent to pursue claims under 42 U.S.C. § 1983, 42 U.S.C. § 1988, 42 U.S.C. § 3601, 42 U.S.C. § 12102, and 29 U.S.C. § 791,

at a later time.  Petitioner herein reserves its right to pursue all rights, remedies, and claims under

42 U.S.C. § 1983, 42 U.S.C. § 1988, 42 U.S.C. § 3601, 42 U.S.C. § 12102, and 29 U.S.C. § 791,

or any other applicable federal statute or law, at a later time.

## COUNT VI
## ATTORNEY'S FEES AND OTHER COSTS AND EXPENSES OF LITIGATION

80.

Petitioner hereby realleges and incorporates by reference the foregoing paragraphs of this

Petition as if fully set forth herein.

81.

The denial of the Application was in bad faith, wanton and malicious, without justification

or good cause, stubbornly litigious, and has caused Petitioner to incur attorney's fees and other

costs and expenses of litigation.

82.

Pursuant to O.C.G.A. § 13-6-11, Petitioner is entitled to recover reasonable attorney's fees

and other costs and expenses of litigation in bringing this action.

WHEREFORE, Petitioner prays for the following relief:

A.     Cause   Summons   to   issue   and   allow   service   to   issue   against

Respondents/Defendants;

B.     That a writ of certiorari be directed to the Respondents and that the Respondents be

directed to certify and send up the complete record of proceedings pertaining to the August 18,

2020 Commission hearing;

C.     That this Court reverse the Commission's denial of Petitioner's Special Exception

Application and order the Commission to grant the special exception as requested by the Petitioner;

D.     That this Court declare that Petitioner's Special Exception Application satisfies the

standards for approval as described in the Augusta-Richmond County's Comprehensive Zoning

Ordinance;

19

E.      That this Court declare that the Commission's actions in denying the Special Exception Application were arbitrary, capricious, unreasonable, and discriminatory, and as a result, denied Petitioner due process of law, as guaranteed under the Constitution of the State of Georgia;

F.      That this Court declare that the Commission's denial of the Special Exception Application is an unconstitutional taking of Petitioner's property rights in violation of Article I, Section I, Paragraph I and Article I, Section III, Paragraph I of the Constitution of the State of Georgia, and the Just Compensation Clause of the Fifth Amendment and Due Process Clause of the Fourteenth Amendment to the Constitution of the United States;

G.      That this Court declare that the Commission's denial of the Special Exception Application is arbitrary, capricious, discriminatory, null and void as it bears no substantial relationship to the public health, safety, morals or general welfare;

H.      That this Court declare that the Commission's denial of the Special Exception Application discriminates between Petitioner and other similarly situated property owners in violation of Petitioner's right to equal protection under Article I, Section I, Paragraph II of the Constitution of the State of Georgia and the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States;

I.      That this Court declare that the actions of the Commission in denying the Special Exception Application have resulted in a denial of substantive and procedural due process of law as guaranteed by the Constitutions of the State of Georgia and the United States;

J.      That this Court declare that the Commission's failure to comply with its own Comprehensive Zoning Ordinance which required the Commission to apply specific standards for approval of Special Exception Applications denied Petitioner of the due process of law and a fair and impartial hearing, as guaranteed by the 1983 Constitutional of the State of Georgia and Fifth

and Fourteenth Amendments of the Constitution of the United States and resulted in a decision that was arbitrary, capricious, unreasonable, and void;

K.     That this Court declare that the Commission's failure to adhere to its own Comprehensive Zoning Ordinance renders its decision on the Petitioner's Special Exception Application null and void;

L.     That the Court enjoin the Commission and compel the issuance of the requested Special Exception for the Property.

M.     That this Court enter judgment in favor of Petitioner and award Petitioner reasonable attorney's fees and costs and expenses of litigation pursuant to O.C.G.A. § 13-6-11; and

N.     For such other and further relief as this Court deems just, proper, and appropriate under the facts and evidence presented to it.

Respectfully submitted this 17th day of September, 2020.

CHRISTOPHER A. COSPER
Georgia Bar No. 142020
HULL BARRETT, P.C.
801 Broad Street, Suite 700
Augusta, Georgia 30901
(t) 706/722-4481
(f) 706/722-9779
(e) ccosper@hullbarrett.com

JAMES B. TROTTER
Georgia Bar No. 203193
TROTTER JONES, LLP
3527 Walton Way
Augusta, Georgia 30909
(t) 706/737-3138
(f) 706/738-3973
(e) jim@trotterjones.com

*Attorneys for Petitioner*

21

STATE OF GEORGIA

COUNTY OF RICHMOND

## **VERIFICATION**

Personally appeared before the undersigned office, duly authorized under the laws of this State to administer oaths, Cliff Richards, as CEO of The Hale Foundation, Inc. who after being duly sworn, states and deposes on oath that the facts and allegations contained in the attached Petition for Writ of Certiorari and Verified Complaint me true and correct.

_____
CLIFF RICHARDS

SWORN TO AND SUBSCRIBED
Before me this _16ᵗʰ_ day of
September, 2020.

_____
Notary Public
My Commission Expires: _10/30/2022_

SPEX. — PUBLIC HEARING
8-6-2018

*Augusta*
GEORGIA

## Rezoning Application

An application to amend the official Zoning Map of Augusta, GA.

Application Date: JUNE 29 2018

Name: THE HALE FOUNDATION, INC

Address: 402 WALKER ST.

City: AUGUSTA

State: GA     Zip: 30909

Phone: 706-722-3060

Name: SAME

Address: _____

City: _____

State: _____ Zip: _____

Phone: _____

Contact Person: JAMES B. TROTTER     Phone: 706·737·3138

Contact's e-mail: jimBtrotterjones.com

I hereby request a Rezoning for the purpose of: INPATIENT DRUG/ALCOHOL TREATMENT

I hereby request a Variance for: _____

Applicant is the: ☑ Owner   ☐ Petitioner   ☐ Contractor   ☐ Purchaser   ☐ Other

Property Address: 3042 EAGLE DRIVE

Present zoning Z-17-21-SP     Requested Zoning SPECIAL EXCEPTION 26-1

Map/Parcel #: 109-0-001-00-0

Proposed Development: INPATIENT DRUG/ALCOHOL TREATMENT

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

Owner's Signature: _____     Date: 6·28·18

Petitioner's Signature: _____     Date: 6·28·18

Subscribed and affirmed before me in the county of RICHMOND , State of Georgia,

this 28 day of JUNE 20 18.

_____
(Notary's official signature)

8·28·21
(Commission Expiration)

[Notary seal: JAMES B. TROTTER — My Commission Expires August 28, 2021 — RICHMOND COUNTY — PUBLIC]

Revised 12.05 2014



**In order to make an application to the Planning Commission you must submit the following: Completed application including all supporting documentation listed in this packet.**

1.  The following fees made payable to Augusta Planning and Development Department:

    Prior to March 24, 2014

| | | |
|---|---|---|
| a) | Rezoning A (Agriculture) and R-1 (One-family Residential) Zones | $800.00 |
| b) | All other Zones for applications under 10 acres | $1000.00 |
| c) | All other Zones for applications over 10 acres | $1,250.00 |
| d) | Special Exceptions | $800.00 |
| e) | Subdivision Variance | $500.00 |
| f) | Parking Variance | $300.00 |

2.  If you are not the property owner you must attach a signed statement of consent from the property owner.
3.  The Planning Commission meets on the first Monday of each month at 3:00 p.m. unless otherwise advertised due to a holiday.  The calendar dates for 2014 are included in this application packet.
4.  The Planning Commission is a recommending body and their decision is forwarded to the Augusta Commission for a final decision. The Augusta Commission meets on the third Tuesday of each month at 2:00 p.m. unless otherwise advertised.

**The undersigned below is authorized to make this application.  Section 35-8  states if the zoning decision of a local government is for the rezoning of property and the amendment to the Zoning Ordinance to accomplish the rezoning is defeated by the local government, then the same property may not again be considered for rezoning until the expiration of at least six (6) months immediately following the defeat of the rezoning by the local government pursuant to O.C.G.A. 36-66-4-(c) (2012).**

_____                                     6·28·18
Signature of Applicant                                                            **Date**

CLIFF RICHARDS - EXEC. DIRECTOR
**Print Name and Title**

**Disclosure of Campaign Contributions**

Have you, within the two years immediately preceding the filing of this application, made campaign contributions aggregating $250.00 or more to a local government official who will consider this application.

⬭ Yes        ⬭ No

Applicant's Name: _____

| | | |
|---|---|---|
| | | |
| | | |
| | | |

*Augusta*
GEORGIA

**Rezoning Applicant's Response**

Standards Governing the Exercise of the Zoning Power

**Please respond to the following standards in the space provided or use an attachment as necessary:**

a) Whether a proposed rezoning will permit a use that is suitable in view of the use and development of adjacent and nearby property:

SEE ATTACHED RESPONSES

b) Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

c) Whether the property to be affected by a proposed rezoning has reasonable economic use as currently zoned:

d) Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

e) Whether the proposed rezoning is in conformity with the policy and intent of the land  Comprehensive Land Use Plan:

f) Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

Exhibit A                                                                                    00003

A.   Whether a proposed rezoning will permit a use that is suitable in a view of the use and development of adjacent and nearby property:

   1.   White the property is behind a residential subdivision, it is located in an area with many mixed uses, including retail. The proposed use will be isolated from all other uses and fully secured.

B.   Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

   The proposed use will not adversely affect adjacent properties because it is isolated, not visible from the adjacent properties, and will be fully secured. It will not adversely affect the existing residential neighborhood.

C.   Whether the property to be affected by a proposed rezoning has reasonably economic use as currently zoned:

   No, it does not. Its use is limited to religious or residential purposes, and it has remained unoccupied for several years now.

D.   Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

   The proposed use will not burden the utility system or school system. The proposed use will only involve vehicles for 20-22 employees and will not burden the streets.

E.   Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

   Yes. The current facility on the property existed prior to the 2008 Plan. It is located in a suburban development area, where other similar institutions are located.

F.   Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

   There are no existing or changing conditions affecting the use of the property. It is already fully developed, but has sat vacant for several years now. The area already has a number of mixed uses nearby.



**28 Years of Service**
**1990-2018**

## LETTER OF INTENT

**PROPOSED PROPERTY FOR REZONING:** 3042 Eagle Drive, Augusta, GA. 30906 (formally the St. Helena's Episcopal Convent)

- The purpose of this property is to open an affordable 30-45 day Medical Substance Abuse Treatment Center.
- Patient referral sources will not be from the Courts or criminal justice system, but rather from Hospital ER's, Emergency Medical Clinics, Pain Management Physicians and EPA's (employee assistance programs).
- All patients will be monitored throughout the day in a hospital setting to ensure security and a comfortable detoxification transition.
- Due to the treatment protocol patients will not be allowed off of the property and will be supervised by our medical staff, RN's and Residential Technicians at all times.

**PROPERTY:**

- The St. Helena Convent 13,000 sq. ft facility is ideally designed to fit the needs with; adequate office space, rooms for group meetings, commercial kitchen and dormitory area to support approximately 30 patients.
- Eagle Drive entrance will be permanently closed. Existing gate will be removed and fencing will be installed along the property line.
- No major construction will be needed to start operations.
- No plans to add additional structures at this time.
- Our staff will consist of approximately 20-22 employees: Medical Director, Director, Clinical Director, 4 Certified Substance Abuse Counselor, 2 RN's, Intake Coordinator, Residential Technicians, Maintenance Supervisor, Ground Maintenance, etc.

**Program Details: 3 Components of Treatment Protocol.** Inpatient Detox, Post Detox Treatment and After Care Program:

**Inpatient Detox Services 5-10 Days:** All patients will be placed in the detox section with they arrive. This will be a time when the medical team will monitor their progress daily for the first 5-10 days for the detoxification program.

**Post Detox Treatment 25-35 Days:** Patients will move into the dormitory section of the facility. All male patients will remain in the main building and all female patients will be placed in the detached dormitory adjacent to the main building. During the remainder of the next 25-35 days, all patients will meet with Counselors throughout the day for group meetings and one on one sessions and 12 Step Meeting.

**After Care Program- Long Term Residential Program:**
After Care Coordinators will meet with each Substance Abuse Counselor to discuss an after care plan best suited for each patient. If the Counselors feel a patient needs long term residential program, they will be referred to The Hale Foundation's long term residential program, located at 402 Walker Street, Augusta, GA. 30901, for a 12 month program.

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County.



Exhibit A

00006

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County



EXHIBIT "B"

Exhibit A

00007

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County



EXHIBIT "B"

The Order of St. Helena

AUGUSTA, RICHMOND COUNTY, GEORGIA

EAGLE DRIVE

HUMMINGBIRD LANE

PAR DRIVE

AUGUSTA TECH DRIVE

BOBBY JONES EXPRESSWAY
(A.K.A. I-520) R/W VARIES

GREEN MEADOWS ESTATES

http://search.gsccca.org/Imaging/HTML5Viewer.aspx?id=70791528&key1=1602&key2=998&county=121&countyname=RICHMOND&userid=48657&a...   1/1

Exhibit A

00008

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

The Order of St. Helena

AUGUSTA, RICHMOND COUNTY, GEORGIA

Cranston Engineering Group, P.C.

EXHIBIT "B"

EAGLE DRIVE

HUMMINGBIRD LANE

PAR DRIVE

BOBBY JONES EXPRESSWAY
(A.K.A. I-520) R/W VARIES

AUGUSTA TECH DRIVE

Exhibit A

00009

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

The Order of St. Helena

AUGUSTA, RICHMOND COUNTY, GEORGIA

Cranston Engineering Group, P.C.

EAGLE DRIVE

GREEN MEADOWS ESTATES

PAR DRIVE

HUMMINGBIRD LANE

GREEN MEADOWS ESTATES

AUGUSTA TECH DRIVE

GREEN MEADOWS
GOLF CLUB

BOBBY JONES EXPRESSWAY
(A.K.A. I-520) R/W VARIES

EXHIBIT "B"

Exhibit A

00010

6/17/2018

GSCCCA.org - Image Index

2017066590

WD **1602** Pg **998**

Transfer Tax $550.00

Recording Fee: $18.00

Filed and Recorded:
10/27/2017 9:17:16 AM
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County.

Andrew J. Kilpatrick, II, P.C.
205 Pitcairn Way
Augusta, Georgia  30909
17-1143AK

## WARRANTY DEED

STATE OF GEORGIA                    )
                                    )
COUNTY OF Richmond                  )

THIS INDENTURE, made this 26th day of October, 2017, between THE ORDER OF ST.

HELENA (INC.), a non-profit corporation organized and existing under the laws of Kentucky,  as

Party of the First Part, and THE HALE FOUNDATION, INC., a Georgia non-profit corporation

organized and existing under the laws of Georgia, as Party of the Second Part,

WITNESSETH:  that said Party of the First Part, for and in consideration of the sum of

Ten ($10.00) Dollars and other valuable considerations, in hand paid at and before the sealing and

delivery of these presents, receipt whereof is hereby acknowledged, has granted, bargained, sold

and conveyed and by these presents does grant, bargain, sell and convey unto the said Party of the

Second Part, is successors and assigns, the following described real property, to-wit:

## SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

TO HAVE AND TO HOLD the said bargained premises, together with all and singular

the rights, members and appurtenances thereof, to the same being, belonging or anywise

appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, it

successors and assigns, forever, in FEE SIMPLE.

Exhibit A                                                        00011

RECORD BOOK **1602** Pg **999**

AND the said Party of the First Part, for its successors and assigns, will warrant and forever defend the right and title to the above described property unto the said Party of the Second Part, its successors and assigns, against the lawful claims of all persons and parties whomsoever.

IN WITNESS WHEREOF, the said Party of the First Part has caused these presents to be executed and its seal affixed by its duly authorized official, the day and year first above written.

THE ORDER OF ST. HELENA (INC.)

by: _____
LOIS M. MILLER, As Its: CEO
and Authorized Official

Signed, sealed and delivered in
the presence of:

_____
Unofficial Witness

_____
Notary Public

Exhibit A                                                    00012

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK **1602** P₉ **1000**

EXHIBIT 'A'

TRACT ONE: All that lot or parcel of land, with all improvements thereon, situate, lying and being in The 123rd D.G.M. of Augusta-Richmond County, Georgia, a short distance west of Richmond Hill Road, about seven miles from the courthouse, containing eleven and one-half acres, more or less, and being an irregularly shaped parcel of land identified by the legend "11.5 Acres" on a plat made by J.N. Hawes, C.E., dated 16 August 1934, and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Book 13 G, page 31; and being the same property the entire title to which was conveyed by Hal R. Powell and H. Gould Barrett to the party of the first part by deed dated October 4, 1946 and recorded in said Clerk's office in Realty Book 15 Y, page 164; reference being made to said deed and plat for a more particular description of the interest in the property herein conveyed. ALSO, full rights, together with the owners of other property as shown on the above described plat of J.N. Hawes, C.E., of ingress and egress from the tract hereinabove described to and from the Richmond Hill Road over a twenty foot road shown on said plat. Said road extends in a straight in a line westerly direction along the boundary line between lots four (4) and five (5) of said plat and the southern boundary line between lots nine (9), ten (10), eleven (11) and twelve (12) of said plat with the northern boundary line of the unplatted southwestern portion of said tract to the western limit of said tract, whence it turns at right angles along the westernmost boundary of said lot twelve (12) of said plat in a northerly direction to its northernmost boundary.

TRACT TWO:ALSO, all that tract or parcel of land, with all improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, containing 9.90 acres and being more particularly delineated on a certain plat prepared by Baldwin & Cranston Associates, Inc., dated December 2, 1983, recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Reel 177, page 1443-1444, which plat be specific reference thereto is incorporated herein for a more complete and accurate description of said property and its location.

LESS AND EXCEPTING ROM THE ABOVE DESCRIBED TRACTS ONE AND TWO:  All that lot or parcel of land, with improvements thereon, situate, lying and being in the 89th G.M.D. (formerly the 123rd G.M.D.), being known and designated as 0.54 acre, known as 3038 Eagle Drive, as shown on a plat prepared by George L. Godman and Associates, Georgia Registered Land Surveyor No. 1977, dated July 30, 2003 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Plat Cabinet C, Slide 66, Plat C, and also recorded in said Clerk's Office in Book 880, page 1631. Said property is subject to an easement in the nature of a right-of-way for ingress and egress over and across the strip of land 30 feet in width extending across the Northeastern portion of the lot herein described as shown on the aforementioned plat, reference being made to a Deed of Gift from the Order of St. Helena to St. Alban's Episcopal Church, Inc., recorded in said Clerk's Office in Realty Book 31-N, pages 529-531, for a more particular description of the easement.

FURTHER LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, being shown and designated on a plat prepared by Cranston & Associates, dated January 11, 1967 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia in Realty Book 34-A, page 555. Reference is hereby made to said plat for a more complete and accurate description of said property and its location.

Exhibit A

00013

GSCCCA.org - Image Index

RECORD BOOK 1602 P: 1001

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: An easement in the nature of a right-of-way for ingress and egress over and across a strip of land 30 feet in width extending across the northern portion of property conveyed by the Order of St. Helena to St. Alban's Episcopal Church, Inc., which property lies immediately west of the property hereinabove described and Eagle Drive; ALSO, an easement in the nature of a right-of-way for the purpose of ingress and egress over and across a strip of land 20 feet in width extending across the dead end of the said Eagle Drive for the same purposes above stated, both of said easements being shown on a plat recorded in said Clerk's Office in Realty Book 31-N, page 531, which plat is incorporated herein by reference for a more complete and accurate description of said easements and their locations.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, lying adjacent to the Northeast portion of the property first above described on plat recorded in said Clerk's Office in Realty Book 34-A, page 555; the Northwesterly boundary of this lot being 27.00 feet in length and the Southwesterly boundary of this lot being 35.45 feet in length; the Northeasterly boundary is an extension in a Southeasterly direction of the boundary separating the property shown on the said plat in 34-A, page 555 and property of Green Meadows' Estate to its intersection with an extension in a Northeasterly direction to the boundary line separating the property shown on the said plat in Realty Book 34-A, page 555 and the property now or formerly of Diamond, such extension constituting the Southeasterly boundary line of the lot described herein.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, containing 0.17 acre and being shown on a plat prepared by Billy B. Beazley, dated March 6, 1973, recorded in said Clerk's Office in Realty Reel 52, page 2009, which plat is incorporated herein by reference.

The above described properties are more particularly shown on a compiled plat prepared for The Order of St. Helena dated June 17, 2010, a copy of which is on file in the office of Cranston Engineering Group, P.C., located at 452 Ellis Street, Augusta, Georgia 30901, and a copy of which is attached hereto as Exhibit "B".

M&P for the above described properties: 109-0-001-00-0

ALSO, INCLUDED IN THIS CONVEYANCE ARE: All those lots or parcels of land, with any buildings or improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, in a certain subdivision known as Green Meadows Section V, being known and designated as Lots 6 and 7, Block "F", as shown on a certain plat thereof recorded in said Clerk's Office in Realty Book 36-D, pages 425-426. Said plat and the reference are incorporated herein for a more complete and accurate description of sai properties.

M&P: 109-3-035-00-0 & 109-3-036-00-0

The above described properties are conveyed subject to all of the various easements, rights-of-way, covenants, conditions, restriction and reservations of record.

Exhibit A

00014

## PLANNING & DEVELOPMENT DEPARTMENT

| | | |
|---|---|---|
| MELANIE WILSON | BUILDING PERMITS (706)312-5050 | FAX (706)312-4277 |
| DIRECTOR | BUSINESS LICENSE (706)312-5053 | FAX (706)312-5037 |
| 1815 MARVIN GRIFFIN | ALCOHOL LICENSE (706)312-5038 | FAX (706)821-4253 |
| P.O. BOX 9270 | CODE (706)312-5049 | FAX (706)821-4253 |
| AUGUSTA, GA 30906 | ENFORCEMENT | |

www.augustaga.gov

RECEIPT OF PAYMENT

**Receipt Number:** 2018182824
**Receipt Date:** 07/03/2018
**Date Paid:** 07/03/2018
**Full Amount:** $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 9533 |

**Amount Tendered:** $800.00
**Change / Overage:** $0.00
**Contact:** HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ41-SE-2 All Other Special Exceptions | MS20180000883 | $800.00 | $800.00 |

Exhibit A

00015

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County



The Order of St. Helena

AUGUSTA, RICHMOND COUNTY, GEORGIA

Cranston Engineering Group, P.C.

EXHIBIT "B"

EAGLE DRIVE

GREEN MEADOWS ESTATES

PAR DRIVE

HUMMINGBIRD LANE

AUGUSTA TECH DRIVE

BOBBY JONES EXPRESSWAY
(A.K.A. I-520) R/W VARIES

# PLANNING & DEVELOPMENT DEPARTMENT

MELANIE WILSON
DIRECTOR
1815 MARVIN GRIFFIN
P.O. BOX 9270
AUGUSTA, GA 30906

| | | |
|---|---|---|
| BUILDING PERMITS | (706)312-5050 | FAX (706)312-4277 |
| BUSINESS LICENSE | (706)312-5053 | FAX (706)312-5037 |
| ALCOHOL LICENSE | (706)312-5038 | FAX (706)821-4253 |
| CODE ENFORCEMENT | (706)312-5049 | FAX (706)821-4253 |

www.augustaga.gov

### RECEIPT OF PAYMENT

**Receipt Number:**   2018182824
**Receipt Date:**     07/03/2018
**Date Paid:**        07/03/2018
**Full Amount:**      $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 9533 |

**Amount Tendered:**   $800.00
**Change / Overage:**  $0.00
**Contact:**           HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ41-SE-2 All Other Special Exceptions | MS20180000883 | $800.00 | $800.00 |

Exhibit A

00017



Exhibit A

00018

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

## NOTICE OF PUBLIC HEARING

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, August 6, 2018 in Room 260, the Augusta Commission Chambers, at 3:30 P.M. or the close of the regular Planning Commission Hearing.

A request by The Hale Foundation Inc. to **present information and solicit comments** for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. **This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.**

All persons with an interest in these items is invited to attend. Additional information is available from the Augusta Planning Commission, 535 Telfair Street, Suite 300, Augusta, Georgia 30901 during regular business hours.

2 Notices
Sent
+ Email + normal
list.

Exhibit A

00019

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street ● Suite 300          1803 Marvin Griffin Road
Augusta, Georgia  30901                Augusta, Georgia  30906

July 27, 2018

Property Owner/ Resident

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a public hearing on **Monday, August 6, 2018 at 3:00 P.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia for the solicitation of comments on the following:

> A request by The Hale Foundation Inc. to present information and solicit comments for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

**No action will be taken at this public hearing. This is only an informational hearing.**

Sincerely,

*Robert Sherman*

Robert Sherman
Interim Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security

Exhibit A                                                    00020

Ahmed Mohamed Maged
511 Cedar Rock Dr
Augusta, GA 30907-4984

Augusta
535 Telfair St
Augusta, GA 30901-2379

Bedichek Suzanne B
2417 Birdie Dr
Augusta, GA 30906-3322

Boddiford McQue
1498 Captola Rd
Sylvania, GA 30467-8120

Brown Clinton O
1349 Aniwaka Ave Sw
Atlanta, GA 30311

Bunch Jesse L
3033 Hummingbird Ln
Augusta, GA 30906-3346

Cahoon Lorna
109 Shelby Ct
Augusta, GA 30906-3335

Carter Victor Ronald
2404 Birdie Dr
Augusta, GA 30906-3323

Cole Alice B
3007 Eagle Dr
Augusta, GA 30906-3356

Conrex Residential Property Group
2013-2
3 Cordes St
Charleston, SC 29401-2116

Anointed Realty Inc
Po Box 6702
Augusta, GA 30916-6702

Augusta/Csra Habitat for Humanity
1002 Walton Way
Augusta, GA 30901-2843

Bennett Patricia H
2403 Par Dr
Augusta, GA 30906-3332

Bogan Bernice M
3026 Eagle Dr
Augusta, GA 30906-3326

Brown George F
102 Shelby Ct
Augusta, GA 30906-3336

Bush Howard S
462 Telfair St
Augusta, GA 30901-2463

Cain Corey N
2412 Eagle Dr
Augusta, GA 30906

Chg Holdings LLC
4115 Columbia Rd Ste 5-285
Martinez, GA 30907

Cole Myron D
3027 Hummingbird Ln
Augusta, GA 30906-3346

Cook Dennis Lee
2430 Eagle Dr
Augusta, GA 30906-3325

Ashley Catherine B
2403 Birdie Dr
Augusta, GA 30906-3322

B&d Assets LLC
3957 Hammonds Ferry Rd
Evans, GA 30809-4097

Black Richard A
2408 Eagle Dr
Augusta, GA 30906-3325

Bradley Florence W
3013 Eagle Dr
Augusta, GA 30906-3328

Brown Robin E
3013 Hummingbird Ln
Augusta, GA 30906-3346

Bussey Maria
2407 Eagle Dr
Augusta, GA 30906-3324

Carter Delbert H
2422 Eagle Dr
Augusta, GA 30906

Clifton Nancy Ellen
2424 Birdie Dr
Augusta, GA 30906-3323

Collins Joyce
2420 Birdie Dr
Augusta, GA 30906-3323

Cowart Gregory Phillip
4821 Fulcher Rd
Hephzibah, GA 30815-4005

Crews Jeanette C
3011 Hummingbird Ln
Augusta, GA 30906-3346

Davis Oral K
3003 Eagle Dr
Augusta, GA 30906

Florence Bryan Daniel
108 Shelby Ct
Augusta, GA 30906

Gauldin Harold E
3023 Hummingbird Ln
Augusta, GA 30906-3346

Gordon Clifford D
2418 Birdie Dr
Augusta, GA 30906

Hate Foundation Inc the
402 Walker St
Augusta, GA 30901

Harris Doris E
2423 Birdie Dr
Augusta, GA 30906-3322

Henderson Sandra Elizabeth Revocable
Tru
3012 Eagle Dr
Augusta, GA 30906-3326

Holmes Bennie Sr
3016 Eagle Dr
Augusta, GA 30906-3326

Jackson Lionel
3014 Eagle Dr
Augusta, GA 30906

Crockett Floyd A
2409 Par Dr
Augusta, GA 30906-3332

Dixon Billy G
3006 Hummingbird Ln
Augusta, GA 30906-3331

Francisco Rowena
16 Bradley Ln
Bridgewater, Nj 08807-2645

Gibbons Mildred Turner
2427 Eagle Dr
Augusta, GA 30906-3355

Green Meadows Golf Club I
Po Box 5127
Augusta, GA 30916-5127

Hannah Elliott Jr
3015 Eagle Dr
Augusta, GA 30906-3328

Hatcher George P
3030 Eagle Dr
Augusta, GA 30906-3326

Higgs Brenda D
3038 Eagle Dr
Augusta, GA 30906-3326

Hughes Hattie Davis
2408 Par Dr
Augusta, GA 30906-3349

Jones Andrew W
3034 Eagle Dr
Augusta, GA 30906-3326

Davis Gwendolyn Crawford
2401 Eagle Dr
Augusta, GA 30906-3324

Duncan Delores T
2424 Eagle Dr
Augusta, GA 30906-3325

Fryer Lizzie M
3006 Eagle Dr
Augusta, GA 30906-3326

Girton Rebekah Paulos
3026 Hummingbird Ln
Augusta, GA 30906

Haas Gerda A
3020 Eagle Dr
Augusta, GA 30906-3326

Hardy Eddie Lee
2420 Eagle Dr
Augusta, GA 30906-3325

Hbc Properties LLC
838 Greene St
Augusta, GA 30901-2234

Hill Shante A
2407 Par Dr
Augusta, GA 30906

Hunter David A
3004 Eagle Dr
Augusta, GA 30906

Jones Gonzalee
3004 Hummingbird Ln
Augusta, GA 30906-3331

Exhibit A

00022

Jones Harold
3031 Hummingbird Ln
Augusta, GA 30906-3346

Jones James
2404 Par Dr
Augusta, GA 30906-3349

Jones Joe Anne H 5/8 Int
3001 Eagle Dr
Augusta, GA 30906-3327

Josey Frances C
3009 Eagle Dr
Augusta, GA 30906-3356

Kabian Berthe N
2413 Eagle Dr
Augusta, GA 30906-3355

Kendrick Joyce
3022 Eagle Dr
Augusta, GA 30906-3326

Kimble Vanessia C
3007 Hummingbird Ln
Augusta, GA 30906-3346

Kirk Harry
3008 Eagle Dr
Augusta, GA 30906

Kyte Francis S
3002 Eagle Dr
Augusta, GA 30906-3326

Lane Joan Pitcher Merton
2403 Eagle Dr
Augusta, GA 30906-3324

Lawson Kenneth P Jr
3024 Eagle Dr
Augusta, GA 30906-3326

Le Kiem P
2419 Eagle Dr
Augusta, GA 30906-3355

Le Phuong Kiem Thi
4825 Tanner Oaks Dr
Evans, GA 30809-5130

Maddox Lavonya N
2413 Par Dr
Augusta, GA 30906

Mayberry Jululs E
4825 Storey Mill Rd
Hephzibah, GA 30815-4810

McCoy Thomas A Jr
3005 Eagle Dr
Augusta, GA 30906-3327

McFartin Ryolia R
2411 Birdie Dr
Augusta, GA 30906

McKinnie John Jr
3009 Hummingbird Ln
Augusta, GA 30906-3346

McZilkey Donald E
2030 Cm Copelan Rd
Madison, GA 30650

Moody Lawanda R
2411 Par Dr
Augusta, GA 30906

Moore Sheril
3558 Jonathan Cir
Augusta, GA 30906-3872

Morris Dorothy C
3032 Eagle Dr
Augusta, GA 30906-3326

Muldrow Paul
3014 Hummingbird Ln
Augusta, GA 30906-3360

Norris James B
2425 Eagle Dr
Augusta, GA 30906-3355

O'neal  George A
3022 Hummingbird Ln
Augusta, GA 30906-3365

Obleton Joseph M II
3025 Hummingbird Ln
Augusta, GA 30906

Orange Shirley S Galamb
1230 Summer St
Augusta, GA 30901

Owens Charlotte A
2417 Eagle Dr
Augusta, GA 30906-3355

Pirtle Barbara C
3045 Hummingbird Ln
Augusta, GA 30906-3346

Prince Angela Yvonne
3018 Eagle Dr
Augusta, GA 30906-3326

Exhibit A

00023

Prince Ricardo
Po Box 16104
Augusta, GA 30919-2104

Rayfield Jo Ann
2409 Eagle Dr
Augusta, GA 30906

Rcboe
864 Broad St
Augusta, GA 30901

Rex Residential Property Owner LLC
3 Cordes St
Charleston, SC 29401-2116

Rhinehart Diane
2406 Eagle Dr
Augusta, GA 30906-3325

Richardson Sandra L
3010 Eagle Dr
Augusta, GA 30906-3326

Roe Tracie Ann 2/3
2408 Par Dr
Augusta, GA 30906

Roselli Vincent R
2416 Eagle Dr
Augusta, GA 30906-3325

Rouse Alton
2414 Birdie Dr
Augusta, GA 30906-3323

Sanders Leon R
106 Shelby Ct
Augusta, GA 30906-3336

Sargent Matthew W
306 Barnsley Dr
Evans, GA 30809-8235

Sistare Rhonda H
3017 Hummingbird Ln
Augusta, GA 30906

Sommers Kathleen
2423 Eagle Dr
Augusta, GA 30906-3355

State of Georgia
3042 Eagle Dr
Augusta, GA 30906-3326

Steed Betty
2422 Birdie Dr
Augusta, GA 30906-3323

Sullivan Debria C
2428 Eagle Dr
Augusta, GA 30906-3325

Thomas Lillian N
3025 Eagle Dr
Augusta, GA 30906-8220

Tucker Mary J
2702 Butler Pl
Augusta, GA 30909-3792

Turner David F
2275 Overton Rd
Augusta, GA 30904

Turner Rosalyn Webb
2421 Birdie Dr
Augusta, GA 30906-3322

Valentine Melody
3011 Eagle Dr
Augusta, GA 30906

Vining David Wayne
2413 Birdie Dr
Augusta, GA 30906-3322

Waldron Cornelia Mae Clarke
2411 Eagle Dr
Augusta, GA 30906-3355

Washington Carl D
3012 Hummingbird Ln
Augusta, GA 30906-3380

Watson Wanda
2410 Par Dr
Augusta, GA 30906

White Ira B Jr
2419 Birdie Dr
Augusta, GA 30906-3322

Whitehead Marion G
2418 Eagle Dr
Augusta, GA 30906-3325

Wiley Annie S
2404 Eagle Dr
Augusta, GA 30906

Williams Leroy Jr
2405 Birdie Dr
Augusta, GA 30906-3322

Williams Ray
2410 Birdie Dr
Augusta, GA 30906-3323

Exhibit A

00024

Williams Roselyn
2414 Eagle Dr
Augusta, GA 30906-3325

Wilson William H
Po Box 9621
Augusta, GA 30916-9621

Yarbrough Donald R
2405 Eagle Dr
Augusta, GA 30906-3324

## PUBLIC HEARING MINUTES

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, August 6, 2018 in Room 260, the Augusta Commission Chambers, at 3:30 P.M. or the close of the regular Planning Commission Hearing.

> A request by The Hale Foundation Inc. to present information and solicit comments for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

The public hearing was called to order by Planning Commission Chairperson Mr. Robert Cooks at 3:30 p.m.

Mr. Cooks stated there will be 20 minutes provided to each side.  This may be amended as needed but he asked that all participants keep their comments brief and on subject and do not direct them to any individual present in the audience.

Mr. Cooks asked how many of those present were in favor of this use and how many were opposed. A show of hands indicated 81 people in favor and 58 against. (Count done by 3 Planning and Development Dept. staff)

Mr. Howard S. Bush, owner of 3041 Hummingbird Lane asked how many of those counted own property and/or live in the Green Meadows Subdivision. (Count done by 3 Planning and Development Dept. staff)

Mr. Cooks asked for a show of hands.  A show of hands indicated 1 person in support and 47 against own and/or live in Green Meadows Subdivision.

Mr. James Trotter, Trotter Jones LLP, 3527 Walton Way Ext., Augusta was present to speak on behalf of The Hale House Foundation Inc.

Mr. Trotter stated the Hale House owns the property at 3042 Eagle Drive and has made a significant investment.  Everyone understands the fears expressed – drop in property values, increase in crime and traffic. But this property is an old convent that has been unused for the last few years. Hale House purchased the property in 2016 for a residential substance abuse treatment

1

facility.  Hale House has 28 years of experience in the community of working with men with addition to alcohol or opioids.  The receive referrals from physicians, hospitals and employers. They do not accept walk-ins and they do not take Court ordered patients.  Residents must come voluntarily and must pay for the treatment.  They are free to leave at any time.  Treatment is for those who want to be there.

Mr. Trotter continued explaining the existing facility is 13, 000 sq. ft. of commercially outfitted living facilities for 30 people.  Hale House serves men only.  The average stay if 30 to 45 days. The residents are not allowed vehicles but they are allowed to leave whenever they choose. Access is currently from Eagle Drive but Hale House intends to close and remove that entrance and fence all along the neighboring boundary property lines.  The plan is to enter an agreement with Augusta Technical College and construct a new entrance through there.  The only traffic will be the 18 to 22 employees and they will not go through Green Meadows Subdivision.

Mr. Trotter explained the Hale House is not a new organization or from out of town. The previous potential treatment facility company was from out of town. Hale House has been a local entity for 28 years in Olde Town Augusta. They currently have 4 houses with 35 men in residence.   In 28 years there has only been one call to law enforcement due to a fight. Mr. Trotter feels this history of Hale House is important.

Mr. Trotter stated Hale House is not the first facility in Augusta to request this.  In 2014 Bluff Plantation was approved on Bennock Mill Road. There has been no increase in crime or law enforcement calls in the area.  It is a myth that these facilities create or draw criminal activity.  The Eagle Drive property when developed will be fenced and there will be security patrols 24/7.

Mr. Trotter stated that the claim that property values will drop up to 17% use methadone clinics as the scale.  But Hale House allows/uses no drugs or alcohol in their treatment program.  The property values near Bluff Plantation have actually increased.

Mr. Trotter explained Hale House began in 1990 as a Christian based program and has grown to 5 house with a maximum tenancy of 50 residents. They use a 12-step Bible based program. Completion means a return to family, jobs and the community. All most all residents are from Richmond County or adjoining communities. Hale House is not a church and is not affiliated with any specific church or denomination but is a Christian based ministry for people in need.

"Videotaped testimonial was shown of first resident Charles ?"

Mr. Matt Aitkin, 609 Telfair Street, Augusta stated he helped broker the sale to Hale House and will participate in the zoning action needed to help Hale House establish itself on this property. He has participated in prison ministry for years and believes Hale House is an asset to the

2

community. Any use can affect the property values in an area but proper administration and implantation of zoning is important. Members and donors within the community believe in the Hale House mission. He stated he loves this community and neighborhood but he also loves those who struggle and hopes others feel the same. We need to find a happy medium and embrace those with addictions and help them to heal. He hopes Augusta can find unification on this subject and doesn't turn it into a political football. Look at the facts and benefits to everyone. And assure that tools are available to help people with problems. We need to be a part of the solution not part of continuing the problem.

Mr. Aitken continued that the campus is perfect for this use and he will do what it takes to make the neighbors comfortable.

Debra Rodriguez, 346 Broad Street, Augusta, an Olde Town resident, stated she lives 3 blocks from Hale House and has watched it since it began. She has seen the program grow and has employed the residents. She has had no issues with the use and has found them to be good neighbors. She understands the concerns with something new but this is a good new. She suggested people visit Hale House and see it at work. She feels people will see it as a benefit.

(17 minutes)

State Senator Harold Jones spoke in support of Green Meadows Subdivision. He stated he grew up in Green Meadows and his mother still lives there. He remembers the convent and the nuns who lived there fondly. This is a diverse community of hardworking Augustans who are proud of their neighborhood. This is not about group animus toward Hale House or its mission. Senator Jones, himself, has a record of promoting "second chance legislation". The people who live in Green Meadows are all working class folk who have been affected / targeted by alcohol or drug use much like many of us in America today. They are a sympathetic group and they support rehabilitation. But they have a rational argument for leaving the existing zoning in place and not allow this facility at 3042 Eagle Drive. Green Meadows is a unique community that should be allowed to continue.

Ms. Debbie Bunch, 3033 Hummingbird Ln., Augusta stated she is a 30-year resident of Green Meadows. Three years ago West Care came forward with a similar use for young men (teenagers). The neighborhood was against it then and continues to be against this use. Safety and security are prime issues along with dropping property values. The neighbors have been told Hale House has asked the Board of Education and Board of Regents for access through their property but there is no guarantee that will happen. Augusta Tech Drive and Lumpkin Road intersection is heavily trafficked and there is the school traffic as well. Officials may not want to add more traffic. If approved for Eagle Drive the Green Meadow streets cannot support the extra traffic, including delivery trucks with supplies.

3

Ms. Bunch continued stating the supports claim there will be no increase in crime. That the impact will be no different than for other commercial uses. But this area is residential and they want it to stay that way. The former convent was not a commercial use and as such had no impact on the neighborhood.

Ms. Bunch quoted the Taniguchi and Salvatore Study.

Ms. Bunch continued stating the fact that the residents are free to come and go whether they are clean and sober of not does not instill confidence in the neighbors. There were 2,500 crimes committed in this zone last year, but Green Meadows only had 19 crimes in 3.5 years according to the Augusta Chronicle Crime Statistics.

Ms. Bunch stated the new school construction has caused issue with erosion, traffic and noise from the Bobby Jones Expressway due to the loss of tree cover. She also stated that in her research there could be an 8% to 17% reduction in property values for neighborhoods where opioid centers locate.

Ms. Bunch stated no one disputes there is a need. Everyone has been touched by the drug epidemic in some way. But the owners in Green Meadows believe there is a more suitable location that isn't close to schools and homes. The Green Meadows Subdivision has repeatedly opposed this request. The Augusta Commission and the Planning Commission has refused to allow Personal Care Homes, beauty salons and the like in residential areas please refuse to allow this use on this property.

(A video of testimonials from Green Meadows residents was shown)

Ms. Bunch stated the video is the same they used 3 years ago when they fought West Care but the statements and beliefs are still valuable today.

(18 minutes)

Mr. James Trotter offered a rebuttal. Perhaps non-compatible uses should not be next door to each other. But property rights must be recognized as the State of Georgia recognizes "you may use your property to its highest and best use as you want." Hale House has a 28 year record of being a compatible neighbor. There will be no traffic except for employees as the residents do not have vehicles. Any use that come onto this property will have some traffic. There will be limited to no construction so there will be no impact there. The crime study is misleading as it is often based using methadone clinics as the base. These are open daily to the public. This site will not operate like that. This will not be halfway house, residents will not be coming out of jail for treatment.

4

Rather they will be coming voluntarily seeking treatment. And they will pay for it. The property will be fenced and secured at all times. The Hale House is willing to abide by any restrictions placed on it at the zoning lever if necessary.

Mr. Howard Bush agreed Hale House does already own the property but they bought it with residential zoning in place. They should have requested the rezoning before purchasing. Now they need the zoning to change for their use but the area residents want it to remain residential.

Mr. Trotter agreed Hale House purchased the property with the existing zoning based on their faith and belief that it can be changed.

Mr. Cooks thanked all assembled for their time and comments and concluded the hearing. He reminded all present that a zoning hearing may not be held less than 6 months and not more than 9 months from the date of this public hearing.

<div align="center">PUBLIC HEARING ADJOURNED 4:22 p.m.</div>

<div align="center">5</div>

<div align="center">Exhibit A</div>

<div align="right">00030</div>

00031

Exhibit A

**PUBLIC HEARING - MONDAY, AUGUST 6, 2018**

**MALE HOUSE IN-PATIENT REHABILITATION CENTER**

3042 EAGLE DRIVE

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| 1 | Rosalyn Turner | 2421 Beagle Dr. | | |
| 2 | Domeica Smith | " | | |
| 3 | Jerrand Turner Jr | " | | |
| 4 | Seldon Turner, J | " | | |
| 5 | Mamie Webb | " | | |
| 6 | Betty Surrency | 604 Cavanaugh Ebey | | |
| 7 | Terry Surrency | " | | |
| 8 | Beth Carter | 458 Creekwalk Dr. | | |
| 9 | Adam Carter | 458 Creekwalk Dr. | | |
| 10 | Richard Rhodea | 60 Cavitta Cir. 30909 | | |
| 11 | Marcus Brown | 928 Willoust 30904 | | |
| 12 | Jeremy Thomas | 2321 Central Ave. 30904 | | |
| 13 | Jason Scherr | 1528 Hat St. 30404 | | |
| 14 | Wilva Baldwin | 1841 Ohio Av 30904 | | |
| 15 | Jessica Hunt | 1223 Winter St. | | |
| | Peasy Schaffer | 2642 Raymond Ave | | |
| | Paul Cartus | 3817 Hummingbird NW | | |

## PUBLIC HEARING - MONDAY, AUGUST 6, 2018

### HALE HOUSE IN-PATIENT REHABILITATION CENTER

3042 EAGLE DRIVE

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| | John Martin | 1205 Cannin Dr. Augusta | ▮ | |
| 1 | Joe Ward | 605 Almond Rd | ▮ | |
| 2 | Jim Trotter | 3014 Brushbird 2J | ▮ | |
| 3 | Cliff Richardson | 402 Walliace St | ▮ | |
| 4 | Michael Weintraub | 1590 Broad St | ▮ | |
| 5 | Katie Richard | 348A Conifer Terr(evm) | ▮ | |
| 6 | William DeVille II | 2733 Kings Way 30 | ▮ | |
| 7 | Mitzi McCoy | 830 Sherwood Dr. Augusta | ▮ | |
| 8 | Nancy Browning | 2024 Glenfield Lane 308 | ▮ | |
| 9 | James Wilson | 1214 Belmont Dr 3099 | ▮ | ▮ |
| 10 | Pamela C Pope | 3048 Westwood Rd 390 | ▮ | ▮ |
| 11 | Carrie Gasput | 8ZB Millidge DLE | ▮ | ▮ |
| 12 | Paula Wood | 808 Barrett Lane | ▮ | ▮ |
| 13 | Gail Web | 605 Almone Rd | ▮ | ▮ |
| 14 | Harvine Hickman | 889 Harbig An Way E | ▮ | ▮ |
| 15 | Traylor Johnson | 619 Stevens Crossing 30907 | ▮ | ▮ |
| | Keyla Coogan | 844 Russell St Aysnta | ▮ | ▮ |

Exhibit A

00032

**PUBLIC HEARING - MONDAY, AUGUST 6, 2018**

**HALE HOUSE IN-PATIENT REHABILITATION CENTER**

**3042 EAGLE DRIVE**

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| 1 | Chaarity Marcus | 3441 Woolfe Ball Dr. | | |
| 2 | Steven Smith | 311 Bohundt Trl | | |
| 3 | Andrew Hunley | 32886a Hwy 98 Blyth | | |
| 4 | Brendan O'Connell | 2321 Central Ave | | |
| 5 | Matthew Moore | 2208 Glendale Rd. | | |
| 6 | Richard Taylor | 48847 Rio River Dr. 3094 | | |
| 7 | Martha Sibley | 2609 Henry St. 871 | | |
| 8 | Amanda Fulcher | 111 Four Lakes Dr. Eastside | | |
| 9 | Alicia Grantham | 3621 Plbk Branch Dr. 30407 | | |
| 10 | Patricia Sims | 2423 Roxymond Ave 3090 | | |
| 11 | Chris Shuman | 3206 Joyce St. 30904 | | |
| 12 | Ben Mann | 500 Woodhill Ct. 30813 | | |
| 13 | Beatta Moon | 3011 Benson Ct 30013 | | |
| 14 | Nedd O'Brec | 21 Woolf/Marsh Dr | | |
| 15 | Stephen Dougherty | 3291 Pine Ridge Rd | | |
| 16 | Jerry Childers | 3010 Pheasant Creek Dr | | |
| 17 | Tracy Branneon | 4008 Blue Bird Dr. | | |

00033

Exhibit A

**PUBLIC HEARING - MONDAY, AUGUST 6, 2018**

**HALE HOUSE IN-PATIENT REHABILITATION CENTER**

**3042 EAGLE DRIVE**

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| | Richie Hamilton | 1006 Rhubarb Rd | | |
| 1 | Mary Logan | 747 Oxford Rd | | |
| 2 | Quion Fuller | 381st Chaparral Rd | | |
| 3 | DeKim's M GRUBA | 305 Westmont Dr 3907 | | |
| 4 | Carl Wallace | 1602 Bradley Way 3023 | | |
| 5 | Fred Sims Jr | 2219 Dartmouth Rd 3065 | | |
| 6 | Anthony Coleman | 2623 Regina Ave 3060 | | |
| 7 | Sybil Coleman | 2382 travis Dorsey | | |
| 8 | NEisha Moone | 323 Sims Ave | | |
| 9 | Jennifer Foss | 216 McArthur Dr | | |
| 10 | Walt Abbot | 2637 Raymond Hr 360 | | |
| 11 | Ana Melecio | 849 High Chaparral Dr | | |
| 12 | Brycel Neat | 1102 DEBRA Ave N W | | |
| 13 | Gal Parish | 904 full 3 W 6-2075 | | |
| 14 | Mah Alton | 904 Felldir | | |
| 15 | Jeanette Williamson | 746 Broad Bonny Ck 7 | | |

PUBLIC HEARING - MONDAY, AUGUST 5, 2018

HALE HOUSE IN-PATIENT REHABILITATION CENTER

3042 EAGLE DRIVE

| | NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|---|---|---|---|---|
| 1 | Nesbit Dasher | 2319 Williams St #107 | ▓▓ | |
| 2 | Linda Bott | 625 Clinton Way Wst | | |
| 3 | Malinda Dansby | 3105 Parrvofe Rd | | |
| 4 | JRACY DANSBY | 3105 Aams Gate 1040 | | |
| 5 | JAMIE AYERS | 111 Lake mdow Dr. | | |
| 6 | Rosanne Grubbs | 2630 Chaucer DR. | | |
| 7 | Jacob murphy | 400 Dorchster Dr. | | |
| 8 | Doug Chi Hoy | 2415 Deodara Dr | | |
| 9 | Amanda Allgood-Cooper | 1048 Emerald Place | | |
| 10 | Christy Rctbinngton | 24 Hinmon Dr. | | |
| 11 | Frank ... | 2052 ... way | | |
| 12 | ... Rodriguez | 3346 Broad St | | |
| 13 | | 3346 Broad St | | |
| 14 | | | | |
| 15 | | | | |

00035

Exhibit A

PUBLIC HEARING - MONDAY, AUGUST 6, 2018

HALE HOUSE IN-PATIENT REHABILITATION CENTER

3042 EAGLE DRIVE

| NAME | ADDRESS | CONTACT NUMBER (OPTIONAL) | EMAIL (OPTIONAL) |
|------|---------|---------------------------|------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

Exhibit A

00036

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018



| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. WILLIAM HAWLSON | P.O.Box 1967 | | |
| 2. Joyce Kendrick | | | |
| 3. Clarence Kendrick | | | |
| 4. JAMES HENDERSON | | | EAGLE DR 3012 -2401 |
| 5. SANDRA HENDERSON | | | EAGLE DR 3012 -2401 |
| 6. Margaret Lett | | | |
| 7. Lavonya Maddox | | | |
| 8. Darbha Pigts | | | |
| 9. Bill Macuch | 4 Feather Woods Ln | | |
| 10. Kari Martin | 2303 Marvin Place | | |
| 11. Philip Martin | 2303 Marvin Place 30901 | | |
| 12. Jack Watson | 3030 Richmond Hill Rd 30906 | | |
| 13. Donald Q. Yarbrough | 2465 Eagle Dr | | |
| 14. Clifford Morris | 3032 Eagle Dr Augusta GA 30906 | | |
| 15. Dorothy C. Morris | 3032 Eagle Dr Augusta 30906 | | |

Exhibit A

00037

Page 2

## PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018



| | Name | Address | Phone # | Email (Optional) |
|---|---|---|---|---|
| 1. | William Collins | 3040 Eagle Dr | | |
| 2. | Joe Ann Jones | 3001 Eagle Dr | | |
| 3. | Charldo Herrington | 3001 Eagle Dr | | |
| 4. | William Hickson | 2427 Eagle Dr | | |
| 5. | Lynnstan Yarbrough | 2705 Eagle Dr. | | |
| 6. | Gerard Long 24 D 3 Eagle Dr | | | |
| 7. | Billie Chelie 1010 Grindston Ck Hghl, GA. | | | |
| 8. | Mabely Valentine-Halliman 3011 Eagle Dr. Augusta, GA | | | |
| 9. | Vikita Bates 709 Albany Ave. Augusta Ga. | | | |
| 10. | Delores T. Duncan 2924 Eagle Drive Augusta, GA 30906 | | | |
| 11. | Chary Eldridge 3001 Eagle Dr. Augusta, GA 30906 | | | |
| 12. | Bryan White 3001 Eagle Dr. Augusta GA 30906 | | | |
| 13. | Barbara J. Estridge 2607 Eagle Dr. Augusta, Ga. 30906 | | | |
| 14. | Harold V. Jones 2693 Grindstone Creek Ln Augusta 30906 | | | |
| 15. | Wanda Watson 1411 Post Rd Augusta GA | | | |

Exhibit A

00038

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
### AUGUST 6, 2018



| Name | Address | Phone # | Email (Optional) |
|------|---------|---------|------------------|
| 1. Elnora E. Watson | 2410 Red Oak | | |
| 2. Floyd A Creek ett | 2409 Oak Dr. | | |
| 3. Edith Crockett | 2404 Oak Dr | | |
| 4. Dane Blanchard | 2406 Eagle Dr. | | |
| 5. Shirley Orange | 2956 Shelby Dr. | | |
| 6. Patsy Scott | 2016 Gibson Dr. | | |
| 7. Bobbili Martin | 2303 Martin Pl | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |

00039

Exhibit A

# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018

| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. ERNEST WASHINGTON | 3013 EAGLE DR | ▮▮▮ | ▮▮▮ |
| 2. Florence BRADLEY | 3013 EAGLE DR | ▮▮▮ | ▮▮▮ |
| 3. MARY D. WHITEHEAD | 3015 EAGLE DR | ▮▮▮ | ▮▮▮ |
| 4. GORDON A. HARIS | 3080 EAGLE DR | ▮▮▮ | AUGUSTA, GA. 30906 |
| 5. Teresa Williams | 3440 Birdie Dr | | |
| 6. HOWARD S. Bush | 462 Telfair St | | Own 2911, 3039 & 3047 Hummingbirds Ln |
| 7. Roberta J. Hatcher | 3030 Eagle Dr | ▮▮▮ | ▮▮▮ |
| 8. BERNICE M. BOGAN | 3026 Eagle Dr | | |
| 9. Ethel L. Jones — | 3031 Hummingbird Ln | | |
| 10. Dee Eddie R. Hardy | 2420 E991 E Dr Agusta Ga 30906 | | |
| 11. Mary Lewis R. Hardy | 2420 E491 E Dr Agusta Ga 30906 | | |
| 12. Lowanda Moody | 8411 Par Dr. | | |
| 13. ▮▮▮ | 0319 Wesley St | | |
| 14. Kathryn Holloma | 3011 Eagle Rd Aug. Ga. 30906 | | |
| 15. Clayton Herringer | 301 Eagle Dr Augusta Ga 30901 | | |

00040

Exhibit A



# PUBLIC HEARING
## HALE HOUSE, 3042 EAGLE DRIVE
## AUGUST 6, 2018



Name     Address     Phone #     Email (Optional)

1. Senator Harold Imasit 437 Walk Start August 3050l

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

00041

Exhibit A



Foreclosures

Forfeiture / Seizure

Miscellaneous

Miscellaneous

Miscellaneous

Name Change

Planning Commission

Incorporation

Name Change

Probate

Forfeiture / Seizure

Miscellaneous

Our Story    About    The Program    Testimonials    FAQ    Contact    News    Hamp Pope Fund

# About The Foundation



The Hale Foundation 2-17-15

SEARCH THE HALE HOUSE SITE

SEARCH THIS WEBSITE...

RECENT POSTS

‣ Lance Barrow to speak at Hale Foundation Dinner
‣ Testimonial: Ronny
‣ Testimonial: David H
‣ Testimonial: Adam
‣ Testimonial: Chris

The Hale House Foundation Inc. is a transitional program to assist men over the age of 18 with substance abuse problems to recover in a safe recovery residence setting until they are ready to assume responsibility by readjusting to society and resume independent living. The Hale House offers programs without restrictions on the length of stay to accommodate individual recovery.

It holds to a strict zero tolerance policy for alcohol or drug use as well as any unwillingness to cooperate with foundation rules beneficial to the entire recovering community.
Started in 1990 with a single house, the Foundation has now expanded to several houses. Three programs were developed to help men in different "stages" of recovery. Each entering person is reviewed by recovering staff members to assess their needs and periodic evaluations are made to mark their progress.

The Hale House is strongly supported by the community and on the 7th Anniversary of its birth, the Hale House was commemorated by Augusta's Mayor Larry Sconyers as he declared September 23, 1998 Hale House Foundation Day.

Hale House Management:

Cliff Richards – *Executive Director*



- Owned and operated a military aviation contracting co. for 24 years
- Worked in the alcohol and drug addiction field for 36 years
- Training in the field of sales, relationship building and leadership. (Alliance, Dallas, TX. 1989-1990)
- Certified Integrative Life Coach (Ford Institute, San Diego, CA. 1999-2003)

Laurence Joseph Ward – *Program Director*



- Management of retail men's clothing stores for 10 years.
- In patient alcohol and drug counselor at University Hospital Alcohol and Drug Unit. Worked with Sam Sibley (founder of The Hale Foundation) at University Hospital A&D Unit. 1986-1993
- Certified A&D counselor from 1988 to present.
- Continuing Care Coordinator for Willingway Hospital, Statesboro, GA. 1998- Present
- Out-patient A&D counselor for Americanworks, Augusta, GA. 2004-Present
- 6 years A&D counselor for State of Georgia.

- Trained in conducting Alcohol and Drug Interventions.

**Vicki Lowe** - *Financial Coordinator*

- CFO of a women's recovery facility and has an extensive knowledge of non-profit organizations.
- Manages all financials for our program to include all residential accounts, accounts payable and accounts receivable and payroll and all fringe benefits for employ
- Conduct financial analysis and prepares detailed financial reports and statements.

**Traylor Johnson** - *Marketing Director*

- 38 years Sales & Marketing experience with several Fortune 500 Information Technology & Telecommunications organization.
- 20+ years in the Recovery Community.
- Georgia Department of Corrections Certified Volunteer.
- Served on State Court Judge's Volunteer Staff for the Burke County Alcohol and Drug Court.

**Board of Directors:**

Walter F. Abbott, IV

William L. Bennett, Jr.

W. Marshall Brown, Vice President

George Bush

Dr. Nesbit Dasher, Jr

Katherine Ferrara

Edgar L. Perry

Richard L. Rhoden, Treasurer

Cliff Richards, President/CEO

Fred M. Sims, Jr.

Patricia Sims

Laura Baugh

Pam Pope

Rev. Gary Demore

**Board Members not Pictured**

## About The Foundation

Alan Brosious

B. Franklin Dolan

### RECOVERY RESIDENCES

Hale House Recovery Residences provide a
safe, supportive and structured living
environment designed to assist men over
the age of 18 with substance abuse
problems until they are ready to assume
self-responsibility, readjust to society and
resume independent living.

### RECENT POSTS

Lance Barrow to speak at Hale
Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

### SEARCH HALE HOUSE FOUNDATION

SEARCH THIS WEBSITE...

RETURN TO TOP OF PAGE

COPYRIGHT © 2019 · EXECUTIVE THEME ON GENESIS FRAMEWORK · WORDPRESS · LOI.

http://thehalefoundation.com/about/

Exhibit A

4/12/2018
00043

Our Story    About    The Program    Testimonials    FAQ    Contact    News    Hamp Pope Fund

# The Program



All programs are geared around the philosophy of the 12-step recovery program of Alcoholics Anonymous and all of our programs are centered around the local and in-house "12 step" meetings.

Phase I

This program is for men who have been detoxed and includes mandatory Monday through Friday activities, including:

6:00 am: Breakfast

7:00 am: Meditation

8:00 am: Educational videos and lectures

2:00 pm: Educational videos and lectures

5:00 pm: Dinner

11:00 pm: Doors locked, bedtime.

The program also includes three outside AA or NA meetings daily, closed group therapy twice a week, and four in-house AA meetings weekly.

Phase II

Upon completion of Phase I program, residents may continue recovery at the foundation by following basic rules of the house including: daily meditation, assigned chores, inside and outside AA and NA meetings and an increased willingness to live by the newfound principles of recovery. Men who have completed an out- side treatment program can qualify for this level of entry following an individual assessment.

Industry Program

## SEARCH THE HALE HOUSE SITE

SEARCH THIS WEBSITE

## RECENT POSTS

▸ Lance Barrow to speak at Hale Foundation Dinner

▸ Testimonial: Ronny

▸ Testimonial: David H

▸ Testimonial: Adam

▸ Testimonial: Chris

Exhibit A

00046

To support to our local businesses and industries we provide a recovery program for employees in conjunction with the support of their employers. The purpose of this program is to fulfill a community need and encourage recovery in our local community.

Cost of the program varies to Foundation guidelines. The program includes food and shelter in a dormitory setting, along with bedding, laundry facilities and personal hygiene supplies. Residents become responsible for obtaining employment and paying rent as a part of their recovery process as they become financially accountable for themselves. More information is freely available by calling the foundation during regular business hours.

Hale House in a non-profit organization and receives minimal fees from the residents which covers living expenses. Hale House provides many amenities free of charge to its residents to ensure they are on the right path to full recovery. These include:

- A partnership with American Works to help further the resident's productive acclimation into society and the workplace.
- Nursing Assessments from RN's and labs drawn to ensure the health of the residents
- Physical Clinical Evaluations are also provided
- Transportation is provided for $3 each way or $30 per week
- All meals – breakfast, lunch and dinner
- Washers and Dryers

**Resident Fees:**

Phase I: $500

This program is for men who have been detoxed and includes mandatory Monday through Friday activities, including 6:00 a.m. breakfast, 7 a.m. meditation, 8 a.m. and 2 p.m. educational videos and lectures on the disease of addiction and the recovery process, 3 outside AA or NA meetings daily, closed group therapy twice a week, 4 in-house AA meetings weekly, 5:00 p.m. dinner, 11:00 p.m. doors locked, bedtime.

Phase II: $175 per week

Upon completion of Phase I program, residents may continue recovery at the foundation by following basic rules of the house including: daily meditation, assigned chores, inside and outside AA and NA meetings and an increased willingness to live by the newfound principles of recovery. Men who have completed an outside treatment program can qualify for this level of entry following an individual assessment.

**RECOVERY RESIDENCES**

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

**RECENT POSTS**

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

**SEARCH HALE HOUSE FOUNDATION**

SEARCH THIS WEBSITE .

COPYRIGHT © 2018 · EXECUTIVE THEME ON GENESIS FRAMEWORK · WORDPRESS · LOG

Exhibit A

4/12/2018
00047

Our Story    About    The Program    Testimonials    FAQ    Contact    News    Hamp Pope Func

# FAQ

1. *Where is Hale House located?*
   We are located in the historic Olde Town section of Augusta, GA at 402 Walker Street.



   View Larger Map
2. *Can I bring my car to Hale House?*
   Yes, cars are allowed but not used in Phase I.
3. *Can I have a cell phone while at Hale House?*
   Yes, phones will be allowed once you have obtained employment.
4. *Are visits from friends and family allowed during my stay?*
   Visits are allowed in Phase II and must be approved by our staff.

## SEARCH THE HALE HOUSE SITE

SEARCH THIS WEBSITE.

## RECENT POSTS

- Lance Barrow to speak at Hale Foundation Dinner
- Testimonial: Ronny
- Testimonial: David H
- Testimonial: Adam
- Testimonial: Chris

## RECOVERY RESIDENCES

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

## RECENT POSTS

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

## SEARCH HALE HOUSE FOUNDATION

SEARCH THIS WEBSITE .

RETURN TO TOP OF PAGE

COPYRIGHT © 2018 · EXECUTIVE THEME ON GENESIS FRAMEWORK · WORDPRESS · LOG

Exhibit A

00048



Our Story   About   The Program   Testimonials   FAQ   Contact   News   Hamp Pope Func

# Our Story



Hale House Promo 2012

In 1990, two Augusta businessmen and friends, Sam Sibley and Hampton Walker, had a dream to establish a recovery residence for adult men challenged with alcoholism and drug addiction. Years later, this vision continues to provide an opportunity for these men to have a better life and chance to heal. This has become the core purpose of Hale House Foundation.

As a result of this compassion and vision...it all started with a single house and one recovery residence tenant. Since then, Hale House has grown to 5 houses and 48 residents. The Foundation uses a proven program, which combines education and adherence to the 12-step program within the supportive residential environment Hale House provides. Each man who completes the program is returned to society sober, independent and ready to assume the responsibilities of employment and family relationships.

The recovery success stories are powerful and inspiring. The men see themselves in each other and the transformation and rebirth of their sense of self as they go through the program together.

**RECOVERY RESIDENCES**

Hale House Recovery Residences provide a safe, supportive and structured living environment designed to assist men over the age of 18 with substance abuse problems until they are ready to assume self-responsibility, readjust to society and resume independent living.

**RECENT POSTS**

Lance Barrow to speak at Hale Foundation Dinner

Testimonial: Ronny

Testimonial: David H

Testimonial: Adam

Testimonial: Chris

**SEARCH HALE HOUSE FOUNDATION**

SEARCH THIS WEBSITE...

**Lois Schmidt**

| | |
|---|---|
| **From:** | Cliff Richards <crichards@thehalefoundation.com> |
| **Sent:** | Tuesday, April 10, 2018 12:47 PM |
| **To:** | City Administrator; telam@augustatech.edu; padgeja@boe.richmond.k12.ga.us; minchhe@boe.richmond.k12.ga.us; fletcpe@boe.richmond.k12.ga.us; harold.jones@senate.ga.gov; Planning Commission; Robert H. Sherman; pdecamp@augustaga.gov; dgrantham@forestsalescorp.com; paul@paulsterett.com |
| **Subject:** | The Hale Foundation Site Visit with Congressman Allen |

Hello Everyone,

I wanted to extend an invitation for you to attend a site visit for our newly acquired property located at 3042 Eagle Drive, Augusta, GA. 30906 ( the former Order of St. Helena's Episcopal Convent).

This 20 acre property will serve as a 30 bed Medical Substance Abuse Treatment Center, provided we can acquire the proper zoning.

Congressman Rick Allen is supporting our efforts to fight the growing epidemic of substance abuse issues in our community and will be in town April 23rd from 10:00-11:00 am for this site visit.

This site visit has been scheduled as a means to give our community leaders an opportunity to see this facility first hand and answer any questions and or concerns they may have for this facility.

Over the last 28 years The Hale Foundation has been actively and successfully involved in the day to day support and treatment of substance abuse in our community. This newly acquired property will allow us to serve and help men and women in our community who struggle with addiction.

We need the support of our community leaders, as we move forward with the zoning process for this property. I hope you are able to attend.

Please RSVP by 4/18/18

If you need any additional information please give me a call.

Sincerely,

**Cliff Richards**
*President/CEO*
*The Hale Foundation, Inc*
P.O. Box 2843
Augusta, Ga. 30914-2843
Office: (706) 722-3060
Cell: (706) 294-5692
Email: crichards@thehalefoundation.com

1

Exhibit A

00050

www.thehalefoundation.com

2

## Lois Schmidt

| | |
|---|---|
| **From:** | Kevin Boyd |
| **Sent:** | Wednesday, April 25, 2018 10:45 AM |
| **To:** | Martin Laws; Edward Morrow; Lois Schmidt |
| **Cc:** | Terri Turner |
| **Subject:** | Follow up - The Hale Foundation Site Visit with Congressman Allen |

All,

I participated the Hale Foundation event / site visit on Monday. Here are the highlights.

- Event began at 10:00 am, at the former St. Helena's Episcopal Convent located at 3042 Eagle Drive.
- The event was a mainly standing room only, there were a couple speakers including representatives of Hale along with Congressman Allen.
- Congressman Allen did not endorse the group, he indicated that he was invited by a local constituent. Mr. Allen noted that the location appeared to be a great place for a treatment center but also noted that he was not familiar with the area or neighborhood sentiments on the nature of this request.
- One of Hale's representatives spoke of this childhood experiences as his parents started a treatment center in their home in Statesboro, GA. They later established a treatment center in which he became the President and served over 20 years. He spoke about the Hell House facility downtown and attempted to counter some of the social stigmas associated with these facilities. One the noted things that was emphasized was that there's a myth that this would increase crime in the area. The facility will focus on spiritual treatment and teachings of abstaining over the conventional drug rehabilitation.
- The neighborhood was very organized during the event. Towards the end of the speech, a couple residents were able to express in conveying concerns over crime, property values and nearby educational institutions. The Hale group asserted that this was not the proper venue to have this discussion and indicated that they were willing to sit down with the community to resolve some of the issues presented. The group also noted that they intend to provide a separate entrance to the facility, one that is not through the neighborhood.
- Finally visitors had the opportunity to explore the space. The facility is quite expansive and include a full size kitchen area, several common areas and numerous room and bath rooms for staff, clients and visitors. The condition of the buildings appear to be in good condition and more cosmetic improvements needed.
- The community was quite organized. Neighborhoods were generally opposed to the request. There were sign displayed on nearly every parcel and a large size banner placed over the street leading to the facility. They also protested at the event with signs and had a table with flyers and such at the entrance of property.

Thank you!

**Kevin Thomas Boyd,**
Zoning Administrator – Planner III

1

Augusta Planning & Development Dept.
535 Telfair St., Suite 300
Augusta, GA 30901
Main: 706-821-1796
Direct: 706-828-7173
Fax: 706-821-1806
kboyd@augustaga.gov

Please consider the environment before printing this email.

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

Exhibit A                                                                    00053

**Lois Schmidt**

| | |
|---|---|
| **From:** | ▬▬▬▬▬ |
| **Sent:** | Friday, April 27, 2018 7:24 PM |
| **To:** | Mayor Davis; Commissioner William Fennoy; Commissioner Ben Hasan; Commissioner Dennis Williams; Commissioner Sean Frantom; Commissioner Mary Davis; Commissioner Wayne Guilfoyle; Commissioner Sammie Sias; Commissioner Marion Williams; Commissioner Andrew Jefferson; Commissioner Grady Smith; barnema@boe.richmond.k12.ga.us; atkinji@boe.richmond.k12.ga.us; cainve@boe.richmond.k12.ga.us; fdolan@eagleproducts.us; hannach@boe.richmond.k12.ga.us; howardal@boe.richmond.k12.ga.us; minchhe@boe.richmond.k12.ga.us; padgeja@boe.richmond.k12.ga.us; fraziwa@boe.richmond.k12.ga.us; scottpa@boe.richmond.k12.ga.us; fletcpe@boe.richmond.k12.ga.us; clarkme@boe.richmond.k12.ga.us; moorean@boe.richmond.k12.ga.us; Planning Commission |
| **Cc:** | Jones, Ethel; Roe, Tracie |
| **Subject:** | Proposed Substance Abuse Treatment Facility at 3042 Eagle Drive |
| **Attachments:** | 755098; undefined; 692934; undefined |

April 27, 2018

Dear Community Leader:

My husband and I own a home in Green Meadows Estates and I'd like to bring something to your attention that you may, or may not, be aware of.

The Hale Foundation has acquired the property at 3042 Eagle Drive (formerly St. Helena's Convent) and they propose to open a 30-bed treatment facility for ADULT substance abusers. This property borders my home on two sides…it is literally just over my back and side fence.

We are vehemently opposed to the granting of the zoning exception that would be required to open this facility! Given the marked increase in opioid addiction in recent years, we can appreciate the importance of such facilities. I know that there are probably few families in this country that have not been affected by this epidemic in some way. However, we do NOT feel that inside a subdivision filled with elderly residents and in CLOSE proximity to a High School is an appropriate location.

What you might not already realize is that the main residential building on this property is only slightly over 800 FEET from the nearest academic building of the Richmond County Technical Career Magnet High School (it's less than 250 feet from the parking lot)!!

1



Following is a description of this High School from the Richmond County Board of Education website:    ( https://www.rcboe.org/magnet#calendar30096/20180425/month)

*Richmond County Technical Career Magnet School*

RCTCM is a public magnet school in the Richmond County School System serving 420 students in Grades 6-12. Students are admitted on selective criteria based upon prior school record, academic testing, and an interest in Cyber Security, Culinary Arts, Networking, Energy (Engineering), Audio/Video Technology & Film, Business, or Robotics. RCTCM is located adjacent to Augusta Technical College, where almost 20% of our students participate in *More On When Ready*

These students are academically gifted and will be future Cyber Security Analysts, Energy or Robotics Engineers, Business Leaders or will serve in any number of other important roles. They are some of our best and brightest! TCM is the newest school in Richmond County and has been achieving awards and recognition since opening its' doors. The average graduation rate is 97.9%! That is a graduation rate to be envied by any high school, anywhere. It is, without a doubt, one of the best schools in Richmond County.

Georgia Code (2017) Title 16, Chapter 13, Article 2, Part 1 establishes a 1,000 foot "Drug-free Zone" surrounding schools:
curce: https://law.justia.com/codes/georgia/2017/title-16/chapter-13/article-2/part-1/section-16-13-32.4/

**Universal Citation:** GA Code § 16-13-32.4 (2017)

(a) It shall be unlawful for any person to manufacture, distribute, dispense, or possess with intent to distribute a controlled substance or marijuana in, on, or within 1,000 feet of any real property owned by or leased to any public or private elementary school, secondary school, or school board used for elementary or secondary education.

Since the patients at this facility will be getting TREATED for substance abuse, it is realistic to anticipate that not all of them will have completely succeeded in conquering their addiction. That being the case, it would not be unreasonable to expect that some illegal substances could find their way onto that property....which is WELL within the 1000 feet Drug Free Zone required by law. We do not feel that this is an acceptable risk!

There are numerous reasons that the property owners of Green Meadows Estates oppose the establishment of this facility but the vulnerability of the young students at the Technical Career Magnet High School and the equally vulnerable aging residents in our neighborhood are the most disturbing to us. Many of us have owned our homes for 30+ years. We have raised our children here and now enjoy spending time with our grandchildren here. It is a serene, low-crime neighborhood and we have worked very hard to keep it that way. It is patently unfair for our peace to be disturbed in our "golden years" and we beg for your support in opposing the zoning exception that will be required for this facility to open.

Before you make a final decision on how you feel about this issue, please take a moment to examine how you'd feel about this facility if it was to be opened in YOUR back yard...or your MOTHER's...or within just a few feet of YOUR child's school! There are many other more appropriate properties in Richmond County where this treatment center could be located!

Thank you for your time and attention to this very important matter.

3

Sincerely,
Deborah Bunch
Green Meadows Estates
3033 Hummingbird Lane
Augusta, GA 30906

**Universal Citation:** GA Code § 16-13-32.4 (2017)

(a) It shall be unlawful for any person to manufacture, distribute, dispense, or possess with intent to distribute a controlled substance or marijuana in, on, or within 1,000 feet of any real property owned by or leased to any public or private elementary school, secondary school, or school board used for elementary or secondary education.

**Universal Citation:** GA Code § 16-13-32.4 (2017)

(a) It shall be unlawful for any person to manufacture, distribute, dispense, or possess with intent to distribute a controlled substance or marijuana in, on, or within 1,000 feet of any real property owned by or leased to any public or private elementary school, secondary school, or school board used for elementary or secondary education.

## Richmond County Technical Career Magnet School

RCTCM is a public magnet school in the Richmond County School System serving 420 students in Grades 6-12. Students are admitted on selective criteria based upon prior school record, academic testing, and an interest in Cyber Security, Culinary Arts, Networking, Energy (Engineering), Audio/Video Technology & Film, Business, or Robotics. RCTCM is located adjacent to Augusta Technical College, where almost 20% of our students participate in *Move On When Ready*.

*Richmond County Technical Career Magnet School*

RCTCM is a public magnet school in the Richmond County School System serving 420 students in Grades 6-12. Students are admitted on selective criteria based upon prior school record, academic testing, and an interest in Cyber Security, Culinary Arts, Networking, Energy (Engineering), Audio/Video Technology & Film, Business, or Robotics. RCTCM is located adjacent to Augusta Technical College, where almost 20% of our students participate in *More On When Ready.*

Exhibit A                                                                                    00001

# UPDATE | Addiction treatment facility faces opposition before final plans



*By Lindsay Tuman, Staff* | Posted: Tue 11:30 AM, Apr 24, 2018

Monday, April 23, 2018
News 12 at 11

®

Exhibit A          00062



AUGUSTA, Ga. (WRDW/WAGT) – "My life today, I never would have imagined it would be as good as it is."

Six years ago Adam Carter's life was upside down.

"I'd been struggling with drug addiction since I was 12 years old. I was 33 when I went there."

David Hunter says three years ago he couldn't hold down a job he cut ties with friends and family.

"At that point in my life, I was lost. I didn't really know what I wanted out of life, I didn't know who I was."

Both of them found their way to Hale House.

"May 16th, 2012. When I got there I was bankrupt, morally and spiritually, emotionally, and financially as well."

The Hale House offers a four to six-week program it's supposed to be an affordable option for anyone who needs it.

"They wanted to provide an abstinence use program. A safe place for men to come who are suffering from substance abuse disorder" said John Martin, Hale Foundation Treatment Center Clinical Director.

Both of these men credit their turn around with the program here.
"Five years later, I'm married, I have two little girls, I'm a functioning member of society."

"What I thought would be the worst day of my life, going down to the Hale Foundation and admitting I needed help, wound up being the best day of my life."

A change these men and the Hale House hope to see in many others.
So the issue here isn't the program everyone agrees it's a great program. But neighbors are concerned ⊙ about their property values safety and the schools nearby.

Hale house leaders say they plan to meet with neighbors to address those concerns and find some compromises.

Exhibit A                                                                                              00063

(News 12 at 6 O'Clock)

AUGUSTA, Ga. (WRDW/WAGT) – Neighbors in one Augusta community are battling against an addiction treatment facility.

This is a battle similar to one the Green Meadows neighborhood faced three years ago at the same property. Back then it was supposed to be a rehab facility for teens, and now it's a rehab facility for adults.

Both sides spoke up at a meeting Monday. It was meant to be a simple tour for supporters of Hale House, but neighbors came out with signs and questions.

School board members, commissioners and a congressman were all in attendance.

"I don't have much longer to live, and I just want to live in peace for the rest of my days," said one person living in Green Meadows.

Others living in Green Meadows are also making it loud and clear that they do not want a drug and alcohol treatment center in their neighborhood.

"You have to think about it - our property values are going to drop."

The Hale Foundation is the group trying to move into the old convent on Eagle Drive.

John Martin, the would-be clinical director at Hale Foundation Treatment Center, spoke to News 12 at the meeting.

"Having a treatment center that can be affordable, and can be an asset to this community I believe," said Martin.

Martin also said they didn't realize how much opposition the facility would face.

"I think we really want to talk to them. We really want to hear them. We really want them to be a part of this discussion."

Congressman Rick Allen was at the meeting as well. He's supported the Hale House with his own money in the past, and says with the opioid epidemic people need help.

"I certainly understand their concerns. And I said this, the beautiful thing is, you have that right, the personal property right," said Congressman Allen.

Those are rights the Hale House want to keep in mind as they try to create a space to help those who need it.

Exhibit A                    00064

**This Week's Circulars**



Hover for          Hover for          Hover for          Hover for

"People in recovery, you wouldn't know, they're just like you and me," said Martin. "We want to talk to them so that we can come up with a compromise that helps both parties interests."

The Hale House group says they're looking at blocking off a driveway that leads into the neighborhood, and having a separate entrance.

They're also considering building a barrier to help people feel safer. This is not a done deal. There still needs to be a lot of work done inside, as well as licensing and rezoning.





**Field Visit**                    **3042 Eagle Drive**

**Monday, April 16, 2018**

**Martin Laws**                    **Kevin Boyd**
**Edward Morrow**                  **Lois Schmidt**

Former convent purchased by Hale Foundation

Proposed use – rehabilitation facility for alcohol and drug

Approached property from only current access point through Green Meadows Subdivision. Green Meadows is a Single Family Residential Subdivision (R-1A).

Currently property is surrounded by 4-ft. chain link fence.

Entry is gated and locked but pedestrian traffic is possible.

Winding asphalt drive leads to buildings.

Grass is cut and basic property maintenance is being conducted.

Buildings are secure and in relatively sound condition.

Permanent buildings consist of a chapel, offices, kitchen, living quarters (?) and guest house.

A mobile unit is also located on the property

Corner of chapel measures approx. 117-ft. from nearest property line on Hummingbird Ln. at farthest point buildings measure approx. 259-ft. to property line on Hummingbird Ln.

At the closest point the corner of building measures approx. 90-ft. from the property line of RCBOE Magnet Technical High School

Mobile unit measures approx. 41-ft. from nearest property line on Hummingbird Ln.

A footpath w/ gate leads to the rear of residential properties located on 3039 and 3041 Hummingbird Ln.

Hale Foundation owns two vacant lots at 3035 and 3037 Hummingbird Ln. (the pedestrian gate does not access those lots)

A dirt driveway appears on the GIS maps on the southwest side of the buildings that intersects with the asphalt drive at the entry point. (Condition unknown)

The property is bordered by Green Meadows Sub. to the east, the Green Meadows Golf Course to the south, I-520 to the west, and RCBOE and Augusta Technical College to the north.

Augusta Tech Dr., a private roadway within the campus of Augusta Technical College also serves RCBOE Technical Magnet High School.  The possibility exists of creating an entry point from Augusta Tech. Dr. to the subject buildings but permission would need to be granted from both education entities.

There is no floodplain or wetlands on the property

Topography of property slopes down from I-520 from a max. of 36-ft. at the northwest corner to 16-ft. at the southwest corner.  At northernmost point of Augusta Tech. Dr. and the subject the property slopes toward Augusta Tech Dr. approx. 36-ft. Along Augusta Tech Dr. on the RCBOE property at the closest point to the structures the land is virtually level.



**General Staff Observations**

Property is not conducive to proposed use but if to be given adequate consideration the following is needed.

Hale Foundation needs to provide a plan for the property including but not limited to:

- Type of client – i.e. sex, median age, court mandated (lock down) or volunteer, vehicle access, attendance requirements (work release or full time attendance)

- Number of employees and other staff/volunteers

- Schedule of programs

- Security

- Access points and estimated daily traffic

- Schedule of visitors

- Expansion of facility/structures

Security would need to include a minimum 8 ft. solid, concrete wall on the sides bounded by golf course, homes, and school properties. The wall will have no openings, pedestrian or vehicle except for one entry point.

Security measures – lighting, personnel, etc.

Manufactured unit must be removed or relocated farther from rear property line of residences on Hummingbird Ln.  Unit must be inspected by building dept. to determine if it meets code for occupancy/proposed use

No new construction or expansion may be located within 250-ft of shared property line w/ Hummingbird Ln. residences or 100-ft. from the RCBOE property

New construction will be limited to two-stories in height

Entry road from Augusta Tech Dr. must be constructed at Hale Foundation expense and must be in place before accepting clients.

Gated and manned security entrance at the new entry point from Augusta Tech Dr.

The entry from Eagle Dr. must be closed except if needed as a secondary emergency access point only. To be determined by Augusta Fire and Sheriff Dept.  Gate will be locked w/ emergency access only by Augusta Fire and Sheriff Dept.

**Staff Suggestions for other Uses**

City Park w/ retro-fit of structures for offices and rental facility for events.

Special Event Venue – rental for weddings and other events.

Purchase by Augusta Technical College for use in College programs.

Private School or club not involved in rehab. programs

Notes compiled by Lois Schmidt

Exhibit A                                                     00070



Augusta, GA

Map Scale
1 inch = 400 feet
7/3/2018

Disclaimer: While every effort is made to keep information provided over the internet accurate and up-to-date, Augusta does not certify the authenticity or accuracy of such information. No warranties, express or implied, are provided for the records and/or mapping data herein, or for their use or interpretation by the User

Augusta, GA



Disclaimer: While every effort is made to keep information provided over the
internet accurate and up-to-date, Augusta does not certify the authenticity or
accuracy of such information. No warranties, express or implied, are provided for
the records and/or mapping data herein, or for their use or interpretation by the
User

Map Scale
1 inch = 400 feet
7/3/2018

**PUBLIC HEARING MINUTES**

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, August 6, 2018 in Room 260, the Augusta Commission Chambers, at 3:30 P.M. or the close of the regular Planning Commission Hearing.

> A request by The Hale Foundation Inc. to present information and solicit comments for the establishment of an In-patient Rehabilitation Center per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

The public hearing was called to order by Planning Commission Chairperson Mr. Robert Cooks at 3:30 p.m.

Mr. Cooks stated there will be 20 minutes provided to each side. This may be amended as needed but he asked that all participants keep their comments brief and on subject and do not direct them to any individual present in the audience.

Mr. Cooks asked how many of those present were in favor of this use and how many were opposed. A show of hands indicated 81 people in favor and 58 against. (Count done by 3 Planning and Development Dept. staff)

Mr. Howard S. Bush, owner of 3041 Hummingbird Lane asked how many of those counted own property and/or live in the Green Meadows Subdivision. (Count done by 3 Planning and Development Dept. staff)

Mr. Cooks asked for a show of hands. A show of hands indicated 1 person in support and 47 against own and/or live in Green Meadows Subdivision.

Mr. James Trotter, Trotter Jones LLP, 3527 Walton Way Ext., Augusta was present to speak on behalf of The Hale House Foundation Inc.

Mr. Trotter stated the Hale House owns the property at 3042 Eagle Drive and has made a significant investment. Everyone understands the fears expressed – drop in property values, increase in crime and traffic. But this property is an old convent that has been unused for the last few years. Hale House purchased the property in 2016 for a residential substance abuse treatment

1

facility. Hale House has 28 years of experience in the community of working with men with addition to alcohol or opioids. The receive referrals from physicians, hospitals and employers. They do not accept walk-ins and they do not take Court ordered patients. Residents must come voluntarily and must pay for the treatment. They are free to leave at any time. Treatment is for those who want to be there.

Mr. Trotter continued explaining the existing facility is 13, 000 sq. ft. of commercially outfitted living facilities for 30 people. Hale House serves men only. The average stay if 30 to 45 days. The residents are not allowed vehicles but they are allowed to leave whenever they choose. Access is currently from Eagle Drive but Hale House intends to close and remove that entrance and fence all along the neighboring boundary property lines. The plan is to enter an agreement with Augusta Technical College and construct a new entrance through there. The only traffic will be the 18 to 22 employees and they will not go through Green Meadows Subdivision.

Mr. Trotter explained the Hale House is not a new organization or from out of town. The previous potential treatment facility company was from out of town. Hale House has been a local entity for 28 years in Olde Town Augusta. They currently have 4 houses with 35 men in residence. In 28 years there has only been one call to law enforcement due to a fight. Mr. Trotter feels this history of Hale House is important.

Mr. Trotter stated Hale House is not the first facility in Augusta to request this. In 2014 Bluff Plantation was approved on Bennock Mill Road. There has been no increase in crime or law enforcement calls in the area. It is a myth that these facilities create or draw criminal activity. The Eagle Drive property when developed will be fenced and there will be security patrols 24/7.

Mr. Trotter stated that the claim that property values will drop up to 17% use methadone clinics as the scale. But Hale House allows/uses no drugs or alcohol in their treatment program. The property values near Bluff Plantation have actually increased.

Mr. Trotter explained Hale House began in 1990 as a Christian based program and has grown to 5 house with a maximum tenancy of 50 residents. They use a 12-step Bible based program. Completion means a return to family, jobs and the community. All most all residents are from Richmond County or adjoining communities. Hale House is not a church and is not affiliated with any specific church or denomination but is a Christian based ministry for people in need.

"Videotaped testimonial was shown of first resident Charles ?"

Mr. Matt Aitkin, 609 Telfair Street, Augusta stated he helped broker the sale to Hale House and will participate in the zoning action needed to help Hale House establish itself on this property. He has participated in prison ministry for years and believes Hale House is an asset to the

2

community. Any use can affect the property values in an area but proper administration and implantation of zoning is important. Members and donors within the community believe in the Hale House mission. He stated he loves this community and neighborhood but he also loves those who struggle and hopes others feel the same. We need to find a happy medium and embrace those with addictions and help them to heal. He hopes Augusta can find unification on this subject and doesn't turn it into a political football. Look at the facts and benefits to everyone. And assure that tools are available to help people with problems. We need to be a part of the solution not part of continuing the problem.

Mr. Aitken continued that the campus is perfect for this use and he will do what it takes to make the neighbors comfortable.

Debra Rodriguez, 346 Broad Street, Augusta, an Olde Town resident, stated she lives 3 blocks from Hale House and has watched it since it began. She has seen the program grow and has employed the residents. She has had no issues with the use and has found them to be good neighbors. She understands the concerns with something new but this is a good new. She suggested people visit Hale House and see it at work. She feels people will see it as a benefit.

(17 minutes)

State Senator Harold Jones spoke in support of Green Meadows Subdivision. He stated he grew up in Green Meadows and his mother still lives there. He remembers the convent and the nuns who lived there fondly. This is a diverse community of hardworking Augustans who are proud of their neighborhood. This is not about group animus toward Hale House or its mission. Senator Jones, himself, has a record of promoting "second chance legislation". The people who live in Green Meadows are all working class folk who have been affected / targeted by alcohol or drug use much like many of us in America today. They are a sympathetic group and they support rehabilitation. But they have a rational argument for leaving the existing zoning in place and not allow this facility at 3042 Eagle Drive. Green Meadows is a unique community that should be allowed to continue.

Ms. Debbie Bunch, 3033 Hummingbird Ln., Augusta stated she is a 30-year resident of Green Meadows. Three years ago West Care came forward with a similar use for young men (teenagers). The neighborhood was against it then and continues to be against this use. Safety and security are prime issues along with dropping property values. The neighbors have been told Hale House has asked the Board of Education and Board of Regents for access through their property but there is no guarantee that will happen. Augusta Tech Drive and Lumpkin Road intersection is heavily trafficked and there is the school traffic as well. Officials may not want to add more traffic. If approved for Eagle Drive the Green Meadow streets cannot support the extra traffic, including delivery trucks with supplies.

3

Ms. Bunch continued stating the supports claim there will be no increase in crime. That the impact will be no different than for other commercial uses. But this area is residential and they want it to stay that way. The former convent was not a commercial use and as such had no impact on the neighborhood.

Ms. Bunch quoted the Taniguchi and Salvatore Study.

Ms. Bunch continued stating the fact that the residents are free to come and go whether they are clean and sober of not does not instill confidence in the neighbors. There were 2,500 crimes committed in this zone last year, but Green Meadows only had 19 crimes in 3.5 years according to the Augusta Chronicle Crime Statistics.

Ms. Bunch stated the new school construction has caused issue with erosion, traffic and noise from the Bobby Jones Expressway due to the loss of tree cover. She also stated that in her research there could be an 8% to 17% reduction in property values for neighborhoods where opioid centers locate.

Ms. Bunch stated no one disputes there is a need. Everyone has been touched by the drug epidemic in some way. But the owners in Green Meadows believe there is a more suitable location that isn't close to schools and homes. The Green Meadows Subdivision has repeatedly opposed this request. The Augusta Commission and the Planning Commission has refused to allow Personal Care Homes, beauty salons and the like in residential areas please refuse to allow this use on this property.

(A video of testimonials from Green Meadows residents was shown)

Ms. Bunch stated the video is the same they used 3 years ago when they fought West Care but the statements and beliefs are still valuable today.

(18 minutes)

Mr. James Trotter offered a rebuttal. Perhaps non-compatible uses should not be next door to each other. But property rights must be recognized as the State of Georgia recognizes "you may use your property to its highest and best use as you want." Hale House has a 28 year record of being a compatible neighbor. There will be no traffic except for employees as the residents do not have vehicles. Any use that come onto this property will have some traffic. There will be limited to no construction so there will be no impact there. The crime study is misleading as it is often based using methadone clinics as the base. These are open daily to the public. This site will not operate like that. This will not be halfway house, residents will not be coming out of jail for treatment.

4

Rather they will be coming voluntarily seeking treatment. And they will pay for it. The property will be fenced and secured at all times. The Hale House is willing to abide by any restrictions placed on it at the zoning lever if necessary.

Mr. Howard Bush agreed Hale House does already own the property but they bought it with residential zoning in place. They should have requested the rezoning before purchasing. Now they need the zoning to change for their use but the area residents want it to remain residential.

Mr. Trotter agreed Hale House purchased the property with the existing zoning based on their faith and belief that it can be changed.

Mr. Cooks thanked all assembled for their time and comments and concluded the hearing. He reminded all present that a zoning hearing may not be held less than 6 months and not more than 9 months from the date of this public hearing.

<div align="center">PUBLIC HEARING ADJOURNED 4:22 p.m.</div>

Z.19.08

SPECIAL EXCEPTION

# ~~REZONING~~

# APPLICATION

*Augusta*

## GEORGIA

### Department of Planning and Development

Planning Division

535 Telfair Street, Suite 300

Augusta, GA.  30901

706.821.1796

### Only Completed Applications will be accepted

Revised 12.05.2014

# Rezoning Application

### An application to amend the official Zoning Map of Augusta, GA.

*Augusta GEORGIA*

**Application Date:** _____

**Name:** The Hale Foundation, Inc.

**Address:** 402 Walker Street

**City:** Augusta

**State:** Georgia   **Zip:** 30909

**Phone:** (706) 722-3060

**Name:** Same

**Address:** _____

**City:** _____

**State:** _____ **Zip:** _____

**Phone:** _____

**Contact Person:** James B. Trotter   **Phone:** (706) 737-3138

**Contact's e-mail:** Jim@TrotterJones.com

I hereby request a Rezoning for the purpose of: Inpatient Drug/Alcohol Treatment

I hereby request a Variance for: _____

**Applicant is the:** [X] Owner   ☐ Petitioner   ☐ Contractor   ☐ Purchaser   ☐ Other

**Property Address:** 3042 Eagle Drive

**Present zoning** Z-17-21-SP   **Requested Zoning** Special Exception 26-1

**Map/ Parcel #:** 109-0-001-8-0

**Proposed Development:** Inpatient Drug/Alcohol Treatment

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

**Owner's Signature:** _____   Date: 1/31/19

**Petitioner's Signature:** _____   Date: 1/31/19

Subscribed and affirmed before me in the county of Richmond , State of Georgia,

this 31 day of January , 20 19 .

_____
(Notary's official signature)

3/21/2021
(Commission Expiration)

Revised 12.05.2014

Exhibit A                                                                 00079

*Augusta*
GEORGIA

In order to make an application to the Planning Commission you must submit the following:
Completed application including all supporting documentation listed in this packet.

1. The following fees made payable to Augusta Planning and Development Department:

Prior to March 24, 2014

| a) | Rezoning A (Agriculture) and R-1 (One-family Residential) Zones | $800.00 |
|---|---|---|
| b) | All other Zones for applications under 10 acres | $1000.00 |
| c) | All other Zones for applications over 10 acres | $1,250.00 |
| d) | Special Exceptions | $800.00 |
| e) | Subdivision Variance | $500.00 |
| f) | Parking Variance | $300.00 |

2. If you are not the property owner you must attach a signed statement of consent from the property owner.
3. The Planning Commission meets on the first Monday of each month at 3:00 p.m. unless otherwise advertised due to a holiday. The calendar dates for 2014 are included in this application packet.
4. The Planning Commission is a recommending body and their decision is forwarded to the Augusta Commission for a final decision. The Augusta Commission meets on the third Tuesday of each month at 2:00 p.m. unless otherwise advertised.

The undersigned below is authorized to make this application. Section 35-8 states if the zoning decision of a local government is for the rezoning of property and the amendment to the Zoning Ordinance to accomplish the rezoning is defeated by the local government, then the same property may not again be considered for rezoning until the expiration of at least six (6) months immediately following the defeat of the rezoning by the local government pursuant to O.C.G.A. 36-66-4-(e) (2012).

Signature of Applicant _____ Date 6-28TB 1-31-2019

CLIFF RICHARDS - EXEC. DIRECTOR
Print Name and Title

**Disclosure of Campaign Contributions**

Have you, within the two years immediately preceding the filing of this application, made campaign contributions aggregating $250.00 or more to a local government official who will consider this application.

○ Yes   ☒ No

Applicant's Name: _____

*Augusta*
GEORGIA
**Rezoning Applicant's Response**

Standards Governing the Exercise of the Zoning Power

Please respond to the following standards in the space provided or use an attachment as necessary:

a) Whether a proposed rezoning will permit a use that is suitable in view of the use and development of adjacent and nearby property:

SEE ATTACHED RESPONSES

b) Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

c) Whether the property to be affected by a proposed rezoning has reasonable economic use as currently zoned:

d) Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

e) Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

f) Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

*Augusta*
GEORGIA

If necessary attach additional sheets to disclose or describe all contributions.

## Rezoning and Special Exception Checklist

The following is a checklist of information required for submission of a Rezoning application.
The Planning and Development Department on behalf of the Planning Commission reserves
the right to reject any incomplete applications.

- ⬭ Application Form
- ⬭ Deed (Legal Description)
- ⬭ Recorded Plat or Recorded Boundary Survey
- ⬭ (4) Four Site Plans or concept plans and (1) one 8 ½ x 11" reduction (when necessary)
- ⬭ Standards governing exercise of the Zoning Power
- ⬭ Letter of Intent
- ⬭ Conflict of Interest Certification/ Campaign Contributions
- ⬭ Application Fee–payable to Augusta Planning and Development Department

Additional Exhibits that may be required (as necessary):

- ⬭ Additional site plan requirements (where necessary)
- ⬭ Traffic Study
- ⬭ Review Form for Development of Regional Impact
- ⬭ Building Compliance Inspection

**Please bring this checklist when filing for a Rezoning**

If an applicant is submitting a request as (petitioner) and not owner to WITHDRAW an application – it is
necessary to have agreement/signature of the property owner to WITHDRAW the application.

\_\_\_ **Withdraw Application**          \_\_\_ **Postpone Application**

**Reason:**

_____

_____

_____

**Signature of Applicant:** _____   **Date:** _____

**Signature of Property Owner:** _____   **Date:** _____

A.   Whether a proposed rezoning will permit a use that is suitable in a view of the use and development of adjacent and nearby property:

   1.   While the property is behind a residential subdivision, it is located in an area with many mixed uses, including retail. The proposed use will be isolated from all other uses and fully secured.

B.   Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

   The proposed use will not adversely affect adjacent properties because it is isolated, not visible from the adjacent properties, and will be fully secured. It will not adversely affect the existing residential neighborhood.

C.   Whether the property to be affected by a proposed rezoning has reasonably economic use as currently zoned:

   No, it does not. Its use is limited to religious or residential purposes, and it has remained unoccupied for several years now.

D.   Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

   The proposed use will not burden the utility system or school system. The proposed use will only involve vehicles for 20-22 employees and will not burden the streets.

E.   Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

   Yes. The current facility on the property existed prior to the 2008 Plan. It is located in a suburban development area, where other similar institutions are located.

F.   Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

   There are no existing or changing conditions affecting the use of the property. It is already fully developed, but has sat vacant for several years now. The area already has a number of mixed uses nearby.



**28 Years of Service**
**1990-2018**

## LETTER OF INTENT

**PROPOSED PROPERTY FOR REZONING:** 3042 Eagle Drive, Augusta, GA. 30906 (formally the St. Helena's Episcopal Convent)

- The purpose of this property is to open an affordable 30-45 day Medical Substance Abuse Treatment Center.
- Patient referral sources will not be from the Courts or criminal justice system, but rather from Hospital ER's, Emergency Medical Clinics, Pain Management Physicians and EPA's (employee assistance programs).
- All patients will be monitored throughout the day in a hospital setting to ensure security and a comfortable detoxification transition.
- Due to the treatment protocol patients will not be allowed off of the property and will be supervised by our medical staff, RN's and Residential Technicians at all times.

**PROPERTY:**

- The St. Helena Convent 13,000 sq. ft facility is ideally designed to fit the needs with; adequate office space, rooms for group meetings, commercial kitchen and dormitory area to support approximately 30 patients.
- Eagle Drive entrance will be permanently closed. Existing gate will be removed and fencing will be installed along the property line.
- No major construction will be needed to start operations.
- No plans to add additional structures at this time.
- Our staff will consist of approximately 20-22 employees: Medical Director, Director, Clinical Director, 4 Certified Substance Abuse Counselor, 2 RN's, Intake Coordinator, Residential Technicians, Maintenance Supervisor, Ground Maintenance, etc.

**Program Details: 3 Components of Treatment Protocol.** Inpatient Detox, Post Detox Treatment and After Care Program:

**Inpatient Detox Services 5-10 Days:** All patients will be placed in the detox section with they arrive. This will be a time when the medical team will monitor their progress daily for the first 5-10 days for the detoxification program.

**Post Detox Treatment 25-35 Days:** Patients will move into the dormitory section of the facility. All male patients will remain in the main building and all female patients will be placed in the detached dormitory adjacent to the main building. During the remainder of the next 25-35 days, all patients will meet with Counselors throughout the day for group meetings and one on one sessions and 12 Step Meeting.

**After Care Program- Long Term Residential Program:**

After Care Coordinators will meet with each Substance Abuse Counselor to discuss an after care plan best suited for each patient. If the Counselors feel a patient needs long term residential program, they will be referred to The Hale Foundation's long term residential program, located at 402 Walker Street, Augusta, GA. 30901, for a 12 month program.

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,



Exhibit A

00085

0/17/2018                               GSCCCA.org - Image Index

                                        20170455680        WD **1602** Pg **998**

                                                                    Filed and Recorded:
                                        Transfer Tax $550.00        10/27/2017 9:17:18 AM
                                                                    Hattie Holmes Sullivan
                                        Recording Fee: $18.00        Clerk of Superior Court
                                                                    Augusta Richmond County,

Andrew J. Kilpatrick, II, P.C.
205 Pitcairn Way
Augusta, Georgia  30909
17-1143AK

### WARRANTY DEED

STATE OF GEORGIA            )
                            )
COUNTY OF Richmond          )

THIS INDENTURE, made this __26th__ day of October, 2017, between THE ORDER OF ST.

HELENA (INC.), a non-profit corporation organized and existing under the laws of Kentucky, as

Party of the First Part, and THE HALE FOUNDATION, INC., a Georgia non-profit corporation

organized and existing under the laws of Georgia, as Party of the Second Part,

WITNESSETH:  that said Party of the First Part, for and in consideration of the sum of

Ten ($10.00) Dollars and other valuable considerations, in hand paid at and before the sealing and

delivery of these presents, receipt whereof is hereby acknowledged, has granted, bargained, sold

and conveyed and by these presents does grant, bargain, sell and convey unto the said Party of the

Second Part, is successors and assigns, the following described real property, to-wit:

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

TO HAVE AND TO HOLD the said bargained premises, together with all and singular

the rights, members and appurtenances thereof, to the same being, belonging or anywise

appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, it

successors and assigns, forever, in FEE SIMPLE.

Exhibit A                                                    00086

RECORD BOOK **1602** Pg **999**

AND the said Party of the First Part, for its successors and assigns, will warrant and forever

defend the right and title to the above described property unto the said Party of the Second Part, its

successors and assigns, against the lawful claims of all persons and parties whomsoever.

IN **WITNESS WHEREOF**, the said Party of the First Part has caused these presents to be

executed and its seal affixed by its duly authorized official, the day and year first above written.

THE ORDER OF ST. HELENA (INC.)

by: _____

LOIS M. MILLER, As Its: CEO
and Authorized Official

Signed, sealed and delivered in
the presence of:

_____

Unofficial Witness

_____

Notary Public

Exhibit A                                                       00087

GSCCCA.org - Image Index

RECORD BOOK 1602 P: 1000

EXHIBIT 'A'

TRACT ONE: All that lot or parcel of land, with all improvements thereon, situate, lying and being in The 123rd D.G.M. of Augusta-Richmond County, Georgia, a short distance west of Richmond Hill Road, about seven miles from the courthouse, containing eleven and one-half acres, more or less, and being an irregularly shaped parcel of land identified by the legend "11.5 Acres" on a plat made by J.N. Hawes, C.E., dated 16 August 1934, and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Book 13 G, page 31; and being the same property the entire title to which was conveyed by Hal R. Powell and H. Gould Barrett to the party of the first part by deed dated October 4, 1946 and recorded in said Clerk's office in Realty Book 15 Y, page 164; reference being made to said deed and plat for a more particular description of the interest in the property herein conveyed.
ALSO, full rights, together with the owners of other property as shown on the above described plat of J.N. Hawes, C.E., of ingress and egress from the tract hereinabove described to and from the Richmond Hill Road over a twenty foot road shown on said plat.  Said road extends in a straight in a line westerly direction along the boundary line between lots four (4) and five (5) of said plat and the southern boundary line between lots nine (9), ten (10), eleven (11) and twelve (12) of said plat with the northern boundary line of the unplatted southwestern portion of said tract to the western limit of said tract, whence it turns at right angles along the westernmost boundary of said lot twelve (12) of said plat in a northerly direction to its northernmost boundary.

TRACT TWO:ALSO, all that tract or parcel of land, with all improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, containing 9.90 acres and being more particularly delineated on a certain plat prepared by Baldwin & Cranston Associates, Inc., dated December 2, 1983, recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Reel 177, page 1443-1444, which plat be specific reference thereto is incorporated herein for a more complete and accurate description of said property and its location.

LESS AND EXCEPTING ROM THE ABOVE DESCRIBED TRACTS ONE AND TWO:  All that lot or parcel of land, with improvements thereon, situate, lying and being in the 89th G.M.D. (formerly the 123rd G.M.D.), being known and designated as 0.54 acre, known as 3038 Eagle Drive, as shown on a plat prepared by George L. Godman and Associates, Georgia Registered Land Surveyor No. 1977, dated July 30, 2003 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Plat Cabinet C, Slide 66, Plat C, and also recorded in said Clerk's Office in Book 880, page 1631. Said property is subject to an easement in the nature of a right-of-way for ingress and egress over and across the strip of land 30 feet in width extending across the Northeastern portion of the lot herein described as shown on the aforementioned plat, reference being made to a Deed of Gift from the Order of St. Helena to St. Alban's Episcopal Church, Inc., recorded in said Clerk's Office in Realty Book 31-N, pages 529-531, for a more particular description of the easement.

FURTHER LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, being shown and designated on a plat prepared by Cranston & Associates, dated January 11, 1967 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia in Realty Book 34-A, page 555.  Reference is hereby made to said plat for a more complete and accurate description of said property and its location.

Exhibit A                                                00088

6/17/2018                           GSCCCA.org - Image Index

RECORD BOOK 1602 Ps 1001

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: An
easement in the nature of a right-of-way for ingress and egress over and across a strip of land 30 feet in
width extending across the northern portion of property conveyed by the Order of St. Helena to St.
Alban's Episcopal Church, Inc., which property lies immediately west of the property hereinabove
described and Eagle Drive; ALSO, an easement in the nature of a right-of-way for the purpose of ingress
and egress over and across a strip of land 20 feet in width extending across the dead end of the said Eagle
Drive for the same purposes above stated, both of said easements being shown on a plat recorded in said
Clerk's Office in Realty Book 31-N, page 531, which plat is incorporated herein by reference for a more
complete and accurate description of said easements and their locations.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All
that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, lying adjacent
to the Northeast portion of the property first above described on plat recorded in said Clerk's Office in
Realty Book 34-A, page 555; the Northwesterly of this lot being 27.00 feet in length and the
Southwesterly boundary of this lot being 35.45 feet in length; the Northeasterly boundary is an extension
in a Southeasterly direction of the boundary separating the property shown on the said plat in 34-A, page
555 and property of Green Meadows' Estate to its intersection with an extension in a Northeasterly
direction to the boundary line separating the property shown on the said plat in Realty Book 34-A, page
555 and the property now or formerly of Diamond, such extension constituting the Southeasterly
boundary line of the lot described herein.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All
that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, containing 0.17
acre and being shown on a plat prepared by Billy B. Beazley, dated March 6, 1973, recorded in said
Clerk's Office in Realty Reel 52, page 2009, which plat is incorporated herein by reference.

The above described properties are more particularly show on a compiled plat prepared for The Order of
St. Helena dated June 17, 2010, a copy of which is on file in the office of Cranston Engineering Group,
P.C., located at 452 Ellis Street, Augusta, Georgia 30901, and a copy of which is attached hereto as
Exhibit "B".

M&P for the above described properties: 109-0-001-00-0

ALSO, INCLUDED IN THIS CONVEYANCE ARE: All those lots or parcels of land, with any buildings
or improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, in a certain
subdivision known as Green Meadows Section V, being known and designated as Lots 6 and 7, Block
"F", as shown on a certain plat thereof recorded in said Clerk's Office in Realty Book 36-D, pages 425-
426. Said plat and the reference are incorporated herein for a more complete and accurate description of
sai properties.

M&P: 109-3-035-00-0 & 109-3-036-00-0

The above described properties are conveyed subject to all of the various easements, rights-of-way,
covenants, conditions, restriction and reservations of record.

Exhibit A                                                    00089

RECORD BOOK 1602 Ps 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,





**HAROLD V. JONES II**
District 22
323-A Coverdell Legislative Office Building
18 Capitol Square, SW
Atlanta, Georgia 30334
Phone: (404) 463-3942
E-mail: harold.jones@senate.ga.gov

**COMMITTEES:**

Economic Development and Tourism
Judiciary
Public Safety
Special Judiciary

**The State Senate**
Atlanta, Georgia 30334

To:  Augusta Georgia Planning Commission

535 Telfair Street Suite 300

Augusta Ga. 30901

From: State Senator Harold Jones II (D-22)

Representative Sheila Nelson, (D-125)

Dear Mr. Cooks,

As the elected representatives of Green Meadows Neighborhood, we wish to express our strong opposition to the proposed zoning request by Hale House Foundation Inc.

It is our understanding that Hale House Foundation Inc. has requested a special zoning exception to establish an inpatient drug and alcohol treatment facility. We stand in opposition to the proposed special exception.

It is also our understanding that most of the affected residents are opposed to this measure. In keeping with our strong tradition of supporting those persons directly affected by zoning exceptions we stand in support of the residents who have expressed opposition to the measure.

We understand and empathize with the goals of the Hale House Foundation Inc., but do not believe those goals fit within the current character and integrity of the neighborhood.

We would be present at the hearing today but are currently unable to attend due to legislative commitments. We hope this letter adequately expresses our opposition to the proposed exception. We thank you in advance for your time and cooperation and if you have any questions or concerns please feel free to contact us.

Sincerely

Senator Harold Jones II

State Representative Shelia Nelson

Exhibit A                                                        00091



William A. Trotter, III
James B. Trotter
David C. Jones
James S. V. Weston

March 4, 2019

***Via Hand-Delivery to each member of the Augusta Planning Commission***

Augusta Planning Commission
Commission Chambers
Richmond County Municipal Building
530 Greene Street
Augusta, Georgia  30901

Re:     <u>NOTICE OF INTENT TO ASSERT CONSTITUTIONAL CLAIMS</u>

Z-19-08 Petition on behalf of The Hale Foundation, Inc. to establish an In-Patient Drug and Alcohol Treatment Facility per Section 26-1(g) of the Comprehensive Zoning Ordinance for Augusta, Georgia
Tax Map & Parcel No.: 109-0-001-00-0 **(the "Property")**

Members of the Augusta Planning Commission:

On behalf of The Hale Foundation, Inc. ("Hale Foundation"), we respectfully urge the Augusta Planning Commission to vote to re-zone the Property for the establishment of an In-Patient Drug and Alcohol Treatment Facility per Section 26-1(g) of the Comprehensive Zoning Ordinance. This re-zoning will not negatively impact the public health, safety and general welfare of the area surrounding the Property.

The Property, in its current state, is ideal for the establishment of a facility to combat this area's growing alcohol and opiate addiction problem. This is not a "half-way house" for criminals, but a voluntary treatment facility to treat addictions. It will be isolated from the adjacent neighborhood, and secure. It will not lead to increased traffic through the Green Meadows subdivision because, if the rezoning is approved, the Hale House will obtain an alternate entrance through the adjacent property.

In the absence of a proper exercise by Augusta, Georgia of its police power, zoning legislation denying the use of the Property as a treatment facility is not only confiscatory but arbitrary and capricious as well. Constitutional claims will be asserted by the Hale Foundation, including an inverse condemnation claim based on Article I, Section III, Paragraph I of the Georgia Constitution of 1983, together with claims based on the due process and equal protection clauses in Article I, Section I, Paragraph I of the Georgia Constitution and claims based on the United States Constitution.

3527 Walton Way Ext.
Augusta, Georgia 30909
p.(706)737-3138  f.(706)738-3973
www.trotterjones.com

Exhibit A                                                                                00092

Augusta Planning Commission
March 4, 2019
Page Two


Moreover, zoning legislation denying the use of the Property as a treatment facility violates the Federal Fair Housing Act ("FHA") and the American's with Disabilities Act ("ADA") because it results in disparate, or discriminatory, treatment of disabled persons in need of this facility. Disability, as defined by the FHA and the ADA includes persons recovering from substance abuse. The FHA is also clear in stating that a home or facility for the disabled cannot be denied the opportunity to locate in a residential neighborhood based solely on neighbor perceptions.  The Hale Foundation seeks a reasonable accommodation to allow the establishment of its facility with minimal impact on the adjacent neighborhood.

Sincerely,

James B. Trotter

cc:     Mr. Wayne Brown
        Augusta-Richmond County Law Department

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,



**Lois Schmidt**

| | |
|---|---|
| **From:** | Mary Burgess |
| **Sent:** | Monday, March 18, 2019 4:09 PM |
| **To:** | Lois Schmidt |
| **Subject:** | FW: [EXTERNAL] RE: Hale House Rezoning - Eagle Drive |

For the record

**From:** Patrick J. Rice <PRice@hullbarrett.com>
**Sent:** Monday, March 18, 2019 3:46 PM
**To:** Mayor Davis <MayorDavis@augustaga.gov>; Commissioner William Fennoy <Fennoy@augustaga.gov>; Commissioner Dennis Williams <DennisWilliams@augustaga.gov>; Commissioner Mary Davis <MFDavis@augustaga.gov>; Commissioner Sammie Sias <SSias@augustaga.gov>; Commissioner Johnny Few <CFew@augustaga.gov>; Commissioner Ben Hasan <BHasan@augustaga.gov>; Commissioner Sean Frantom <SFrantom@augustaga.gov>; Commissioner Brandon Garrett <BGarrett@augustaga.gov>; Commissioner Marion Williams <MFWilliams@augustaga.gov>; Commissioner John E. Clarke <JClarke@augustaga.gov>
**Cc:** 'Jim Trotter' <jim@trotterjones.com>; Cliff Richards <crichards@thehalefoundation.com>; Andrew G. Mackenzie <AMackenzie@augustaga.gov>; Robert H. Sherman <rsherman@augustaga.gov>; Mary Burgess <MBurgess@augustaga.gov>; Patrick J. Rice <PRice@hullbarrett.com>
**Subject:** [EXTERNAL] RE: Hale House Rezoning - Eagle Drive

Dear Mayor Davis and Commissioners,

I greatly appreciate the time and consideration you have given the Hale House Rezoning request on Eagle Drive. I fully understand the many issues and challenges with which you have wrestled in considering this request. On a personal level, I want you to know that I have had relatives and close friends avail themselves of the wonderful help afforded at Hale House. I also have come to know many others who have experienced that help. I have even temporarily employed several of these individuals to assist with odd jobs around my home. In addition to my wife, several of my grown children and my very young grandchildren have been in their presence. On occasion, I have had the opportunity to host a few of those Hale House residents at a local restaurant. Each and every one of them has been a perfect gentleman. I, always, have found them to be great human beings who are committed to overcoming their problems and dedicated to returning to a productive life.

As you know, this goal has been achieved by scores of young men who have found significant success and new life following their experience at the Hale House.

In connection with this zoning request, I have endeavored to determine whether any of the present neighbors of the existing Hale House in downtown Augusta have experienced any problems or if the Sheriff's office is aware of any problems. Those inquiries have produced no unfavorable disclosures. I am confident you have made that same finding.

1

I urge you to give a favorable vote to the Hale House request. I am convinced that time will prove this to be a very positive decision and one which will be a credit to your leadership.

Thanking you for all you do for our community, I am

Very truly yours,

*Patrick J. Rice*

**Patrick J. Rice,** Attorney
801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-722-4481 • F: 706-722-9779
https://hulibarrett.com/attorneys/patrick-j-rice/

 

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Confidentiality Notice: This message (and any attachments) may be confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links,** open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED.104.1

Exhibit A                    00096



**HAROLD V. JONES II**
District 22
323-A Coverdell Legislative Office Building
18 Capitol Square, SW
Atlanta, Georgia 30334
Phone: (404) 463-3942
E-mail: harold.jones@senate.ga.gov

**COMMITTEES:**

Economic Development and Tourism
Judiciary
Public Safety
Special Judiciary

**The State Senate**
Atlanta, Georgia 30334

To:  Augusta Georgia Planning Commission

535 Telfair Street Suite 300

Augusta Ga. 30901

From: State Senator Harold Jones II (D-22)

Representative Sheila Nelson, (D-125)

Dear Mr. Cooks.

As the elected representatives of Green Meadows Neighborhood, we wish to express our strong opposition to the proposed zoning request by Hale House Foundation Inc.

It is our understanding that Hale House Foundation Inc. has requested a special zoning exception to establish an inpatient drug and alcohol treatment facility. We stand in opposition to the proposed special exception.

It is also our understanding that most of the affected residents are opposed to this measure. In keeping with our strong tradition of supporting those persons directly affected by zoning exceptions we stand in support of the residents who have expressed opposition to the measure.

We understand and empathize with the goals of the Hale House Foundation Inc., but do not believe those goals fit within the current character and integrity of the neighborhood.

We would be present at the hearing today but are currently unable to attend due to legislative commitments. We hope this letter adequately expresses our opposition to the proposed exception. We thank you in advance for your time and cooperation and if you have any questions or concerns please feel free to contact us.

Sincerely

Senator Harold Jones II

State Representative Shelia Nelson

Exhibit A                                                                                      00097

## Lois Schmidt

| | |
|---|---|
| **From:** | Robert H. Sherman |
| **Sent:** | Thursday, March 21, 2019 1:26 PM |
| **To:** | Carla Delaney; Mary Burgess; Kevin Boyd; Lois Schmidt |
| **Subject:** | RE: Hale House |

Also, we need to mail notice to the Board of Ed / Superintendent BOE and copy BOE attorney Pete Fletcher; and mail notice to the principal at the BOE school and Augusta Tech. We also need to publish in the paper. And, expand the mailing list to residences that border Augusta Tech Drive.
Thanks

**From:** Robert H. Sherman
**Sent:** Wednesday, March 20, 2019 10:50 AM
**To:** Carla Delaney (CDelaney@augustaga.gov) <CDelaney@augustaga.gov>; mary burgess (MBurgess@augustaga.gov) <MBurgess@augustaga.gov>; Kevin Boyd <KBoyd@augustaga.gov>; Lois Schmidt (lschmidt@augustaga.gov) <lschmidt@augustaga.gov>
**Subject:** Hale House

To All; Jim Trotter will submit the new proposed access to the Hale House property mid next week. The case is scheduled to be heard at the Special Called Meeting on April 30th, at 11 AM in the Commission Chamber. Will you post the placards late next week at the same locations we posted before, and at several locations on the Augusta Tech drive and the BOE road (Kevin has map). We also need to mail the notices to the same mail list we used last time, maybe 10 days before the meeting.

Thanks

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

**ROBERT SHERMAN**
PLANNING AND DEVELOPMENT DIRECTOR
535 Telfair Street - Suite 300
Augusta, Georgia 30901
Phone (706) 312-5162 - Fax (706) 821-1806
Email: rsherman@augustaga.gov · Website: www.augustaga.gov

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

**APPROVED**

HISTORIC PRESERVATION   DATE
COMMISSION

1

# NOTICE OF PUBLIC HEARING

A public hearing will be held by the Augusta Georgia Commission on Tuesday, April 30, 2019 in Room 260, the Augusta Commission Chambers, at 11:00 A.M.

Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.

Robert Sherman, Director

## AUGUSTA-RICHMOND COUNTY PLANNING COMMISSION
## STAFF REPORT

**Case Number:** Z-19-08

**Hearing Date:** March 4, 2019 (Public Hearing August 6, 2018)

**Prepared By:** Mary Elizabeth Burgess, Development Services Manager

---

**Applicant:** The Hale House Foundation Inc.

**Property Owner:** The Hale Foundation Inc., 402 Walker Street, Augusta, GA 30901

**Address of Property:** 3042 Eagle Drive, Augusta, GA 30906

**Tax Parcel #:** 109-0-001-00-0

**Present Zoning:** R1-A (One Family Residential

**Neighborhood or Subdivision:** Windsor Spring

**Commission District:** 6 (B. Hasan)          **Super District:** 10 (J. Clarke)

| Request | | Applicable Criteria |
|---|---|---|
| Special Exception | Inpatient Drug/Alcohol Treatment | Section 21-1(g) Section 35-9.1 |

## 1. Summary of Request:

The applicant requests a special exception to operate an inpatient drug/alcohol treatment center on a 20.65 acre lot located at 3042 Eagle Drive. The existing property consists of a 1,616 sq. ft. church with foyer and adjacent 2,706 sq.ft. and 1,040 sq. ft. dormitories.

## 2. Zoning History:

The site was previously used as an abbey (convent) for over 40 years by the Order of St. Helena and then in 2017, the Monks of Mount Tabor utilized the property briefly as a monastery. The subject parcel was granted a Special Exception for the previous use and is currently zoned R-1A (one-Family Residential). However, the property has not been utilized since the Order moved to North Augusta, SC. A previous rezoning request, Z-88-21 to permit B-2 (General Business) was denied by the Augusta Commission.

## 3. Compatibility:

| Adjacent Land Uses | | |
|---|---|---|
| Direction | Zoning Classification | Land Use |
| North | R-1A (One-family Residential) | Single-family homes |
| East | R-1A (One-family Residential) | Single-family homes |
| South | B-2 (General Business) | Recreation- Golf Course |
| West | R-1A (One-family Residential) | Single-family homes |

*Ordinance Considerations for Request*

Section 26-1 specifically states: The following Special Exceptions may be permitted in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. *At this time, this proposed use is not identified as essential or desirable to the public convenience or welfare and the Master Plan does not identify this use as in harmony with this district. This use is allowed by right in a B-1 Neighborhood Business District where there is an infrastructure in place to support the needs of the possible clientele.*

Within the zoning ordinance, it identifies inpatient drug/alcohol treatment centers as "Transition Housing." The following criteria are reviewed when deciding suitability.

1. Transition housing may not be established within twelve hundred (1200) feet of a lawfully existing family personal care home, family day care home, adult day care facility, or other transition housing in A, R or P zones. *These uses do not exist within 1,200 ft of the proposed property.*
2. Transition housing shall not be located in areas where the health, safety, and welfare of the residents would be compromised. Examples of such areas would be those near industrial sites or other sites where environmental quality would be poor, and also areas where law enforcement records indicate that the incidence of crime is high. *The project area is located within a residential development that does not have a high incidence of crime.*
3. The Planning Commission shall determine that the foregoing requirements have been satisfied, and further, that the benefits of the proposed transition housing are greater than any possible depreciating effects and damages to neighboring properties. In conducting this balancing test, the merit of the specific proposal shall be determined by evaluating the nature of the clientele (i.e. elderly, mentally retarded, halfway home for recovering

addicts, etc.) the proposed number of occupants, and the nature of the operators of the facility (homeowners, professional staff, or untrained supervisory staff, etc.). *This section asks to weigh the benefits of 30 patients against the value of over 500 dwelling units. It has been made expressly clear by the residents, that their property values will drop dramatically and that a higher incidence of crime against the residents will occur if this project locates within this neighborhood. These are valid unquantifiable issues.*

4. Approval, if granted shall be for a specific proposal, and any change in the nature of the clientele or increase in the number of occupants shall require another special exception.

## 4. Impact and Suitability:

4.1 Public Utilities: There appears to be sewer and water to the property however the property card indicates that they are not utilized. The subject parcel is served by public water, but is not yet connected to sewer. The rules of the *Georgia Department of Public Health* require that uses within 200 feet of public sewer connect to the system. If such a connection is not available, an appropriately designed septic tank and absorption field must be accommodated within the parcel boundaries. The County Health Department must certify that the criteria for installation of an on-site septic management system have been met before a permit for construction can be issued.

4.2 Transportation and Transit: The closest Transit route is .4 miles at Augusta Tech Dr. This property is set in the rear of a 500 unit subdivision which utilizes several small feeder roads. The proposed project estimates 20-22 employees which would create minimal trip generation if broken up to 2 to 3 shifts per day. The patients will not be able to come and go therefore not generating a daily contribution to the traffic count. The applicant has indicated that the Eagle Drive access will be closed and fenced but has not provided an alternative access point.

4.3 Hydrology: The subject parcel contains no wetlands, floodplains, or other environmental concerns. No expansion is expected.

4.4 Community Development: As the area consists largely of single-family home subdivisions, the pace of change has been relatively slow. The property is set deep within a subdivision and is abutted by both Augusta Technical and Route 520. The subdivision in question is off of Lampkin which has seen sporadic growth and is banded by the higher B-2 developments on Peach Orchard and Deans Bridge.

## 5. Comprehensive Plan Consistency:

The property is adjacent to the Green Meadows Estates subdivision. The Comprehensive Plan encourages suburban development with appropriate zoning. The current R-1A zoning is in accordance with the plan. While new housing is encouraged, there is also a request for more public services and facilities along with commercial activity.

6. **Findings:**

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.
3. It is not clear if the property utilizes the public water and sewer.
4. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
5. The property is adjacent to Augusta Technical College and bound by Route 520.
6. The subject property is located within an existing single family subdivision.
7. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced by does not offer an alternative access.
8. All state and local mandates have been met regarding publication and public hearings.

**Preliminary Staff Recommendation:**

The Planning Commission recommends <u>denial</u> of this special exception request.

As stated above, it is the recommendation that this site doesn't meet the requirements of a special exception, specifically a preliminary development plan showing the location of all proposed ingress/egress sites was not presented. And that this use is not in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

<u>Note:</u> The staff report includes the information available approximately two weeks prior to the Planning Commission hearing. It represents an evaluation of the facts presented by the applicant, research done by the staff, and consideration of the relevant factors in the Comprehensive Zoning Ordinance of Augusta, Georgia. New facts may emerge and staff reserves the right to make an oral recommendation at the hearing based on all the information available at that time.

**PLANNING & DEVELOPMENT DEPARTMENT**

| 535 Telfair Street • Suite 300 | 1803 Marvin Griffin Road |
| Augusta, Georgia  30901 | Augusta, Georgia  30906 |

April 5, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA  30909

To Whom It May Concern:

At its meeting on Tuesday, March 19, 2019 the Augusta Commission considered the following:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception
> to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g)
> of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property
> containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map
> 109-0-001-00-0

It was the decision of the Augusta Commission to CONTINUE your petition to a special called meeting to
be held on Tuesday, April 30, 2019 at 11:00 a.m. The Commission will meet in the Commission
Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street,
Augusta, Georgia.

You or a representative must attend this meeting.

Sincerely,

Robert Sherman

Robert Sherman
Director

Sent corrected 4/22/19

Phone: 706 - 821 - 1796 • Fax: 706 - 821 - 1806 • www.augustaga.gov

Exhibit A                                                                          00104

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300          1803 Marvin Griffin Road
    Augusta, Georgia  30901               Augusta, Georgia  30906

April 5, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA  30909

To Whom It May Concern:

At its meeting on Tuesday, March 19, 2019 the Augusta Commission considered the following:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception
> to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g)
> of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property
> containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map
> 109-0-001-00-0

It was the decision of the Planning Commission to CONTINUE your petition to a special called meeting to
be held on Tuesday, April 30, 2019 at 11:00 a.m. The Commission will meet in the Commission
Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street,
Augusta, Georgia.

You or a representative must attend this meeting.

Sincerely,

*Lois Schmidt for Robert Sherman*

Robert Sherman
Director

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300         1803 Marvin Griffin Road
     Augusta, Georgia  30901              Augusta, Georgia  30906

March 11, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA  30909

To Whom It May Concern:

At its meeting on Monday, March 4, 2019 the Augusta, Georgia Planning Commission held a public hearing to consider the following the petition:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

It was the decision of the Planning Commission to DENY your petition.

This decision will be forwarded to the Augusta Commission for a final decision. The Commission will meet on Tuesday, March 19 , 2019 at 2:00 P.M. in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia.

It is in your best interest to attend this meeting.

Sincerely,

Robert Sherman Jr.

Robert Sherman
Director

RS/ls

**PLEASE NOTE:**  All visitors to the Municipal Building are required to use the 535 Telfair Street entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

Exhibit A                                                                    00106

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street ● Suite 300          1803 Marvin Griffin Road
Augusta, Georgia  30901                 Augusta, Georgia  30906

February 21, 2019

Mr. James Trotter
3527 Walton Way Ext.
Augusta GA  30909

To Whom It May Concern:

## CERTIFIED LETTER

The Augusta, Georgia Planning Commission will hold a public hearing on **Monday, March 4, 2019 at 3:00 P.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia to consider the following petition:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

In order for the Planning Commission to consider your petition, it is necessary that you or your representative be present at the hearing.

Sincerely,



Robert Sherman
Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the 535 Telfair Street entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

Exhibit A                                                          00107

*Augusta*
G E O R G I A

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street ● Suite 300
Augusta, Georgia  30901

1803 Marvin Griffin Road
Augusta, Georgia  30906

March 29, 2019

Property Owner/ Resident

To Whom It May Concern:

The Augusta, Georgia Commission will hold a Special Called hearing on **Tuesday April 30, 2019 at 11:00 A.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia on the following:

> Z-19-08 – A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0 CONTINUED from the March 19, 2019 hearing.

Your comments are important to the Commission, please contact the Clerk of Commission office to inquire about providing public comment 706-821-1823 or 706-821-1820.

Sincerely,

Robert Sherman
Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security

Phone: 706  821  1796 ● Fax: 706  821  1806 ● www.augustaga.gov

Exhibit A

00108

*Augusta*
G E O R G I A

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia  30901

1803 Marvin Griffin Road
Augusta, Georgia  30906

February 21, 2019

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a public hearing on **Monday, March 4, 2019 at 3:00 P.M.** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia to consider the following petition:

> Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

Sincerely,

Robert Sherman
Director

RS/ls

**PLEASE NOTE:**  All visitors to the Municipal Building are required to use the 535 Telfair Street entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

Exhibit A                                                                                    00109

| Owner Name | Owner's Address | Owner's Address |
|---|---|---|
| A & C HOME INVESTMENTS INC | 440 EIGHTH ST | AUGUSTA, GA 30901-2249 |
| AHMED MOHAMED MAGED | 511 CEDAR ROCK DR | AUGUSTA, GA 30907-4984 |
| AKESON PHILIP | 2931 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| ALEXANDER DAVID ALLEN | 1164 PINEY GROVE RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALLEN EARNESTINE | 2015 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| ALLEN ELROY L | 3002 BURGESS ST | AUGUSTA, GA 30909-0660 |
| ALLEN RUTH ADELAIDE NORT | 2013 NOTTINGHAM DR | AUGUSTA, GA 30906-4729 |
| ALREAD GRADY W | 2921 SHELBY DR | AUGUSTA, GA 30906-3369 |
| ALZHEIMER STEPHEN J | 2346 RUBY DR | AUGUSTA, GA 30906-3089 |
| AMERICAN LEGION POST 178 | PO BOX 5402 | AUGUSTA, GA 30916-5402 |
| ANDERSON BETTI L | 2303 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| ANDERSON GLORIA J | 2016 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| ANOINTED REALTY INC | PO BOX 6702 | AUGUSTA, GA 30916-6702 |
| ANTLEY LINDY L | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ANTLEY PROPERTIES LLC | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ARNETT KAREN B | 4545 OLD WAYNESBORO RD | HEPHZIBAH, GA 30815-4349 |
| ASHLEY CATHERINE B | 2403 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| AUGUSTA TECHNICAL INSTITU | 3116 DEANS BRIDGE RD | AUGUSTA, GA 30906-3375 |
| AUGUSTA/CSRA HABITAT FOR HUM | 1002 WALTON WAY | AUGUSTA, GA 30901-2843 |
| AVERY JAMES E | 2023 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| B&D ASSETS LLC | 3957 HAMMONDS FERRY RD | EVANS, GA 30809-4097 |
| BALDERSON RAYMOND | 2960 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BEAZLEY CHARLES H | 603 SUNSET DR | WAYNESBORO, GA 30830 |
| BECK JOSEPH P | 2923 SHELBY DR | AUGUSTA, GA 30906-3369 |
| BEDICHEK SUZANNE B | 2417 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| BELSER ANDREW SR | 2953 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| BENNETT PATRICIA H | 2403 PAR DR | AUGUSTA, GA 30906-3332 |
| BENNETT SOFIE AKA | 3623 BARBADOS DR | AUGUSTA, GA 30909-2601 |
| BENTLEY SUSAN B | 2301 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| BERRY DIANE W | 3402 NOTTING DR | AUGUSTA, GA 30906-4745 |
| BLACK RICHARD A | 2408 EAGLE DR | AUGUSTA, GA 30906-3325 |
| BODDIFORD MCQUE | 1498 CAPTOLA RD | SYLVANIA, GA 30467-8120 |
| BOGAN BERNICE M | 3026 EAGLE DR | AUGUSTA, GA 30906-3326 |
| BOWDRE B OTIS | 3403 LUCIE ST | AUGUSTA, GA 30906-4725 |
| BOWMAN JOHNELL | 1406 SPRINGVIEW DR | AUGUSTA, GA 30909-2809 |
| BRADLEY FLORENCE W | 3013 EAGLE DR | AUGUSTA, GA 30906-3328 |
| BROOKS WILLIAM S III | PO BOX 2172 | AUGUSTA, GA 30903-2172 |
| BROTHERSVILLE DEVELOPMENT | PO BOX 6805 | AUGUSTA, GA 30916-6805 |
| BROWN CLINTON O | 1349 ANIWAKA AVE SW | ATLANTA, GA 30311 |
| BROWN ERIC FRANKLIN | 2360 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| BROWN GEORGE F | 102 SHELBY CT | AUGUSTA, GA 30906-3336 |
| BROWN MYNETTE B (ROFS) | 2975 SHELBY DR | AUGUSTA, GA 30906 |
| BROWN ROBIN E | 3013 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BUNCH JESSE L | 3033 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BURCH LAVERNE R | 2927 WHISTLER LN | AUGUSTA, GA 30906-3339 |

| | | |
|---|---|---|
| BURNS LENNIE M | 2974 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BURNS MEMORIAL CHURCH | 2372 LUMPKIN RD | AUGUSTA, GA 30906-5372 |
| BURROUGHS JACQUELINE | 2926 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901 |
| BUSSEY MARIA | 2407 EAGLE DR | AUGUSTA, GA 30906-3324 |
| C S R A ELECTRICAL JOINT | 1248 REYNOLDS ST | AUGUSTA, GA 30901-1102 |
| C'DEBACA GEORGE JACOB | 2031 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| CAHOON LORNA | 109 SHELBY CT | AUGUSTA, GA 30906-3335 |
| CAIN COREY N | 2412 EAGLE DR | AUGUSTA, GA 30906 |
| CALLAWAY LAND CO | 5307 FAIRFIELD W | DUNWOODY, GA 30338-3227 |
| CARRIER MARY A | 3702 AVENUE Q | GALVESTON, TX 77550-7439 |
| CARTER DELBERT H | 2422 EAGLE DR | AUGUSTA, GA 30906 |
| CARTER NADINE L | 2313 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| CARTER VICTOR RONALD | 2404 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| CASTLE JUDY RICHARDS | 517 CAMBRIDGE RD | AUGUSTA, GA 30909-0333 |
| CENTRAL BAPTIST CHURCH | PO BOX 9772 | AUGUSTA, GA 30916-9772 |
| CGM PROPERTIES LLC | 1767 WASHINGTON RD | THOMSON, GA 30824-7206 |
| CHAMBLISS RUBY | 3229 HAMPTON CIR | AUGUSTA, GA 30906 |
| CHAPPELL TOMMY RAY SR | 103 COLONIAL RD | MARTINEZ, GA 30907-9387 |
| CHASTAIN RAMON D | 3147 FLOYD DR | AUGUSTA, GA 30906 |
| CHESANI SANDRA KAYE PERRY | 2918 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| CHG HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| CLIFTON NANCY ELLEN | 2424 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| COBBS RICKY N | 714 ERIKA LN | GROVETOWN, GA 30813-8304 |
| COE DEMETRIA C | 1071 HWY 88 | BLYTHE, GA 30805 |
| COGLE WILLIAM S | 3404 NOTTING DR | AUGUSTA, GA 30906-4745 |
| COLE ALICE B (ROFS) | 3007 EAGLE DR | AUGUSTA, GA 30906-3356 |
| COLE RUSSELL WALKER | 3027 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| COLLINS WILLIAM G | 3040 EAGLE DR | AUGUSTA, GA 30906-3326 |
| COLSON ALBERTA | 165 COMMUNITY HOUSE RD | SOUTHBURY, CT 06488-2311 |
| CONCORD HILL INVESTMENTS | PO BOX 40099 | AUGUSTA, GA 30909 |
| CONREX RESIDENTIAL PROPERTY GR | 3 CORDES ST | CHARLESTON, SC 29401-2116 |
| COOK DENNIS LEE | 2430 EAGLE DR | AUGUSTA, GA 30906-3325 |
| CORL CASSIE H | 2915 HAMILTON DR | AUGUSTA, GA 30906-2347 |
| CORLEY MIRIAM A | 2332 HARDING RD | AUGUSTA, GA 30906-3457 |
| COVINGTON JESSICA B | 105 SHELBY CT | AUGUSTA, GA 30906-3335 |
| COWART GREGORY PHILLIP | 4821 FULCHER RD | HEPHZIBAH, GA 30815-4005 |
| CREWS JEANETTE C ROFS | 3011 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| CRICK PAUL O JR | 995 WINDMILL LN | EVANS, GA 30809-6649 |
| CROCKETT FLOYD A ROFS | 2409 PAR DR | AUGUSTA, GA 30906-3332 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CUMMINGS RAYMOND | 3153 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| CURRY RENITA C | 2319 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| DANIEL MARK A | 3006 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| DARNELL DAVID J | 3019 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |

| | | |
|---|---|---|
| DAVIS ORAL K | 3003 EAGLE DR | AUGUSTA, GA 30906 |
| DENSMORE FRANK | 2456 NORTON DR | AUGUSTA, GA 30906-5364 |
| DEVEAUX ENOCH J | 3017 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DILL CHARLENE | 3145 FLOYD DR | AUGUSTA, GA 30906-3454 |
| DINKINS MITCHEL W | 3021 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DIXON SHARI A | 2022 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| DLP ENTERPRISES LLC | 607 RONALD REAGAN DR UNIT | EVANS, GA 30809-7736 |
| DOMAN ERIKA W | 2990 SHELBY DR | AUGUSTA, GA 30906-3367 |
| DUFFIE KENNETH MICHAEL | 4820 LONG LN | EVANS, GA 30809-5832 |
| DUKE PATRICIA WILDER | 3034 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| DUNBAR HATTIE HAMILTON | 2332 SHILO ST | AUGUSTA, GA 30906-4732 |
| DUNBAR LARRY M ROFS | 3212 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| DUNCAN DELORES T | 2424 EAGLE DR | AUGUSTA, GA 30906-3325 |
| DUNN ARTHUR JR | 2308 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| EASTON VALERIE T | 2337 LORY CT | AUGUSTA, GA 30906-4744 |
| EL MATRERO LLC | 2944 SHELBY DR | AUGUSTA, GA 30906 |
| ELAM HATTIE | 3204 LEEDS CT | AUGUSTA, GA 30906-4724 |
| ELLIOTT SONS FUNERAL HOME | 1929 ALLEN PKWY | HOUSTON, TX 77019-2506 |
| ENGLISH JAMES B | 2027 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| EQUITY TRUST CO CUSTODIAN FBO | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| ERONDU KENNETH | 1414 AYLESBURY DR | EVANS, GA 30809-8215 |
| ESPIRITU RANDALL E ROFS | 1523 JOY RD | HARLEM, GA 30814-4117 |
| FAKHOURI GRACE S | 5074 WHEELER LAKE RD | AUGUSTA, GA 30909-5774 |
| FARLEY NAKIA P | P O BOX 1521 | WAYNESBORO, GA 30830-2521 |
| FARLEY RANSOM LEE JR | 2915 HUMMINGBIRD LN | AUGUSTA, GA 30906-3329 |
| FENNELL WILLIAM | 3025 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| FERGUSON MAXINE | 3445 STONELEIGH WALK | LITHONIA, GA 30038-3298 |
| FERRIS ALFREIDA B | PO BOX 6752 | AUGUSTA, GA 30916-6752 |
| FERRON JOSEPH R (ROFS) | 2211 WINDSOR SPRING RD | AUGUSTA, GA 30906-4735 |
| FISHER PRIMROSE | 3005 BRANSFORD RD | AUGUSTA, GA 30909 |
| FISHMON JAMES A SR | 2721 WILLIS FOREMAN RD | HEPHZIBAH, GA 30815 |
| FITCH WAYNE O | 2334 SHILO ST | AUGUSTA, GA 30906-4732 |
| FLEMING LIONS CLUB INC | 3704 INVERNESS WAY | AUGUSTA, GA 30907-9543 |
| FLORENCE BRYAN DANIEL | 108 SHELBY CT | AUGUSTA, GA 30906 |
| FOGLE HERMAN J | 2302 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| FOLSOM WALTER L | 889 SW F P FOLSOM SR RD | MAYO, FL 32066-3931 |
| FORTUNE HERMAN L | 2316 RUTHERFORD AVE | AUGUSTA, GA 30906-4750 |
| FOSTER CIANAN | 1157 OAKTON TRL | EVANS, GA 30809-5224 |
| FOUR G HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| FOWLER MUHENI FKA | 2331 SHILO ST | AUGUSTA, GA 30906-4731 |
| FRANCISCO ROWENA | 16 BRADLEY LN | BRIDGEWATER, NJ 08807-2645 |
| FREEMAN PATRICIA A | 2338 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| FRYER LIZZIE M | 3006 EAGLE DR | AUGUSTA, GA 30906-3326 |
| FURSE JERRY | 2540 SANDRA DR | AUGUSTA, GA 30906-2883 |
| GABI REALTY LLC | 310 BUSSEY AVE | THOMSON, GA 30824 |
| GADSON PAMALA | 3874 OLD WAYNESBORO RD | AUGUSTA, GA 30906 |
| GARNER GARY W | 2333 NORTON DR | AUGUSTA, GA 30906 |
| GARVIN DANNY B | 2932 WHISTLER LN | AUGUSTA, GA 30906-3340 |

| | | |
|---|---|---|
| GAULDIN HAROLD E | 3023 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| GAYLE MICHAEL G | 1510 CENTURION DR | HEPHZIBAH, GA 30815 |
| GERMANN DAVID R | 2438 NORTON DR | AUGUSTA, GA 30906-5362 |
| GIBBONS FREDERICK | 3948 ELLEN ST | HEPHZIBAH, GA 30815-6013 |
| GIBBONS MILDRED TURNER | 2427 EAGLE DR | AUGUSTA, GA 30906-3355 |
| GIBBS CATHY D | 5138 PARNELL WAY | MARTINEZ, GA 30907-8894 |
| GILES W RODGER | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| GIRTON REBEKAH PAULOS | 3026 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GIVENS CHADWICK DION | 3513 REDD DR | AUGUSTA, GA 30906 |
| GIVENS LUCILLE J | 2959 SHELBY DR | AUGUSTA, GA 30906-3370 |
| GLADNEY LYNN DENISE | 2925 WHISTLER LN | AUGUSTA, GA 30906 |
| GODLEY TIMOTHY ROFS | 1922 HEATHERS CT | AUGUSTA, GA 30906-8124 |
| GOOD FAITH MANAGEMENT LLC | PO BOX 32 | STAPLETON, GA 30823-0032 |
| GORDON CLIFFORD D | 2418 BIRDIE DR | AUGUSTA, GA 30906 |
| GOWDY GEORGE HARRIS JR | 2982 SHELBY DR | AUGUSTA, GA 30906-3367 |
| GRANT JACQUELINE CAROL | 3026 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| GRANT TIMOTHY C | 2925 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| GRAY V DIANE | 3001 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GRAYBEAL RHONDA ESTATE OF | 550 BLACKBURN DR | MARTINEZ, GA 30907 |
| GREEN MEADOWS GOLF CLUB I | PO BOX 5127 | AUGUSTA, GA 30916-5127 |
| GREEN-DOE SHARON R | 3036 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| GREENE TOMMY | 2304 MARVIN PL | AUGUSTA, GA 30906-3321 |
| GREENFISH PROPERTIES LLC | 3005 BRANSFORD RD | AUGUSTA, GA 30909-3089 |
| GRIFFIN DIANNE BATTLE | 2924 SHELBY DR | AUGUSTA, GA 30906-3338 |
| GRIFFITH ALAN A | 2020 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| GRISWOLD C EUGENIA | 2305 MARVIN PL | AUGUSTA, GA 30906-3320 |
| GUEITS HUMURTO J | 2317 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| HAAS GERDA A | 3020 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HALE FOUNDATION INC THE | 402 WALKER ST | AUGUSTA, GA 30901 |
| HANDY GERRY ROFS | 3206 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| HANDY MICHAEL J ROFS | 2512 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| HANNAH ELLIOTT JR | 3015 EAGLE DR | AUGUSTA, GA 30906-3328 |
| HARDY EDDIE LEE | 2420 EAGLE DR | AUGUSTA, GA 30906-3325 |
| HARRIS DORIS E | 2423 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| HARRIS JOHNNIE MAE | 3205 CHESHIRE DR | AUGUSTA, GA 30906-4717 |
| HARRIS LINDA | 2325 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| HARVEY DAVID A | 4303 SERPENTINE RD | MIDDLETOWN, MD 21769-7518 |
| HATCHER GEORGE P | 3030 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HBC PROPERTIES LLC | 838 GREENE ST | AUGUSTA, GA 30901-2234 |
| HENDERSON JAMES B ROFS | 2401 EAGLE DR | AUGUSTA, GA 30906 |
| HENDERSON SANDRA ELIZABETH RE | 3012 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HENDRIX DAVID BERNARD ROFS | 2983 SHELBY DR | AUGUSTA, GA 30906-3370 |
| HENSLEY MARGARET RADFORD EST/ | 3202 LEEDS CT | AUGUSTA, GA 30906-4724 |
| HENSON YONG CHA | 3170 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HERNANDEZ EDITH V | 5316 BENTBROOK RD | CROSS LANES, WV 25313-1723 |
| HICKS JOSHUA | 11202 OAKS HIKE | SAN ANTONIO, TX 78245 |
| HIGGS BRENDA D | 3038 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HILL SHANTE A | 2407 PAR DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| HITCHCOCK JOHN HARVEY | 3118 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| HITCHCOCK KATHY | 60 CORBIN HITCHCOCK RD | MIDVILLE, GA 30441 |
| HOGUES ROBIN D ROFS | 2308 MARVIN PL | AUGUSTA, GA 30906-3321 |
| HOLDEN ERIC D'ANTE | 2229 WINDSOR SPRING RD | AUGUSTA, GA 30906 |
| HOLMES BENNIE SR | 3016 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HOLMES WADE H | 2328 SHILO ST | AUGUSTA, GA 30906-4732 |
| HOME INVESTMENT FUND II LP | 23041 AVENIDA DE LA CARLOTA | LAGUNA HILLS, CA 92653 |
| HOMES2CASH LLC | 3358 WRIGHTSBORO RD | AUGUSTA, GA 30909-2816 |
| HOSCH WILLIE M | 3149 FLOYD DR | AUGUSTA, GA 30906-3454 |
| HOWARD ALEXANDER C (ROFS) | 2965 SHELBY DR | AUGUSTA, GA 30906 |
| HOWARD ALEXANDER C SR | PO BOX 6772 | AUGUSTA, GA 30916-6772 |
| HOWARD CEDRIC D | 2024 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| HOWARD WANDA | 3009 YELLOWWOOD CT | HEPHZIBAH, GA 30815-7079 |
| HOWELL CHARLES D | 1386 SEA WAY NE | TOWNSEND, GA 31331-3224 |
| HUDSON A'MEN ALEXANDER | 3202 CHESHIRE DR | AUGUSTA, GA 30906-4718 |
| HUDSON SHERYL M | 3468 BYRON PL | AUGUSTA, GA 30906-4619 |
| HUGHES HATTIE DAVIS | 2406 PAR DR | AUGUSTA, GA 30906-3349 |
| HUGHES MARY L | 3166 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HUGHES STACY | 2352 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| HUNTER DAVID A ROFS | 3004 EAGLE DR | AUGUSTA, GA 30906 |
| HUSTEAD DOLORES B | 2307 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| INGLETT JUDITH V | 2988 SHELBY DR | AUGUSTA, GA 30906-3367 |
| J S BROOKS PROPERTIES LLC | 411 STONE ST | WRENS, GA 30833 |
| JACKSON LIONEL | 3014 EAGLE DR | AUGUSTA, GA 30906 |
| JARRETT BASIL V | 3404 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| JEFFERSON ELEC MEMBERSHIP | PO BOX 457 | WRENS, GA 30833-0457 |
| JENNINGS ETHEL J | 2302 MARVIN PL | AUGUSTA, GA 30906 |
| JK3 LLC | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| JOHNS BARBARA SUE | 2992 SHELBY DR | AUGUSTA, GA 30906-3367 |
| JOHNSON BEVERLY J | 2971 SHELBY DR | AUGUSTA, GA 30906-3370 |
| JOHNSON MAE S | 3133 FLOYD DR | AUGUSTA, GA 30906 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JONES AMON LEE | 1514 DADE ST | AUGUSTA, GA 30904-4038 |
| JONES ANDREW W | 3034 EAGLE DR | AUGUSTA, GA 30906-3326 |
| JONES BRENDA | 3204 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| JONES GONZALEE | 3004 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| JONES HAROLD | 3031 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| JONES HENRY A JR | 3033 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| JONES JAMES | 2404 PAR DR | AUGUSTA, GA 30906-3349 |
| JONES JAMES | 2401 LUMPKIN RD | AUGUSTA, GA 30906-3041 |
| JONES JOE ANNE H 5/6 INT ROFS | 3001 EAGLE DR | AUGUSTA, GA 30906-3327 |
| JONES PETER EDWARD | 2520 LUMPKIN RD | AUGUSTA, GA 30906-5335 |
| JOSEY FRANCES C | 3009 EAGLE DR | AUGUSTA, GA 30906-3356 |
| JOURNET JUAN A | 2010 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| JOYCE COOP LLC | 160-50 CROSSBAY BLVD #557 | HOWARD BEACH, NY 11414 |
| KABLAN BERTHE N | 2413 EAGLE DR | AUGUSTA, GA 30906-3355 |
| KAMGA WILLIAM ABRAHAM | 2919 SHELBY DR | AUGUSTA, GA 30906-3369 |

| | | |
|---|---|---|
| KAN YON SUK | 2354 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| KEEGAN PROPERTIES LLC | 2307 YOUNG DR | AUGUSTA, GA 30906 |
| KEEL DAVID CURTIS L/EST | 3137 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| KEEL WOODROW W JR | 2008 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| KELLER AMY D | 2442 LUMPKIN RD | AUGUSTA, GA 30906-3081 |
| KELLER JEFF III | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| KELLER JEFF W JR | 2969 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KELLY MICHAEL T SR ROFS | 2149 MIMS RD | HEPHZIBAH, GA 30815 |
| KENDRICK JOYCE | 3022 EAGLE DR | AUGUSTA, GA 30906-3326 |
| KENNEDY REATHER | 2423 EAGLE DR | AUGUSTA, GA 30906 |
| KENNEDY WILLIAM | 2330 SHILO ST | AUGUSTA, GA 30906-4732 |
| KIERATH MARGARET | 2961 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KILLIPS DENNIS J | 2434 NORTON DR | AUGUSTA, GA 30906-5362 |
| KIMBLE VANESSIA C ROFS | 3007 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| KIRK HARRY | 3008 EAGLE DR | AUGUSTA, GA 30906 |
| KIRKLAND BENITA C | 2933 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| KRAUSE JUDITH H | 3210 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| KYTE FRANCIS S | 3002 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAMBERTH SHERMAN A | 4818 SHARON DR | EVANS, GA 30809-6206 |
| LANDRUM CURTIS | 1284 COUNTRY LINE RD | HARLEM, GA 30814 |
| LANE JOAN PITCHER MERTON | 2403 EAGLE DR | AUGUSTA, GA 30906-3324 |
| LARRY TYRONE T | P O BOX 5179 | AUGUSTA, GA 30916-5179 |
| LATTIMORE JOHNNY | P O BOX 6734 | AUGUSTA, GA 30916 |
| LAWSON KENNETH P JR | 3024 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAWSON TIMOTHY E | 3156 WINDY HILL DR | AUGUSTA, GA 30906 |
| LE KIEM P | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE PHUONG KLEM THI | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE THANH V | 3028 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| LEACH ALEXIS | 3018 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| LEE HERMAN JR | 329 OAK LAKE DR | AUGUSTA, GA 30907-8805 |
| LEE JERRY L | 3207 CHESHIRE DR | AUGUSTA, GA 30906 |
| LEONARD SYLVIA J | 2915 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| LEVERETT HOMER | 2918 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| LEWALLEN PAMELA H | 2305 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| LEWIS ANNE G | 3157 FLOYD DR | AUGUSTA, GA 30906-3454 |
| LOCKHART IRIS | 2930 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |
| LOCKWOOD PAUL R | 2148 BALFOUR ST | AUGUSTA, GA 30906-4806 |
| LONG PATRICIA B | 2306 LEBAUM CT | AUGUSTA, GA 30906 |
| LYNCH JEAN B | 2335 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| MACK CHRISTOPHER M 50% INT | 4230 WHITE PINE CT | AUGUSTA, GA 30906 |
| MADDOX LAVONYA N | 2413 PAR DR | AUGUSTA, GA 30906 |
| MAHONEY JAMES B JR | 3153 FLOYD DR | HEPHZIBAH, GA 30815 |
| MAKERSON RICHARD | 46 PARK PLACE CIR | AUGUSTA, GA 30909-6050 |
| MALCOM JEFFREY M | 3024 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| MARTIN CHARLES B | P O BOX 6345 | AUGUSTA, GA 30916 |
| MARTIN JOE B | 3039 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MARTIN LEONARD T L/EST | 2018 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MARTIN PATRICIA A | 2904 SHELBY DR | AUGUSTA, GA 30906-3338 |

| | | |
|---|---|---|
| MARTIN PATRICIA M | 2908 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MARTIN PHILIP A | 2303 MARVIN PL | AUGUSTA, GA 30906 |
| MATTES DENNIS | 2923 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| MAXEY LEONARD C | 3031 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MAXWELL RICHMOND HILL RD | 479 2ND ST | MACON, GA 31201-2733 |
| MAYBERRY JULUIS E LIVING TRUST | 4825 STOREY MILL RD | HEPHZIBAH, GA 30815-4810 |
| MAYS CHARLES E | 4199 PEACH ORCHARD RD | HEPHZIBAH, GA 30815-4700 |
| MCCLELLAN STEPHEN M | 2149 BALFOUR ST | AUGUSTA, GA 30906-4805 |
| MCCOY CHARLOTTE MEADOWCROF | 1960 NEPTUNE DR | AUGUSTA, GA 30906-5703 |
| MCCOY THOMAS A JR | 3005 EAGLE DR | AUGUSTA, GA 30906-3327 |
| MCFARLIN RYOLIA R | 2411 BIRDIE DR | AUGUSTA, GA 30906 |
| MCKELLER ALEXIS B | 2026 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MCKINNIE JOHN JR ROFS | 3009 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| MCZILKEY DONALD E | 2030 CM COPELAN RD | MADISON, GA 30650 |
| MDA11 LLC | 7040 AVENIDA ENCINAS STE 10 | CARLSBAD, CA 92011-4653 |
| MILLER BRENDA | 2967 SHELBY DR | AUGUSTA, GA 30906 |
| MILLER LAURA | 3072 DEANS BRIDGE RD | AUGUSTA, GA 30906 |
| MILLER LOUIS | 2463 WRIGHTSBORO RD | AUGUSTA, GA 30904-6244 |
| MITCHELL ANNIE LEE | 2973 SHELBY DR | AUGUSTA, GA 30906-3370 |
| MOODY LAWANDA R | 2411 PAR DR | AUGUSTA, GA 30906 |
| MOODY RICHARD E | 3474 BYRON PL | AUGUSTA, GA 30906-4619 |
| MOORE CAROLYN D | 3204 CHESIIRE DR | AUGUSTA, GA 30906-4718 |
| MOORE SHERIL | 3558 JONATHAN CIR | AUGUSTA, GA 30906-3872 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE WALTER B | 2930 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MORRIS DOROTHY C | 3032 EAGLE DR | AUGUSTA, GA 30906-3326 |
| MOSTELLER CATHERINE SWEAT | 4560 PEACH ORCHARD RD | HEPHZIBAH, GA 30815 |
| MOUNTAIN MAGGIE M | 2343 SHILO ST | AUGUSTA, GA 30906-4775 |
| MSE SUB I LLC | 1303 AVOCADO AVE STE 200 | NEWPORT BEACH, CA 92660-7849 |
| MUHR WILIAM J TR | 3208 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MULDROW PAUL | 3014 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| MURRAY DEBORAH A | 2329 SHILO ST | AUGUSTA, GA 30906-4731 |
| NETTLES HOMES INC | 5111 WINDMILL PL | EVANS, GA 30809-6606 |
| NEWMAN JACKIE | 3137 FLOYD CIR | AUGUSTA, GA 30906 |
| NGUYEN BAO NGOC ROFS | 506 AUMOND RD | AUGUSTA, GA 30909-3306 |
| NGUYEN VY A | 527 THOROUGHBRED LN | EVANS, GA 30809-4115 |
| NIXON JOHN MADDOX | PO BOX 40099 | AUGUSTA, GA 30909-3784 |
| NORRIS JAMES B | 2425 EAGLE DR | AUGUSTA, GA 30906-3355 |
| NORTON DEBORAH L | 2140 CHADWICK RD | AUGUSTA, GA 30906 |
| O K PARK INC | 2502 LUMPKIN RD | AUGUSTA, GA 30906-3020 |
| O'NEAL  GEORGE A | 3022 HUMMINGBIRD LN | AUGUSTA, GA 30906-3365 |
| OATMAN LENTON L | 2978 SHELBY DR | AUGUSTA, GA 30906-3367 |
| ODELL EVELYN D | 2938 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| ORANGE SHIRLEY S GALAMB | 1230 SUMMER ST | AUGUSTA, GA 30901 |
| OWENS CHARLOTTE A | 2417 EAGLE DR | AUGUSTA, GA 30906-3355 |
| PEACOCK ELIZABETH ANNE | 2972 SHELBY DR | AUGUSTA, GA 30906-3367 |
| PEEL JOE M | 2914 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |

| | | |
|---|---|---|
| PENSCO TRUST COMPANY CUSTODI, P O BOX 173859 | | DENVER, CO 80217 |
| PETSCH BRIAN | 604 16TH ST E | TIFTON, GA 31794-3606 |
| PIRTLE BARBARA C | 3045 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| PORTER DENNIS M | 3473 BYRON PL | AUGUSTA, GA 30906-4618 |
| PRINCE ANGELA YVONNE | 3018 EAGLE DR | AUGUSTA, GA 30906-3326 |
| PRINCE RICARDO | PO BOX 16104 | AUGUSTA, GA 30919-2104 |
| PRITRU MANAGEMENT LLC | 1370 GORDON HWY | AUGUSTA, GA 30901-3867 |
| PRYOR BRENDA MARIE | 2935 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| PUGH EVELYN W | 2356 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| QUICK SHARON L | 3159 FLOYD DR | AUGUSTA, GA 30906-3454 |
| QUILLER CASSANDRA | 3404 LUCIE ST | AUGUSTA, GA 30906-4726 |
| R&R PROPERTY MGT LLC | P O BOX 8273 | AUGUSTA, GA 30905 |
| RATCLIFF CLAUDIA GAIL | 2029 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| RAYFIELD JO ANN | 2409 EAGLE DR | AUGUSTA, GA 30906 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| REAL ESTATE 4 U LLC | 1118 CRESTVIEW DR | NORTH AUGUSTA, SC 29841 |
| REX RESIDENTIAL PROPERTY OWNEF 1505 KING STREET EXT SUITE 1C CHARLESTON, SC 29405-9442 | | |
| REYNOLDS THOMAS T JR | 694 CHAPPELL RD | WAYNESBORO, GA 30830-6305 |
| RHINEHART DIANE | 2406 EAGLE DR | AUGUSTA, GA 30906-3325 |
| RHYMER GLENORE M | 2910 SHELBY DR | AUGUSTA, GA 30906 |
| RICHARDSON SANDRA L | 3010 EAGLE DR | AUGUSTA, GA 30906-3326 |
| RIGGIN CHRISTOPHER C | 241 STONINGTON DR | MARTINEZ, GA 30907-1498 |
| RITCH PERRY HOLMES IV | 3908 LOBLOLLY TRL | AUGUSTA, GA 30907-3355 |
| ROBERSON ANN THIGPEN LES | 103 SHELBY CT | AUGUSTA, GA 30906-3335 |
| ROBERTS BETTY M | 3027 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| ROBERTS LOLITA M | 2332 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| ROBERTSON RHONDA | 2955 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| ROE TRACIE ANN 2/3 | 2408 PAR DR | AUGUSTA, GA 30906 |
| ROSE SHAUN | 2976 SHELBY DR | AUGUSTA, GA 30906 |
| ROSELLI VINCENT R ROFS | 2416 EAGLE DR | AUGUSTA, GA 30906-3325 |
| ROULHAC ELMIRA | 3856 WOODLAKE DR | HEPHZIBAH, GA 30815 |
| ROUSE ALTON | 2414 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| RW HONEYCUTT INC | 4011 BRADDOCK ST | MARTINEZ, GA 30907-2183 |
| SAEZ-CARDONA SANTOS J | 2350 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SAFFORD ARTHUR | 2233 WINDSOR SPRING RD | AUGUSTA, GA 30906-4776 |
| SALTER LINDA H | 123 NORTH BELAIR RD | EVANS, GA 30809 |
| SANDERS KAYE E | 100 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SANDERS LEON R | 106 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SARGENT MATTHEW W | 306 BARNSLEY DR | EVANS, GA 30809-8235 |
| SAUNDERS ANDREA ROSEBERRY | 3402 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| SCENIC LAND HOMES LLC | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| SCHLEY CEMETERY | 3104 RICHMOND HILL RD | AUGUSTA, GA 30906-4741 |
| SCONYERS LARRY EASLEY | 3052 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| SCOPA ROBERT J | 2304 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| SEAFORT LLC | 1200 BRICKELL BAY DR APT 340(MIAMI, FL 33131-3270 | |
| SEAGO VIRGINIA | 2012 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| SEALEY ANTHONY YATES | 4498 LUKES FERRY RD | CLARKS HILL, SC 29821-2844 |

| | | |
|---|---|---|
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SHADOWOOD APTS LTD | SUITE410 | ATLANTA, GA 30305 |
| SILAREK CHIN XAY | 2311 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| SIMPKINS CECIL | 2333 LORY CT | AUGUSTA, GA 30906-4744 |
| SIMPKINS EARLINE  ROFS | 2336 SHILO ST | AUGUSTA, GA 30906-4732 |
| SINGLETARY MARIE K | 3157 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| SISTARE RHONDA H | 3017 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| SKINNER LEVINE SULESTINE | 2346 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SMITH FRANKLIN D | 2306 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| SMITH IZIAH | 3008 HOLLINS DR | HEPHZIBAH, GA 30815-6177 |
| SMITH JAMES D | 2348 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 47 TRINITY AVE | ATLANTA, GA 30334 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STEED BETTY | 2422 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| STEWART NAPOLEON | 315 SMITHVILLE CHURCH RD | WARNER ROBINS, GA 31088-3101 |
| STEWART WILLIAM H JR | 2977 SHELBY DR | AUGUSTA, GA 30906-3370 |
| STILLE KEITH E | 3163 FLOYD DR | AUGUSTA, GA 30906-3455 |
| STORY CARLETON A | 3154 WINDY HILL DR | AUGUSTA, GA 30906 |
| STRAIT GATE APOSTOLIC CHU | 3201 RICHMOND HILL RD | AUGUSTA, GA 30906-4713 |
| SULLIVAN DEBRIA C | 2428 EAGLE DR | AUGUSTA, GA 30906-3325 |
| SZAKACS  CHARLES | 220 GARDNERS MILL RD | AUGUSTA, GA 30907-3720 |
| TAB HOLDINGS LLC | P O BOX 3783 | AUGUSTA, GA 30914-3783 |
| TATE OLIVIA | 3265 LEXINGTON WAY | AUGUSTA, GA 30909 |
| TAYLOR RUTH F 33.33% INT | 3159 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| THOMAS CHARLES J JR | 2358 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| THOMAS LILLIAN N | 3025 EAGLE DR | AUGUSTA, GA 30906-8220 |
| THOMAS NICHOLAS AMADEO | 3405 LUCIE ST | AUGUSTA, GA 30906-4725 |
| THOMPSON ALBERT C | 3135 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| TIETSORT MATTHEW | 2344 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| TUCKER MARY J | 2702 BUTLER PL | AUGUSTA, GA 30909-3792 |
| TURNER DAVID F | 2275 OVERTON RD | AUGUSTA, GA 30904 |
| TURNER MORRIS L | 3408 LUCIE ST | AUGUSTA, GA 30906-4726 |
| TURNER ROSALYN WEBB | 2421 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| TURNER YUN OK | 2336 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| TUTT SAMUEL E | 2921 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| UTLEY MICHAEL G | 8 BELMONT CT | NORTH AUGUSTA, SC 29841-4436 |
| VALENTINE MELODY | 3011 EAGLE DR | AUGUSTA, GA 30906 |
| VARNADO REGGIE A | 2454 WINDSOR SPRING RD | AUGUSTA, GA 30906-4646 |
| VARNADO REGGIE A | 2571 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| VENTURA JESUS ANTONIO CALLES R | 2941 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| VERMONG LARYSSA A | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| VINER ANGELES | 2940 SHELBY DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| VINING DAVID WAYNE | 2413 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| W RODGER GILES INC | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| WALDRON CORNELIA MAE CLARKE | 2411 EAGLE DR | AUGUSTA, GA 30906-3355 |
| WALKER OSCAR | 2954 SHELBY DR | AUGUSTA, GA 30906-3367 |
| WALKER OSCAR H | 629 CLINTON WAY W | AUGUSTA, GA 30907-4410 |
| WALKER ROBERT E JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROBERT EDGAR JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROGER H | 2914 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WALTERS NELLIE | 2943 SHELBY DR | AUGUSTA, GA 30906-3369 |
| WALTON RONALD SR | 3403 RUTHERFORD CT | AUGUSTA, GA 30906-4748 |
| WASHINGTON CARL D | 3012 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| WATSON FRONTIS JACK JR | 3030 RICHMOND HILL RD | AUGUSTA, GA 30906-3388 |
| WATSON WANDA | 2410 PAR DR | AUGUSTA, GA 30906 |
| WEBB JOHN H | 2933 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| WEEKS THADEUS C | 2924 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| WEIGLE EDITH A | 3133 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| WELCH KERRY | 2326 SHILO ST | AUGUSTA, GA 30906-4732 |
| WESCOM JUDE J | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| WEST JENNIFER | 469 CALLOWAY ROAD EXT | EVANS, GA 30809-7022 |
| WEST WILMA MOLLEY (ROFS) | 11036 W WINDSOR DR | SUN CITY, AZ 85351-3339 |
| WHITAKER GLENN S | 101 RED EAGLE TRL | MACON, GA 31210 |
| WHITE IRA B JR | 2419 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WHITE-CLARK REGINA | 2338 SHILO ST | AUGUSTA, GA 30906-4732 |
| WHITEHEAD MARION G | 2418 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WIDGEON ROBERT T | 2563 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| WIETERS TODD D | 758 WINDING CREEK CT | EVANS, GA 30809-4843 |
| WIGGS RUBY D | 2926 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WILEY ANNIE S ROFS | 2404 EAGLE DR | AUGUSTA, GA 30906 |
| WILKERSON VIRGIL B | 2328 HARDING CT | AUGUSTA, GA 30906-3410 |
| WILKINS BEAURINE | 2514 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| WILLIAMS ANN W | 3174 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WILLIAMS JOHN L | 3029 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| WILLIAMS JOHNNIE JR | PO BOX 2051 | AUGUSTA, GA 30903-2051 |
| WILLIAMS LEROY JR | 2405 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WILLIAMS RAY | 2410 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| WILLIAMS ROSELYN | 2414 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WILLIAMS SYLVIA C | 2953 SHELBY DR | AUGUSTA, GA 30906-3370 |
| WILLIAMS TAKIEYA SHACOLA ROFS | 4302 BRANDON CT | MARTINEZ, GA 30907-4260 |
| WILLINGHAM ERIC | 2310 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| WILSON WILLIAM H | PO BOX 9621 | AUGUSTA, GA 30916-9621 |
| WINGROVE BARBARA ESTATE OF | PO BOX 212621 | MARTINEZ, GA 30917 |
| WOMACK JACK L | 3126 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| WOO TRUMAN T | 114 SPRINGLAKES DR | AUGUSTA, GA 30907-1608 |
| WREN JAMES EARL JR | 3172 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WRIGHT TERESA | 3130 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| YARBROUGH DONALD R | 2405 EAGLE DR | AUGUSTA, GA 30906-3324 |
| YOUNG FREDERICK L JR | 1805 JENKINS ST | AUGUSTA, GA 30904 |
| YOUNGBLOOD ANTON A | 3102 RICHMOND HILL RD | AUGUSTA, GA 30906 |

YOUNGBLOOD ANTON A          3100 RICHMOND HILL RD          AUGUSTA, GA 30906-4741
ZIPS INTERPRISES III LLC          3008 HOLLINS DR          HEPHZIBAH, GA 30815-6177

Leonard Fletcher          Fletcher Harley Fletcher LP          Augusta GA 30907
Angela Pringle          RCBOE Superintendent
Principal, BOE Magnet Technical School
President, Augusta Tech
Shadowood Apts.



Proposed Layout Plan

amended plan
presented
to AC 4·30·19



Z-19-08

Site inc. amended
plan presented 4-3-19



Site Photo & Existing Layout



Site Photo & Plan

Exhibit A

00124



Proposed Layout Plan

Exhibit A

00125

# Findings

- The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.

- The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.

- This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.

- The property is adjacent to Augusta Technical College and bound by Route 520.

- The subject property is located within an existing single family subdivision.

- The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced and proposes an alternative access utilizing Augusta Tech Drive.

- The alternative access would need an access easement from the Richmond Board of Education.

- All state and local mandates have been met regarding publication and public hearings.

**MEETING MINUTES**

**AUGUSTA GEORGIA PLANNING COMMISSION**
**ROOM #260, AUGUSTA, GEORGIA MUNICIPAL BUILDING**
**535 TELFAIR ST., AUGUSTA, GEORGIA**
**MARCH 4, 2019 AT 3:00 P.M.**
**(Pre-Meeting will be in the Room #291 at 2:00 P.M.)**

**Those Attending:**

David Hogg, Chairman                  James O'Neal, Vice-Chairman
Moses McCauley                        Bill Wright
Melvin Ivey                           Cleonard (Sonny) Pittman
Gary Trammell                         Robert Cooks
Mike Owens                            Debra Spencer
Patricia Jefferson

**Those Absent:**

**Others Attending:**

Robert Sherman, Director Planning & Development
Mary Elizabeth Burgess, Development Services Manager
Commissioner Marion Williams, (Ex-officio Commissioner)
Wayne Brown, City Attorney
Kevin Boyd, Zoning Administrator
Patsy Scott (Ex-officio RCBOE)
Lois Schmidt, Recording Secretary

Chairman Mr. Hogg called the meeting to order.

Lois Schmidt read the following: The Augusta, Georgia Planning Commission is a recommending Body. The Augusta Commission on Tuesday, March 19, 2019 at 2:00 P.M., in Room 281, of the Municipal Building, will make the final decision on all zoning matters coming before it. The Planning Commission makes the final decision on all variances including subdivision regulations. A handout describing the Zoning procedures from which these cases are decided is available upon request. These procedures also require that any opponent to an application for a rezoning action who has made contributions aggregating $250.00 or more to a local government official within two years of the rezoning application is required to file a

Mr. Joe Edge, Sherman and Hemstreet Realty, 624 Ellis Street, Augusta was present on behalf of the petition.

Mr. Edge stated he has worked out the sewer issue and stormwater detention will be adapted underground. The site will meet the standards of the Tree Ordinance and all other codes and regulations. B-1 zoning will allow a larger range of uses and thereby make the site more leasable. There will be added tax revenue for the City, some new jobs and support Fort Gordon which is nearby. He met with the neighborhood delegation and they would like input on what uses will be allowed. Mr. Edge will not refuse any tenant that meets the B-1 uses. There is also the possibility of acquiring some land from the City but nothing has been done yet. The zoning needs to be in place.

There were 4 concerned citizens present.

Mr. Eugene Lowery, 3946 Owens Street, Augusta stated he represents the Neighborhood Alliance which is comprised of 30 area neighborhoods. He agreed a delegation did meet with Mr. Edge and it was a good meeting even if they did not reach an agreement on all points. Ingress/egress is a concern due to the size of the tract. The delegation feels the issue should be left in the hands of the Planning Commission but still feels development of this tract is not feasible.

Mr. Charles Utley, 3417 Sutton Place, Augusta stated he supports the comments made by Mr. Lower.

Commissioner Mr. McCauley stated he attended the meeting and about 12 neighbors were present.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated staff is recommended denial. The location does not lend itself to B-1 zone. There is Professional zoning directly across Tobacco Road and staff feels this is a more compatible zoning for the area.

A MOTION was made by Commissioner Mr. Trammell that Z-19-06 be DENIED; seconded by Commissioner Mr. Owens. MOTION carried unanimously

2. <u>Z-19-08</u> - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

Director Sherman presented Z-19-08 and asked that the staff report be entered into the record.

Ms. Burgess presented the following findings:

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.
3. It is not clear if the property utilizes the public water and sewer.
4. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
5. The property is adjacent to Augusta Technical College and bound by Route 520.
6. The subject property is located within an existing single family subdivision.
7. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced by does not offer an alternative access.
8. All state and local mandates have been met regarding publication and public hearings

There were 95 people in attendance for this issue.

Mr. James Trotter, 3527 Walton Way Ext., Augusta was present on behalf of the petition.

Chairman Mr. Hogg stated a public hearing in accordance with Georgia Law was held on August 8, 2016 with input from the petitioner and others.  No position or decision was given at that time. Today's action will fulfill the petition.

Mr. Trotter stated The Hale Foundation came forward in August and was required to return in 6 to 9 months for a decision. The petition was duly filed and we are here today for a resolution to this petition. He will address a few key points:

- The existing facility is owned by The Hale Foundation, a local organization.
- The 20 + acre facility is perfect as is for their purposes.
- The Hale Foundation has made a $500,000 investment in the property.
- The Hale House has be in existence on Walker Street for 30 years with an excellent record of helping men with addiction problems.
- The Olde Town Neighborhood Association supports The Hale House and state they are good neighbors.
- The existing facility has rooms and grounds for their proposed use.
- The property also comes with two lots on Hummingbird Lane and we will donate those to the Green Meadows Subdivision and build a park for their use.
- This is not a halfway house and no one will be involved with the judicial system.
- This is a voluntary, paid for treatment, facility.

- We understand access is an issue with the neighbors and will agree to close off Eagle Drive with a wall and plantings but we need to secure access from Augusta Tech Drive. There is no commitment in place yet.
- We have spoken with the attorney for the Richmond County School Board of Education (RCBOE) and they want the zoning in place before they will considered allowing access. It is a "chicken or egg" issue but this is the order the RCBOE wants.

Mr. Trotter continued successful zoning often comes with considerations that are often related to access. The petitioner will accept conditional approval contingent upon obtaining a new access and closing off Eagle Drive. That puts the onus on the petitioner.

Mr. Trotter stated crime statistics and property values have been brought up as problem issues. A similar approval for a facility on Bennock Mill Road has not resulted an increase in crime and there has been no loss in property values.

He stated the Hale House is a local organization with many local supporters.
(At this time Mr. Trotter presented a short video)

Commissioner Mr. Bill Fennoy, 1027 Dugas Street, Augusta stated that this issue takes him back 30 years when he went to University Hospital a broken man with no future. He had become a person he never wanted to be. The impact of alcohol and drugs has on people, including myself, is tremendous. Hale House helped us. I voted on the Federal Transition Center in the area. The need is there but people say "Not in my backyard". The State center has been in place for 20 years and the Federal for 5 with no incidents of trouble. If this is approved it will provide opportunities to people like me. Once people leave recovery they are returning to the area and our neighborhoods as productive people. Give us the opportunity to save lives.

Mr. Trotter read a letter from an addict supporting recovery programs.

Mr. Charles Lyons, 336 Telfair Street, and Ms. Catrelle Nash, 437 Walker Street, Augusta spoke against the petition.

Ms. Nash presented a letter and a video from State Senator Harold Jones. Senator Jones stated the impact on this long time, successful, South Augusta neighborhood would be devastating. This use will let in the homeless and probationary citizens and will not be useful or safe. The opposing side has said there will be no impact but he asks the Commission to use their eyes and common sense to understand the impact this use will have on the neighborhood and South Augusta. These facilities always say they are "great" but we can get proof of stories and studies of issues and problems associated with these facilities. Horror stories are still true stories. These are hardworking Augusta property owners who have lived in Green Meadows for years and want

their neighborhood to stay the same.  The petitioner is asking for change and the residents are asking for it to stay the same.  They should not be told they must change.

Ms. Tracey Roe, 2408 Parr Drive, Green Meadows Sub., Augusta and Ms. Deborah Bunch, 3033 Hummingbird Lane, Green Meadows Sub., Augusta spoke against the petition.

Ms. Roe corrected the presentation and explained Green Meadows has 114 homes and Shelby Subdivision has 232 homes.

Ms. Roe stated among other concerns is if land is disturbed on the subject property the runoff will be damaging to properties in Green Meadows.  Recent construction on the Magnet School has caused damage to adjacent properties that are downhill.

Ms. Roe also stated these will be private patients who can come and go at will.  They are not confined to this facility.  She stated the Bennock Mill facility is located in the middle of 195 acres with 19 beds and professional doctors and staff to treat the clients.

Ms. Roe stated she is proud of Mr. Fennoy's success as she grew up with an alcoholic mother and sister.  But after all that she doesn't want to live with it in my backyard.  No neighborhood is happy if forced to accept such a use.  Cliff Richards said they got this property and want to use it because it's convenient.  That is not a valid reason.  Where they are located now is a transitional area with professional zoning and police very near.

Ms. Roe concluded by stated they fought this in 2015 and will continue to fight it as the use just doesn't belong here.

Ms. Bunch presented a slide presentation.

Ms. Bunch stated they were told at the initial meeting with representatives of Hale House that they would not proceed unless the neighborhood agreed but here they are.  They told us they were going to invest in improving the property but now they say it's "turn key".  These people may not be criminals but putting drug addicted people near a school for 6 to 12 graders and move the access to enter through the school property is asking for trouble.  The school property is 350 ft. from the existing building.  800 ft. from building to building.

Ms. Bunch stated property owners stand to lose $.15 million in property value.  People have worked their whole lives for their homes and are begging to preserve the sanctity of their neighborhood.

Commissioner Mr. Pittman asked if the petitioner has obtained another access point to the property rather than through Green Meadows Subdivision.

Mr. Trotter stated Augusta Tech Drive is adjacent on the northwest side and they propose to cut in a new access to connect with an easement from the RCBOE.

Commissioner Mr. Pittman asked if RCBOE has granted that easement.

Mr. Trotter said RCBOE wants the zoning in place first and then will consider the easement. If the Commission conditions the zoning as such the responsibility will be ours to obtain another access point.

Commissioner Mr. Marion Williams stated he supports the neighborhood but is reminded of the story of the "Prodigal Son". Hale House is trying to help those who get messed up and it takes a strong person to return from the depths and you need help. If there is a way to go through Augusta Tech he will support the petition. But not is their access remains through Eagle Drive. Then he will vote to deny.

Commissioner Mr. Cooks asked staff what the Ordinance says about access being included in the submission of an application.

Director Sherman read the Ordinance section:

**26-1    The following Special Exceptions may be permitted** in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. All applications for a Special Exception under this subsection shall be accompanied by a preliminary development plan that shows the location of all buildings associated with the proposed use and the number of stories contained in each building. The preliminary development plan must also show the location of all curb cuts, driving lanes, parking areas, and the location of all walls, fences and screen plantings that exist or are planned.

Director Sherman stated in this case a drawing showing where a new proposed driveway will be is required so staff feels this is not something that can be considered today.

Commissioner Mr. Marion Williams asked if the Commission conditions it so then they have time to provide the new plan.

Commissioner Mr. O'Neal stated the petitioner referenced the intention of the School Board but has any staff spoken with RCBOE officials to get their position.

Director Sherman said no, staff has not contacted them and they have not contacted the department.

Commissioner Mr. Ivey stated there is a great need for this facility but is this a good fit for this neighborhood.  What kind of impact will it have?  Safety issues, regardless of access, are an issue.  Anytime you bring new people into an area it can be problematic.  He cannot support this request at this time.

Commissioner Ms. Spencer asked if the 20 acres is self-contained by a wall or fence.

Mr. Trotter stated it will be part of the use if approved and will accept a condition for this requirement. Some chain link fencing exists but we will complete it around the property as a solid fence.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends DENIAL as stated as the petition doesn't meet the requirements of a special exception, specifically a preliminary development plan showing the location of all proposed ingress/egress sites was not presented. And that this use is not in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

A MOTION was made by Commissioner Mr. O'Neal that Z-19-08 be DENIED; seconded by Commissioner Ms. Spencer.

A SUBSTITUTE MOTION was made by Commissioner Mr. Trammell that Z-19-08 be APPROVED with the condition that access from Augusta Tech Drive, and approved by the Richmond County Board of Education, must be obtained and the Eagle Drive access must be closed and area fenced or walled; seconded by Commissioner Mr. Pittman.

Commissioners Trammell, Pittman and Wright vote for. Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer and Jefferson voted against.

Chairman Hogg called for a vote on the original MOTION to deny.

Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer, Pittman, Wright and Jefferson Commissioner Trammell voted against. MOTION to DENY carries.

3. Z-19-09 – A petition by The Foundation for EDS Inc. requesting a Special Exception to add additional property to the campus for EDS that was approve for a Special Exception in 2017 (Z-

# PLANNING COMMISSION
## MARCH 4, 2019

7-19-08
Special Exception
The Hale Foundation
3042 Eagle Dr.
In-patient Drug and Medical Treatment Facility (additional pages for signing available)

| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. Betty Rhew | | | |
| 2. Moses Todd | | | |
| 3. Deborah Bundy | | | |
| 4. Lewis Blake | | | |
| 5. Franklin Williamson | | | |
| 6. Roselyn Williamson | | | |
| 7. Jack Wilson V Sr | | | |
| 8. Jaco V Sr | | | |
| 9. George Marie | | | |
| 10. Sheraghy Freeman | | | |
| 11. Bennie Holmes | | | |
| 12. Willie Franklin | | | |
| 13. Leonard E Joyner | | | |
| 14. Katherine Coffey | | | |
| 15. Gilbert Fletcher | | | |
| 16. Benny Fletcher | | | |
| 17. Layton Ostmon | | | |
| Eugene F. Stenger | | | |

00134

# PLANNING COMMISSION
## MARCH 4, 2019



18.
19. Daniel Bussey   2907 Eagle Dr
20. Maria Bussey   "
21. Jeff Lewer Jr   2408 Lundin Rd
22. Jeff Lewer Jr   2969 Shirley De
23. James Henderson   2401 Eagle Lg Dr.
24. Sandra Henderson   3012 Eagle Lg Dr.
25. Afton Rowe   2404 Bush
26. Vivian Carter   2405 Birdie
27. Joe Hugh   "
28. Eric _____   3031 _____ Shirley
29. Sylvia _____   3017 Eagle Drive Augusta GA
30. Cheryl Ransom   3807 Eagle Dr Augusta GA
31. Gwendolyn Oliver   3236 Eagle Dr. Augusta Ga
32. Ola Lowe   3296 Eagle Dr. Augusta GA
33. Rev. R.E. Donaldson   Eagle Dr. Augusta, GA
34. Donie Wiley   2404 Eagle Dr. Augusta, GA
35. Alex King   2404 Eagle Dr. Augusta, GA
36. Michael C. Wentraub   1590 Brial St   "
37. Bernattra Dingley   3045 Humphrey Bird Rd 30906
38. Clarence Kendrick   3022 Eagle Dr Augusta GA 30906
39. Joyce Kendrick   3022 Eagle Dr Augusta GA 30906

00135

Exhibit A

# PLANNING COMMISSION

## MARCH 4, 2019

| Name | Address | Phone |
|---|---|---|
| 63. Rosanne Grubbs | 2636 Chancee Dr., Augusta GA 30909 | |
| 64. Rosemary Morganweck | 625 Linton Way WEST MARTINEZ 30907 | |
| 65. Paula Wood | 808 Barrett Lane Augusta Ga 30909 | |
| 66. Ana Melario | 249 High Chaparral Dr. Augusta GA 30907 | |
| 67. Louisa Belinstan | 1319A Wilson St. Augusta GA 30904 | |
| 68. Elizabeth Wright | 2205 Highland Ave Augusta GA 30904 | |
| 69. Timothy McFalls Sr. | 111 Milledge Rd Augusta GA 30904 | |
| 70. Jeri Dunbar | 2232 Windsor Spring Rd 30906 | |
| 71. ADAM CARTER | 458 CREEKWALK DR 30907 | |
| 72. JERRY SURRENCY | 604 Cavanaugh WAY 30809 | |
| 73. Betty Surrency | 604 Cavanaugh Way Evans Gt 30809 | |
| 74. Beth Carter | 458 Creekwalk Dr. 30907 | |
| 75. Peggy Schaffer | 2642 Raymond Ave 30904 | |
| 76. Mazie Ivey | 672 Industrial Pale Dr., Ste. 2> Evans, GA | |
| 77. Nesbit Dasher | 2349 Williams St #107 Augusta, GA 30904 | |
| 78. Welt Abbott | 2637 Raymond Ave 30904 | |
| 79. Rthenry Ferron | 1718 Rush Woods Dr 30904 | |
| 80. Bailey Hamilton | 1006 Bluefield Rd. Augusta, Ga 30904 | |

00136

Exhibit A

00137

Exhibit A

| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. Reiki Hamilton | 1006 Belaired Rd Augusta Ga | | |
| 2. Med Grubbs | 176 Old Sudlow L Rd. N. Aug. S.C. | | |
| 3. ___ | 2881 ___ | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

# PLANNING COMMISSION
## MARCH 4, 2019



| Name | Address | Phone |
|---|---|---|
| Nan | Address | Phone |
| 40. mitz McCoy | 230 Sherwood Drive Augusta GA | |
| 41. Gail Ward | 605 Almond s Rd. Augusta, GA | |
| 42. Charles Hagle | 21/35 Sunotzy c Br. | |
| 43. Freeda Whitson | 4995 F.o. Pink Augusta 30906 | |
| 45. Robert D. Singleton | 4045 Rio Lane Dr. Augusta 30906 | |
| 46. Frederick J. Murray | 2985S Ashby Dr Augusta D. GA 30904 | |
| 47. Bernard Whyte | 2583 Shelby dr Augusta GA 30506 | |
| 48. Marshall Burn | 924 Littletn St Augusta Ga 30904 | |
| 49. Pamela Cox Pope | 3048 Westwood Rd, Augusta 6, 3994 | |
| 50. Don Bootman | 3639 Leawokrs oak Way Martinez 3990 | |
| 51. Cliff Richards | 408 Walker St. Augusta Ga 30901 | |
| 52. Amanda Fulcher | 111 Four Lakes Dr. Easley, SC 29642 | |
| 53. Martha Valley | 2609 Nanny Street - 1517 30904 | |
| 54. Neal Detrict | 621 Wainwright Pl. Aiken SC 0788 | |
| 55. Jas City | 257 Berkly Oven Augusta Ga 5:0902 ? | |
| 56. Bob Black | 522 feely St N. Augusta | |
| 57. George Bush | 415 4 5th St Aug 30901 | |
| 58. Bill Bennatt | 2333 Kings WAG 30904 | |
| 59. Patricia Sims | 2423 Raymond Ave. 30904 | |
| 60. Darlene Stofstall | 932 A Furys Fern Rd 30809 | |
| 61. Christy Bennington | 241 Hinman Dr Martinez Ga 3090 | |
| 62. Jamey Danson | 3105 Damsgate RD Augusta GA 30605 | |

00138

Exhibit A



Howard S. Bust
Kaleer Hellman
Charles Utley

Bill Jennings
William Collins
Teresa + Ray Williams
GERDA HAAS
Rosalyn Turner
Leonard Turner JR
Pamela Smith
Senion Turner
Melanie Mitchell

3 residential Homes
3

(Surgeon Rd) 30901
3040 Empire Dr
2410 Birdie Drive
3020 EAGLE DRIVE
2421 Biggie Dr
306 Willey Ave

# Order Confirmation

**Ad Order Number**
0003163006

**Sales Rep.**
jevans

**Order Taker**
jevans

**Order Source**

**Customer**
RICHMOND COUNTY

**Customer Account**
22472

**Customer Address**
535 TELFAIR STREET, STE 800
AUGUSTA GA 30901  USA

**Customer Phone**
7068212480

**Payor Customer**
RICHMOND COUNTY

**Payor Account**
22472

**Payor Address**
535 TELFAIR STREET, STE 800
AUGUSTA GA 30901 USA

**Payor Phone**
7068212480

**PO Number**

**Ordered By**
Lois Schmidt

**Customer Fax**
17068212855

**Customer EMail**

**Special Pricing**

| Tear Sheets | Proofs | Affidavit | Blind Box | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | | | | | | |

**Invoice Text**

**Net Amount**
$25.00

**Ad Type**
AG Legal Liner

**Ad Attribute**

**Tax Amount**
$0.00

**Promo Type**

**Ad Order Notes**

**Total Amount**
$25.00

**Payment Method**
Invoice

**Materials**

**Payment Amount**
$0.00

**Amount Due**
$25.00

**Ad Number**
0003163006-01

**External Ad Number**

**Production Method**
AdBooker

**Pick Up**
0003167897-01

**Production Notes**

**Ad Size**
2 X 18 li

**Color**

**MYRWYO Contact**

NOTICE OF PUBLIC HEARING

[block of small legal text]

| Run Date | Product | Placement | Rate | Sched Cst | Dsc/Prem | Color | Pickup | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/2019 | AG Augusta Chronicle | AG Legals | $5.54 per inch | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| 04/05/2019 | AG Chronicle Online | AG Legals | $0.00 per inch | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit A

00140

# Order Confirmation

**Ad Order Number**
0003163006

**Sales Rep.**
jevans

**Order Taker**
jevans

**Order Source**

**Customer**
RICHMOND COUNTY

**Customer Account**
22472

**Customer Address**
535 TELFAIR STREET, STE 800
AUGUSTA GA 30901  USA

**Customer Phone**
7068212480

**Payer Customer**
RICHMOND COUNTY

**Payor Account**
22472

**Payor Address**
535 TELFAIR STREET, STE 800
AUGUSTA GA 30901 USA

**Payor Phone**
7068212480

**PO Number**

**Ordered By**
Lois Schmidt

**Customer Fax**
17068212655

**Customer EMail**

**Special Pricing**

| Tear Sheets | Proofs | Affidavits | Blind Box | | Net Amount | Tax Amount | Total Amount | | Payment Method | Materials | | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | | | $25.00 | $0.00 | $25.00 | | Invoice | | | $0.00 | $25.00 |

**Invoice Text**

**Promo Type**

**Ad Order Notes**

**Ad Number**
0003163006-01

**Ad Type**
AG Legal Liner

**Ad Attributes**

**Production Method**
AdBooker

**Pick Up**
0003167897-01

**Production Notes**

**External Ad Number**

**Ad Rebased**
No

**Ad Size**
2 X 18 li

**Color**

**WYSIWYG Content**

NOTICE OF PUBLIC HEARING

A public hearing will be held by the Augusta Georgia Commission on Tuesday, April 30, 2019 in Room 280, the Augusta Commission Chambers, at 11:00 A.M. 2/16/00 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an in-patient Drug and Alcohol Treatment Facility per Section 26-1(d) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive.
Tax Map 109-0-001-00-0

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any approach to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.
Robert Sherman, Director
April 5, 2019
Ad #3163006

| Run Date | Product | Placement | Rate | Sched Col | Disc/Prem | Color | Pickup | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/2019 | AG Augusta Chronicle | AG Legals | $5.54 per inch | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| 04/05/2019 | AG Chronicle Online | AG Legals | $0.00 per inch | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit A

00141

**Ad Number**
0003144424-01

**Ad Type**
AG Legal Liner

**Production Method**
AdBooker

**Production Notes**

**External Ad Number**

**Ad Attributes**

**Ad Released**
No

**Pick Up**
0003139981-01

**Ad Size**
2 X 47 li

**Color**
Color

**WYSIWYG Content**

NOTICE OF PUBLIC HEARING

The Augusta Richmond County Planning Commission will hold a public hearing on MONDAY, MARCH 4, 2019 at 3:00 P.M. in the Augusta Commission Chambers, Room 202 on the 2nd floor of the Augusta Municipal Building, 535 Telfair Street, Augusta, Georgia to consider rezoning requests, review subdivision developments' plats, final plats and zoning amendments. The rezoning requests to be considered will affect the following properties situated, lying and being in the State of Georgia, and in the County of Richmond:

1. Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1 (p) of the Comprehensive Zoning Ordinance for Augusta, Georgia describing property containing approximately 20.00 acres and known as 3042 Eagle Drive. Tax Map 103-2-001-02-0

2. Z-19-09 - A petition by The Foundation for EBR requesting a Special Exception to add additional property to the campus for EBR that was approved for a Special Exception in 1977 (Z-77-27) per Section 26-1 (h) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 8.74 acres and known as part of 1940 Fleming Wells Road, formerly 1923 Walton Road. Tax Map 053-4-031-04-0

3. Z-19-10 - A petition by Divine Vision Ministry Inc., on behalf of Valeria Wilkins, requesting a change of zoning from Zone R-1A (One-family Residential) to Zone R-3A (Multiple-family Residential) affecting property, containing 1.61 acres and known as part of 2727 Milledgeville Road. Tax Map 070-3-022-00-0

4. Z-19-11 - A petition by Divine Vision Ministry Inc., on behalf of Valeria Wilkins, requesting a Special Exception to construct a boarding house per Section 26-1 (u) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property, containing property, 1.61 acres and known as part of 2727 Milledgeville Road. Tax Map 070-3-022-00-0

5. Z-19-12- A petition by Progressive Consultants, LLC requesting a change of zoning from Zone B-1 (Light Industry) to Zone R-3C (Multiple-family Residential) affecting property describing approximately .24 acres and known as 1612 Slaton Street. Tax Map 046-3-419-00-0

6. FP-19-03 - A petition by Ivey Development LLC, on behalf of 11 H. Street Canal Drive LLC, requesting a variance from Section 4-2 (a) - (Rational Parking and Loading) to reduce the required number of parking spaces for a multiple-family residential development from 252 spaces to 209 spaces (1.07 spaces per unit) affecting property containing 4 acres and known as 635 Broad Street. Tax Map 045-2-294-00-0

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has filed a designated affidavit opposing the ordinance ground, who is a designated affidavit opposing and who is a local governmental official within two years of the rezoning application must file a campaign disclosure report with the governing authority at least five (5) calendar days before the hearing date stated above.

Robert Sherman, Director
Feb 14, 2019
Aff 3144424

| Run Date | Product | Placement | Rate | Sched Cat | Disc/Prem | Color | Pickup | Tax | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| 02/14/2019 | AG Augusta Chronicle | AG Legals | $5.29 per inch | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| 02/14/2019 | AG Chronicle Online | AG Legals | $0.00 per inch | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit A

00142



**PLANNING & DEVELOPMENT DEPARTMENT**

| | | | | |
|---|---|---|---|---|
| ROBERT H. SHERMAN, III | BUILDING PERMITS | (706)312-5050 | FAX | (706)312-4277 |
| DIRECTOR | BUSINESS LICENSE | (706)312-5053 | FAX | (706)312-5037 |
| 1803 Marvin Griffin Rd. | ALCOHOL LICENSE | (706)312-5038 | FAX | (706)821-4253 |
| P.O. Box 9270 | CODE | (706)312-5049 | FAX | (706)821-4253 |
| Augusta, GA 30906 | ENFORCEMENT | | | |

*Augusta*

G E O R G I A

www.augustaga.gov

RECEIPT OF PAYMENT

**Receipt Number:**   2019197125
**Receipt Date:**   02/01/2019
**Date Paid:**   02/01/2019
**Full Amount:**   $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 10049 |

**Amount Tendered:**   $800.00
**Change / Overage:**   $0.00
**Contact:**   HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ40-SE-1 SExc (Churches, FCH,FDC,Institutional) | MS20190000151 | $800.00 | $800.00 |

Exhibit A

00144

# Rezoning Application

## Augusta
GEORGIA

An application to amend the official Zoning Map of Augusta, GA.

**Application Date:** _____

| | |
|---|---|
| **Name:** The Hale Foundation, Inc. | **Name:** Same |
| **Address:** 402 Walker Street | **Address:** _____ |
| **City:** Augusta | **City:** _____ |
| **State:** Georgia   **Zip:** 30909 | **State:** _____   **Zip:** _____ |
| **Phone:** (706) 722-3060 | **Phone:** _____ |

**Contact Person:** James B. Trotter     **Phone:** (706) 737-3138

**Contact's e-mail:** Jim@TrotterJones.com

I hereby request a Rezoning for the purpose of: Inpatient Drug/Alcohol Treatment

I hereby request a Variance for: _____

Applicant is the:  [X] Owner   ☐ Petitioner   ☐ Contractor   ☐ Purchaser   ☐ Other

**Property Address:** 3042 Eagle Drive

**Present zoning** Z-17-21-SP               **Requested Zoning** Special Exception 26-1

**Map/ Parcel #:** 109-0-001-8-0

**Proposed Development:** Inpatient Drug/Alcohol Treatment

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

**Owner's Signature:** _____          **Date:** 1/31/19

**Petitioner's Signature:** _____       **Date:** 1/31/19

Subscribed and affirmed before me in the county of Richmond , State of Georgia,

this 31 day of January , 20 19 .

_____
(Notary's official signature)

3/21/2021
(Commission Expiration)

Revised 12.05.2014

## MEETING MINUTES

### AUGUSTA GEORGIA PLANNING COMMISSION
### ROOM #260, AUGUSTA, GEORGIA MUNICIPAL BUILDING
### 535 TELFAIR ST., AUGUSTA, GEORGIA
### MARCH 4, 2019 AT 3:00 P.M.
### (Pre-Meeting will be in the Room #291 at 2:00 P.M.)

**Those Attending:**

David Hogg, Chairman                    James O'Neal, Vice-Chairman
Moses McCauley                          Bill Wright
Melvin Ivey                             Cleonard (Sonny) Pittman
Gary Trammell                           Robert Cooks
Mike Owens                              Debra Spencer
Patricia Jefferson

**Those Absent:**

**Others Attending:**

Robert Sherman, Director Planning & Development
Mary Elizabeth Burgess, Development Services Manager
Commissioner Marion Williams, (Ex-officio Commissioner)
Wayne Brown, City Attorney
Kevin Boyd, Zoning Administrator
Patsy Scott (Ex-officio RCBOE)
Lois Schmidt, Recording Secretary

Chairman Mr. Hogg called the meeting to order.

Lois Schmidt read the following: The Augusta, Georgia Planning Commission is a recommending Body. The Augusta Commission on Tuesday, March 19, 2019 at 2:00 P.M., in Room 281, of the Municipal Building, will make the final decision on all zoning matters coming before it. The Planning Commission makes the final decision on all variances including subdivision regulations. A handout describing the Zoning procedures from which these cases are decided is available upon request. These procedures also require that any opponent to an application for a rezoning action who has made contributions aggregating $250.00 or more to a local government official within two years of the rezoning application is required to file a

disclosure report with the governing authority within five (5) calendar days prior to today's hearing.

A minimum of ten (10) minutes shall be afforded for the presentation of data, evidence, and opinions on each side of a rezoning petition or a special exception. If more than ten minutes is afforded to one side, then an equal amount of time shall be afforded to the other side. The Commission encourages participation in this hearing and there is no restriction on who may address the Commission within the allotted time, but the Commission asks that public comments be brief, on subject and non-repetitive and directed to the Commission not to any individual or group.

Chairman Mr. Hogg stated there was no addendum to today's meeting.

1 Z-19-06 - A petition Joseph Edge, on behalf of Edge Property Management LLC, requesting a change of zoning from Zone A (Agriculture) to Zone B-1 (Neighborhood Business) affecting property containing 0.48 acres and known as 2665 Tobacco Road. Tax Map 140-0-008-00-0 CONTINUED from February 4, 2019

Director Sherman presented Z-19-06 and asked that the staff report be entered into the record. Mr. Sherman reported the petition was continued to allow the petitioner and concerned neighbors to meet and perhaps reach an agreement on the proposed development.

Mr. Boyd presented the following findings:

1.  The subject property is approximately 0.48 ac in area and is currently zoned for agricultural use.
2.  The submitted conceptual site plan demonstrates a proposed 3,000 sf building to be used for retail, office or other small-scale commercial or service uses.
3.  The property is not served by public sewer, though a potential connection is within 200 feet.
4.  A number of uses ordinarily permissible in the B-1 Zone which have a high water demand will not be feasible until proper infrastructure is available. These uses would include, but are not limited to: salons and nail spas, places of assembly (i.e. restaurants, churches, event venues), and multi-family residential uses.
5.  The property was the subject of rezoning request Z-88-21, a 1988 request to rezone for B-2 (General Business) use. The request was denied by the Augusta Commission amidst community pressure to maintain agricultural zoning on the property.
6.  The subject property adjoins property containing a single-family residence to the northeast.
7.  Properties zoned P-1(Professional/Office) can be found directly across Tobacco Road south of the subject property.

Mr. Joe Edge, Sherman and Hemstreet Realty, 624 Ellis Street, Augusta was present on behalf of the petition.

Mr. Edge stated he has worked out the sewer issue and stormwater detention will be adapted underground. The site will meet the standards of the Tree Ordinance and all other codes and regulations. B-1 zoning will allow a larger range of uses and thereby make the site more leasable. There will be added tax revenue for the City, some new jobs and support Fort Gordon which is nearby. He met with the neighborhood delegation and they would like input on what uses will be allowed. Mr. Edge will not refuse any tenant that meets the B-1 uses. There is also the possibility of acquiring some land from the City but nothing has been done yet. The zoning needs to be in place.

There were 4 concerned citizens present.

Mr. Eugene Lowery, 3946 Owens Street, Augusta stated he represents the Neighborhood Alliance which is comprised of 30 area neighborhoods. He agreed a delegation did meet with Mr. Edge and it was a good meeting even if they did not reach an agreement on all points. Ingress/egress is a concern due to the size of the tract. The delegation feels the issue should be left in the hands of the Planning Commission but still feels development of this tract is not feasible.

Mr. Charles Utley, 3417 Sutton Place, Augusta stated he supports the comments made by Mr. Lower.

Commissioner Mr. McCauley stated he attended the meeting and about 12 neighbors were present.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated staff is recommended denial. The location does not lend itself to B-1 zone. There is Professional zoning directly across Tobacco Road and staff feels this is a more compatible zoning for the area.

A MOTION was made by Commissioner Mr. Trammell that Z-19-06 be DENIED; seconded by Commissioner Mr. Owens. MOTION carried unanimously

2. Z-19-08 - A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Drug and Alcohol Treatment Facility per Section 26-1-(g) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 20.65 acres and known as 3042 Eagle Drive. Tax Map 109-0-001-00-0

Director Sherman presented Z-19-08 and asked that the staff report be entered into the record.

Ms. Burgess presented the following findings:

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug and alcohol 30-45 day treatment facility within the existing convent/monastery.
3. It is not clear if the property utilizes the public water and sewer.
4. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
5. The property is adjacent to Augusta Technical College and bound by Route 520.
6. The subject property is located within an existing single family subdivision.
7. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced by does not offer an alternative access.
8. All state and local mandates have been met regarding publication and public hearings

There were 95 people in attendance for this issue.

Mr. James Trotter, 3527 Walton Way Ext., Augusta was present on behalf of the petition.

Chairman Mr. Hogg stated a public hearing in accordance with Georgia Law was held on August 8, 2016 with input from the petitioner and others. No position or decision was given at that time. Today's action will fulfill the petition.

Mr. Trotter stated The Hale Foundation came forward in August and was required to return in 6 to 9 months for a decision. The petition was duly filed and we are here today for a resolution to this petition. He will address a few key points:

- The existing facility is owned by The Hale Foundation, a local organization.
- The 20 + acre facility is perfect as is for their purposes.
- The Hale Foundation has made a $500,000 investment in the property.
- The Hale House has be in existence on Walker Street for 30 years with an excellent record of helping men with addiction problems.
- The Olde Town Neighborhood Association supports The Hale House and state they are good neighbors.
- The existing facility has rooms and grounds for their proposed use.
- The property also comes with two lots on Hummingbird Lane and we will donate those to the Green Meadows Subdivision and build a park for their use.
- This is not a halfway house and no one will be involved with the judicial system.
- This is a voluntary, paid for treatment, facility.

- We understand access is an issue with the neighbors and will agree to close off Eagle Drive with a wall and plantings but we need to secure access from Augusta Tech Drive. There is no commitment in place yet.
- We have spoken with the attorney for the Richmond County School Board of Education (RCBOE) and they want the zoning in place before they will considered allowing access. It is a "chicken or egg" issue but this is the order the RCBOE wants.

Mr. Trotter continued successful zoning often comes with considerations that are often related to access. The petitioner will accept conditional approval contingent upon obtaining a new access and closing off Eagle Drive. That puts the onus on the petitioner.

Mr. Trotter stated crime statistics and property values have been brought up as problem issues. A similar approval for a facility on Bennock Mill Road has not resulted in an increase in crime and there has been no loss in property values.

He stated the Hale House is a local organization with many local supporters.
(At this time Mr. Trotter presented a short video)

Commissioner Mr. Bill Fennoy, 1027 Dugas Street, Augusta stated that this issue takes him back 30 years when he went to University Hospital a broken man with no future. He had become a person he never wanted to be. The impact of alcohol and drugs has on people, including myself, is tremendous. Hale House helped us. I voted on the Federal Transition Center in the area. The need is there but people say "Not in my backyard". The State center has been in place for 20 years and the Federal for 5 with no incidents of trouble. If this is approved it will provide opportunities to people like me. Once people leave recovery they are returning to the area and our neighborhoods as productive people. Give us the opportunity to save lives.

Mr. Trotter read a letter from an addict supporting recovery programs.

Mr. Charles Lyons, 336 Telfair Street, and Ms. Catrelle Nash, 437 Walker Street, Augusta spoke against the petition.

Ms. Nash presented a letter and a video from State Senator Harold Jones. Senator Jones stated the impact on this long time, successful, South Augusta neighborhood would be devastating. This use will let in the homeless and probationary citizens and will not be useful or safe. The opposing side has said there will be no impact but he asks the Commission to use their eyes and common sense to understand the impact this use will have on the neighborhood and South Augusta. These facilities always say they are "great" but we can get proof of stories and studies of issues and problems associated with these facilities. Horror stories are still true stories. These are hardworking Augusta property owners who have lived in Green Meadows for years and want

their neighborhood to stay the same. The petitioner is asking for change and the residents are asking for it to stay the same. They should not be told they must change.

Ms. Tracey Roe, 2408 Parr Drive, Green Meadows Sub., Augusta and Ms. Deborah Bunch, 3033 Hummingbird Lane, Green Meadows Sub., Augusta spoke against the petition.

Ms. Roe corrected the presentation and explained Green Meadows has 114 homes and Shelby Subdivision has 232 homes.

Ms. Roe stated among other concerns is if land is disturbed on the subject property the runoff will be damaging to properties in Green Meadows. Recent construction on the Magnet School has caused damage to adjacent properties that are downhill.

Ms. Roe also stated these will be private patients who can come and go at will. They are not confined to this facility. She stated the Bennock Mill facility is located in the middle of 195 acres with 19 beds and professional doctors and staff to treat the clients.

Ms. Roe stated she is proud of Mr. Fennoy's success as she grew up with an alcoholic mother and sister. But after all that she doesn't want to live with it in my backyard. No neighborhood is happy if forced to accept such a use. Cliff Richards said they got this property and want to use it because it's convenient. That is not a valid reason. Where they are located now is a transitional area with professional zoning and police very near.

Ms. Roe concluded by stated they fought this in 2015 and will continue to fight it as the use just doesn't belong here.

Ms. Bunch presented a slide presentation.

Ms. Bunch stated they were told at the initial meeting with representatives of Hale House that they would not proceed unless the neighborhood agreed but here they are. They told us they were going to invest in improving the property but now they say it's "turn key". These people may not be criminals but putting drug addicted people near a school for 6 to 12 graders and move the access to enter through the school property is asking for trouble. The school property is 350 ft. from the existing building. 800 ft. from building to building.

Ms. Bunch stated property owners stand to lose $.15 million in property value. People have worked their whole lives for their homes and are begging to preserve the sanctity of their neighborhood.

Commissioner Mr. Pittman asked if the petitioner has obtained another access point to the property rather than through Green Meadows Subdivision.

Mr. Trotter stated Augusta Tech Drive is adjacent on the northwest side and they propose to cut in a new access to connect with an easement from the RCBOE.

Commissioner Mr. Pittman asked if RCBOE has granted that easement.

Mr. Trotter said RCBOE wants the zoning in place first and then will consider the easement.  If the Commission conditions the zoning as such the responsibility will be ours to obtain another access point.

Commissioner Mr. Marion Williams stated he supports the neighborhood but is reminded of the story of the "Prodigal Son". Hale House is trying to help those who get messed up and it takes a strong person to return from the depths and you need help.  If there is a way to go through Augusta Tech he will support the petition. But not is their access remains through Eagle Drive. Then he will vote to deny.

Commissioner Mr. Cooks asked staff what the Ordinance says about access being included in the submission of an application.

Director Sherman read the Ordinance section:

**26-1** **The following Special Exceptions may be permitted** in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. All applications for a Special Exception under this subsection shall be accompanied by a preliminary development plan that shows the location of all buildings associated with the proposed use and the number of stories contained in each building.  The preliminary development plan must also show the location of all curb cuts, driving lanes, parking areas, and the location of all walls, fences and screen plantings that exist or are planned.

Director Sherman stated in this case a drawing showing where a new proposed driveway will be is required so staff feels this is not something that can be considered today.

Commissioner Mr. Marion Williams asked if the Commission conditions it so then they have time to provide the new plan.

Commissioner Mr. O'Neal stated the petitioner referenced the intention of the School Board but has any staff spoken with RCBOE officials to get their position.

Director Sherman said no, staff has not contacted them and they have not contacted the department.

Commissioner Mr. Ivey stated there is a great need for this facility but is this a good fit for this neighborhood. What kind of impact will it have? Safety issues, regardless of access, are an issue. Anytime you bring new people into an area it can be problematic. He cannot support this request at this time.

Commissioner Ms. Spencer asked if the 20 acres is self-contained by a wall or fence.

Mr. Trotter stated it will be part of the use if approved and will accept a condition for this requirement. Some chain link fencing exists but we will complete it around the property as a solid fence.

Chairman Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends DENIAL as stated as the petition doesn't meet the requirements of a special exception, specifically a preliminary development plan showing the location of all proposed ingress/egress sites was not presented. And that this use is not in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

A MOTION was made by Commissioner Mr. O'Neal that Z-19-08 be DENIED; seconded by Commissioner Ms. Spencer.

A SUBSTITUTE MOTION was made by Commissioner Mr. Trammell that Z-19-08 be APPROVED with the condition that access from Augusta Tech Drive, and approved by the Richmond County Board of Education, must be obtained and the Eagle Drive access must be closed and area fenced or walled; seconded by Commissioner Mr. Pittman.

Commissioners Trammell, Pittman and Wright vote for. Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer and Jefferson voted against.

Chairman Hogg called for a vote on the original MOTION to deny.

Commissioners Owens, O'Neal, Ivey, McCauley, Cooks, Spencer, Pittman, Wright and Jefferson Commissioner Trammell voted against. MOTION to DENY carries.

3. Z-19-09 – A petition by The Foundation for EDS Inc. requesting a Special Exception to add additional property to the campus for EDS that was approve for a Special Exception in 2017 (Z-

17-27) per Section 26-1 (b) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing approximately 8.74 acres and known as part of 1345 Flowing Wells Road. Part of Tax Map 029-0-031-11-0

Director Sherman presented Z-19-09 and asked that the staff report be entered in to the record.

Mr. Boyd presented the following findings:

1. The subject property is located adjacent to the proposed satellite campus for EDS at 1337 Flowing Wells Road.
2. A nature based kindergarten that will serve approximately 12 children is proposed.
3. The concept plan indicates non-invasive structures are proposed.
4. Access to the subject property will be through the satellite campus off Flowing Wells Road. A service/maintenance access road is proposed to be constructed out of gravel extending from King Avenue which is located south off Maddox Road.
5. The site has substantial floodplain, floodway and wetlands.  Disturbance of the floodplain and floodway should be avoided if possible and the wetlands will require Army Corp. of Engineers approval to disturb.
6. A no-rise certification will be required for all land disturbance activities.
7. A fully engineered development plan for all phases of the proposed development will be required.
8. The property has access to public water

Commissioner Mr. Cooks recused himself due to a conflict of interest.

Mr. Dennis Trotter, 3000 Park Avenue, Augusta was present on behalf of the petition.

Mr. Trotter stated the school recently began an expansion of the school by purchasing property on Flowing Wells Road. The expansion campus is currently under site plan review.  Along with athletic activities the new campus will provide a natural education program to promote science and biology.  Today's petition is to add an elevated Yurt for a kindergarten with an alternative curriculum.  The staff and students will enter through the entrance to the campus off Flowing Wells Road. Maddox Road will only be improved as an emergency access. The natural features of the property will be preserved in keeping with the tenants of the curriculum.

There were no concerned citizens present.

Hearing no questions Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval with the following conditions:

1. The site plan and design of the proposed kindergarten facility should be mindful of environmentally sensitive areas.
2. No fill in the floodplain, floodway or the wetlands is permitted.
3. Issuance of development permits shall be contingent upon the submission and approval of development plans meeting all applicable development regulations, including but not limited to the Flood Ordinance.
4. Any disturbance or encroachment on the floodplain or floodway should be avoided.
5. A no-rise certification will be required for all land disturbance and if required Army Corp. of Engineers approval to disturb the wetlands.

Mr. Trotter agreed.

A MOTION was made by Commissioner Mr. Trammell that 19-09 be APPROVED with the above stated conditions; seconded by Commissioner Mr. Owens. MOTION carried with Commissioner Mr. Cooks recused.

4. <u>Z-19-10</u> – A petition by Divine Vision Ministry Inc., on behalf of Valerie Wilkins, requesting a change of zoning from Zone R-1A (One-family Residential) to Zoned R-3A (Multiple-family Residential) affecting property containing 1.61 acres and known as part of 2737 Milledgeville Road. Tax Map 070-2-022-00-0

Director Sherman presented Z-19-10 and asked that the staff report be entered in to the record. He explained this a companion petition to Z-19-11.

Mr. Boyd presented the following findings:

1. The property at 2737 Milledgeville Road was rezoned for use as a Family Personal Care Home by zoning cases Z-09-05 in 2009.
2. A Business License was never obtained and the Special Exception for the Family Personal Care Home expired.
3. Currently, the property contains and is zoned for a single-family residence.
4. According to Tax Records, the residence was built in 1936.
5. The existing residence contains sufficient space to operate a Boarding House for no more than 8 occupants, including the resident manager, per Augusta Code Enforcement.
6. The Fire Department will allow usage of the second floor if all of the components of Section 32 of the Life Safety Code are met.
7. Based on square footages provided by the applicant, an additional 3 occupants would be allowed in the upstairs bedrooms. According to the Fire Department, additional occupants on the second floor would only be allowed if all of the components of Section 32 of the Life Safety Code are met. An additional bathroom exists upstairs.

8. Per the Comprehensive Zoning Ordinance, Boarding Houses are allowed to provide temporary or longer-term accommodations, for compensation, at no less than thirty (30) days for 4 or more persons which, for the period of occupancy, may serve as a principal residence. These establishments also may provide complementary services, such as housekeeping, meals, and laundry services. No health related services may be provided, including but not limited to, dispensing of medications. The owner or an employee of the owner (resident manager) must reside on site and are counted toward the maximum occupancy. Such operations are allowed by Special Exception approval only in the R-3A, R-3B and R-3C zones under defined performance standards. They are also allowed by right in the B-1 and B-2 Zones under defined performance standards.

9. Parking spaces at the existing residence are not currently marked on the large concrete area in front of the residence.  One parking space for each 2 individuals residing in the Boarding House must be provided, along with 1 space for the owner or resident manager.

There were no concerned citizens present.

Ms. Valerie Wilkins, 2737 Milledgeville Road, Augusta was present on behalf of the petition.

Ms. Wilkins stated Divine Ministries is a non-profit with the goal to find housing for individuals in need.  The individuals will function independently and this will not be a personal care home. Rather she will help them to get back on their feet and eventually find their own housing.

Commissioner Mr. Marion Williams asked how long a person will stay.

Ms. Wilkins stated each person will be assessed on a case by case basis but they can stay as long as needed.

Commissioner Ms. Jefferson asked if she will serve men, women and children.

Ms. Wilkins said any and all are welcome.

Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval with the following conditions:

1. The only permissible uses of the property shall be a Boarding House or a single-family residence.
2.  A Site Plan must be provided for further structural additions on the subject property or enlargement of the existing residence for the purpose of additional residential use.

3. The Boarding House shall be limited to 8 residents, subject to minimum space requirements set forth by the Comprehensive Zoning Ordinance at the time of the application. An additional 3 residents will be allowed on the second floor if all of the components of Section 32 of the Life Safety Code are met.

4. One parking space for each 2 individuals residing in the Boarding House must be provided and clearly marked, along with 1 parking space for the owner or resident manager.

Ms. Wilkins agreed.

A MOTION was by Commissioner Mr. Wright that-19-10 be APPROVED with the above stated conditions; seconded by Commissioner Mr. Cooks. MOTION carried unanimously.

5. Z-19-11 - petition by Divine Vision Ministry Inc., on behalf of Valerie Wilkins, requesting a Special Exception to construct a boarding house per Section 26-1 (u) of the Comprehensive Zoning Ordinance for Augusta Georgia affecting property containing affecting property containing 1.61 acres and known as part of 2737 Milledgeville Road. Tax Map 070-2-022-00-0

Director Sherman presented Z-19-11 and asked that the staff report be entered in to the record. He explained this a companion petition to Z-19-10.

Mr. Boyd presented the following findings:

1. The parcel at 2737 Milledgeville Road was rezoned for use as a Family Personal Care Home by zoning cases Z-09-05 in 2009.

2. A Business License was never obtained and the Special Exception for the Family Personal Care Home expired.

3. Currently, the parcel contains and is zoned for a single-family residence.

4. According to Tax Records, the residence was built in 1936.

5. According to the applicant the residence contains: 5 bedrooms, 3 full baths (2 existing and 1 proposed), the required office a Boarding House must include, plus common area to include: a living room, a kitchen, a dining room, a laundry area on the first floor and a loft and sitting area on the second floor.

6. According to a recent Code Enforcement inspection, the existing residence currently has 3 usable bedrooms on the first floor and is able to house 8 residents within the existing structure, including the resident manager.

   Bedroom 1 has 100 sq ft and may house 1 resident

   Bedroom 2 has 333 sq ft and may house 3 residents

   Bedroom 3 has 414 sq ft and may house 4 residents

7. According to a recent Code Enforcement inspection, the existing residence contains:

A living room that meets the spacing requirements of 150 sq ft for 6 or more residents and contains 575 sq ft;

A dining room meets the spacing requirements of 120 sq ft for 6 or more residents and contains 154 sq ft;

One existing full bathroom and 1 proposed full bathroom are to be a part of this facility - bathrooms are required to contain one functional toilet, a lavatory and a showering facility per 4 residents;

A dedicated office for the resident manager has been provided.

8. Based on square footages provided by the applicant, an additional 3 residents would be allowed in the upstairs bedrooms.

Bedroom 4 has 275 sq ft and may house 2 residents

Bedroom 5 has 166 sq ft and may house 1 resident

According to the Fire Department, additional residents on the second floor would only be allowed if all of the components of Section 32 of the Life Safety Code are met. An additional bathroom exists upstairs.

9. Per the Comprehensive Zoning Ordinance, Boarding Houses are allowed to provide temporary or longer-term accommodations, for compensation, at no less than thirty (30) days for 4 or more persons which, for the period of occupancy, may serve as a principal residence. These establishments also may provide complementary services, such as housekeeping, meals, and laundry services. No health related services may be provided, including but not limited to, dispensing of medications. The owner or an employee of the owner (resident manager) must reside on site and are counted toward the maximum occupancy. Such operations are allowed by Special Exception approval only in the R-3A, R-3B and R-3C zones under defined performance standards. They are also allowed by right in the B-1 and B-2 Zones under defined performance standards.

10. Parking spaces at the existing residence are not currently marked on the large concrete area in front of the residence. One parking space for each 2 individuals residing in the Boarding House must be provided, along with 1 space for the owner or resident manager.

11. The proposed Boarding House should have minimal traffic impact on Milledgeville Road or nearby Gordon Highway.

12. Public transportation is available within walking distance of the proposed Boarding House.

13. A bike rack is not proposed for the proposed Boarding House based on applicant drawings.

14. ADA accessibility will have to be provided for the Boarding House.

There were no concerned citizens present.

Ms. Valerie Wilkins, 2737 Milledgeville Road, Augusta was present on behalf of the petition.

Ms. Wilkins stated Divine Ministries is a non-profit with the goal to find housing for individuals in need. The home will function as a boarding house.

Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval with the following conditions:

1. The existing structure must meet the performance standards as set forth in Section 26-2-u of the Comprehensive Zoning Ordinance.
2. No structural additions (alteration or enlargement) for the purpose of increasing occupancy shall be permitted on the subject parcel or to the residential structure without an approved Site Plan.
3. The Boarding House shall be limited to 8 residents, subject to minimum space requirements set forth by the Comprehensive Zoning Ordinance at the time of the application. An additional 3 residents will be allowed on the second floor if all of the components of Section 32 of the Life Safety Code are met.
4. The applicant shall provide 2 functional bathrooms (toilet, lavatory and showering facility) prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House. A functional bathroom must be provided on the second floor if it is to be utilized for boarding purposes.
5. The applicant shall provide 1 parking space for each 2 individuals residing in the Boarding House, along with 1 parking space for the owner or resident manager. The parking spaces must be clearly marked, and all parking spaces must be in place prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House.
6. The applicant shall provide a bike rack for use of the residents prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House.
7. The applicant shall provide ADA compliance for the residents prior to applying for a business license or applying for a Certificate of Occupancy for the Boarding House.
8. All conditions must be met within six (6) months of approval or the Special Exception shall be void as stated in Section 17-8 of the Comprehensive Zoning Ordinance.

Ms. Wilkins agreed.

A MOTION was by Commissioner Mr. Wright that Z-19-11 be APPROVED with the above stated conditions; seconded by Commissioner Mr. Cooks. MOTION carried unanimously.

6. PV-19-03 – A petition by Ivey Development LLC, on behalf of 11th. Street Canal Group LLC, requesting a variance from Section 4-2 (a) - Off-street Parking and Loading- to reduce the required number of parking spaces for a multiple-family residential development from 256 spaces to 229 spaces (1.67 spaces per unit) affecting property containing 4 acres and known as 636 Eleventh Street. Tax Map 046-2-094-00-0

Director Sherman presented PV-19-03 and asked that the staff report be entered in to the record.

Mr. Boyd presented the following findings:

1. The applicant has proposed a multifamily apartment complex for residential use, which requires 1.5 off-street parking space for each one bedroom dwelling unit and 2 off-street parking spaces for each two bedroom or more dwelling unit, per *Section 4-2(a)(2);(2.1)* of the Zoning Ordinance.
2. Per documentation submitted by the applicant, the proposed apartments will require 256 off-street parking spaces.
3. The applicant has 229 spaces currently proposed on the concept plan, which is a 27 space reduction; or around an 11% reduction.
4. The proposed ratio reduction equates to 1.25 off-street parking spaces for each one bedroom dwelling unit only.
5. The lot will be located at 636 Eleventh Street and is around 4 acres in size.
6. The applicant requests a reduction from 256 to 229 parking spaces.

There were no concerned citizens present.

Mr. Mark Ivey, Ivey Development LLC, 672 Industrial Park Drive, Evans, Georgia was present on behalf of the petition.

Mr. Ivey stated they received zoning approval and a prior parking variance from this body but after receiving a density variance from the Board of Zoning Appeals to increase the number of units a more definitive parking variance is being presented today.
Chairman Mr. Hogg asked for the staff recommendation.

Director Sherman stated the staff recommends approval.

A MOTION is made by Commissioner Mr. Wright that PV-19-03 be APPROVED; seconded by Commissioner Mr. Cooks. MOTION carried unanimously.

7. Legal Session          Attorney Brown stated there are no legal issues at this time.

        Real Estate
        Personnel
        Litigation

8. Minutes from February 4, 2019.

Director Sherman stated the staff recommends approval.

A MOTION was made by Commissioner Mr. Cooks to APPROVE the minutes from February 4, 2019; seconded by Commissioner Mr. Ivey. MOTION carried unanimously.

9. List of Development Plans for February 2019.

Director Sherman stated the staff recommends approval.

A MOTION was made by Commissioner Mr. Cooks to APPROVE the Development Plans from February 2019; seconded by Commissioner Mr. Owens. MOTION carried unanimously.

10. List of Site Plans for February 2019.

Director Sherman stated the staff recommends approval.

A MOTION was made by Commissioner Mr. Cooks to APPROVE the Site Plans from February 2019; seconded by Commissioner Mr. Ivey. MOTION carried unanimously.

<div align="center">MEETING ADJOURNED</div>

*2020*

*Public Hearing*

*Public Hearing*

*two & goo*

*return check*

# REZONING

# APPLICATION

*Augusta*

### GEORGIA

## Department of Planning and Development

Planning Division

535 Telfair Street, Suite 300

Augusta, GA.  30901

706.821.1796

## Only Completed Applications will be accepted

Revised 02.2017

Augusta
GEORGIA

Public Hearing

## Rezoning Application

An application to amend the official Zoning Map of Augusta, GA.

**Application Date:** _____

| | |
|---|---|
| Name: THE HALE FOUNDATION, INC. | Name: SAME |
| Address: 402 WALKER ST. | Address: |
| City: AUGUSTA | City: |
| State: GA     Zip: 30904 | State:     Zip: |
| Phone: 706-722-3060 | Phone: |

Contact Person: JAMES B. TROTTER          Phone: 706·737·3138

Contact's e-mail: jim@trotterjones.com

I hereby request a Rezoning for the purpose of: Drug/Alcohol Treatment of First Responders

I hereby request a Variance for: _____

Applicant is the:  ☑ Owner   ☐ Petitioner   ☐ Contractor   ☐ Purchaser   ☐ Other

Property Address: 3042 EAGLE DRIVE

Present zoning Z·17-21-SP          Requested Zoning SPECIAL EXCEPTION 26·1

Map/Parcel #: 109-0-001·8·0

Proposed Development: Drug/Alcohol Treatment for First Responders

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

Owner's Signature _____          Date: 11·27·19

Petitioner's Signature _____          Date: 11·27·19

Subscribed and affirmed before me in the county of RICHMOND _____, State of Georgia,

this 27 day of Nov     20 19 .

_____
(Notary's official signature)

8·28·21
(Commission Expiration)

Revised 02.2017

*Augusta*
GEORGIA

**Standards Governing the Exercise of the Zoning Power**

The following standards are used by staff to determine whether a proposed rezoning will:

a)   Will permit a use that is suitable in view of the use and development of adjacent and nearby property;

b)   Adversely affect the existing use or usability of adjacent or nearby property;

c)   Will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools;

d)   Be in conformity with the policy and intent of the Comprehensive Land Use Plan;

e)   Are there other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning;

**In order to make an application to the Planning Commission you must submit the following: Completed application including all supporting documentation listed in this packet.**
**A pre-application meeting is required preceding submission of this application or the application will be deemed incomplete – call 706-821-1796**

1. The following fees made payable to Augusta Planning and Development Department as of
   March 24, 2014

| | |
|---|---|
| a)   Rezoning A (Agriculture) and R-1 (One-family Residential) Zones | $800.00 |
| b)   All other Zones for applications under 10 acres | $1000.00 |
| c)   All other Zones for applications over 10 acres | $1,250.00 |
| d)   Special Exceptions | $800.00 |
| e)   Subdivision Variance | $500.00 |
| f)   Parking Variance | $300.00 |

2. If you are not the property owner, you must attach a signed statement of consent from the property owner.
3. The Planning Commission meets on the first Monday of each month at 3:00 p.m. unless otherwise advertised due to a holiday.  The calendar dates for said meetings are included in this application packet.
4. The Planning Commission is a recommending body and their decision is forwarded to the Augusta Commission for a final decision.  The Augusta Commission meets on the third Tuesday of each month at 2:00 p.m. unless otherwise advertised.

**The undersigned below is authorized to make this application.  Section 35-8  states if the zoning decision of a local government is for the rezoning of property and the amendment to the Zoning Ordinance to accomplish the rezoning is defeated by the local government, then the same property may not again be considered for rezoning until the expiration of at least six (6) months immediately following the defeat of the rezoning by the local government pursuant to O.C.G.A. 36-66-4-(c) (2012).**

_____                        _11·27·19___
Signature of Applicant                                   Date

CLIFF RICHARDS, EXECUTIVE DIRECTOR
**Print Name and Title**

Revised 02.2017

*Augusta*
GEORGIA

## Disclosure of Campaign Contributions

Have you, within the two years immediately preceding the filing of this application, made campaign contributions aggregating $250.00 or more to a local government official who will consider this application.

☐ Yes     ☑ No

Applicant's Name: _____

| Name and official position of Government official | Contributions made (please disclose if both aggregate to $250 or more) | Date Contribution was Made (within the last two years) |
|---|---|---|
| | | |
| | | |

If necessary, attach additional sheets to disclose or describe all contributions.

## Rezoning and Special Exception Checklist

The following is a checklist of information required for submission of a Rezoning application. The Planning and Development Department on behalf of the Planning Commission reserves the right to reject any incomplete applications.

☑ **Pre-Application Meeting**

☑ Application Form

☑ Deed (Legal Description)

☑ Recorded Plat or Recorded Boundary Survey

☑ (4) Four Site Plans or concept plans 24" x 36" drawn to scale
Requests involving a single family lot must provide an 11" x 17" scale plan
Note: Additional site plan requirements may be deemed necessary

☑ Letter of Intent (explanation of proposed use)

☑ Conflict of Interest Certification/ Campaign Contributions

☑ Application Fee–payable to Augusta Planning and Development Department

☐ Photographs

☐ Building Compliance Inspection (if needed)

☐ Located within local Historic Preservation District (Summerville, Downtown or Olde Town)

Additional Exhibits that may be required (as necessary):

☐ Traffic Study

☐ Review Form for Development of Regional Impact

Signature of Staff Member accepting application: _____

Revised 02.2017

*Augusta*
GEORGIA

**If an applicant is submitting a request as (petitioner) and not owner to WITHDRAW an application it is necessary to have agreement/signature of the property owner to WITHDRAW, the application.**

_____ **Withdraw Application**                    _____ **Postpone Application**

**Reason:**

_____

_____

_____

**Signature of Applicant:** _____   **Date:** _____

**Signature of Property Owner:** _____   **Date:** _____

Augusta Municipal Building, Room 260
535 Telfair Street • Augusta, GA
Meeting Time: 3:pm
Pre-meeting begins at 2:00p.

Revised 02.2017

Exhibit B                                                           00005

A.   Whether a proposed rezoning will permit a use that is suitable in a view of the use and development of adjacent and nearby property:

    1.   White the property is behind a residential subdivision, it is located in an area with many mixed uses, including retail. The proposed use will be isolated from all other uses and fully secured.

B.   Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

    The proposed use will not adversely affect adjacent properties because it is isolated, not visible from the adjacent properties, and will be fully secured. It will not adversely affect the existing residential neighborhood.

C.   Whether the property to be affected by a proposed rezoning has reasonably economic use as currently zoned:

    No, it does not. Its use is limited to religious or residential purposes, and it has remained unoccupied for several years now.

D.   Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

    The proposed use will not burden the utility system or school system. The proposed use will only involve vehicles for 20-22 employees and will not burden the streets.

E.   Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

    Yes. The current facility on the property existed prior to the 2008 Plan. It is located in a suburban development area, where other similar institutions are located.

F.   Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

    There are no existing or changing conditions affecting the use of the property. It is already fully developed, but has sat vacant for several years now. The area already has a number of mixed uses nearby



*29 Years of Service*
*1990-2019*
## LETTER OF INTENT

**PROPOSED PROPERTY FOR REZONING:** 3042 Eagle Drive, Augusta, GA. 30906 (formally the St. Helena's Episcopal Convent)

**PROPERTY DESCRIPTION:**

- The St. Helena Convent property consist of 20.65 acres with a 13,000 sq. ft facility that is ideally designed to fit our needs with; adequate office space, rooms for group meetings, commercial kitchen and dormitory area to support approximately 30 patients.
- Eagle Drive entrance will be permanently closed. Existing gate will be removed and fencing will be installed along the property line.
- No major construction will be needed to start operations.
- No plans to add additional structures at this time.
- Our staff will consist of approximately 20-22 employees: Medical Director, Director, Clinical Director, 4 Certified Substance Abuse Counselor, 2 RN's, Intake Coordinator, Residential Technicians, Maintenance Supervisor, Ground Maintenance, etc.

**PLANNED USE OF PROPERTY:**

- To open an 30-45 Day Medical Substance Abuse Treatment Center exclusively for First Responders (Law enforcement officers, firefighters, paramedics, and other first responders )
- ONLY patients referred from the following State and Professional Agencies will be accepted: Governor's Office of Public Support (Public Safety Division), State Law Enforcement Abuse Programs (LEAP), Multi-state Law Enforcement Assist Programs throughout the southeast, Southeastern States Police Benevolent Association ( 11 State organization) and Fraternal Order of Police.
- Patients will be admitted to treat a variety of issues directly related to their respective professions i.e., PTSD, Substance Abuse, Anxiety, Depression, Suicide and other Co-Occurring Disorders.
- Due to the different treatment protocols, patients will not be allowed off of the property and will be strictly supervised and monitored by our medical staff, RN's and Residential Technicians at all times.

**Program Details: 3 Components of Treatment Protocol.** Inpatient Detox, Post Detox Treatment and After Care Program:

**Inpatient Detox Services 5-10 Days:** All patients will be placed in the detox section if needed with they arrive. This will be a time when the medical team will monitor their progress daily for the first 5-10 days for the detoxification program.

**Post Detox Treatment 25-35 Days:** Patients will move into the dormitory section of the facility. All male patients will remain in the main building and all female patients will be placed in the detached dormitory adjacent to the main building. During the remainder of the next 25-35 days, all patients will meet with Counselors throughout the day for group meetings and one on one sessions and 12 Step Meeting.

**After Care Program- Long Term Residential Program:**
After Care Coordinators will meet with each Substance Abuse Counselor to discuss an after care plan best suited for each patient. If the Counselors feel a patient needs long term residential program, they will be referred to The Hale Foundation's long term residential program, located at 402 Walker Street, Augusta, GA. 30901, for a 12 month program.



6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Ps 1002
Hattie Holmes Sullivan
Clark of Superior Court
Augusta Richmond County,



EXHIBIT "B"

Exhibit B

00009

6/17/2018                                    GSCCCA.org - Image Index

2017046550                    WD **1602**  Pg **998**

Transfer Tax $550.00                Filed and Recorded:
                                    **10/27/2017 9:17:16 AM**
Recording Fee: $18.00               Hattie Holmes Sullivan
                                    Clerk of Superior Court
                                    Augusta Richmond County.

Andrew J. Kilpatrick, II, P.C.
205 Pitcarin Way
Augusta, Georgia 30909
17-1143AK

## WARRANTY DEED

STATE OF GEORGIA          )
                          )
COUNTY OF Richmond        )

THIS INDENTURE, made this 26th day of October, 2017, between THE ORDER OF ST.

HELENA (INC.), a non-profit corporation organized and existing under the laws of Kentucky, as

Party of the First Part, and THE HALE FOUNDATION, INC., a Georgia non-profit corporation

organized and existing under the laws of Georgia, as Party of the Second Part,

WITNESSETH: that said Party of the First Part, for and in consideration of the sum of

Ten ($10.00) Dollars and other valuable considerations, in hand paid at and before the sealing and

delivery of these presents, receipt whereof is hereby acknowledged, has granted, bargained, sold

and conveyed and by these presents does grant, bargain, sell and convey unto the said Party of the

Second Part, is successors and assigns, the following described real property, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

TO HAVE AND TO HOLD the said bargained premises, together with all and singular

the rights, members and appurtenances thereof, to the same being, belonging or anywise

appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, it

successors and assigns, forever, in FEE SIMPLE.

Exhibit B                                                    00010

RECORD BOOK  1602 Pg 999

AND the said Party of the First Part, for its successors and assigns, will warrant and forever

defend the right and title to the above described property unto the said Party of the Second Part, its

successors and assigns, against the lawful claims of all persons and parties whomsoever.

IN WITNESS WHEREOF, the said Party of the First Part has caused these presents to be

executed and its seal affixed by its duly authorized official, the day and year first above written.

THE ORDER OF ST. HELENA (INC.)

by: _____
LOIS M. MILLER, As Its: CEO
and Authorized Official

Signed, sealed and delivered in
the presence of:

_____
Unofficial Witness

_____
Notary Public

Exhibit B                                          00011

6/17/2018                                    GSCCCA.org - Image Index

RECORD BOOK **1602** Pg **1000**

EXHIBIT 'A'

TRACT ONE: All that lot or parcel of land, with all improvements thereon, situate, lying and being in The 123rd D.G.M. of Augusta-Richmond County, Georgia, a short distance west of Richmond Hill Road, about seven miles from the courthouse, containing eleven and one-half acres, more or less, and being an irregularly shaped parcel of land identified by the legend "11.5 Acres" on a plat made by J.N. Hawes, C.E., dated 16 August 1934, and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Book 13 G, page 31; and being the same property the entire title to which was conveyed by Hal R. Powell and H. Gould Barrett to the party of the first part by deed dated October 4, 1946 and recorded in said Clerk's office in Realty Book 15 Y, page 164; reference being made to said deed and plat for a more particular description of the interest in the property herein conveyed.
ALSO, full rights, together with the owners of other property as shown on the above described plat of J.N. Hawes, C.E., of ingress and egress from the tract hereinabove described to and from the Richmond Hill Road over a twenty foot road shown on said plat. Said road extends in a straight in a line westerly direction along the boundary line between lots four (4) and five (5) of said plat and the southern boundary line between lots nine (9), ten (10), eleven (11) and twelve (12) of said plat with the northern boundary line of the unplatted southwestern portion of said tract to the western limit of said tract, whence it turns at right angles along the westernmost boundary of said lot twelve (12) of said plat in a northerly direction to its northernmost boundary.

TRACT TWO:ALSO, all that tract or parcel of land, with all improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, containing 9.90 acres and being more particularly delineated on a certain plat prepared by Baldwin & Cranston Associates, Inc., dated December 2, 1983, recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Reel 177, page 1443-1444, which plat be specific reference thereto is incorporated herein for a more complete and accurate description of said property and its location.

LESS AND EXCEPTING ROM THE ABOVE DESCRIBED TRACTS ONE AND TWO:  All that lot or parcel of land, with improvements thereon, situate, lying and being in the 89th G.M.D. (formerly the 123rd G.M.D.), being known and designated as 0.54 acre, known as 3038 Eagle Drive, as shown on a plat prepared by George L. Godman and Associates, Georgia Registered Land Surveyor No. 1977, dated July 30, 2003 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Plat Cabinet C, Slide 66, Plat C, and also recorded in said Clerk's Office in Book 880, page 1631. Said property is subject to an easement in the nature of a right-of-way for ingress and egress over and across the strip of land 30 feet in width extending across the Northeastern portion of the lot herein described as shown on the aforementioned plat, reference being made to a Deed of Gift from the Order of St. Helena to St. Alban's Episcopal Church, Inc., recorded in said Clerk's Office in Realty Book 31-N, pages 529-531, for a more particular description of the easement.

FURTHER LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO:
All that lot or parcel of land, with improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, being shown and designated on a plat prepared by Cranston & Associates, dated January 11, 1967 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia in Realty Book 34-A, page 555.  Reference is hereby made to said plat for a more complete and accurate description of said property and its location.

Exhibit B                                                        00012

RECORD BOOK 1602 Pg 1001

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: An easement in the nature of a right-of-way for ingress and egress over and across a strip of land 30 feet in width extending across the northern portion of property conveyed by the Order of St. Helena to St. Alban's Episcopal Church, Inc., which property lies immediately west of the property hereinabove described and Eagle Drive; ALSO, an easement in the nature of a right-of-way for the purpose of ingress and egress over and across a strip of land 20 feet in width extending across the dead end of the said Eagle Drive for the same purposes above stated, both of said easements being shown on a plat recorded in said Clerk's Office in Realty Book 31-N, page 531, which plat is incorporated herein by reference for a more complete and accurate description of said easements and their locations.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, lying adjacent to the Northeast portion of the property first above described on plat recorded in said Clerk's Office in Realty Book 34-A, page 555; the Northwesterly boundary of this lot being 27.00 feet in length and the Southwesterly boundary of this lot being 35.45 feet in length; the Northeasterly boundary is an extension in a Southeasterly direction of the boundary separating the property shown on the said plat in 34-A, page 555 and property of Green Meadows' Estate to its intersection with an extension in a Northeasterly direction to the boundary line separating the property shown on the said plat in Realty Book 34-A, page 555 and the property now or formerly of Diamond, such extension constituting the Southeasterly boundary line of the lot described herein.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, containing 0.17 acre and being shown on a plat prepared by Billy B. Beazley, dated March 6, 1973, recorded in said Clerk's Office in Realty Reel 52, page 2009, which plat is incorporated herein by reference.

The above described properties are more particularly show on a compiled plat prepared for The Order of St. Helena dated June 17, 2010, a copy of which is on file in the office of Cranston Engineering Group, P.C., located at 452 Ellis Street, Augusta, Georgia 30901, and a copy of which is attached hereto as Exhibit "B".

M&P for the above described properties: 109-0-001-00-0

ALSO, INCLUDED IN THIS CONVEYANCE ARE: All those lots or parcels of land, with any buildings or improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, in a certain subdivision known as Green Meadows Section V, being known and designated as Lots 6 and 7, Block "F", as shown on a certain plat thereof recorded in said Clerk's Office in Realty Book 36-D, pages 425-426. Said plat and the reference are incorporated herein for a more complete and accurate description of sai properties.

M&P: 109-3-035-00-0 & 109-3-036-00-0

The above described properties are conveyed subject to all of the various easements, rights-of-way, covenants, conditions, restriction and reservations of record.

Exhibit B

00013

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,





Exhibit B

*Augusta*
G E O R G I A

**PLANNING & DEVELOPMENT DEPARTMENT**

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

December 16, 2019

Property Owner/ Resident

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a hearing on **Monday, January 6, 2020 at 4:00 P.M.** or at the close of the regular Planning Commission meeting in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia on the following:

> PUBLIC HEARING- A petition by The Hale Foundation Inc. requesting a public hearing to present information and solicit comments on their request to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. **This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.**

If you have any questions please contact the Planning and Development Dept. at 706-821-1796.

Sincerely,

Robert Sherman
Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

| Owner Name | Owner's Address | Owner's Address |
|---|---|---|
| A & C HOME INVESTMENTS INC | 440 EIGHTH ST | AUGUSTA, GA 30901-2249 |
| AHMED MOHAMED MAGED | 511 CEDAR ROCK DR | AUGUSTA, GA 30907-4984 |
| AKESON PHILIP | 2931 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| ALEXANDER DAVID ALLEN | 1164 PINEY GROVE RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALLEN EARNESTINE | 2015 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| ALLEN ELROY L | 3002 BURGESS ST | AUGUSTA, GA 30909-0660 |
| ALLEN RUTH ADELAIDE NORT | 2013 NOTTINGHAM DR | AUGUSTA, GA 30906-4729 |
| ALREAD GRADY W | 2921 SHELBY DR | AUGUSTA, GA 30906-3369 |
| ALZHEIMER STEPHEN J | 2346 RUBY DR | AUGUSTA, GA 30906-3089 |
| AMERICAN LEGION POST 178 | PO BOX 5402 | AUGUSTA, GA 30916-5402 |
| ANDERSON BETTI L | 2303 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| ANDERSON GLORIA J | 2016 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| ANOINTED REALTY INC | PO BOX 6702 | AUGUSTA, GA 30916-6702 |
| ANTLEY LINDY L | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ANTLEY PROPERTIES LLC | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ARNETT KAREN B | 4545 OLD WAYNESBORO RD | HEPHZIBAH, GA 30815-4349 |
| ASHLEY CATHERINE B | 2403 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| AUGUSTA TECHNICAL INSTITU | 3116 DEANS BRIDGE RD | AUGUSTA, GA 30906-3375 |
| AUGUSTA/CSRA HABITAT FOR HUM | 1002 WALTON WAY | AUGUSTA, GA 30901-2843 |
| AVERY JAMES E | 2023 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| B&D ASSETS LLC | 3957 HAMMONDS FERRY RD | EVANS, GA 30809-4097 |
| BALDERSON RAYMOND | 2960 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BEAZLEY CHARLES H | 603 SUNSET DR | WAYNESBORO, GA 30830 |
| BECK JOSEPH P | 2923 SHELBY DR | AUGUSTA, GA 30906-3369 |
| BEDICHEK SUZANNE B | 2417 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| BELSER ANDREW SR | 2953 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| BENNETT PATRICIA H | 2403 PAR DR | AUGUSTA, GA 30906-3332 |
| BENNETT SOFIE AKA | 3623 BARBADOS DR | AUGUSTA, GA 30909-2601 |
| BENTLEY SUSAN B | 2301 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| BERRY DIANE W | 3402 NOTTING DR | AUGUSTA, GA 30906-4745 |
| BLACK RICHARD A | 2408 EAGLE DR | AUGUSTA, GA 30906-3325 |
| BODDIFORD MCQUE | 1498 CAPTOLA RD | SYLVANIA, GA 30467-8120 |
| BOGAN BERNICE M | 3026 EAGLE DR | AUGUSTA, GA 30906-3326 |
| BOWDRE B OTIS | 3403 LUCIE ST | AUGUSTA, GA 30906-4725 |
| BOWMAN JOHNELL | 1406 SPRINGVIEW DR | AUGUSTA, GA 30909-2809 |
| BRADLEY FLORENCE W | 3013 EAGLE DR | AUGUSTA, GA 30906-3328 |
| BROOKS WILLIAM S III | PO BOX 2172 | AUGUSTA, GA 30903-2172 |
| BROTHERSVILLE DEVELOPMENT | PO BOX 6805 | AUGUSTA, GA 30916-6805 |
| BROWN CLINTON O | 1349 ANIWAKA AVE SW | ATLANTA, GA 30311 |
| BROWN ERIC FRANKLIN | 2360 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| BROWN GEORGE F | 102 SHELBY CT | AUGUSTA, GA 30906-3336 |
| BROWN MYNETTE B (ROFS) | 2975 SHELBY DR | AUGUSTA, GA 30906 |
| BROWN ROBIN E | 3013 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BUNCH JESSE L | 3033 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BURCH LAVERNE R | 2927 WHISTLER LN | AUGUSTA, GA 30906-3339 |

| | | |
|---|---|---|
| BURNS LENNIE M | 2974 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BURNS MEMORIAL CHURCH | 2372 LUMPKIN RD | AUGUSTA, GA 30906-5372 |
| BURROUGHS JACQUELINE | 2926 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901 |
| BUSSEY MARIA | 2407 EAGLE DR | AUGUSTA, GA 30906-3324 |
| C S R A ELECTRICAL JOINT | 1248 REYNOLDS ST | AUGUSTA, GA 30901-1102 |
| C'DEBACA GEORGE JACOB | 2031 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| CAHOON LORNA | 109 SHELBY CT | AUGUSTA, GA 30906-3335 |
| CAIN COREY N | 2412 EAGLE DR | AUGUSTA, GA 30906 |
| CALLAWAY LAND CO | 5307 FAIRFIELD W | DUNWOODY, GA 30338-3227 |
| CARRIER MARY A | 3702 AVENUE Q | GALVESTON, TX 77550-7439 |
| CARTER DELBERT H | 2422 EAGLE DR | AUGUSTA, GA 30906 |
| CARTER NADINE L | 2313 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| CARTER VICTOR RONALD | 2404 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| CASTLE JUDY RICHARDS | 517 CAMBRIDGE RD | AUGUSTA, GA 30909-0333 |
| CENTRAL BAPTIST CHURCH | PO BOX 9772 | AUGUSTA, GA 30916-9772 |
| CGM PROPERTIES LLC | 1767 WASHINGTON RD | THOMSON, GA 30824-7206 |
| CHAMBLISS RUBY | 3229 HAMPTON CIR | AUGUSTA, GA 30906 |
| CHAPPELL TOMMY RAY SR | 103 COLONIAL RD | MARTINEZ, GA 30907-9387 |
| CHASTAIN RAMON D | 3147 FLOYD DR | AUGUSTA, GA 30906 |
| CHESANI SANDRA KAYE PERRY | 2918 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| CHG HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| CLIFTON NANCY ELLEN | 2424 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| COBBS RICKY N | 714 ERIKA LN | GROVETOWN, GA 30813-8304 |
| COE DEMETRIA C | 1071 HWY 88 | BLYTHE, GA 30805 |
| COGLE WILLIAM S | 3404 NOTTING DR | AUGUSTA, GA 30906-4745 |
| COLE ALICE B (ROFS) | 3007 EAGLE DR | AUGUSTA, GA 30906-3356 |
| COLE RUSSELL WALKER | 3027 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| COLLINS WILLIAM G | 3040 EAGLE DR | AUGUSTA, GA 30906-3326 |
| COLSON ALBERTA | 165 COMMUNITY HOUSE RD | SOUTHBURY, CT 06488-2311 |
| CONCORD HILL INVESTMENTS | PO BOX 40099 | AUGUSTA, GA 30909 |
| CONREX RESIDENTIAL PROPERTY GR | 3 CORDES ST | CHARLESTON, SC 29401-2116 |
| COOK DENNIS LEE | 2430 EAGLE DR | AUGUSTA, GA 30906-3325 |
| CORL CASSIE H | 2915 HAMILTON DR | AUGUSTA, GA 30906-2347 |
| CORLEY MIRIAM A | 2332 HARDING RD | AUGUSTA, GA 30906-3457 |
| COVINGTON JESSICA B | 105 SHELBY CT | AUGUSTA, GA 30906-3335 |
| COWART GREGORY PHILLIP | 4821 FULCHER RD | HEPHZIBAH, GA 30815-4005 |
| CREWS JEANETTE C ROFS | 3011 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| CRICK PAUL O JR | 995 WINDMILL LN | EVANS, GA 30809-6649 |
| CROCKETT FLOYD A ROFS | 2409 PAR DR | AUGUSTA, GA 30906-3332 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CUMMINGS RAYMOND | 3153 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| CURRY RENITA C | 2319 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| DANIEL MARK A | 3006 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| DARNELL DAVID J | 3019 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |

| | | |
|---|---|---|
| DAVIS ORAL K | 3003 EAGLE DR | AUGUSTA, GA 30906 |
| DENSMORE FRANK | 2456 NORTON DR | AUGUSTA, GA 30906-5364 |
| DEVEAUX ENOCH J | 3017 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DILL CHARLENE | 3145 FLOYD DR | AUGUSTA, GA 30906-3454 |
| DINKINS MITCHEL W | 3021 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DIXON SHARI A | 2022 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| DLP ENTERPRISES LLC | 607 RONALD REAGAN DR UNIT | EVANS, GA 30809-7736 |
| DOMAN ERIKA W | 2990 SHELBY DR | AUGUSTA, GA 30906-3367 |
| DUFFIE KENNETH MICHAEL | 4820 LONG LN | EVANS, GA 30809-5832 |
| DUKE PATRICIA WILDER | 3034 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| DUNBAR HATTIE HAMILTON | 2332 SHILO ST | AUGUSTA, GA 30906-4732 |
| DUNBAR LARRY M ROFS | 3212 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| DUNCAN DELORES T | 2424 EAGLE DR | AUGUSTA, GA 30906-3325 |
| DUNN ARTHUR JR | 2308 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| EASTON VALERIE T | 2337 LORY CT | AUGUSTA, GA 30906-4744 |
| EL MATRERO LLC | 2944 SHELBY DR | AUGUSTA, GA 30906 |
| ELAM HATTIE | 3204 LEEDS CT | AUGUSTA, GA 30906-4724 |
| ELLIOTT SONS FUNERAL HOME | 1929 ALLEN PKWY | HOUSTON, TX 77019-2506 |
| ENGLISH JAMES B | 2027 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| EQUITY TRUST CO CUSTODIAN FBO | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| ERONDU KENNETH | 1414 AYLESBURY DR | EVANS, GA 30809-8215 |
| ESPIRITU RANDALL E ROFS | 1523 JOY RD | HARLEM, GA 30814-4117 |
| FAKHOURI GRACE S | 5074 WHEELER LAKE RD | AUGUSTA, GA 30909-5774 |
| FARLEY NAKIA P | P O BOX 1521 | WAYNESBORO, GA 30830-2521 |
| FARLEY RANSOM LEE JR | 2915 HUMMINGBIRD LN | AUGUSTA, GA 30906-3329 |
| FENNELL WILLIAM | 3025 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| FERGUSON MAXINE | 3445 STONELEIGH WALK | LITHONIA, GA 30038-3298 |
| FERRIS ALFREIDA B | PO BOX 6752 | AUGUSTA, GA 30916-6752 |
| FERRON JOSEPH R (ROFS) | 2211 WINDSOR SPRING RD | AUGUSTA, GA 30906-4735 |
| FISHER PRIMROSE | 3005 BRANSFORD RD | AUGUSTA, GA 30909 |
| FISHMON JAMES A SR | 2721 WILLIS FOREMAN RD | HEPHZIBAH, GA 30815 |
| FITCH WAYNE O | 2334 SHILO ST | AUGUSTA, GA 30906-4732 |
| FLEMING LIONS CLUB INC | 3704 INVERNESS WAY | AUGUSTA, GA 30907-9543 |
| FLORENCE BRYAN DANIEL | 108 SHELBY CT | AUGUSTA, GA 30906 |
| FOGLE HERMAN J | 2302 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| FOLSOM WALTER L | 889 SW F P FOLSOM SR RD | MAYO, FL 32066-3931 |
| FORTUNE HERMAN L | 2316 RUTHERFORD AVE | AUGUSTA, GA 30906-4750 |
| FOSTER CIANAN | 1157 OAKTON TRL | EVANS, GA 30809-5224 |
| FOUR G HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| FOWLER MUHENI FKA | 2331 SHILO ST | AUGUSTA, GA 30906-4731 |
| FRANCISCO ROWENA | 16 BRADLEY LN | BRIDGEWATER, NJ 08807-2645 |
| FREEMAN PATRICIA A | 2338 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| FRYER LIZZIE M | 3006 EAGLE DR | AUGUSTA, GA 30906-3326 |
| FURSE JERRY | 2540 SANDRA DR | AUGUSTA, GA 30906-2883 |
| GABI REALTY LLC | 310 BUSSEY AVE | THOMSON, GA 30824 |
| GADSON PAMALA | 3874 OLD WAYNESBORO RD | AUGUSTA, GA 30906 |
| GARNER GARY W | 2333 NORTON DR | AUGUSTA, GA 30906 |
| GARVIN DANNY B | 2932 WHISTLER LN | AUGUSTA, GA 30906-3340 |

| | | |
|---|---|---|
| GAULDIN HAROLD E | 3023 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| GAYLE MICHAEL G | 1510 CENTURION DR | HEPHZIBAH, GA 30815 |
| GERMANN DAVID R | 2438 NORTON DR | AUGUSTA, GA 30906-5362 |
| GIBBONS FREDERICK | 3948 ELLEN ST | HEPHZIBAH, GA 30815-6013 |
| GIBBONS MILDRED TURNER | 2427 EAGLE DR | AUGUSTA, GA 30906-3355 |
| GIBBS CATHY D | 5138 PARNELL WAY | MARTINEZ, GA 30907-8894 |
| GILES W RODGER | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| GIRTON REBEKAH PAULOS | 3026 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GIVENS CHADWICK DION | 3513 REDD DR | AUGUSTA, GA 30906 |
| GIVENS LUCILLE J | 2959 SHELBY DR | AUGUSTA, GA 30906-3370 |
| GLADNEY LYNN DENISE | 2925 WHISTLER LN | AUGUSTA, GA 30906 |
| GODLEY TIMOTHY ROFS | 1922 HEATHERS CT | AUGUSTA, GA 30906-8124 |
| GOOD FAITH MANAGEMENT LLC | PO BOX 32 | STAPLETON, GA 30823-0032 |
| GORDON CLIFFORD D | 2418 BIRDIE DR | AUGUSTA, GA 30906 |
| GOWDY GEORGE HARRIS JR | 2982 SHELBY DR | AUGUSTA, GA 30906-3367 |
| GRANT JACQUELINE CAROL | 3026 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| GRANT TIMOTHY C | 2925 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| GRAY V DIANE | 3001 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GRAYBEAL RHONDA ESTATE OF | 550 BLACKBURN DR | MARTINEZ, GA 30907 |
| GREEN MEADOWS GOLF CLUB I | PO BOX 5127 | AUGUSTA, GA 30916-5127 |
| GREEN-DOE SHARON R | 3036 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| GREENE TOMMY | 2304 MARVIN PL | AUGUSTA, GA 30906-3321 |
| GREENFISH PROPERTIES LLC | 3005 BRANSFORD RD | AUGUSTA, GA 30909-3089 |
| GRIFFIN DIANNE BATTLE | 2924 SHELBY DR | AUGUSTA, GA 30906-3338 |
| GRIFFITH ALAN A | 2020 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| GRISWOLD C EUGENIA | 2305 MARVIN PL | AUGUSTA, GA 30906-3320 |
| GUEITS HUMURTO J | 2317 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| HAAS GERDA A | 3020 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HALE FOUNDATION INC THE | 402 WALKER ST | AUGUSTA, GA 30901 |
| HANDY GERRY ROFS | 3206 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| HANDY MICHAEL J ROFS | 2512 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| HANNAH ELLIOTT JR | 3015 EAGLE DR | AUGUSTA, GA 30906-3328 |
| HARDY EDDIE LEE | 2420 EAGLE DR | AUGUSTA, GA 30906-3325 |
| HARRIS DORIS E | 2423 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| HARRIS JOHNNIE MAE | 3205 CHESHIRE DR | AUGUSTA, GA 30906-4717 |
| HARRIS LINDA | 2325 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| HARVEY DAVID A | 4303 SERPENTINE RD | MIDDLETOWN, MD 21769-7518 |
| HATCHER GEORGE P | 3030 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HBC PROPERTIES LLC | 838 GREENE ST | AUGUSTA, GA 30901-2234 |
| HENDERSON JAMES B ROFS | 2401 EAGLE DR | AUGUSTA, GA 30906 |
| HENDERSON SANDRA ELIZABETH RE | 3012 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HENDRIX DAVID BERNARD ROFS | 2983 SHELBY DR | AUGUSTA, GA 30906-3370 |
| HENSLEY MARGARET RADFORD EST/ | 3202 LEEDS CT | AUGUSTA, GA 30906-4724 |
| HENSON YONG CHA | 3170 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HERNANDEZ EDITH V | 5316 BENTBROOK RD | CROSS LANES, WV 25313-1723 |
| HICKS JOSHUA | 11202 OAKS HIKE | SAN ANTONIO, TX 78245 |
| HIGGS BRENDA D | 3038 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HILL SHANTE A | 2407 PAR DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| HITCHCOCK JOHN HARVEY | 3118 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| HITCHCOCK KATHY | 60 CORBIN HITCHCOCK RD | MIDVILLE, GA 30441 |
| HOGUES ROBIN D ROFS | 2308 MARVIN PL | AUGUSTA, GA 30906-3321 |
| HOLDEN ERIC D'ANTE | 2229 WINDSOR SPRING RD | AUGUSTA, GA 30906 |
| HOLMES BENNIE SR | 3016 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HOLMES WADE H | 2328 SHILO ST | AUGUSTA, GA 30906-4732 |
| HOME INVESTMENT FUND II LP | 23041 AVENIDA DE LA CARLOTA | LAGUNA HILLS, CA 92653 |
| HOMES2CASH LLC | 3358 WRIGHTSBORO RD | AUGUSTA, GA 30909-2816 |
| HOSCH WILLIE M | 3149 FLOYD DR | AUGUSTA, GA 30906-3454 |
| HOWARD ALEXANDER C (ROFS) | 2965 SHELBY DR | AUGUSTA, GA 30906 |
| HOWARD ALEXANDER C SR | PO BOX 6772 | AUGUSTA, GA 30916-6772 |
| HOWARD CEDRIC D | 2024 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| HOWARD WANDA | 3009 YELLOWWOOD CT | HEPHZIBAH, GA 30815-7079 |
| HOWELL CHARLES D | 1386 SEA WAY NE | TOWNSEND, GA 31331-3224 |
| HUDSON A'MEN ALEXANDER | 3202 CHESHIRE DR | AUGUSTA, GA 30906-4718 |
| HUDSON SHERYL M | 3468 BYRON PL | AUGUSTA, GA 30906-4619 |
| HUGHES HATTIE DAVIS | 2406 PAR DR | AUGUSTA, GA 30906-3349 |
| HUGHES MARY L | 3166 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HUGHES STACY | 2352 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| HUNTER DAVID A ROFS | 3004 EAGLE DR | AUGUSTA, GA 30906 |
| HUSTEAD DOLORES B | 2307 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| INGLETT JUDITH V | 2988 SHELBY DR | AUGUSTA, GA 30906-3367 |
| J S BROOKS PROPERTIES LLC | 411 STONE ST | WRENS, GA 30833 |
| JACKSON LIONEL | 3014 EAGLE DR | AUGUSTA, GA 30906 |
| JARRETT BASIL V | 3404 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| JEFFERSON ELEC MEMBERSHIP | PO BOX 457 | WRENS, GA 30833-0457 |
| JENNINGS ETHEL J | 2302 MARVIN PL | AUGUSTA, GA 30906 |
| JK3 LLC | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| JOHNS BARBARA SUE | 2992 SHELBY DR | AUGUSTA, GA 30906-3367 |
| JOHNSON BEVERLY J | 2971 SHELBY DR | AUGUSTA, GA 30906-3370 |
| JOHNSON MAE S | 3133 FLOYD DR | AUGUSTA, GA 30906 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JONES AMON LEE | 1514 DADE ST | AUGUSTA, GA 30904-4038 |
| JONES ANDREW W | 3034 EAGLE DR | AUGUSTA, GA 30906-3326 |
| JONES BRENDA | 3204 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| JONES GONZALEE | 3004 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| JONES HAROLD | 3031 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| JONES HENRY A JR | 3033 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| JONES JAMES | 2404 PAR DR | AUGUSTA, GA 30906-3349 |
| JONES JAMES | 2401 LUMPKIN RD | AUGUSTA, GA 30906-3041 |
| JONES JOE ANNE H 5/6 INT ROFS | 3001 EAGLE DR | AUGUSTA, GA 30906-3327 |
| JONES PETER EDWARD | 2520 LUMPKIN RD | AUGUSTA, GA 30906-5335 |
| JOSEY FRANCES C | 3009 EAGLE DR | AUGUSTA, GA 30906-3356 |
| JOURNET JUAN A | 2010 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| JOYCE COOP LLC | 160-50 CROSSBAY BLVD #557 | HOWARD BEACH, NY 11414 |
| KABLAN BERTHE N | 2413 EAGLE DR | AUGUSTA, GA 30906-3355 |
| KAMGA WILLIAM ABRAHAM | 2919 SHELBY DR | AUGUSTA, GA 30906-3369 |

Exhibit B

00021

| | | |
|---|---|---|
| KAN YON SUK | 2354 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| KEEGAN PROPERTIES LLC | 2307 YOUNG DR | AUGUSTA, GA 30906 |
| KEEL DAVID CURTIS L/EST | 3137 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| KEEL WOODROW W JR | 2008 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| KELLER AMY D | 2442 LUMPKIN RD | AUGUSTA, GA 30906-3081 |
| KELLER JEFF III | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| KELLER JEFF W JR | 2969 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KELLY MICHAEL T SR ROFS | 2149 MIMS RD | HEPHZIBAH, GA 30815 |
| KENDRICK JOYCE | 3022 EAGLE DR | AUGUSTA, GA 30906-3326 |
| KENNEDY REATHER | 2423 EAGLE DR | AUGUSTA, GA 30906 |
| KENNEDY WILLIAM | 2330 SHILO ST | AUGUSTA, GA 30906-4732 |
| KIERATH MARGARET | 2961 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KILLIPS DENNIS J | 2434 NORTON DR | AUGUSTA, GA 30906-5362 |
| KIMBLE VANESSIA C ROFS | 3007 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| KIRK HARRY | 3008 EAGLE DR | AUGUSTA, GA 30906 |
| KIRKLAND BENITA C | 2933 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| KRAUSE JUDITH H | 3210 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| KYTE FRANCIS S | 3002 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAMBERTH SHERMAN A | 4818 SHARON DR | EVANS, GA 30809-6206 |
| LANDRUM CURTIS | 1284 COUNTRY LINE RD | HARLEM, GA 30814 |
| LANE JOAN PITCHER MERTON | 2403 EAGLE DR | AUGUSTA, GA 30906-3324 |
| LARRY TYRONE T | P O BOX 5179 | AUGUSTA, GA 30916-5179 |
| LATTIMORE JOHNNY | P O BOX 6734 | AUGUSTA, GA 30916 |
| LAWSON KENNETH P JR | 3024 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAWSON TIMOTHY E | 3156 WINDY HILL DR | AUGUSTA, GA 30906 |
| LE KIEM P | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE PHUONG KLEM THI | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE THANH V | 3028 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| LEACH ALEXIS | 3018 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| LEE HERMAN JR | 329 OAK LAKE DR | AUGUSTA, GA 30907-8805 |
| LEE JERRY L | 3207 CHESHIRE DR | AUGUSTA, GA 30906 |
| LEONARD SYLVIA J | 2915 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| LEVERETT HOMER | 2918 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| LEWALLEN PAMELA H | 2305 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| LEWIS ANNE G | 3157 FLOYD DR | AUGUSTA, GA 30906-3454 |
| LOCKHART IRIS | 2930 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |
| LOCKWOOD PAUL R | 2148 BALFOUR ST | AUGUSTA, GA 30906-4806 |
| LONG PATRICIA B | 2306 LEBAUM CT | AUGUSTA, GA 30906 |
| LYNCH JEAN B | 2335 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| MACK CHRISTOPHER M 50% INT | 4230 WHITE PINE CT | AUGUSTA, GA 30906 |
| MADDOX LAVONYA N | 2413 PAR DR | AUGUSTA, GA 30906 |
| MAHONEY JAMES B JR | 3153 FLOYD DR | HEPHZIBAH, GA 30815 |
| MAKERSON RICHARD | 46 PARK PLACE CIR | AUGUSTA, GA 30909-6050 |
| MALCOM JEFFREY M | 3024 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| MARTIN CHARLES B | P O BOX 6345 | AUGUSTA, GA 30916 |
| MARTIN JOE B | 3039 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MARTIN LEONARD T L/EST | 2018 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MARTIN PATRICIA A | 2904 SHELBY DR | AUGUSTA, GA 30906-3338 |

Exhibit B

| | | |
|---|---|---|
| MARTIN PATRICIA M | 2908 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MARTIN PHILIP A | 2303 MARVIN PL | AUGUSTA, GA 30906 |
| MATTES DENNIS | 2923 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| MAXEY LEONARD C | 3031 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MAXWELL RICHMOND HILL RD | 479 2ND ST | MACON, GA 31201-2733 |
| MAYBERRY JULUIS E LIVING TRUST | 4825 STOREY MILL RD | HEPHZIBAH, GA 30815-4810 |
| MAYS CHARLES E | 4199 PEACH ORCHARD RD | HEPHZIBAH, GA 30815-4700 |
| MCCLELLAN STEPHEN M | 2149 BALFOUR ST | AUGUSTA, GA 30906-4805 |
| MCCOY CHARLOTTE MEADOWCROF | 1960 NEPTUNE DR | AUGUSTA, GA 30906-5703 |
| MCCOY THOMAS A JR | 3005 EAGLE DR | AUGUSTA, GA 30906-3327 |
| MCFARLIN RYOLIA R | 2411 BIRDIE DR | AUGUSTA, GA 30906 |
| MCKELLER ALEXIS B | 2026 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MCKINNIE JOHN JR ROFS | 3009 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| MCZILKEY DONALD E | 2030 CM COPELAN RD | MADISON, GA 30650 |
| MDA11 LLC | 7040 AVENIDA ENCINAS STE 10 | CARLSBAD, CA 92011-4653 |
| MILLER BRENDA | 2967 SHELBY DR | AUGUSTA, GA 30906 |
| MILLER LAURA | 3072 DEANS BRIDGE RD | AUGUSTA, GA 30906 |
| MILLER LOUIS | 2463 WRIGHTSBORO RD | AUGUSTA, GA 30904-6244 |
| MITCHELL ANNIE LEE | 2973 SHELBY DR | AUGUSTA, GA 30906-3370 |
| MOODY LAWANDA R | 2411 PAR DR | AUGUSTA, GA 30906 |
| MOODY RICHARD E | 3474 BYRON PL | AUGUSTA, GA 30906-4619 |
| MOORE CAROLYN D | 3204 CHESIIRE DR | AUGUSTA, GA 30906-4718 |
| MOORE SHERIL | 3558 JONATHAN CIR | AUGUSTA, GA 30906-3872 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE WALTER B | 2930 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MORRIS DOROTHY C | 3032 EAGLE DR | AUGUSTA, GA 30906-3326 |
| MOSTELLER CATHERINE SWEAT | 4560 PEACH ORCHARD RD | HEPHZIBAH, GA 30815 |
| MOUNTAIN MAGGIE M | 2343 SHILO ST | AUGUSTA, GA 30906-4775 |
| MSE SUB I LLC | 1303 AVOCADO AVE STE 200 | NEWPORT BEACH, CA 92660-7849 |
| MUHR WILIAM J TR | 3208 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MULDROW PAUL | 3014 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| MURRAY DEBORAH A | 2329 SHILO ST | AUGUSTA, GA 30906-4731 |
| NETTLES HOMES INC | 5111 WINDMILL PL | EVANS, GA 30809-6606 |
| NEWMAN JACKIE | 3137 FLOYD CIR | AUGUSTA, GA 30906 |
| NGUYEN BAO NGOC ROFS | 506 AUMOND RD | AUGUSTA, GA 30909-3306 |
| NGUYEN VY A | 527 THOROUGHBRED LN | EVANS, GA 30809-4115 |
| NIXON JOHN MADDOX | PO BOX 40099 | AUGUSTA, GA 30909-3784 |
| NORRIS JAMES B | 2425 EAGLE DR | AUGUSTA, GA 30906-3355 |
| NORTON DEBORAH L | 2140 CHADWICK RD | AUGUSTA, GA 30906 |
| O K PARK INC | 2502 LUMPKIN RD | AUGUSTA, GA 30906-3020 |
| O'NEAL GEORGE A | 3022 HUMMINGBIRD LN | AUGUSTA, GA 30906-3365 |
| OATMAN LENTON L | 2978 SHELBY DR | AUGUSTA, GA 30906-3367 |
| ODELL EVELYN D | 2938 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| ORANGE SHIRLEY S GALAMB | 1230 SUMMER ST | AUGUSTA, GA 30901 |
| OWENS CHARLOTTE A | 2417 EAGLE DR | AUGUSTA, GA 30906-3355 |
| PEACOCK ELIZABETH ANNE | 2972 SHELBY DR | AUGUSTA, GA 30906-3367 |
| PEEL JOE M | 2914 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |

| | | |
|---|---|---|
| PENSCO TRUST COMPANY CUSTODI | P O BOX 173859 | DENVER, CO 80217 |
| PETSCH BRIAN | 604 16TH ST E | TIFTON, GA 31794-3606 |
| PIRTLE BARBARA C | 3045 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| PORTER DENNIS M | 3473 BYRON PL | AUGUSTA, GA 30906-4618 |
| PRINCE ANGELA YVONNE | 3018 EAGLE DR | AUGUSTA, GA 30906-3326 |
| PRINCE RICARDO | PO BOX 16104 | AUGUSTA, GA 30919-2104 |
| PRITRIJ MANAGEMENT LLC | 1370 GORDON HWY | AUGUSTA, GA 30901-3867 |
| PRYOR BRENDA MARIE | 2935 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| PUGH EVELYN W | 2356 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| QUICK SHARON L | 3159 FLOYD DR | AUGUSTA, GA 30906-3454 |
| QUILLER CASSANDRA | 3404 LUCIE ST | AUGUSTA, GA 30906-4726 |
| R&R PROPERTY MGT LLC | P O BOX 8273 | AUGUSTA, GA 30905 |
| RATCLIFF CLAUDIA GAIL | 2029 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| RAYFIELD JO ANN | 2409 EAGLE DR | AUGUSTA, GA 30906 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| REAL ESTATE 4 U LLC | 1118 CRESTVIEW DR | NORTH AUGUSTA, SC 29841 |
| REX RESIDENTIAL PROPERTY OWNER | 1505 KING STREET EXT SUITE 10 | CHARLESTON, SC 29405-9442 |
| REYNOLDS THOMAS T JR | 694 CHAPPELL RD | WAYNESBORO, GA 30830-6305 |
| RHINEHART DIANE | 2406 EAGLE DR | AUGUSTA, GA 30906-3325 |
| RHYMER GLENORE M | 2910 SHELBY DR | AUGUSTA, GA 30906 |
| RICHARDSON SANDRA L | 3010 EAGLE DR | AUGUSTA, GA 30906-3326 |
| RIGGIN CHRISTOPHER C | 241 STONINGTON DR | MARTINEZ, GA 30907-1498 |
| RITCH PERRY HOLMES IV | 3908 LOBLOLLY TRL | AUGUSTA, GA 30907-3355 |
| ROBERSON ANN THIGPEN LES | 103 SHELBY CT | AUGUSTA, GA 30906-3335 |
| ROBERTS BETTY M | 3027 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| ROBERTS LOLITA M | 2332 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| ROBERTSON RHONDA | 2955 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| ROE TRACIE ANN 2/3 | 2408 PAR DR | AUGUSTA, GA 30906 |
| ROSE SHAUN | 2976 SHELBY DR | AUGUSTA, GA 30906 |
| ROSELLI VINCENT R ROFS | 2416 EAGLE DR | AUGUSTA, GA 30906-3325 |
| ROULHAC ELMIRA | 3856 WOODLAKE DR | HEPHZIBAH, GA 30815 |
| ROUSE ALTON | 2414 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| RW HONEYCUTT INC | 4011 BRADDOCK ST | MARTINEZ, GA 30907-2183 |
| SAEZ-CARDONA SANTOS J | 2350 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SAFFORD ARTHUR | 2233 WINDSOR SPRING RD | AUGUSTA, GA 30906-4776 |
| SALTER LINDA H | 123 NORTH BELAIR RD | EVANS, GA 30809 |
| SANDERS KAYE E | 100 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SANDERS LEON R | 106 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SARGENT MATTHEW W | 306 BARNSLEY DR | EVANS, GA 30809-8235 |
| SAUNDERS ANDREA ROSEBERRY | 3402 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| SCENIC LAND HOMES LLC | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| SCHLEY CEMETERY | 3104 RICHMOND HILL RD | AUGUSTA, GA 30906-4741 |
| SCONYERS LARRY EASLEY | 3052 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| SCOPA ROBERT J | 2304 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| SEAFORT LLC | 1200 BRICKELL BAY DR APT 340 | MIAMI, FL 33131-3270 |
| SEAGO VIRGINIA | 2012 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| SEALEY ANTHONY YATES | 4498 LUKES FERRY RD | CLARKS HILL, SC 29821-2844 |

Exhibit B

00024

| | | |
|---|---|---|
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SHADOWOOD APTS LTD | SUITE410 | ATLANTA, GA 30305 |
| SILAREK CHIN XAY | 2311 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| SIMPKINS CECIL | 2333 LORY CT | AUGUSTA, GA 30906-4744 |
| SIMPKINS EARLINE  ROFS | 2336 SHILO ST | AUGUSTA, GA 30906-4732 |
| SINGLETARY MARIE K | 3157 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| SISTARE RHONDA H | 3017 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| SKINNER LEVINE SULESTINE | 2346 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SMITH FRANKLIN D | 2306 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| SMITH IZIAH | 3008 HOLLINS DR | HEPHZIBAH, GA 30815-6177 |
| SMITH JAMES D | 2348 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 47 TRINITY AVE | ATLANTA, GA 30334 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STEED BETTY | 2422 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| STEWART NAPOLEON | 315 SMITHVILLE CHURCH RD | WARNER ROBINS, GA 31088-3101 |
| STEWART WILLIAM H JR | 2977 SHELBY DR | AUGUSTA, GA 30906-3370 |
| STILLE KEITH E | 3163 FLOYD DR | AUGUSTA, GA 30906-3455 |
| STORY CARLETON A | 3154 WINDY HILL DR | AUGUSTA, GA 30906 |
| STRAIT GATE APOSTOLIC CHU | 3201 RICHMOND HILL RD | AUGUSTA, GA 30906-4713 |
| SULLIVAN DEBRIA C | 2428 EAGLE DR | AUGUSTA, GA 30906-3325 |
| SZAKACS  CHARLES | 220 GARDNERS MILL RD | AUGUSTA, GA 30907-3720 |
| TAB HOLDINGS LLC | P O BOX 3783 | AUGUSTA, GA 30914-3783 |
| TATE OLIVIA | 3265 LEXINGTON WAY | AUGUSTA, GA 30909 |
| TAYLOR RUTH F 33.33% INT | 3159 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| THOMAS CHARLES J JR | 2358 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| THOMAS LILLIAN N | 3025 EAGLE DR | AUGUSTA, GA 30906-8220 |
| THOMAS NICHOLAS AMADEO | 3405 LUCIE ST | AUGUSTA, GA 30906-4725 |
| THOMPSON ALBERT C | 3135 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| TIETSORT MATTHEW | 2344 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| TUCKER MARY J | 2702 BUTLER PL | AUGUSTA, GA 30909-3792 |
| TURNER DAVID F | 2275 OVERTON RD | AUGUSTA, GA 30904 |
| TURNER MORRIS L | 3408 LUCIE ST | AUGUSTA, GA 30906-4726 |
| TURNER ROSALYN WEBB | 2421 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| TURNER YUN OK | 2336 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| TUTT SAMUEL E | 2921 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| UTLEY MICHAEL G | 8 BELMONT CT | NORTH AUGUSTA, SC 29841-4436 |
| VALENTINE MELODY | 3011 EAGLE DR | AUGUSTA, GA 30906 |
| VARNADO REGGIE A | 2454 WINDSOR SPRING RD | AUGUSTA, GA 30906-4646 |
| VARNADO REGGIE A | 2571 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| VENTURA JESUS ANTONIO CALLES R | 2941 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| VERMONG LARYSSA A | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| VINER ANGELES | 2940 SHELBY DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| VINING DAVID WAYNE | 2413 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| W RODGER GILES INC | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| WALDRON CORNELIA MAE CLARKE | 2411 EAGLE DR | AUGUSTA, GA 30906-3355 |
| WALKER OSCAR | 2954 SHELBY DR | AUGUSTA, GA 30906-3367 |
| WALKER OSCAR H | 629 CLINTON WAY W | AUGUSTA, GA 30907-4410 |
| WALKER ROBERT E JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROBERT EDGAR JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROGER H | 2914 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WALTERS NELLIE | 2943 SHELBY DR | AUGUSTA, GA 30906-3369 |
| WALTON RONALD SR | 3403 RUTHERFORD CT | AUGUSTA, GA 30906-4748 |
| WASHINGTON CARL D | 3012 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| WATSON FRONTIS JACK JR | 3030 RICHMOND HILL RD | AUGUSTA, GA 30906-3388 |
| WATSON WANDA | 2410 PAR DR | AUGUSTA, GA 30906 |
| WEBB JOHN H | 2933 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| WEEKS THADEUS C | 2924 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| WEIGLE EDITH A | 3133 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| WELCH KERRY | 2326 SHILO ST | AUGUSTA, GA 30906-4732 |
| WESCOM JUDE J | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| WEST JENNIFER | 469 CALLOWAY ROAD EXT | EVANS, GA 30809-7022 |
| WEST WILMA MOLLEY (ROFS) | 11036 W WINDSOR DR | SUN CITY, AZ 85351-3339 |
| WHITAKER GLENN S | 101 RED EAGLE TRL | MACON, GA 31210 |
| WHITE IRA B JR | 2419 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WHITE-CLARK REGINA | 2338 SHILO ST | AUGUSTA, GA 30906-4732 |
| WHITEHEAD MARION G | 2418 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WIDGEON ROBERT T | 2563 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| WIETERS TODD D | 758 WINDING CREEK CT | EVANS, GA 30809-4843 |
| WIGGS RUBY D | 2926 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WILEY ANNIE S ROFS | 2404 EAGLE DR | AUGUSTA, GA 30906 |
| WILKERSON VIRGIL B | 2328 HARDING CT | AUGUSTA, GA 30906-3410 |
| WILKINS BEAURINE | 2514 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| WILLIAMS ANN W | 3174 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WILLIAMS JOHN L | 3029 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| WILLIAMS JOHNNIE JR | PO BOX 2051 | AUGUSTA, GA 30903-2051 |
| WILLIAMS LEROY JR | 2405 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WILLIAMS RAY | 2410 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| WILLIAMS ROSELYN | 2414 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WILLIAMS SYLVIA C | 2953 SHELBY DR | AUGUSTA, GA 30906-3370 |
| WILLIAMS TAKIEYA SHACOLA ROFS | 4302 BRANDON CT | MARTINEZ, GA 30907-4260 |
| WILLINGHAM ERIC | 2310 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| WILSON WILLIAM H | PO BOX 9621 | AUGUSTA, GA 30916-9621 |
| WINGROVE BARBARA ESTATE OF | PO BOX 212621 | MARTINEZ, GA 30917 |
| WOMACK JACK L | 3126 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| WOO TRUMAN T | 114 SPRINGLAKES DR | AUGUSTA, GA 30907-1608 |
| WREN JAMES EARL JR | 3172 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WRIGHT TERESA | 3130 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| YARBROUGH DONALD R | 2405 EAGLE DR | AUGUSTA, GA 30906-3324 |
| YOUNG FREDERICK L JR | 1805 JENKINS ST | AUGUSTA, GA 30904 |
| YOUNGBLOOD ANTON A | 3102 RICHMOND HILL RD | AUGUSTA, GA 30906 |

YOUNGBLOOD ANTON A                 3100 RICHMOND HILL RD      AUGUSTA, GA 30906-4741
ZIPS INTERPRISES III LLC           3008 HOLLINS DR            HEPHZIBAH, GA 30815-6177
Leonard Fletcher, Attorney         3529 Walton Way Ext.       Augusta GA 30909
Angela Pringle, RCBOE Superintende 864 Broad St.              Augusta GA 30901
Principal, BOE Magnet Technical Sch 3200 B Augusta Tech Dr.   Augusta GA 30906
President, Augusta Tech             3200 Augusta Tech Dr.      Augusta GA 30906
Shadowood Apts.                    2506 Lumpkin Rd.           Augusta GA 30906

# AFFIDAVIT OF PUBLICATION

ATTORNEY
OR AGENCY:

AUGUSTA PLANNING & DEVELOPMENT
535 TELFAIR STREET, SUITE 300
AUGUSTA, GA  30901

ACCOUNT NUMBER: 38926
AD NUMBER:      0003244993-01
PO NUMBER:

STATE OF GEORGIA

COUNTY OF RICHMOND

Personally appeared before me, **Tony Bernados**, to me known, who being sworn, deposes and says: That he/she is the authorized agent of GateHouse Media Georgia Holdings, Inc, doing business in said County under the trade name of **The Augusta Chronicle**, a newspaper in said County; That he/she is authorized to make affidavits of publication on behalf of said publisher company: **The Augusta Chronicle**; that said newspaper is of general circulation in said county and in the area adjacent thereto; that he/she has reviewed the regular editions of said newspapers published on:

12/26/2019, 12/19/2019

and finds that the following advertisement appeared in each of said editions, to-wit:

_____ (deponent)

Sworn to and subscribed before me

This ___3⁄4___ day of ___ccccc___ 2019

_____

Notary Public Richmond County, Georgia.



## NOTICE OF PUBLIC HEARING

A public hearing will be held by the Augusta Georgia Commission on January 6, 2020 in Room 260, the Augusta Commission Chambers, at 4:00 P.M. or after the close of the regularly-scheduled Planning Commission meeting regarding the following:

PUBLIC HEARING- A petition by The Hale Foundation Inc. requesting a public hearing to present information and solicit comments on their request to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.

00028

Robert Sherman, Director

# AFFIDAVIT OF PUBLICATION

| | |
|---|---|
| ATTORNEY OR AGENCY | AUGUSTA PLANNING & DEVELOPMENT<br>535 TELFAIR STREET, SUITE 300<br>AUGUSTA, GA  30901 |

## NOTICE OF PUBLIC HEARING

ACCOUNT NUMBER: 38926

AD NUMBER:        0003245813-01

PO NUMBER:

STATE OF GEORGIA

COUNTY OF RICHMOND

A public hearing will be held by the Augusta Georgia Commission on January 6, 2020 in Room 260, the Augusta Commission Chambers, at 4:00 P.M. or after the close of the regularly scheduled Planning Commission meeting regarding the following:

PUBLIC HEARING- A petition by The Hale Foundation Inc. requesting a public hearing to present information and solicit comments on their request to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 35-10 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0.

Personally appeared before me, **Tony Bernados**, to me known, who being sworn, deposes and says: That he/she is the authorized agent of GateHouse Media Georgia Holdings, Inc, doing business in said County under the trade name of **The Augusta Chronicle**, a newspaper in said County; That he/she is authorized to make affidavits of publication on behalf of said publisher company: **Richmond County Neighbors**; that said newspaper is of general circulation in said county and in the area adjacent thereto; that he/she has reviewed the regular editions of said newspapers published on:

12/26/2019

and finds that the following advertisement appeared in each of said editions, to-wit:

_____ (deponent)

Sworn to and subscribed before me

This _____3/st_____ day of _____December____, 2019

_____

Notary Public Richmond County, Georgia.

This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.

All persons interested in these petitions are requested to be present at the hearing. Please take notice that any opponent to an application for a rezoning action who has made campaign contributions aggregating $250.00 or more to a local government official within two years of the rezoning application must file a disclosure report with the governing authority at least five (5) calendar days before the hearing date listed above.

Exhibit B

00029

Robert Sherman, Director



00030



00031

18                                                                    HB 703/AP

House Bill 703 (AS PASSED HOUSE AND SENATE)

By: Representatives Hitchens of the 161ˢᵗ, Lott of the 122ⁿᵈ, Powell of the 32ⁿᵈ, Frazier of the
126ᵗʰ, and Welch of the 110ᵗʰ

A BILL TO BE ENTITLED
AN ACT

1   To amend Chapter 5 of Title 24 of the Official Code of Georgia Annotated, relating to
2   privileges, so as to provide for privileged communications between public safety officers and
3   peer counselors; to amend Chapter 2 of Title 35 of the Official Code of Georgia Annotated,
4   relating to the Department of Public Safety, so as to establish the Office of Public Safety
5   Officer Support within the Department of Public Safety; to provide for a director; to provide
6   for responsibilities of the office; to provide for office space, staff, supplies, and materials;
7   to provide for definitions; to provide for related matters; to provide for a contingent effective
8   date based on funding; to repeal conflicting laws; and for other purposes.

9                BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

10                                     SECTION 1.
11   Chapter 5 of Title 24 of the Official Code of Georgia Annotated, relating to privileges, is
12   amended by revising Code Section 24-5-510, relating to privileged communications between
13   law enforcement officers and peer counselors, as follows:
14   "24-5-510.
15   (a)  As used in this Code section, the term:
16       (1)  'Client' means a public safety officer law enforcement employee or a law
17   enforcement officer's immediate family.
18       (2)  'Immediate family' means the spouse, child, stepchild, parent, or stepparent.
19       (3)  'Peer counselor' means:
20       (A) An employee of the Office of Public Safety Officer Support within the Department
21   of Public Safety; or
22       (B) An individual who is certified by the support coordinator of the Office of Public
23   Safety Officer Support within the Department of Public Safety pursuant to subsection
24   (b) of Code Section 35-2-163 who is an employee of a public entity that employs public
25   safety officers and who is designated by the executive head of such public entity an
26   employee of a law enforcement agency who has received training to provide emotional

H. B. 703
- 1 -

18                                                                      HB 703/AP

27    ~~and moral support to a client and was designated by a sheriff, police chief, or other head~~

28    ~~of a law enforcement agency to counsel clients.~~

29    (3) 'Public entity' shall have the same meaning as provided for in Code Section 35-2-160.

30    (4) 'Public safety officer' means a peace officer, correctional officer, emergency health

31    worker firefighter, highway emergency response operator, jail officer, juvenile

32    correctional officer, probation officer, or emergency services dispatcher.

33    (b) Except as provided in subsection (c) of this Code section, communications between a

34    client and a peer counselor shall be privileged.  A peer counselor shall not disclose any

35    such communications made to him or her and shall not be competent or compellable to

36    testify with reference to any such communications in any court.

37    (c) The privilege created by subsection (b) of this Code section shall not apply when:

38      (1) The disclosure is authorized by the client, or if the client is deceased, by his or her

39      executor or administrator, and if an executor or administrator is not appointed, by the

40      client's next of kin;

41      (2) Compelled by court order;

42      (3) The peer counselor was an initial responding public safety officer, witness, or party

43      to an act that is the subject of the counseling;

44      (4) The communication was made when the peer counselor was not performing official

45      duties; or

46      (5) The client is charged with a crime.

47    (d) The privilege created by this Code section shall not be grounds to fail to comply with

48    mandatory reporting requirements as set forth in Code Section 19-7-5 or Chapter 5 of Title

49    30, the 'Disabled Adults and Elder Persons Protection Act.'"


50                                    **SECTION 2.**

51    Chapter 2 of Title 35 of the Official Code of Georgia Annotated, relating to the Department

52    of Public Safety, is amended by adding a new article to read as follows:


53                                    'ARTICLE 8


54    35-2-160

55    As used in this article, the term:

56      (1) 'Critical incident support services' means interventions designed to provide

57      compassionate or coping support in the event of involvement in being a witness to, or

58      being otherwise affected by a traumatic event, including, but not limited to, any series of

59      events that render a traumatic effect.

Exhibit B                                                              00033

18                                                                    HB 703/AP

60      (2) 'Peer counselor' shall have the same meaning as provided for in Code Section
61      24-5-510.
62      (3) 'Public entity' means any agency or department of this state or a political subdivision
63      or municipality of this state or an authority of this state.
64      (4) 'Public safety officer' means a peace officer, correctional officer, emergency health
65      worker firefighter highway emergency response operator jail officer juvenile
66      correctional officer, probation officer or emergency services dispatcher.
67      (5) 'Support coordinator' means the coordinator of the Office of Public Safety Officer
68      Support within the Department of Public Safety.

69      35-2-161.
70      There is established the Office of Public Safety Officer Support within the Department of
71      Public Safety.

72      35-2-162.
73      The support coordinator shall be appointed by and be under the direction of the
74      commissioner. The support coordinator shall be an individual with experience as a public
75      safety officer and who has received training and exhibited a demonstrated professional
76      ability to provide emotional and moral support to public safety officers. The support
77      coordinator may also otherwise serve as a public safety officer within the department. The
78      support coordinator is charged and empowered to carry out the responsibilities provided
79      for under this article.

80      35-2-163.
81      (a) The Office of Public Safety Officer Support within the Department of Public Safety
82      may respond to and provide peer counselors and critical incident support services to any
83      requesting public entities that employ public safety officers. The office may respond to and
84      provide peer counselors and critical incident support services for the benefit of public
85      safety officers experiencing post-traumatic stress disorder or other trauma associated with
86      public safety. The office shall develop a course of training in critical incident stress
87      management and in any other related subject matter for the benefit of public safety officers.
88      (b) The support coordinator shall certify individuals who shall be peer counselors, as
89      having received training and demonstrated ability to provide emotional and moral support
90      to public safety officers consistent with the purposes of this article.
91      (c) The support coordinator with approval of the commissioner, may employ or retain
92      persons as he or she deems necessary to serve as peer counselors and staff consistent with
93      the purposes of this article.

Exhibit B                                                        00034

18                                                      HB 703/AP

94    35-2-164

95    The commissioner is authorized to provide and designate for the use of the support

96    coordinator such space as shall be necessary to quarter the support coordinator and his or

97    her staff.   The support coordinator shall establish policies and procedures for the

98    implementation of this article and is authorized to employ and secure the necessary staff,

99    supplies, and materials to carry out this article, subject to the approval of the

100   commissioner."


101                                   SECTION 3.

102   (a)  This Act shall become effective only if funds are specifically appropriated for the

103   purposes of this Act in an appropriations Act enacted by the General Assembly.

104   (b)  If funds are so appropriated, then this Act shall become effective on the later of:

105        (1)  The date on which such appropriations Act becomes effective; or

106        (2)  The beginning date of the fiscal year for which such appropriations are made.


107                                   SECTION 4.

108   All laws and parts of laws in conflict with this Act are repealed.

Exhibit B                                              00035

# PUBLIC HEARING
## HALE HOUSE
## 3042 EAGLE DRIVE
### JANUARY 6, 2020

Please sign in under the petition you are here to discuss



| | Name | Address | Phone # | Email (Optional) |
|---|---|---|---|---|
| 1. | William MACUCH | 4 Heather Woods Ln | 30909 | |
| 2. | Patsy Scott | 2916 Gibson Q | | |
| 3. | Michael Thurman | 1913 Wright Boro Rd | | |
| 4. | Akira Deskins | 3615 Bull St | | |
| 5. | Michael Weston | 1790 Bryant St | | |
| 6. | Krishna Gregory | 3824 Hardonville Rd | 298 | |
| 7. | Jesse Boss | 3932 Mapleton Rd [private ln] | 30822 | |
| 8. | Nancy Browning | 203+ Glenn Hills Lane | 30909 | |
| 9. | David Burke | 80 Leslie cr | 30809 | |
| 10. | Glen Taylor | 559 Oak Chase Dr. | Mark AZ3001 | |
| 11. | Cindy Noble | 740 Tippec Court | 30907 | |
| 12. | Scaor Clemens | 2717 Joyce St 30904 | | |
| 13. | Kristen Taylor | 559 Oak Chase Pl | 30907 | |
| 14. | Clarence Kendrick | 3032 Eagle Dr Aug GA | | C|
| 15. | Joyce Kendrick | 3032 Eagle Dr Aug | | |

00036

Exhibit B



| # | Name | Address | Phone # | Email (Optional) |
|---|------|---------|---------|------------------|
| 1. | Neal Grills | 176 old Sudlow Ch Rd 28841 | | |
| 2. | Betty Surrency | 604 Cavanaugh Way Evans 30809 | | |
| 3. | Ed Perry | 2 Tall Pine | Aug 30909 | |
| 4. | Andrew Wright | 3054 Spiceword Dr | | |
| 5. | Bernice M. Bugan | 3026 EAGLEDR AUGUSTA GA 30906 | | |
| 6. | David Sylak | 1452 Greene ST Augusta GA 30901 | | |
| 7. | Nadine Collins | 3040 Eagle Drive | | |
| 8. | Linsey Thompson | 1006 Sherwood Augusta 30909 | | |
| 9. | Ricky Morrison | | | |
| 10. | Hattie R Hughes | 2406 Flax Dr | | |
| 11. | Franklin Williamson | 244 Eagle Drive | | |
| 12. | Sylvia DeLuca | 2924 Eagle Drive | | |
| 13. | Allison Rawls | 2010 Brandlee Dr Aug GA | | |
| 14. | Robert Leonard | 301 Wrightsboro Rd Augusta GA 30904 | | |
| 15. | Alice M. Shuford | 1325 Milledge Rd Augusta Ga 30904 | | |
| 16. | Matthew Moore | 1017 Olpender Dr Augusta Ga 30904 | | |
| 17. | Squeal Brazel | 2162 Eagle D Augusta 30906 | | |
| 18. | Richard Bishop | 4072 Eagle Dr Augusta 30906 | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |

00037

Exhibit B

| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. Walt Abbott | 2637 Raymond Ave 30904 | | |
| 2. Brandice Pierce | 3045 Hammond Pond Dr Aug GA | | |
| 3. Heather Munsok | 3095 Hammond ford (n) Rudisteg | | |
| 4. | 732 Center Ave | | |
| 5. Billy Treadwell | 2206 Jaye St | | |
| 6. Kelley Gliffson | 2405 Bircle D | | |
| 7. Jacqueline William | 2905 Birch D | | |
| 8. Roskelyn Williamson | 2414 Eagle Drive | | |
| 9. Bizhety Eldridge 3417 Eagle Drive | | | |
| 10. Vista Carter | 2404 Birdie Dr. | | |
| 11. ___ Faye | 2206 Eagle Dr | | |
| 12. Shera Lue | 3506 Greenway Dr Evans 30809 | | |
| 13. Beth Messick | 1877 Campbell Rd | | |
| 14. Sen. Ben Anderson Dist 24 | 1 Colonisville Rd Grovetown Ga Ft 30813 | | |
| 15. Erica Eldridge | 3002 Eagle Dr | | |
| 16. ___ Way | 2010 Joyce Gr | | |
| 17. Howard S Bult | 23 Cochran Rd Aguman GA 20905 | | |
| 18. Senator Harold Jones II 3014 Brad Hill Dr Royal GA 20910 | | | |
| 19. Maloney Valentine-Holloman 3011 Eagle Dr | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |

00038

Exhibit B



| Name | Address | Phone # | Email (Optional) |
|------|---------|---------|------------------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |

Exhibit B





HALE HOUSE
PUBLIC HEARING
1-6-2020



| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. Jason Prentz | 522 Selkirk Wz 30901 | | |
| 2. Cassandra Mitchell | 3118 Allman Dr. 30907 | | |
| 3. Lawrence Lloyd | ___ trale ct 30613 | | |
| 4. LINDA BOLT | 6025 Clark Way MT 3707 | | |
| 5. Andrea Mercer | 102 Biggs Av N. Aug SC 29841 | | |
| 6. Deborah Church | 3033 Hummingbird W 30906 | | |
| 7. Jacob Muthy | 400 Deighter Dr 30909 | | |
| 8. Brendan O'Conell | 2321 Cn Col Ave 30904 | | |
| 9. Brandhuy Bass | 210 Millhorne 30907 | | |
| 10. Mohit Rimberg | 1704 Azalea Dr 30103 | | |
| 11. Mike Avenon | 3220 Augusta Tech Dr. 30906 | | |
| 12. Kari Marti | 2303 Marvin Place, 30506 | | |
| 13. GERDA HAAS | 3020 EAGLE DR. 30906 | | |
| 14. Micheal Higlera | 2427 Eagle St. 30906 | | |
| 15. Paul M. (REW3 3011 Huminsbird Lane, 30906 | | | |
| 16. Lynn Yarbrough | 2405 Eagle Dr 570 471 2830 | | |
| 17. DENNIS Dimess | 3016 EAGLE DR. 30601 | | |
| 18. Moses Todd | 2115 ___ ___ 30306 | | |
| 19. James Yarbrough | 2405 Eagle Dr 570 473 3338 | | |
| 20. Arthur Waltkejo | 1926 Milledge Rd. Augusta GA 30904 | | |
| 21. Pamela C. Pope | 3068 Westwood Rd Augusta 30909 | | |
| 22. Rosanne Grimes | 2630 Chaucer Dr. August 3909 | | |
| 23. Kailynn Wright | 3054 Spicewood Dr. 30909 | | |

00041

Exhibit B

HALE HOUSE 1-6-2022
PUBLIC HEARING

| Name | Address | Phone # | Email (Optional) |
|---|---|---|---|
| 1. | | | |
| 2. Rosie Aquaha | 2405 Bethany Dr | | |
| 3. Mike white | 1033 mills rd | | |
| 4. Market Brown | 929 dattlebon st | | |
| 5. Cliff Richards | 408 walker st | | |
| 6. David Bullard | 1776 Lenoir Helse Rd Appling | | |
| 7. Jennifer Bullard | 1776 Louisa Helviv Rd Appling | | |
| 8. PATRICK KASEY | 2845 Joeur Saddle Trl Stapleton, GA | | |
| 9. Jerry Childers | 2010 pleasst Crek Dr Aguith GA | | |
| 10. Sandra Gulliman | 4858 White Hall Dr Evans GA 30809 | | |
| 11. Patrick Gulliman | 4858 Whitehall Dr Evans GA 30809 | | |
| 12. George Bird | 1300 Buena Vista Rd Guy GA 30969 | | |
| 13. Li J. Kaulutt | 205 Highland Ct Evans GA 30809 | | |
| 14. Nesbit Dasher | 2349 Williams St #107 Augusta GA 30904 | | |
| 15. Pat Johannisson | 2212 Morningside Dr Aug GA 30904 | | |
| 16. Bill Bennett | 2333 Kings Way Augusta 30904 | | |
| 17. Reina Sims | 2425 Puppers Jake 30904 | | |
| 18. Amanda Fulcher | 111 Four Lakes Dr Easley SC 29642 | | |
| 19. Joseph von Tobesia Gryllin | 3623 Hummingbird Ln Augusta Ga 30906 | | |
| 20. Jeremy Leaf | 2201 Alana Loop N Augusta SC 29860 | | |
| 21. Nicou Guliman | 8434 mile highway Augusta 30906 | | |
| 22. Brenda Gulliman | 1221 Weignsboro Rd Augusta 30906 | | |
| 23. Hope Simpson | 3800 Joyce St Augusta | | |

00042

Exhibit B



| Name | Address | Phone # | Email (Optional) |
|------|---------|---------|------------------|
| 1. | | | |
| 2. CHARLES LITLEY | 3417 Sutton Pl | | |
| 3. Christopher Mckee | 3151 leaflet Way | | |
| 4. Charles Gunn | 2415 Eagle Dr | | |
| 5. Phyllis Gunn | 2415 Eagle DR | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |

Exhibit B

# Green Meadows Neighborhood Association

3030 Eagle Drive

Augusta, GA  30906


January 6, 2020


Augusta Department of Planning and Development

535 Telfair Street, Suite 300

Augusta, GA  30901


Dear Planning Commissioners,

Attached you will find copies of a Petition signed by a significant majority of the Homeowners and Residents of Green Meadows Estates.  We want to make it clear that we VEHEMENTLY oppose the granting of a Zoning Exception that would allow the Hale Foundation to open a Drug/Alcohol Treatment Center at 3042 Eagle Drive (formerly the Convent of St. Helena).

OUR POSITION HAS NOT CHANGED.  A residential treatment center is NOT an appropriate use for this property!

At a Public Hearing before this body on July 23, 2015 we presented evidence that a request by Westcare to open a similar facility for treating youth suffering from drug and alcohol addiction would have a detrimental affect on our neighborhood.  Westcare subsequently withdrew their request for the exception.

On July 10, 2017 there was a Public Hearing for responses to a request for a Zoning Exception by the Monks of Mt. Tabor to use this property for a Monastery.  Though we did have representatives from the neighborhood at that hearing, we registered no opposition to the granting of the exception.  We felt that this was an appropriate use of the property.  It is our understanding that the property was then purchased by a benefactor and gifted to the Hale Foundation.

There was a Public Hearing on August 6, 2018 in response to the Hale Foundation's initial request to open a residential treatment center to treat drug and alcohol addiction.  We presented evidence related to our primary concerns of safety and security (including the close proximity of the 6th – 12th grade Magnet school), problems associated with new construction, and property values.

We appeared before you again on March 4, 2019 to reiterate our areas of primary concern and present additional observations / evidence on those topics.

On March 19, 2019 we appeared before Augusta Commissioners and were relieved to learn that the Planning Commission had recommended to the Commissioners that they not grant the exception.  After both sides had an opportunity to voice their positions, a vote to grant the exception failed to pass.

That brings us to today. The Hale Foundation's new exception request is to open a Drug / Alcohol Treatment Center for First Responders. They have also expanded the scope of their treatment to include PTSD, Depression, Suicide and other Mental Health problems. The OCCUPATION of the proposed patients at this facility makes NO difference!

The key issue in this matter is whether a residential treatment center is an appropriate use for this property and whether that use would be in harmony with current land use in the area. The answer to that is an emphatic NO!

For the record, to a person, the residents of this neighborhood support the fine work that the Hale Foundation has done for so many years in Augusta. We value the positive impact they've had on so many lives. We also enthusiastically support our first responders! There are first responders that LIVE IN OUR NEIGHBORHOOD! Some of us also have relatives that are first responders.

We do not deny the need for such a facility. However, the residents of this neighborhood are STILL UNITED in our opposition to the granting of THIS exception. The facility would be better suited to a medical or light industrial area....not across the fence from the homes in a subdivision or across the road from a school that 6th graders attend!

We implore you to vote as you did before. To recommend to the Commissioners that this exception NOT be granted.


Respectfully yours,


George Hatcher                Deborah Bunch                Roberta Hatcher            Bernice Bogans

President                     Vice President               Secretary                  Treasurer

Exhibit B                                                                                         00045

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Barbara Pittle | 3045 Hummingbird ln | Barbara Pittle |
| 2. Deborah Bunch | 3033 Hummingbird LN | Deborah Bunch |
| 3. Paul MacDowl | 3014 Hummingbird Ln | Paul MacDowl |
| 4. Vanessa Kuntle | 3007 Hummingbird lane | Vanessa Kuntle |
| 5. Krystal Vimble | 3007 Hummingbird blvd lane | K Vimble |
| 6. Jennette McCane | 3007 Hummingbird LN | Jennette McCane |
| 7. Paul Craws | " " " | Paul Craws |
| 8. Jerry Justine | 3007 Hummingbird Ln | |
| 9. Rhonda Sistare | " " " | |
| 10. Michael Sistare | " " " | |
| 11. Hal Gallon | 3023 Hummingbird Ln Augusta | Hal Gaul |
| 12. Teresa Gallon | " " " " " | Teresa G |
| 13. Denise Harmon | 3029 Hummingbird ln | Denise Harmon |
| 14. ~Ethel L. Jones~ Harold V. Jones | 3031 Hummingbird lane | Harold L Jones |
| 15. Robert Bunch | 3033 Hummingbird Lan | R B Bu |
| 16. McNeil Butler | 3035 Hum... | |
| 17. Frank K Garca | 3026 Hummingbird line | Frank K Garca |
| 18. | | |

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Letej Williams | 2405, Birdie Dr Augusta, GA 30906-3622 | Leroy William |
| 2. Brittney Jones | 2409 Birdie Drive Augusta Ga 30904 | Britn Jn |
| 3. Robert Sacks | 2413 Birdie Drive Augusta GA 30906 | |
| 4. Alton Rowe | 2414 Birdie Dr. | Alton Rowe |
| 5. Robert Biener | 2400 Birdie Dr. | Robert King |
| 6. Mitch Dinkins | 3021 Richmond Hill Rd | |
| 7. Sylvia Dinkins | 3021 Richmond Hill Rd | |
| 8. Jack Watson | 3030 Richmond Hill Rd. | Jack Watson |
| 9. Cathy Ashley | 2403 Birdie Dr, Aug, Ga 30906 | Cathy Ashley |
| 10. | 2404 Birdie Dr 30906 | |
| 11. Ryolla M Farlin | 2411 Birdie Dr. 30906 | R M Farlin |
| 12. | 2417 Birdie Dr 30906 | |
| 13. Clifford Goldie | 2418 Birdie Drive | |
| 14. Cecelyn Turner | 2431 Birdie Dr 30906 | |
| 15. AM | 2435 Birdie DR | |
| 16. Jessica Daniel | 3000 Hummingbird Lane | |
| 17. Sheila Myers | 2416 Birdie Dr | |
| Doris Harris | 2423 Birdie Dr | Doris Harris |

Exhibit B

00047
12/27/19

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Jeannine Kirk | 3008 Eagle Drive 30906 | |
| 2. Harry Kirk | | Harry Kirk |
| 3. Juliette Kirk | | |
| 4. Southin kirk | | Juliette Kirk |
| 5. Kenny / Sam Davis | 3003 Eagle Dr | |
| 6. Kyte, Frenncic | 3002 EAGLE DR. | |
| 7. LANE JOHN | 2403 " " | |
| 8. Annie wiley | 2404 Eagle Dr | Annie Wiley |
| 9. DAurel Bussey | 2407 EAGle DR | |
| 10. MARIA BUSSEY | 2407 Eagle Drive | Maria Bussey |
| 11. Candice Stewart | 2408 Eagle Drive | Candice Stewart |
| 12. Mildred Giddons | 2427 Engle Dr, | M Giddon |
| 13. Debra Dullen | 2428 Eagle Dr. | Debra Dullen |
| 14. Anthony Thurons | 2428 Eagle Dr | |
| 15. Morgan Kennard | 2428 Eagle Dr " " | |
| 16. Dlos T. Duncan | 2424 Eagle Dr. 30906 | Dolores Duncan |
| 17. David E Duncan | 2424 Eagle Drive " | David E Duncan |
| 18. Dawn W. Duncan | 2424 Eagle Drive 30906 | Duncan Dawn |

Exhibit B

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Wanda Watson | 2410 PAR DRIVE | Wanda J. Watson |
| 2. Lawanda Mix | 2411 Par Drive | Lawanda Mix |
| 3. Flick Crockette | 2409 Par Dr | Fleurel Crockette |
| 4. James Jones | 2404 Par Drive | |
| 5. Rebecca Potter | 2404 Par Dr 30906 | RP |
| 6. Martha Ashmer | 3016 Eagle Dr. 30906 | mas |
| 7. Lionel Jackson | 3014 Eagle Dr. 30906 | Lionel Jackson |
| 8. Darleen Wolf | 3012 Eagle Dr 30906 | DARleeN Wolf |
| 9. Seena E Simpson | 3008 Engle Dr 30906. 3926 | Seena E Simpson |
| 10. April McCoy | 3005 Eagle DR. 30906 | April McCoy |
| 11. Thomas McCoy | 3005 Eagle DR. 30906 | Thomas McCoy |
| 12. Embra Eldridge | 3007 Eagle Dr 30906 | Embra Eldridge |
| 13. Cheryl Eldridge | 3007 Eagle Dr 30906 | Cheryl Eldridge |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |

## Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| | PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|---|
| 1. | GEORGE HATCHER | 3030 Eagle Dr. Augusta 30906 | George D Hatch |
| 2. | Clarence Kendrick | 3023 Eagle Drive | Clarence Kendrick |
| 3. | Clifford and Dorothy Norris | 3032 Eagle Drive Augusta GA 30906 | DC Norris |
| 4. | Andi James | 3034 Eagle D. Augusta GA | Cindy J |
| 5. | Peter Higgs | 3038 Eagle Dr Augusta GA | Peter Higgs |
| 6. | James Thomas | 3025 Eagle DR Augusta GA | James Thomas |
| 7. | ALEX WALKER | 3028 Eagle dr Augusta, GA | Alex Walker |
| 8. | BERNICE M. BOGAN | 3026 EAGLE DR. Augusta GA 30906 | Bernice M Bogan |
| 9. | Elliot Hannah | 3015 Eagle Dr. Augusta Ga. 30906 | Elliot Hannah |
| 10. | FLORENCE BRAU | 3013 EAGLE DR | Florence Brau |
| 11. | Rico Lawson | 3014 Eagle Dr Augusta ga. 3090. | Rico Lawson |
| 12. | GERDA HAAS | 3020 EAGLE DR. | Gerda Haas |
| 13. | William Collins | 3040 Eagle Dr | William Collins |
| 14. | Starlett Caner | 3011 Eagle Drive. | Starlett Caner |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Sherrall Kellam | 2421 Eagle Dr. Augusta, GA 30906 | Sherrall Kellam |
| 2. | 2419 Eagle Dr. | R.10 Lloyd |
| 3. Phyllis Gunn | 2415 Eagle DR | P Gunn |
| 4. Jeni Lloyd | 2419 Eagle Dr | |
| 5. Kelorick Gardner | 2419 Eagled Dr | |
| 6. Rosa Jone | 2419 Eagle Dr Augusta | Rosa Jone |
| 7. Franklin Williamson | 2414 Eagle Drive | Franl Will |
| 8. Roselyn Williamson | 2414 Eagle Drive | Roselyn Will |
| 9. Ira Louis | 2425 Eagle Dr. | James Brown |
| 10. Charles Gunn | 2415 EAGLE DR | Charles Gun |
| 11. JAMES HENDERSON | 2401 EAGLE DR. | James Henderson |
| 12. SANDRA HENDERSON | 2401 EAGLE DR | Sandra Henderson |
| 13. Roberta Hatcher | 3030 Eagle Drive Augusta GA 30906 | Roberta Hatcher |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |

Exhibit B

00051
12/27/19

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. LANA JANE YARBROUGH | 2405 Eagle Dr 30906 | Lana J Yarbrough |
| 2. SANDRA HENDERSON | 2401 EAGLE DR 30906 | Sandra Henderson |
| 3. Annie Wiley | 2404 Eagle Dr 30906 | Annie Wiley |
| 4. Daniel Bossey | 2409 Eagle Dr 30906 | |
| 5. ELLIS steel | 2422 Birdie Dr 30906 | Ell steel |
| 6. SANDY Dinwiddie | 2420 Birdie Dr. 30906 | Sandra Dinwiddie |
| 7. Teresa Williams | 2410 Birdie Drive 30906 | Teresa Williams |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |

Exhibit B

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| | PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|---|
| 1. | Russell W. Cole | 3027 Hummingbird Lane 30806 | Russell W. C. |
| 2. | Vanessa Tyler | 3015 Hummingbird Lane | Vanessa Tyler |
| 3. | Terika Brown-Hamilton | 3013 Hummingbird Ln | |
| 4. | Paul Crews | 3011 Hummingbird Ln | P Crews |
| 5. | Lillie Womack | 3009 Hummingbrid LN | Lillie Womack |
| 6. | Garnetta Jones | 3004 Hummingbird LN. | Garnetta Jones |
| 7. | Roger Kimble | 3007 Hummingbird LN | Roger Kimble |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |

00053
12/27/19

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Diane Rhinehart | 2406 Eagle Drive 30906 | *[signature]* |
| 2. Joe Ann Jones | 3001 Eagle Dr. 30906 | Joe Ann Jones |
| 3. C. Don Yarbrough | 2405 Eagle Dr 30906 | *[signature]* |
| 4. Claytor Herrington | 3001 Eagle Dr 30906 | *[signature]* |
| 5. Kite Garather | 318 Eagle Dr 30906 | *[signature]* |
| 6. T Hunter | Eagle Dr 30906 | T Hunter |
| 7. Leonard E Fryer | 3601 Eagle Ln 30906 | *[signature]* |
| 8. Cheryl Hodge | 3037 Eagle Dr 30906 | *[signature]* |
| 9. | | |

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. Caroline Roselli | 2416 Eagle dr  Augusta Ga 30906 | *[signature]* |
| 2. Diane Rhinehart | 2406 Eagle dr  Augusta Ga 30906 | Diane Rhinehart |
| 3. | | |
| 4. | | |
| 6. | | |
| 7. | Exhibit B | 00054 |

# Green Meadows Neighborhood Subdivision of Augusta Richmond County, GA Petition

We, the undersigned property Owners/ Residents of Green Meadows Subdivision in Augusta Richmond County Georgia, are STRONGLY opposed to the granting of a "Special Exception" that would allow for establishment of a Medical Substance Abuse Treatment Facility for First Responders at 3042 Eagle Drive in our neighborhood. We hereby petition Planning and Zoning and the Richmond County Commissions to deny any and all requests to rezone 3042 Eagle Drive that would allow operation of such a contrary business in Green Meadows.

| PRINT NAME | ADDRESS AND ZIP CODE | SIGNATURE |
|---|---|---|
| 1. PAUL M. CREWS | 3011 Humningbird Ln | _(signature)_ |
| 2. WILLIA H. WILSON | 3024 Hummingbird LN | William H. Wils |
| 3. ERIC R DIAZ | 2409 PAR DR | _(signature)_ |
| 4. Kesha Brooks | 2405 Par Dr. | _(signature)_ |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |

00055
12/27/19

**Lois Schmidt**

| | |
|---|---|
| **From:** | Robert H. Sherman |
| **Sent:** | Thursday, January 2, 2020 11:53 AM |
| **To:** | Lois Schmidt |
| **Subject:** | FW: question |

fyi

**From:** Mary Burgess <MBurgess@augustaga.gov>
**Sent:** Monday, December 23, 2019 10:32 AM
**To:** Robert H. Sherman <rsherman@augustaga.gov>
**Subject:** Re: question

Agreed, we would have to develop conditions that allow this as an Entrance not a Right of Way.

**From:** Robert H. Sherman <rsherman@augustaga.gov>
**Sent:** Monday, December 23, 2019 8:52 AM
**To:** Mary Burgess <MBurgess@augustaga.gov>
**Subject:** FW: question

FYI

**From:** Hameed Malik <HMalik@augustaga.gov>
**Sent:** Monday, December 23, 2019 8:50 AM
**To:** Robert H. Sherman <rsherman@augustaga.gov>
**Subject:** RE: question

Rob – sorry for late response.

**Current access is from Eagle Dr. and needs to keep that way. Engineering preference will be not allow access from Augusta Tech Dr. Augusta Tech Drive is a service road; not a public road. It will create problem in future since this is 20.65 acres tract and there will be attempt to subdivide it in future.**

Thanks

Hameed

Hameed Malik, Ph.D., P.E.
*Director Engineering*
Augusta Engineering Department
452 Walker St., Suite 110, Augusta, Georgia 30901
(706)796-5040 Phone / (706)796-5045 Fax
Email: HMalik@augustaga.gov

**From:** Robert H. Sherman <rsherman@augustaga.gov>
**Sent:** Tuesday, December 17, 2019 8:58 AM
**To:** Hameed Malik <HMalik@augustaga.gov>
**Subject:** question

1
Exhibit B

00056

Hameed; we have a zoning application hearing coming up in January. The property is 3042 Eagle Drive. The attached drawing shows how the property is proposed to be accessed. Do you think this proposed access can work?

Thanks,
Rob



3

Exhibit B

00058

*Augusta*

GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

ROBERT SHERMAN

PLANNING AND DEVELOPMENT DIRECTOR
535 Telfair Street - Suite 300
Augusta, Georgia 30901
Phone (706) 312-5162 · Fax (706) 821-1806
Email: rsherman@augustaga.gov   Website: www.augustaga.gov

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

**Lois Schmidt**

| | |
|---|---|
| **From:** | Robert H. Sherman |
| **Sent:** | Tuesday, January 14, 2020 3:02 PM |
| **To:** | Jim Trotter; Mary Burgess |
| **Cc:** | Lois Schmidt |
| **Subject:** | RE: [EXTERNAL] Re: The Hale Foundation, Inc. - 3042 Eagle Drive |

Got it,
thanks

**From:** Jim Trotter <jim@trotterjones.com>
**Sent:** Tuesday, January 14, 2020 10:29 AM
**To:** Mary Burgess <MBurgess@augustaga.gov>; Robert H. Sherman <rsherman@augustaga.gov>
**Subject:** [EXTERNAL] Re: The Hale Foundation, Inc. - 3042 Eagle Drive

Mary and Rob - I wanted to give you a heads up that The Hale Foundation is going to have one individual living at the property on 3042 Eagle Drive. He is a Richmond County officer and will be living there for security purposes for the next several months. I believe that the current zoning allows this - but I just wanted you to be aware in case you got any phone calls from neighbors believing that the treatment facility was open.

James B. Trotter

TROTTER
JONES LLP
ATTORNEYS AT LAW

3527 Walton Way Ext.
Augusta, Georgia 30909
tel (706) 737-3138
fax (706) 738-3973
www.trotterjones.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**

**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using the contact information found from the independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

On Wed, Jan 8, 2020 at 6:05 PM Jim Trotter <jim@trotterjones.com> wrote:

Mary and Rob - can you please send me any and all of the various staff reports for the Hale Foundation's efforts to get a special exception for 3042 Eagle Drive?


James B. Trotter

TROTTER
JONES LLP
ATTORNEYS AT LAW

3527 Walton Way Ext.
Augusta, Georgia 30909
tel (706) 737-3138
fax (706) 738-3973
www.trotterjones.com


**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**

**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using the contact information found from the independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**


[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1



Office copy

Check #10636 was returned on 12-5-19

To Cliff Richards.

Signature of Acceptee [signature]

Signature of Staff [signature: Schmitt]

1065

HALE FOUNDATION, INC.
402 WALKER STREET
AUGUSTA, GA 30901-6446
706-722-3060

SOUTH STATE BANK
67-098/532

11/26/2019

PAY TO THE
ORDER OF    Richmond County Planning and Development

$ **1,250.00

One Thousand Two Hundred Fifty and 00/100**************************************    DOLLARS

Richmond County Planning and Development
535 Telfair St.
Augusta, GA. 30901

MEMO    Zoning Application for Eagle Drive Property

AUTHORIZED SIGNATURE

⑈01063⑈6⑈⑆ ⑆:053 2009831: 050101454 5⑈

## PLANNING & DEVELOPMENT DEPARTMENT

| | | | |
|---|---|---|---|
| ROBERT H. SHERMAN, III | BUILDING PERMITS | (706)312-5050 | FAX (706)312-4277 |
| DIRECTOR | BUSINESS LICENSE | (706)312-5053 | FAX (706)312-5037 |
| 1803 Marvin Griffin Rd. | ALCOHOL LICENSE | (706)312-5038 | FAX (706)821-4253 |
| P.O. Box 9270 | CODE | (706)312-5049 | FAX (706)821-4253 |
| Augusta, GA 30906 | ENFORCEMENT | | |

www.augustaga.gov

RECEIPT OF PAYMENT

**Receipt Number:**   2019212521
**Receipt Date:**   12/05/2019
**Date Paid:**   12/05/2019
**Full Amount:**   $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 10640 |

**Amount Tendered:**   $800.00
**Change / Overage:**   $0.00
**Contact:**   HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ41-SE-2 All Other Special Exceptions | MS20190001477 | $800.00 | $800.00 |

Exhibit B                                                      00064

**PUBLIC HEARING MINUTES**

A public hearing for the purpose of soliciting comment on the following application will be heard by the Augusta Georgia Planning Commission on Monday, January 6, 2020 in Room 260, the Augusta Commission Chambers, at 4:00 P.M. or the close of the regular Planning Commission Hearing.

> PUBLIC HEARING- A petition by The Hale Foundation Inc. requesting a public hearing to present information and solicit comments on their request to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 35-9.1 of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0. **This public hearing may be followed by a zoning hearing that shall be conducted not less than 6 months and not more than 9 months from the date of this public hearing.**

Planning Commission Chairman Mr. O'Neal called the meeting to order at 4:00 P.M.

Director Sherman read the above caption to the assembly.

Chairman Mr. O'Neal asked for record keeping for the following information:

| | |
|---|---|
| Who in the audience supports this request | 81 citizens present |
| Those who live in Richmond County | 40 citizens present |
| Those who live in Green Meadows Sub. | 0 citizens present |
| | |
| Those in the audience who object to this request | 39 citizens present |
| Those who live in Green Meadows Sub. | 28 citizens present |

Georgia State Representative Jodi Lott, Evans, Georgia explained this is a 20 plus acre property that contains a 13,000 sq. ft. facility that will accommodate 30 beds. This is not the same request as came before the City last year. This is a new idea for the same property.

Rep. Ms. Lott explained she is in conversation with the Georgia State Property Commission to utilize the state owned property that serves the easternmost side of Augusta Technical College to access the subject property. This will require Legislative action and the hope is to accomplish this during the upcoming session.

Rep. Ms. Lott explained this is a groundbreaking program and there is a great need for it. Only First Responders will be served and this will the first such program in the nation. Rep. Ms. Lott explained better mental health support is needed for our First Responders. She, along with State Representative Ms. Gloria Frazier, has been inspired to work with the Office of Public Safety for Officer Support to sponsor HB-703. This bill supports assistance to our First Responders regarding PTSD, mental health counseling, etc. First Responders are made up of Police, Fire, EMTs and

Dispatchers. In-patient counseling and treatment is needed and to date there is nothing designed directly for them. Currently they often must go out of the state enable to avoid possibly entering treatment with those they have arrested or met under difficult circumstances. They are also often afraid they will lose their jobs if their need for help/treatment becomes known. The Hale House Foundation and its supporters are ready to give their assistance as an expression of their gratitude for the First Responders service to their communities. The stars have aligned to allow Augusta to be the first in the nation to provide this service.

Rep. Ms. Lott asked that everyone give it thoughtful, considerate and compassionate review.

Mr. Patrick Cullinan, 4858 Whitehall Drive, Evans, Georgia, stated he is a 1988 graduate of Butler High School and in 1989 became an EMT for University Hospital. He then joined the Richmond County Fire Department and is now with the Sheriff Department. He is proud to say his family is a third generation family to serve. He has 30 years of service and has seen horrific sights. Things that tortured him but he was scared to share. Instead he "turned to alcohol and had a close personal relationship with Jack Daniels." He knew this was leading him down the wrong path.

Mr. Cullinan stated suicide is 2 to 3 times greater for service people. He attempted suicide in 2003 and for the grace of God and a weak belt was unsuccessful. He continued to struggle until seeking help. All leaders in his community and departments helped him and he entered treatment. He has been sober since 2003. He explained his passion is to pay it forward. Currently first responders must leave the state for treatment. This property could save many lives. He speaks publicly about this issue around the country and people from as far away as Las Vegas have said they will use this facility.

Mr. David Bullard, 1779 Lonergan Hulme Road, Appling, Georgia stated he is President of the Georgia State Fire Fighters Association. He speaks not only for local firefighters but for over 1 million firefighters. Public service can be simple or risky and can take its toll. The stigma of going to treatment with those you may have arrested or assisted is hard and keeps many from seeking help. This country has an opioid problem among other substance abuses. He is proud to see our local area become the pinnacle in this arena.

He believes in 3 tenants for life – Courage, Obligation and Diligence and he asked that these be considerations when considering this request.

Ms. Jennifer Bullard, 1779 Lonergan Hulme Road, Appling, Georgia stated she has be a Columbia County Fire Dispatcher, EMT and Fire Fighter. There are multiple struggles in service but each person feels and lives each crisis. First Responders live in fear of asking for help. Afraid they will lose their jobs. Especially if their addiction has caused them to break the very laws they uphold. But their additions affects their families as well as themselves. First Responders need help so they can continue to help and serve.

Mr. Howard Bush, 462 Telfair Street, Augusta stated he owns several properties in Green Meadows Subdivision on Hummingbird Lane. There is nothing in the State Code that limits the facility to First Responders. This request will not limit the type of patients housed there. You cannot rezone a property specifically for this. No Georgia or local code is that specific, so anyone

could be admitted. It is not fair to use this statement as it makes the objectors look like we object to helping First Responders. That is not the case. They just don't want the use in their neighborhood.

Mr. Bush stated that we have talked before about the fact that when Hale House bought this property they knew it wasn't properly zoned. He has been a closing attorney for many years and always suggests a use clause that if property is not zoned at the time of the purchase agreement and cannot be rezoned there is no sale. The Hale House can't claim they should be able to use the property as they want when they bought it knowing it wasn't zoned correctly.

Georgia State Senator Harold Jones, 3014 Breeze Hill Drive, Augusta stated he grew up in Green Meadows Subdivision. People have kept the character of their neighborhood. Last year this voting body sided with Green Meadows in this request. It is trickery in saying they have changed the application.

Senator Mr. Jones explained that he signed off on HB-703 but the language was limited. The bill was limited to include among other things allowing felons to vote. First Responders were added on the State Senate floor not the House floor. "…to provide for privileged communications between public safety offices and peer counselors…" He referred to line 30-32 of the bill for a definition of public safety officers which includes "…peace officer, correctional officer, emergency health worker, firefighter, highway emergency response operator, jail officer, juvenile correctional officer, probation officers or emergency service dispatcher..." The bill created an Office of Public Safety and Support and allowed for a coordinator to respond and provide for peer counseling and intervention. This was in place for years but we included First Responders in this version. How we got from that to a National program he wasn't sure.

Senator Mr. Jones stated no State Senator would go against a neighborhood who so wholeheartedly is against such a use. HB-703 had nothing to do with any in-house facility or National program that will go against a neighborhood's objections. The house bill says office space shall be provided for a support coordinator and staff. An office to provide peer counseling. It also says only if specific funds are appropriated. It should not be used to go against the wishes of the residents.

Senator Jones stated that he still feels the main issue is do we change the character of a neighborhood and defeat local control?

Ms. Deborah Bunch, 3033 Hummingbird Lane, Augusta stated she lives closest to the subject property. She received chemotherapy this morning and is still here this afternoon because this issue is so important. She is fighting for her life and my neighborhood at the same time. Many neighbors are 40 year or more residents. Homes are paid for and are their security for the future. She has shared each time this has come up the research on property value decline and the records of such facilities and their impact on surrounding areas. She will not do that again today but asked what has changed except that the new program will expand on their prior request. Now they want to treat PTSD, depression, suicide and other mental illnesses along with addiction to drugs and/or alcohol. The jobs and backgrounds of the patients is irrelevant. What is relevant is the impact to this neighborhood.

Ms. Bunch said she and her neighbors applaud Hale House and support our First Responders. She herself has a family member in service. No one denies the need for help. But they are united in not wanting it in our peaceful neighborhood. There are more suitable areas.

Ms. Bunch stated she submitted a petition with 114 signatures of occupied residents and a total of 116 signatures of adult residents. The neighborhood has been against this use for four and half years now. First it was for juvenile addicts. We have asked for a denial each time it has come up and ask that again.

Mr. Jim Trotter, 3527 Walton Way Ext., Augusta, attorney for Hale House Foundation, asked to rebut a few comments. He stated they are requesting and will agree to a use restriction placed on the zoning action which is allowable under State and local zoning codes. This is often done by both the Planning Commission and Augusta Commission. The use is intended for First Responders only and will be restricted as such if approved.

Rep. Ms. Lott stated the legislation Senator Jones brought up is not directly related to this request. HB-703 is peer related but supports local control. The bill was the first step. This facility can be the second.

Chairman Mr. O'Neal closed the floor for comments and explained that this petition can return not less than six months and not more than nine months for zoning action.

<center>PUBLIC HEARING ADJOURNED</center>

Z.20-38

SPECIAL EXCEPTION

# ~~RE~~ZONING

# APPLICATION

*Augusta*

GEORGIA

## Department of Planning and Development

Planning Division

535 Telfair Street, Suite 300

Augusta, GA.  30901

706.821.1796

## Only Completed Applications will be accepted

Revised 02.2017

SPECIAL EXCEPTION

## Augusta
GEORGIA

## ~~Rezoning~~ Application

An application to amend the official Zoning Map of Augusta, GA.

**Application Date:** _____

| Applicant Information | Owner Information |
|---|---|
| Name: THE HALE FOUNDATION INC. | Name: SAME |
| Address: 402 WALKER ST. | Address: |
| City: AUGUSTA | City: |
| State: GA   Zip: 30909 | State:   Zip: |
| Phone: 706.722.3060 | Phone: |

Contact Person: JAMES B. TROTTER     Phone: 706.737.3138

Contact's e-mail: jim@trotterjones.com

I hereby request a Rezoning for the purpose of: Drug/Alcohol Treatment of First Responders

I hereby request a Variance for: _____

Applicant is the:  ☑ Owner  ☐ Petitioner  ☐ Contractor  ☐ Purchaser  ☐ Other

Property Address: 3042 EAGLE DRIVE

Present zoning Z-17-21-SP          Requested Zoning SPECIAL EXCEPTION 26-1

Map/Parcel #: 109-0-001-8-0

Proposed Development: Drug/Alcohol Treatment for First Responders

I certify that I am the legal owner of the property for which this application is being made and that I have identified all individuals and business entities having an ownership interest in the real property in question on the space below.

Owner's Signature: _____     Date: 11·27·19

Petitioner's Signature: _____     Date: 11·27·19

Subscribed and affirmed before me in the county of RICHMOND , State of Georgia,

this 27 day of NOV , 20 19 .

(Notary's official signature) _____

8·28·21
(Commission Expiration)

*JAMES B. TROTTER*
*NOTARY*
*My Commission Expires*
*August 28, 2021*
*PUBLIC*
*RICHMOND COUNTY, GA*

Revised 02.2017

*Augusta*
GEORGIA                  **Standards Governing the Exercise of the Zoning Power**

The following standards are used by staff to determine whether a proposed rezoning will:

a)   Will permit a use that is suitable in view of the use and development of adjacent and nearby property;

b)   Adversely affect the existing use or usability of adjacent or nearby property;

c)   Will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools;

d)   Be in conformity with the policy and intent of the Comprehensive Land Use Plan;

e)   Are there other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

**In order to make an application to the Planning Commission you must submit the following: Completed application including all supporting documentation listed in this packet. A pre-application meeting is required preceding submission of this application or the application will be deemed incomplete – call 706-821-1796**

1.   The following fees made payable to Augusta Planning and Development Department as of March 24, 2014

| | | |
|---|---|---|
| a) | Rezoning A (Agriculture) and R-1 (One-family Residential) Zones | $800.00 |
| b) | All other Zones for applications under 10 acres | $1000.00 |
| c) | All other Zones for applications over 10 acres | $1,250.00 |
| d) | Special Exceptions | $800.00 |
| e) | Subdivision Variance | $500.00 |
| f) | Parking Variance | $300.00 |

2.   If you are not the property owner, you must attach a signed statement of consent from the property owner.

3.   The Planning Commission meets on the first Monday of each month at 3:00 p.m. unless otherwise advertised due to a holiday. The calendar dates for said meetings are included in this application packet.

4.   The Planning Commission is a recommending body and their decision is forwarded to the Augusta Commission for a final decision. The Augusta Commission meets on the third Tuesday of each month at 2:00 p.m. unless otherwise advertised.

**The undersigned below is authorized to make this application. Section 35-8 states if the zoning decision of a local government is for the rezoning of property and the amendment to the Zoning Ordinance to accomplish the rezoning is defeated by the local government, then the same property may not again be considered for rezoning until the expiration of at least six (6) months immediately following the defeat of the rezoning by the local government pursuant to O.C.G.A. 36-66-4-(c) (2012).**

_____                    11·27·19
Signature of Applicant                          Date

CLIFF RICHARDS, EXECUTIVE DIRECTOR
Print Name and Title

Revised 02.2017

Exhibit B                                        00071

*Augusta*
GEORGIA

## Disclosure of Campaign Contributions

Have you, within the two years immediately preceding the filing of this application, made campaign contributions aggregating $250.00 or more to a local government official who will consider this application.

☐ Yes     ☑ No

Applicant's Name: _____

| Name and Official position of Government official | Contributions made (if in all which aggregate to $250 or more) | Date Contribution was Made: (in the last two years) |
|---|---|---|
|  |  |  |
|  |  |  |

If necessary, attach additional sheets to disclose or describe all contributions.

## Rezoning and Special Exception Checklist

The following is a checklist of information required for submission of a Rezoning application. The Planning and Development Department on behalf of the Planning Commission reserves the right to reject any incomplete applications.

☑ **Pre-Application Meeting**

☑ Application Form

☑ Deed (Legal Description)

☑ Recorded Plat or Recorded Boundary Survey

☑ (4) Four Site Plans or concept plans 24" x 36" drawn to scale
  Requests involving a single family lot must provide an 11" x 17" scale plan
  Note: Additional site plan requirements may be deemed necessary

☑ Letter of Intent (explanation of proposed use)

☑ Conflict of Interest Certification/ Campaign Contributions

☑ Application Fee--payable to Augusta Planning and Development Department

☐ Photographs

☐ Building Compliance Inspection (if needed)

☐ Located within local Historic Preservation District (Summerville, Downtown or Olde Town)

Additional Exhibits that may be required (as necessary):

☐ Traffic Study

☐ Review Form for Development of Regional Impact

Signature of Staff Member accepting application: _____

Revised 02.2017

Exhibit B                                                                                    00072

*Augusta*
GEORGIA

**If an applicant is submitting a request as (petitioner) and not owner to WITHDRAW an application it is necessary to have agreement/signature of the property owner to WITHDRAW, the application.**

_____ **Withdraw Application**               _____ **Postpone Application**

**Reason:**

_____

_____

_____

**Signature of Applicant:** _____ **Date:** _____

**Signature of Property Owner:** _____ **Date:** _____

Augusta Municipal Building, Room 260
535 Telfair Street • Augusta, GA
Meeting Time: 3:pm
Pre-meeting begins at 2:00p.

Revised 02.2017



**TROTTER JONES LLP**
ATTORNEYS AT LAW

Willia  A. Trotter, III
James B. Trotter
David C. Jones
James S. V. Weston

June 18, 2020

Ms. Mary Elizabeth Burgess
Development Services Manager
Augusta Richmond County
Planning and Development Department
535 Telfair Street, Suite 300
Augusta, Georgia 30901
*Via Hand-Delivery*



RE:   Letter of Intent for Special Exception for a Drug and Alcohol Treatment Facility for First Responders; 3042 Eagle Drive, Tax Map & Parcel Nos.: 109-0-001-00-0 (the "Property")

Dear Mary:

I have enclosed a copy of the Petition filed with the Planning and Development Department in November of 2019. As you know, this Petition was first heard by the Planning Commission on January 6, 2020, pursuant to Section 35-9.1 of the Augusta-Richmond County Comprehensive Zoning Ordinance. Six months have now passed, and the Petitioner respectfully requests that this item be placed on the Planning Commission's August 3, 2020 agenda, for ultimate consideration by the Augusta Commission on August 18, 2020.

Please let me know if you or the other members of the staff have any questions regarding this Special Exception Petition, or if you need any additional information.

Sincerely,

James B. Trotter

Enclosure – Special Exception Petition

3527 Walton Way Ext.
Augusta, Georgia 30909
p.(706)737-3138  f.(706)738-3973
www.trotterjones.com

Exhibit B

00074

A.  Whether a proposed rezoning will permit a use that is suitable in a view of the use and development of adjacent and nearby property:

   1.  While the property is behind a residential subdivision, it is located in an area with many mixed uses, including retail. The proposed use will be isolated from all other uses and fully secured.

B.  Whether a proposed rezoning will adversely affect the existing use or usability of adjacent or nearby property:

   The proposed use will not adversely affect adjacent properties because it is isolated, not visible from the adjacent properties, and will be fully secured. It will not adversely affect the existing residential neighborhood.

C.  Whether the property to be affected by a proposed rezoning has reasonably economic use as currently zoned:

   No, it does not. Its use is limited to religious or residential purposes, and it has remained unoccupied for several years now.

D.  Whether the proposed rezoning will result in a use which will or could cause an excessive or burdensome use of existing streets, transportation facilities, utilities, or schools:

   The proposed use will not burden the utility system or school system. The proposed use will only involve vehicles for 20-22 employees and will not burden the streets.

E.  Whether the proposed rezoning is in conformity with the policy and intent of the land Comprehensive Land Use Plan:

   Yes. The current facility on the property existed prior to the 2008 Plan. It is located in a suburban development area, where other similar institutions are located.

F.  Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the proposed rezoning:

   There are no existing or changing conditions affecting the use of the property. It is already fully developed, but has sat vacant for several years now. The area already has a number of mixed uses nearby.



**29 Years of Service**
**1990-2019**
## LETTER OF INTENT

**PROPOSED PROPERTY FOR REZONING:** 3042 Eagle Drive, Augusta, GA. 30906 (formally the St. Helena's Episcopal Convent)

**PROPERTY DESCRIPTION:**

- The St. Helena Convent property consist of 20.65 acres with a 13,000 sq. ft facility that is ideally designed to fit our needs with; adequate office space, rooms for group meetings, commercial kitchen and dormitory area to support approximately 30 patients.
- Eagle Drive entrance will be permanently closed. Existing gate will be removed and fencing will be installed along the property line.
- No major construction will be needed to start operations.
- No plans to add additional structures at this time.
- Our staff will consist of approximately 20-22 employees: Medical Director, Director, Clinical Director, 4 Certified Substance Abuse Counselor, 2 RN's, Intake Coordinator, Residential Technicians, Maintenance Supervisor, Ground Maintenance, etc.

**PLANNED USE OF PROPERTY:**

- To open an 30-45 Day Medical Substance Abuse Treatment Center exclusively for First Responders (Law enforcement officers, firefighters, paramedics, and other first responders )
- ONLY patients referred from the following State and Professional Agencies will be accepted: Governor's Office of Public Support (Public Safety Division), State Law Enforcement Abuse Programs (LEAP), Multi-state Law Enforcement Assist Programs throughout the southeast, Southeastern States Police Benevolent Association ( 11 State organization) and Fraternal Order of Police.
- Patients will be admitted to treat a variety of issues directly related to their respective professions i.e., PTSD, Substance Abuse, Anxiety, Depression, Suicide and other Co-Occurring Disorders.
- Due to the different treatment protocols, patients will not be allowed off of the property and will be strictly supervised and monitored by our medical staff, RN's and Residential Technicians at all times.

**Program Details: 3 Components of Treatment Protocol.** Inpatient Detox, Post Detox Treatment and After Care Program:

**Inpatient Detox Services 5-10 Days:** All patients will be placed in the detox section if needed with they arrive. This will be a time when the medical team will monitor their progress daily for the first 5-10 days for the detoxification program.

**Post Detox Treatment 25-35 Days:** Patients will move into the dormitory section of the facility. All male patients will remain in the main building and all female patients will be placed in the detached dormitory adjacent to the main building. During the remainder of the next 25-35 days, all patients will meet with Counselors throughout the day for group meetings and one on one sessions and 12 Step Meeting.

**After Care Program- Long Term Residential Program:**
After Care Coordinators will meet with each Substance Abuse Counselor to discuss an after care plan best suited for each patient. If the Counselors feel a patient needs long term residential program, they will be referred to The Hale Foundation's long term residential program, located at 402 Walker Street, Augusta, GA. 30901, for a 12 month program.

Exhibit B

00077

GSCCCA.org - Image Index

RECORD BOOK 1602 Ps 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,

Exhibit B

00079

6/17/2018

GSCCCA.org - Image Index

RECORD BOOK 1602 Pa 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,



Exhibit B

00080

RECORD BOOK 1602 Pg 1002
Hattie Holmes Sullivan
Clerk of Superior Court
Augusta Richmond County,



EXHIBIT "B"

Exhibit B

00081

6/17/2018

GSCCCA.org - Image Index

2017045580                                         W/J **1602**   Pg **998**
Transfer Tax $550.00                               Filed and Recorded
Recording Fee: $18.00                              10/27/2017 **9:17:16** AM
                                                   Hattie Holmes Sullivan
                                                   Clerk of Superior Court
                                                   Augusta Richmond County

Andrew J. Kilpatrick, II, P.C.
205 Pitcairn Way
Augusta, Georgia 30909
17-1143AK

## WARRANTY DEED

STATE OF GEORGIA          )
                          )
COUNTY OF Richmond        )

THIS INDENTURE, made this 26th day of October, 2017, between THE ORDER OF ST.

HELENA (INC.), a non-profit corporation organized and existing under the laws of Kentucky, as

Party of the First Part, and THE HALE FOUNDATION, INC., a Georgia non-profit corporation

organized and existing under the laws of Georgia, as Party of the Second Part,

WITNESSETH:  that said Party of the First Part, for and in consideration of the sum of

Ten ($10.00) Dollars and other valuable considerations, in hand paid at and before the sealing and

delivery of these presents, receipt whereof is hereby acknowledged, has granted, bargained, sold

and conveyed and by these presents does grant, bargain, sell and convey unto the said Party of the

Second Part, is successors and assigns, the following described real property, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

TO HAVE AND TO HOLD the said bargained premises, together with all and singular

the rights, members and appurtenances thereof, to the same being, belonging or anywise

appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, it

successors and assigns, forever, in FEE SIMPLE.

Exhibit B                                                                    00082

GSCCCA.org - Image Index

RECORD BOOK 1602 Pg 999

AND the said Party of the First Part, for its successors and assigns, will warrant and forever defend the right and title to the above described property unto the said Party of the Second Part, its successors and assigns, against the lawful claims of all persons and parties whomsoever.

IN WITNESS WHEREOF, the said Party of the First Part has caused these presents to be executed and its seal affixed by its duly authorized official, the day and year first above written.

THE ORDER OF ST. HELENA (INC.)

by: _____
LOIS M. MILLER, As its: CEO
and Authorized Official

Signed, sealed and delivered in
the presence of:

_____
Unofficial Witness

_____
Notary Public

Exhibit B

00083

8/17/2018

GSCCCA.org - Image Index

RECORD BOOK **1602** Pg **1000**

EXHIBIT 'A'

TRACT ONE: All that lot or parcel of land, with all improvements thereon, situate, lying and being in The 123rd D.G.M. of Augusta-Richmond County, Georgia, a short distance west of Richmond Hill Road, about seven miles from the courthouse, containing eleven and one-half acres, more or less, and being an irregularly shaped parcel of land identified by the legend "11.5 Acres" on a plat made by J.N. Hawes, C.E., dated 16 August 1934, and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Book 13 G, page 31; and being the same property the entire title to which was conveyed by Hal R. Powell and H. Gould Barrett to the party of the first part by deed dated October 4, 1946 and recorded in said Clerk's office in Realty Book 15 Y, page 164; reference being made to said deed and plat for a more particular description of the interest in the property herein conveyed. ALSO, full rights, together with the owners of other property as shown on the above described plat of J.N. Hawes, C.E., of ingress and egress from the tract hereinabove described to and from the Richmond Hill Road over a twenty foot road shown on said plat. Said road extends in a straight in a line westerly direction along the boundary line between lots four (4) and five (5) of said plat and the southern boundary line between lots nine (9), ten (10), eleven (11) and twelve (12) of said plat with the northern boundary line of the unplatted southwestern portion of said tract to the western limit of said tract, whence it turns at right angles along the westernmost boundary of said lot twelve (12) of said plat in a northerly direction to its northernmost boundary.

TRACT TWO: ALSO, all that tract or parcel of land, with all improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, containing 9.90 acres and being more particularly delineated on a certain plat prepared by Baldwin & Cranston Associates, Inc., dated December 2, 1983, recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Realty Reel 177, page 1443-1444, which plat be specific reference thereto is incorporated herein for a more complete and accurate description of said property and its location.

LESS AND EXCEPTING ROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in the 89th G.M.D. (formerly the 123rd G.M.D.), being known and designated as 0.54 acre, known as 3038 Eagle Drive, as shown on a plat prepared by George L. Godman and Associates, Georgia Registered Land Surveyor No. 1977, dated July 30, 2003 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia, in Plat Cabinet C, Slide 66, Plat C, and also recorded in said Clerk's Office in Book 880, page 1631. Said property is subject to an easement in the nature of a right-of-way for ingress and egress over and across the strip of land 30 feet in width extending across the Northeastern portion of the lot herein described as shown on the aforementioned plat, reference being made to a Deed of Gift from the Order of St. Helena to St. Alban's Episcopal Church, Inc., recorded in said Clerk's Office in Realty Book 31-N, pages 529-531, for a more particular description of the easement.

FURTHER LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, with improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, being shown and designated on a plat prepared by Cranston & Associates, dated January 11, 1967 and recorded in the Office of the Clerk of the Superior Court of Richmond County, Georgia in Realty Book 34-A, page 555. Reference is hereby made to said plat for a more complete and accurate description of said property and its location.

Exhibit B

00084

GSCCCA.org - Image Index

RECORD BOOK **1602** Pg **1001**

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: An easement in the nature of a right-of-way for ingress and egress over and across a strip of land 30 feet in width extending across the northern portion of property conveyed by the Order of St. Helena to St. Alban's Episcopal Church, Inc., which property lies immediately west of the property hereinabove described and Eagle Drive; ALSO, an easement in the nature of a right-of-way for the purpose of ingress and egress over and across a strip of land 20 feet in width extending across the dead end of the said Eagle Drive for the same purposes above stated, both of said easements being shown on a plat recorded in said Clerk's Office in Realty Book 31-N, page 531, which plat is incorporated herein by reference for a more complete and accurate description of said easements and their locations.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, lying adjacent to the Northeast portion of the property first above described on plat recorded in said Clerk's Office in Realty Book 34-A, page 555; the Northwesterly boundary of this lot being 27.00 feet in length and the Southwesterly boundary of this lot being 35.45 feet in length; the Northeasterly boundary is an extension in a Southeasterly direction of the boundary separating the property shown on the said plat in 34-A, page 555 and property of Green Meadows' Estate to its intersection with an extension in a Northeasterly direction to the boundary line separating the property shown on the said plat in Realty Book 34-A, page 555 and the property now or formerly of Diamond, such extension constituting the Southeasterly boundary line of the lot described herein.

ALSO, LESS AND EXCEPTING FROM THE ABOVE DESCRIBED TRACTS ONE AND TWO: All that lot or parcel of land, situate, lying and being in Augusta-Richmond County, Georgia, containing 0.17 acre and being shown on a plat prepared by Billy B. Beazley, dated March 6, 1973, recorded in said Clerk's Office in Realty Reel 52, page 2009, which plat is incorporated herein by reference.

The above described properties are more particularly show on a compiled plat prepared for The Order of St. Helena dated June 17, 2010, a copy of which is on file in the office of Cranston Engineering Group, P.C., located at 452 Ellis Street, Augusta, Georgia 30901, and a copy of which is attached hereto as Exhibit "B".

M&P for the above described properties: 109-0-001-00-0

ALSO, INCLUDED IN THIS CONVEYANCE ARE: All those lots or parcels of land, with any buildings or improvements thereon, situate, lying and being in Augusta-Richmond County, Georgia, in a certain subdivision known as Green Meadows Section V, being known and designated as Lots 6 and 7, Block "F", as shown on a certain plat thereof recorded in said Clerk's Office in Realty Book 36-D, pages 425-426. Said plat and the reference are incorporated herein for a more complete and accurate description of sai properties.

M&P: 109-3-035-00-0 & 109-3-036-00-0

The above described properties are conveyed subject to all of the various easements, rights-of-way, covenants, conditions, restriction and reservations of record.

Exhibit B

00085



The Order of St. Helena

http://search.gsccca.org/Imaging/HTML5Viewer.aspx?id=70791528&key1=1602&key2=998&county=121&countyname=RICHMOND&userid=4665788...   5/5

Exhibit B

00086



Exhibit B

00087

*Augusta*

G E O R G I A

**PLANNING & DEVELOPMENT DEPARTMENT**

535 Telfair Street ● Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

August 4, 2020

The Hale Foundation
402 Walker St.
Augusta GA 30601

To Whom It May Concern:

At its meeting on Monday, August 3, 2020 the Augusta Georgia Planning Commission considered the following:

> Z-20-38 – A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 26-1-g of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0.

It was the decision of the Commission to approve this petition with the following condition:

1. The Special Exception for this property is for an alcohol, drug and post-traumatic stress disorder treatment facility for first responders only. If the clientele or treatment program changes, the applicant/owner must apply for a new Special Exception.

2. Final approval of this project is contingent on obtaining an easement, in writing, from the State of Georgia to provide driveway access to the property from Augusta Tech Drive. All egress and ingress to this property is to be through this driveway.

3. A privacy fence consisting of solid wood board six feet in height shall be installed along the east boundary line of the property at Augusta Tech Drive to head south +/- 1,772 feet to Eagle Drive, continue across Eagle Drive and follow the southern property boundary along 3038 Eagle Drive, 3040 Eagle Drive and 2900 Green Meadows Drive. Access from Eagle Drive is for emergencies only. A 50 foot vegetative buffer shall be installed along the fence line except where emergency access is provided.

4. Any expansion, additions or alterations to the property must comply with all development standards and regulations set forth by the City of Augusta, GA and must receive site plan approval prior to any changes.

This decision will now be forwarded to the Augusta Commission for a final decision. The Augusta Commission will meet on **Tuesday, August 18, 2020 at 2:00 P.M.** in a virtual format unless otherwise advertised.

Please contact the Clerk of Commission (706-821-1823) or our office (706-821-1796) for a final determination of the meeting type and location and how you are required to join the meeting.

It is in your best interest to attend this meeting.

Sincerely,

Robert Sherman
Director

*Augusta*
G E O R G I A

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

July 24, 2020

The Hale Foundation
402 Walker St.
Augusta GA 30601

To Whom It May Concern:

### CERTIFIED LETTER

The Augusta, Georgia Planning Commission will hold a public hearing on **MONDAY, AUGUST 3, 2020 at 3:00 P.M.** with the Commissioners present in a virtual format. **We ask that all petitioners be present** in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia (please contact the office for complete details and instructions - 706-821-1796) to consider the following petition:

> Z-20-38 – A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 26-1-g of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0.

**In order for the Planning Commission to consider your petition, it is necessary that you or your representative be present at the hearing. Social distancing will be observed and masks are required.**

Sincerely,

Robert Sherman
Director

RS/ls

**PLEASE NOTE:** All visitors to the Municipal Building are required to use the **535 Telfair Street** entrance and to pass through security before entering the building. Parking is also at a premium so please allow extra time to park and pass through security.

*Augusta*
G E O R G I A

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

July 24, 2020

Property Owner/Resident

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a hearing on **Monday, August 3 at 3:00 P.M.** in a **virtual meeting format** with some limited in-person space in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia (please contact the office for complete details - 706-821-1796) to consider the following petition:

> Z-20-38 – A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 26-1-g of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0.

Please enter the link below to view the meeting:

https://augustaga-gov.zoom.us/j/97036002014

In the ongoing effort to provide Covid19 protection in-person attendance is limited and social distancing and masks will be required.  We request that any group(s) that wish to have an in-person presence co-ordinate and choose one or two speakers to represent your position in this matter. Petitions, videos, other presentations must be submitted to the Planning & Development Dept. office no later than 11 am on Monday, August 3, 2020.

If you have any questions please contact the Planning and Development Dept. at 706-821-1796.

Sincerely,


Robert Sherman
Director

Exhibit B

00091

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

August 24, 2020

Property Owner/Resident

To Whom It May Concern:

The Augusta, Georgia Planning Commission will hold a hearing on **Monday, August 3 at 3:00 P.M.** in a **virtual meeting format** with some limited in-person space in the Commission Chambers (Room 260) on the 2nd floor of the Augusta Municipal building, 535 Telfair Street, Augusta, Georgia (please contact the office for complete details - 706-821-1796) to consider the following petition:

Z-20-38 – A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 26-1-g of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0.

Please enter the link below to view the meeting:

https://augustaga-gov.zoom.us/j/97036002014

In the ongoing effort to provide Covid19 protection in-person attendance is limited and social distancing and masks will be required. We request that any group(s) that wish to have an in-person presence co-ordinate and choose one or two speakers to represent your position in this matter. Petitions, videos, other presentations must be submitted to the Planning & Development Dept. office no later than 11 am on Monday, August 3, 2020.

If you have any questions please contact the Planning and Development Dept. at 706-821-1796.

Sincerely,


Robert Sherman
Director

Exhibit B

00092

| Owner Name | Owner's Address | Owner's Address |
|---|---|---|
| A & C HOME INVESTMENTS INC | 440 EIGHTH ST | AUGUSTA, GA 30901-2249 |
| AHMED MOHAMED MAGED | 511 CEDAR ROCK DR | AUGUSTA, GA 30907-4984 |
| AKESON PHILIP | 2931 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| ALEXANDER DAVID ALLEN | 1164 PINEY GROVE RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALL PRO GUTTERS & SCREENROOMS | 2565 WHEELESS RD | AUGUSTA, GA 30906 |
| ALLEN EARNESTINE | 2015 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| ALLEN ELROY L | 3002 BURGESS ST | AUGUSTA, GA 30909-0660 |
| ALLEN RUTH ADELAIDE NORT | 2013 NOTTINGHAM DR | AUGUSTA, GA 30906-4729 |
| ALREAD GRADY W | 2921 SHELBY DR | AUGUSTA, GA 30906-3369 |
| ALZHEIMER STEPHEN J | 2346 RUBY DR | AUGUSTA, GA 30906-3089 |
| AMERICAN LEGION POST 178 | PO BOX 5402 | AUGUSTA, GA 30916-5402 |
| ANDERSON BETTI L | 2303 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| ANDERSON GLORIA J | 2016 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| ANOINTED REALTY INC | PO BOX 6702 | AUGUSTA, GA 30916-6702 |
| ANTLEY LINDY L | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ANTLEY PROPERTIES LLC | 1249 OAKRIDGE PLANTATION R | HEPHZIBAH, GA 30815 |
| ARNETT KAREN B | 4545 OLD WAYNESBORO RD | HEPHZIBAH, GA 30815-4349 |
| ASHLEY CATHERINE B | 2403 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| AUGUSTA TECHNICAL INSTITU | 3116 DEANS BRIDGE RD | AUGUSTA, GA 30906-3375 |
| AUGUSTA/CSRA HABITAT FOR HUM | 1002 WALTON WAY | AUGUSTA, GA 30901-2843 |
| AVERY JAMES E | 2023 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| B&D ASSETS LLC | 3957 HAMMONDS FERRY RD | EVANS, GA 30809-4097 |
| BALDERSON RAYMOND | 2960 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BEAZLEY CHARLES H | 603 SUNSET DR | WAYNESBORO, GA 30830 |
| BECK JOSEPH P | 2923 SHELBY DR | AUGUSTA, GA 30906-3369 |
| BEDICHEK SUZANNE B | 2417 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| BELSER ANDREW SR | 2953 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| BENNETT PATRICIA H | 2403 PAR DR | AUGUSTA, GA 30906-3332 |
| BENNETT SOFIE AKA | 3623 BARBADOS DR | AUGUSTA, GA 30909-2601 |
| BENTLEY SUSAN B | 2301 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| BERRY DIANE W | 3402 NOTTING DR | AUGUSTA, GA 30906-4745 |
| BLACK RICHARD A | 2408 EAGLE DR | AUGUSTA, GA 30906-3325 |
| BODDIFORD MCQUE | 1498 CAPTOLA RD | SYLVANIA, GA 30467-8120 |
| BOGAN BERNICE M | 3026 EAGLE DR | AUGUSTA, GA 30906-3326 |
| BOWDRE B OTIS | 3403 LUCIE ST | AUGUSTA, GA 30906-4725 |
| BOWMAN JOHNELL | 1406 SPRINGVIEW DR | AUGUSTA, GA 30909-2809 |
| BRADLEY FLORENCE W | 3013 EAGLE DR | AUGUSTA, GA 30906-3328 |
| BROOKS WILLIAM S III | PO BOX 2172 | AUGUSTA, GA 30903-2172 |
| BROTHERSVILLE DEVELOPMENT | PO BOX 6805 | AUGUSTA, GA 30916-6805 |
| BROWN CLINTON O | 1349 ANIWAKA AVE SW | ATLANTA, GA 30311 |
| BROWN ERIC FRANKLIN | 2360 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| BROWN GEORGE F | 102 SHELBY CT | AUGUSTA, GA 30906-3336 |
| BROWN MYNETTE B (ROFS) | 2975 SHELBY DR | AUGUSTA, GA 30906 |
| BROWN ROBIN E | 3013 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BUNCH JESSE L | 3033 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| BURCH LAVERNE R | 2927 WHISTLER LN | AUGUSTA, GA 30906-3339 |

| | | |
|---|---|---|
| BURNS LENNIE M | 2974 SHELBY DR | AUGUSTA, GA 30906-3367 |
| BURNS MEMORIAL CHURCH | 2372 LUMPKIN RD | AUGUSTA, GA 30906-5372 |
| BURROUGHS JACQUELINE | 2926 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901-2463 |
| BUSH HOWARD S | 462 TELFAIR ST | AUGUSTA, GA 30901 |
| BUSSEY MARIA | 2407 EAGLE DR | AUGUSTA, GA 30906-3324 |
| C S R A ELECTRICAL JOINT | 1248 REYNOLDS ST | AUGUSTA, GA 30901-1102 |
| C'DEBACA GEORGE JACOB | 2031 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| CAHOON LORNA | 109 SHELBY CT | AUGUSTA, GA 30906-3335 |
| CAIN COREY N | 2412 EAGLE DR | AUGUSTA, GA 30906 |
| CALLAWAY LAND CO | 5307 FAIRFIELD W | DUNWOODY, GA 30338-3227 |
| CARRIER MARY A | 3702 AVENUE Q | GALVESTON, TX 77550-7439 |
| CARTER DELBERT H | 2422 EAGLE DR | AUGUSTA, GA 30906 |
| CARTER NADINE L | 2313 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| CARTER VICTOR RONALD | 2404 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| CASTLE JUDY RICHARDS | 517 CAMBRIDGE RD | AUGUSTA, GA 30909-0333 |
| CENTRAL BAPTIST CHURCH | PO BOX 9772 | AUGUSTA, GA 30916-9772 |
| CGM PROPERTIES LLC | 1767 WASHINGTON RD | THOMSON, GA 30824-7206 |
| CHAMBLISS RUBY | 3229 HAMPTON CIR | AUGUSTA, GA 30906 |
| CHAPPELL TOMMY RAY SR | 103 COLONIAL RD | MARTINEZ, GA 30907-9387 |
| CHASTAIN RAMON D | 3147 FLOYD DR | AUGUSTA, GA 30906 |
| CHESANI SANDRA KAYE PERRY | 2918 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| CHG HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| CLIFTON NANCY ELLEN | 2424 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| COBBS RICKY N | 714 ERIKA LN | GROVETOWN, GA 30813-8304 |
| COE DEMETRIA C | 1071 HWY 88 | BLYTHE, GA 30805 |
| COGLE WILLIAM S | 3404 NOTTING DR | AUGUSTA, GA 30906-4745 |
| COLE ALICE B (ROFS) | 3007 EAGLE DR | AUGUSTA, GA 30906-3356 |
| COLE RUSSELL WALKER | 3027 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| COLLINS WILLIAM G | 3040 EAGLE DR | AUGUSTA, GA 30906-3326 |
| COLSON ALBERTA | 165 COMMUNITY HOUSE RD | SOUTHBURY, CT 06488-2311 |
| CONCORD HILL INVESTMENTS | PO BOX 40099 | AUGUSTA, GA 30909 |
| CONREX RESIDENTIAL PROPERTY GR | 3 CORDES ST | CHARLESTON, SC 29401-2116 |
| COOK DENNIS LEE | 2430 EAGLE DR | AUGUSTA, GA 30906-3325 |
| CORL CASSIE H | 2915 HAMILTON DR | AUGUSTA, GA 30906-2347 |
| CORLEY MIRIAM A | 2332 HARDING RD | AUGUSTA, GA 30906-3457 |
| COVINGTON JESSICA B | 105 SHELBY CT | AUGUSTA, GA 30906-3335 |
| COWART GREGORY PHILLIP | 4821 FULCHER RD | HEPHZIBAH, GA 30815-4005 |
| CREWS JEANETTE C ROFS | 3011 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| CRICK PAUL O JR | 995 WINDMILL LN | EVANS, GA 30809-6649 |
| CROCKETT FLOYD A ROFS | 2409 PAR DR | AUGUSTA, GA 30906-3332 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CROPPER JOHN M | 1402 ASHWOOD DR | EVANS, GA 30809-5006 |
| CUMMINGS RAYMOND | 3153 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| CURRY RENITA C | 2319 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| DANIEL MARK A | 3006 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| DARNELL DAVID J | 3019 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |

| | | |
|---|---|---|
| DAVIS ORAL K | 3003 EAGLE DR | AUGUSTA, GA 30906 |
| DENSMORE FRANK | 2456 NORTON DR | AUGUSTA, GA 30906-5364 |
| DEVEAUX ENOCH J | 3017 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DILL CHARLENE | 3145 FLOYD DR | AUGUSTA, GA 30906-3454 |
| DINKINS MITCHEL W | 3021 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| DIXON SHARI A | 2022 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| DLP ENTERPRISES LLC | 607 RONALD REAGAN DR UNIT | EVANS, GA 30809-7736 |
| DOMAN ERIKA W | 2990 SHELBY DR | AUGUSTA, GA 30906-3367 |
| DUFFIE KENNETH MICHAEL | 4820 LONG LN | EVANS, GA 30809-5832 |
| DUKE PATRICIA WILDER | 3034 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| DUNBAR HATTIE HAMILTON | 2332 SHILO ST | AUGUSTA, GA 30906-4732 |
| DUNBAR LARRY M ROFS | 3212 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| DUNCAN DELORES T | 2424 EAGLE DR | AUGUSTA, GA 30906-3325 |
| DUNN ARTHUR JR | 2308 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| EASTON VALERIE T | 2337 LORY CT | AUGUSTA, GA 30906-4744 |
| EL MATRERO LLC | 2944 SHELBY DR | AUGUSTA, GA 30906 |
| ELAM HATTIE | 3204 LEEDS CT | AUGUSTA, GA 30906-4724 |
| ELLIOTT SONS FUNERAL HOME | 1929 ALLEN PKWY | HOUSTON, TX 77019-2506 |
| ENGLISH JAMES B | 2027 NOTTINGHAM DR | AUGUSTA, GA 30906-4772 |
| EQUITY TRUST CO CUSTODIAN FBO | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| ERONDU KENNETH | 1414 AYLESBURY DR | EVANS, GA 30809-8215 |
| ESPIRITU RANDALL E ROFS | 1523 JOY RD | HARLEM, GA 30814-4117 |
| FAKHOURI GRACE S | 5074 WHEELER LAKE RD | AUGUSTA, GA 30909-5774 |
| FARLEY NAKIA P | P O BOX 1521 | WAYNESBORO, GA 30830-2521 |
| FARLEY RANSOM LEE JR | 2915 HUMMINGBIRD LN | AUGUSTA, GA 30906-3329 |
| FENNELL WILLIAM | 3025 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| FERGUSON MAXINE | 3445 STONELEIGH WALK | LITHONIA, GA 30038-3298 |
| FERRIS ALFREIDA B | PO BOX 6752 | AUGUSTA, GA 30916-6752 |
| FERRON JOSEPH R (ROFS) | 2211 WINDSOR SPRING RD | AUGUSTA, GA 30906-4735 |
| FISHER PRIMROSE | 3005 BRANSFORD RD | AUGUSTA, GA 30909 |
| FISHMON JAMES A SR | 2721 WILLIS FOREMAN RD | HEPHZIBAH, GA 30815 |
| FITCH WAYNE O | 2334 SHILO ST | AUGUSTA, GA 30906-4732 |
| FLEMING LIONS CLUB INC | 3704 INVERNESS WAY | AUGUSTA, GA 30907-9543 |
| FLORENCE BRYAN DANIEL | 108 SHELBY CT | AUGUSTA, GA 30906 |
| FOGLE HERMAN J | 2302 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| FOLSOM WALTER L | 889 SW F P FOLSOM SR RD | MAYO, FL 32066-3931 |
| FORTUNE HERMAN L | 2316 RUTHERFORD AVE | AUGUSTA, GA 30906-4750 |
| FOSTER CIANAN | 1157 OAKTON TRL | EVANS, GA 30809-5224 |
| FOUR G HOLDINGS LLC | 4115 COLUMBIA RD STE 5-285 | MARTINEZ, GA 30907 |
| FOWLER MUHENI FKA | 2331 SHILO ST | AUGUSTA, GA 30906-4731 |
| FRANCISCO ROWENA | 16 BRADLEY LN | BRIDGEWATER, NJ 08807-2645 |
| FREEMAN PATRICIA A | 2338 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| FRYER LIZZIE M | 3006 EAGLE DR | AUGUSTA, GA 30906-3326 |
| FURSE JERRY | 2540 SANDRA DR | AUGUSTA, GA 30906-2883 |
| GABI REALTY LLC | 310 BUSSEY AVE | THOMSON, GA 30824 |
| GADSON PAMALA | 3874 OLD WAYNESBORO RD | AUGUSTA, GA 30906 |
| GARNER GARY W | 2333 NORTON DR | AUGUSTA, GA 30906 |
| GARVIN DANNY B | 2932 WHISTLER LN | AUGUSTA, GA 30906-3340 |

| | | |
|---|---|---|
| GAULDIN HAROLD E | 3023 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| GAYLE MICHAEL G | 1510 CENTURION DR | HEPHZIBAH, GA 30815 |
| GERMANN DAVID R | 2438 NORTON DR | AUGUSTA, GA 30906-5362 |
| GIBBONS FREDERICK | 3948 ELLEN ST | HEPHZIBAH, GA 30815-6013 |
| GIBBONS MILDRED TURNER | 2427 EAGLE DR | AUGUSTA, GA 30906-3355 |
| GIBBS CATHY D | 5138 PARNELL WAY | MARTINEZ, GA 30907-8894 |
| GILES W RODGER | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| GIRTON REBEKAH PAULOS | 3026 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GIVENS CHADWICK DION | 3513 REDD DR | AUGUSTA, GA 30906 |
| GIVENS LUCILLE J | 2959 SHELBY DR | AUGUSTA, GA 30906-3370 |
| GLADNEY LYNN DENISE | 2925 WHISTLER LN | AUGUSTA, GA 30906 |
| GODLEY TIMOTHY ROFS | 1922 HEATHERS CT | AUGUSTA, GA 30906-8124 |
| GOOD FAITH MANAGEMENT LLC | PO BOX 32 | STAPLETON, GA 30823-0032 |
| GORDON CLIFFORD D | 2418 BIRDIE DR | AUGUSTA, GA 30906 |
| GOWDY GEORGE HARRIS JR | 2982 SHELBY DR | AUGUSTA, GA 30906-3367 |
| GRANT JACQUELINE CAROL | 3026 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| GRANT TIMOTHY C | 2925 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| GRAY V DIANE | 3001 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| GRAYBEAL RHONDA ESTATE OF | 550 BLACKBURN DR | MARTINEZ, GA 30907 |
| GREEN MEADOWS GOLF CLUB I | PO BOX 5127 | AUGUSTA, GA 30916-5127 |
| GREEN-DOE SHARON R | 3036 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| GREENE TOMMY | 2304 MARVIN PL | AUGUSTA, GA 30906-3321 |
| GREENFISH PROPERTIES LLC | 3005 BRANSFORD RD | AUGUSTA, GA 30909-3089 |
| GRIFFIN DIANNE BATTLE | 2924 SHELBY DR | AUGUSTA, GA 30906-3338 |
| GRIFFITH ALAN A | 2020 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| GRISWOLD C EUGENIA | 2305 MARVIN PL | AUGUSTA, GA 30906-3320 |
| GUEITS HUMURTO J | 2317 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| HAAS GERDA A | 3020 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HALE FOUNDATION INC THE | 402 WALKER ST | AUGUSTA, GA 30901 |
| HANDY GERRY ROFS | 3206 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| HANDY MICHAEL J ROFS | 2512 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| HANNAH ELLIOTT JR | 3015 EAGLE DR | AUGUSTA, GA 30906-3328 |
| HARDY EDDIE LEE | 2420 EAGLE DR | AUGUSTA, GA 30906-3325 |
| HARRIS DORIS E | 2423 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| HARRIS JOHNNIE MAE | 3205 CHESHIRE DR | AUGUSTA, GA 30906-4717 |
| HARRIS LINDA | 2325 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| HARVEY DAVID A | 4303 SERPENTINE RD | MIDDLETOWN, MD 21769-7518 |
| HATCHER GEORGE P | 3030 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HBC PROPERTIES LLC | 838 GREENE ST | AUGUSTA, GA 30901-2234 |
| HENDERSON JAMES B ROFS | 2401 EAGLE DR | AUGUSTA, GA 30906 |
| HENDERSON SANDRA ELIZABETH RE | 3012 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HENDRIX DAVID BERNARD ROFS | 2983 SHELBY DR | AUGUSTA, GA 30906-3370 |
| HENSLEY MARGARET RADFORD EST/ | 3202 LEEDS CT | AUGUSTA, GA 30906-4724 |
| HENSON YONG CHA | 3170 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HERNANDEZ EDITH V | 5316 BENTBROOK RD | CROSS LANES, WV 25313-1723 |
| HICKS JOSHUA | 11202 OAKS HIKE | SAN ANTONIO, TX 78245 |
| HIGGS BRENDA D | 3038 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HILL SHANTE A | 2407 PAR DR | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| HITCHCOCK JOHN HARVEY | 3118 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| HITCHCOCK KATHY | 60 CORBIN HITCHCOCK RD | MIDVILLE, GA 30441 |
| HOGUES ROBIN D ROFS | 2308 MARVIN PL | AUGUSTA, GA 30906-3321 |
| HOLDEN ERIC D'ANTE | 2229 WINDSOR SPRING RD | AUGUSTA, GA 30906 |
| HOLMES BENNIE SR | 3016 EAGLE DR | AUGUSTA, GA 30906-3326 |
| HOLMES WADE H | 2328 SHILO ST | AUGUSTA, GA 30906-4732 |
| HOME INVESTMENT FUND II LP | 23041 AVENIDA DE LA CARLOTA | LAGUNA HILLS, CA 92653 |
| HOMES2CASH LLC | 3358 WRIGHTSBORO RD | AUGUSTA, GA 30909-2816 |
| HOSCH WILLIE M | 3149 FLOYD DR | AUGUSTA, GA 30906-3454 |
| HOWARD ALEXANDER C (ROFS) | 2965 SHELBY DR | AUGUSTA, GA 30906 |
| HOWARD ALEXANDER C SR | PO BOX 6772 | AUGUSTA, GA 30916-6772 |
| HOWARD CEDRIC D | 2024 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| HOWARD WANDA | 3009 YELLOWWOOD CT | HEPHZIBAH, GA 30815-7079 |
| HOWELL CHARLES D | 1386 SEA WAY NE | TOWNSEND, GA 31331-3224 |
| HUDSON A'MEN ALEXANDER | 3202 CHESHIRE DR | AUGUSTA, GA 30906-4718 |
| HUDSON SHERYL M | 3468 BYRON PL | AUGUSTA, GA 30906-4619 |
| HUGHES HATTIE DAVIS | 2406 PAR DR | AUGUSTA, GA 30906-3349 |
| HUGHES MARY L | 3166 FLOYD DR | AUGUSTA, GA 30906-3453 |
| HUGHES STACY | 2352 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| HUNTER DAVID A ROFS | 3004 EAGLE DR | AUGUSTA, GA 30906 |
| HUSTEAD DOLORES B | 2307 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| INGLETT JUDITH V | 2988 SHELBY DR | AUGUSTA, GA 30906-3367 |
| J S BROOKS PROPERTIES LLC | 411 STONE ST | WRENS, GA 30833 |
| JACKSON LIONEL | 3014 EAGLE DR | AUGUSTA, GA 30906 |
| JARRETT BASIL V | 3404 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| JEFFERSON ELEC MEMBERSHIP | PO BOX 457 | WRENS, GA 30833-0457 |
| JENNINGS ETHEL J | 2302 MARVIN PL | AUGUSTA, GA 30906 |
| JK3 LLC | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| JOHNS BARBARA SUE | 2992 SHELBY DR | AUGUSTA, GA 30906-3367 |
| JOHNSON BEVERLY J | 2971 SHELBY DR | AUGUSTA, GA 30906-3370 |
| JOHNSON MAE S | 3133 FLOYD DR | AUGUSTA, GA 30906 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JOHNSON VICTOR A 2/3 INT | 698 CHAMBLIN RD | GROVETOWN, GA 30813 |
| JONES AMON LEE | 1514 DADE ST | AUGUSTA, GA 30904-4038 |
| JONES ANDREW W | 3034 EAGLE DR | AUGUSTA, GA 30906-3326 |
| JONES BRENDA | 3204 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| JONES GONZALEE | 3004 HUMMINGBIRD LN | AUGUSTA, GA 30906-3331 |
| JONES HAROLD | 3031 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| JONES HENRY A JR | 3033 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| JONES JAMES | 2404 PAR DR | AUGUSTA, GA 30906-3349 |
| JONES JAMES | 2401 LUMPKIN RD | AUGUSTA, GA 30906-3041 |
| JONES JOE ANNE H 5/6 INT ROFS | 3001 EAGLE DR | AUGUSTA, GA 30906-3327 |
| JONES PETER EDWARD | 2520 LUMPKIN RD | AUGUSTA, GA 30906-5335 |
| JOSEY FRANCES C | 3009 EAGLE DR | AUGUSTA, GA 30906-3356 |
| JOURNET JUAN A | 2010 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| JOYCE COOP LLC | 160-50 CROSSBAY BLVD #557 | HOWARD BEACH, NY 11414 |
| KABLAN BERTHE N | 2413 EAGLE DR | AUGUSTA, GA 30906-3355 |
| KAMGA WILLIAM ABRAHAM | 2919 SHELBY DR | AUGUSTA, GA 30906-3369 |

| | | |
|---|---|---|
| KAN YON SUK | 2354 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| KEEGAN PROPERTIES LLC | 2307 YOUNG DR | AUGUSTA, GA 30906 |
| KEEL DAVID CURTIS L/EST | 3137 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| KEEL WOODROW W JR | 2008 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| KELLER AMY D | 2442 LUMPKIN RD | AUGUSTA, GA 30906-3081 |
| KELLER JEFF III | 3944 WILLOWOOD RD | MARTINEZ, GA 30907-3902 |
| KELLER JEFF W JR | 2969 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KELLY MICHAEL T SR ROFS | 2149 MIMS RD | HEPHZIBAH, GA 30815 |
| KENDRICK JOYCE | 3022 EAGLE DR | AUGUSTA, GA 30906-3326 |
| KENNEDY REATHER | 2423 EAGLE DR | AUGUSTA, GA 30906 |
| KENNEDY WILLIAM | 2330 SHILO ST | AUGUSTA, GA 30906-4732 |
| KIERATH MARGARET | 2961 SHELBY DR | AUGUSTA, GA 30906-3370 |
| KILLIPS DENNIS J | 2434 NORTON DR | AUGUSTA, GA 30906-5362 |
| KIMBLE VANESSIA C ROFS | 3007 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| KIRK HARRY | 3008 EAGLE DR | AUGUSTA, GA 30906 |
| KIRKLAND BENITA C | 2933 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| KRAUSE JUDITH H | 3210 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| KYTE FRANCIS S | 3002 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAMBERTH SHERMAN A | 4818 SHARON DR | EVANS, GA 30809-6206 |
| LANDRUM CURTIS | 1284 COUNTRY LINE RD | HARLEM, GA 30814 |
| LANE JOAN PITCHER MERTON | 2403 EAGLE DR | AUGUSTA, GA 30906-3324 |
| LARRY TYRONE T | P O BOX 5179 | AUGUSTA, GA 30916-5179 |
| LATTIMORE JOHNNY | P O BOX 6734 | AUGUSTA, GA 30916 |
| LAWSON KENNETH P JR | 3024 EAGLE DR | AUGUSTA, GA 30906-3326 |
| LAWSON TIMOTHY E | 3156 WINDY HILL DR | AUGUSTA, GA 30906 |
| LE KIEM P | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE PHUONG KLEM THI | 4825 TANNER OAKS DR | EVANS, GA 30809-5130 |
| LE THANH V | 3028 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| LEACH ALEXIS | 3018 RICHMOND HILL RD | AUGUSTA, GA 30906-3311 |
| LEE HERMAN JR | 329 OAK LAKE DR | AUGUSTA, GA 30907-8805 |
| LEE JERRY L | 3207 CHESHIRE DR | AUGUSTA, GA 30906 |
| LEONARD SYLVIA J | 2915 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| LEVERETT HOMER | 2918 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| LEWALLEN PAMELA H | 2305 LEBAUM CT | AUGUSTA, GA 30906-3318 |
| LEWIS ANNE G | 3157 FLOYD DR | AUGUSTA, GA 30906-3454 |
| LOCKHART IRIS | 2930 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |
| LOCKWOOD PAUL R | 2148 BALFOUR ST | AUGUSTA, GA 30906-4806 |
| LONG PATRICIA B | 2306 LEBAUM CT | AUGUSTA, GA 30906 |
| LYNCH JEAN B | 2335 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| MACK CHRISTOPHER M 50% INT | 4230 WHITE PINE CT | AUGUSTA, GA 30906 |
| MADDOX LAVONYA N | 2413 PAR DR | AUGUSTA, GA 30906 |
| MAHONEY JAMES B JR | 3153 FLOYD DR | HEPHZIBAH, GA 30815 |
| MAKERSON RICHARD | 46 PARK PLACE CIR | AUGUSTA, GA 30909-6050 |
| MALCOM JEFFREY M | 3024 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| MARTIN CHARLES B | P O BOX 6345 | AUGUSTA, GA 30916 |
| MARTIN JOE B | 3039 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MARTIN LEONARD T L/EST | 2018 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MARTIN PATRICIA A | 2904 SHELBY DR | AUGUSTA, GA 30906-3338 |

| | | |
|---|---|---|
| MARTIN PATRICIA M | 2908 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MARTIN PHILIP A | 2303 MARVIN PL | AUGUSTA, GA 30906 |
| MATTES DENNIS | 2923 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| MAXEY LEONARD C | 3031 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| MAXWELL RICHMOND HILL RD | 479 2ND ST | MACON, GA 31201-2733 |
| MAYBERRY JULUIS E LIVING TRUST | 4825 STOREY MILL RD | HEPHZIBAH, GA 30815-4810 |
| MAYS CHARLES E | 4199 PEACH ORCHARD RD | HEPHZIBAH, GA 30815-4700 |
| MCCLELLAN STEPHEN M | 2149 BALFOUR ST | AUGUSTA, GA 30906-4805 |
| MCCOY CHARLOTTE MEADOWCROF | 1960 NEPTUNE DR | AUGUSTA, GA 30906-5703 |
| MCCOY THOMAS A JR | 3005 EAGLE DR | AUGUSTA, GA 30906-3327 |
| MCFARLIN RYOLIA R | 2411 BIRDIE DR | AUGUSTA, GA 30906 |
| MCKELLER ALEXIS B | 2026 NOTTINGHAM DR | AUGUSTA, GA 30906-4730 |
| MCKINNIE JOHN JR ROFS | 3009 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| MCZILKEY DONALD E | 2030 CM COPELAN RD | MADISON, GA 30650 |
| MDA11 LLC | 7040 AVENIDA ENCINAS STE 10 | CARLSBAD, CA 92011-4653 |
| MILLER BRENDA | 2967 SHELBY DR | AUGUSTA, GA 30906 |
| MILLER LAURA | 3072 DEANS BRIDGE RD | AUGUSTA, GA 30906 |
| MILLER LOUIS | 2463 WRIGHTSBORO RD | AUGUSTA, GA 30904-6244 |
| MITCHELL ANNIE LEE | 2973 SHELBY DR | AUGUSTA, GA 30906-3370 |
| MOODY LAWANDA R | 2411 PAR DR | AUGUSTA, GA 30906 |
| MOODY RICHARD E | 3474 BYRON PL | AUGUSTA, GA 30906-4619 |
| MOORE CAROLYN D | 3204 CHESIIRE DR | AUGUSTA, GA 30906-4718 |
| MOORE SHERIL | 3558 JONATHAN CIR | AUGUSTA, GA 30906-3872 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE THOMAS L | 3200 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MOORE WALTER B | 2930 SHELBY DR | AUGUSTA, GA 30906-3338 |
| MORRIS DOROTHY C | 3032 EAGLE DR | AUGUSTA, GA 30906-3326 |
| MOSTELLER CATHERINE SWEAT | 4560 PEACH ORCHARD RD | HEPHZIBAH, GA 30815 |
| MOUNTAIN MAGGIE M | 2343 SHILO ST | AUGUSTA, GA 30906-4775 |
| MSE SUB I LLC | 1303 AVOCADO AVE STE 200 | NEWPORT BEACH, CA 92660-7849 |
| MUHR WILIAM J TR | 3208 RICHMOND HILL RD | AUGUSTA, GA 30906-4714 |
| MULDROW PAUL | 3014 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| MURRAY DEBORAH A | 2329 SHILO ST | AUGUSTA, GA 30906-4731 |
| NETTLES HOMES INC | 5111 WINDMILL PL | EVANS, GA 30809-6606 |
| NEWMAN JACKIE | 3137 FLOYD CIR | AUGUSTA, GA 30906 |
| NGUYEN BAO NGOC ROFS | 506 AUMOND RD | AUGUSTA, GA 30909-3306 |
| NGUYEN VY A | 527 THOROUGHBRED LN | EVANS, GA 30809-4115 |
| NIXON JOHN MADDOX | PO BOX 40099 | AUGUSTA, GA 30909-3784 |
| NORRIS JAMES B | 2425 EAGLE DR | AUGUSTA, GA 30906-3355 |
| NORTON DEBORAH L | 2140 CHADWICK RD | AUGUSTA, GA 30906 |
| O K PARK INC | 2502 LUMPKIN RD | AUGUSTA, GA 30906-3020 |
| O'NEAL GEORGE A | 3022 HUMMINGBIRD LN | AUGUSTA, GA 30906-3365 |
| OATMAN LENTON L | 2978 SHELBY DR | AUGUSTA, GA 30906-3367 |
| ODELL EVELYN D | 2938 WHISTLER LN | AUGUSTA, GA 30906-3340 |
| ORANGE SHIRLEY S GALAMB | 1230 SUMMER ST | AUGUSTA, GA 30901 |
| OWENS CHARLOTTE A | 2417 EAGLE DR | AUGUSTA, GA 30906-3355 |
| PEACOCK ELIZABETH ANNE | 2972 SHELBY DR | AUGUSTA, GA 30906-3367 |
| PEEL JOE M | 2914 HUMMINGBIRD LN | AUGUSTA, GA 30906-3330 |

Exhibit B

00099

| | | |
|---|---|---|
| PENSCO TRUST COMPANY CUSTODI | P O BOX 173859 | DENVER, CO 80217 |
| PETSCH BRIAN | 604 16TH ST E | TIFTON, GA 31794-3606 |
| PIRTLE BARBARA C | 3045 HUMMINGBIRD LN | AUGUSTA, GA 30906-3346 |
| PORTER DENNIS M | 3473 BYRON PL | AUGUSTA, GA 30906-4618 |
| PRINCE ANGELA YVONNE | 3018 EAGLE DR | AUGUSTA, GA 30906-3326 |
| PRINCE RICARDO | PO BOX 16104 | AUGUSTA, GA 30919-2104 |
| PRITRIJ MANAGEMENT LLC | 1370 GORDON HWY | AUGUSTA, GA 30901-3867 |
| PRYOR BRENDA MARIE | 2935 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| PUGH EVELYN W | 2356 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| QUICK SHARON L | 3159 FLOYD DR | AUGUSTA, GA 30906-3454 |
| QUILLER CASSANDRA | 3404 LUCIE ST | AUGUSTA, GA 30906-4726 |
| R&R PROPERTY MGT LLC | P O BOX 8273 | AUGUSTA, GA 30905 |
| RATCLIFF CLAUDIA GAIL | 2029 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| RAYFIELD JO ANN | 2409 EAGLE DR | AUGUSTA, GA 30906 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| RCBOE | 864 BROAD ST | AUGUSTA, GA 30901 |
| REAL ESTATE 4 U LLC | 1118 CRESTVIEW DR | NORTH AUGUSTA, SC 29841 |
| REX RESIDENTIAL PROPERTY OWNEF | 1505 KING STREET EXT SUITE 1C | CHARLESTON, SC 29405-9442 |
| REYNOLDS THOMAS T JR | 694 CHAPPELL RD | WAYNESBORO, GA 30830-6305 |
| RHINEHART DIANE | 2406 EAGLE DR | AUGUSTA, GA 30906-3325 |
| RHYMER GLENORE M | 2910 SHELBY DR | AUGUSTA, GA 30906 |
| RICHARDSON SANDRA L | 3010 EAGLE DR | AUGUSTA, GA 30906-3326 |
| RIGGIN CHRISTOPHER C | 241 STONINGTON DR | MARTINEZ, GA 30907-1498 |
| RITCH PERRY HOLMES IV | 3908 LOBLOLLY TRL | AUGUSTA, GA 30907-3355 |
| ROBERSON ANN THIGPEN LES | 103 SHELBY CT | AUGUSTA, GA 30906-3335 |
| ROBERTS BETTY M | 3027 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| ROBERTS LOLITA M | 2332 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| ROBERTSON RHONDA | 2955 HUMMINGBIRD LN | AUGUSTA, GA 30906-3359 |
| ROE TRACIE ANN 2/3 | 2408 PAR DR | AUGUSTA, GA 30906 |
| ROSE SHAUN | 2976 SHELBY DR | AUGUSTA, GA 30906 |
| ROSELLI VINCENT R ROFS | 2416 EAGLE DR | AUGUSTA, GA 30906-3325 |
| ROULHAC ELMIRA | 3856 WOODLAKE DR | HEPHZIBAH, GA 30815 |
| ROUSE ALTON | 2414 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| RW HONEYCUTT INC | 4011 BRADDOCK ST | MARTINEZ, GA 30907-2183 |
| SAEZ-CARDONA SANTOS J | 2350 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SAFFORD ARTHUR | 2233 WINDSOR SPRING RD | AUGUSTA, GA 30906-4776 |
| SALTER LINDA H | 123 NORTH BELAIR RD | EVANS, GA 30809 |
| SANDERS KAYE E | 100 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SANDERS LEON R | 106 SHELBY CT | AUGUSTA, GA 30906-3336 |
| SARGENT MATTHEW W | 306 BARNSLEY DR | EVANS, GA 30809-8235 |
| SAUNDERS ANDREA ROSEBERRY | 3402 RUTHERFORD CT | AUGUSTA, GA 30906-4747 |
| SCENIC LAND HOMES LLC | PO BOX 80277 | CHATTANOOGA, TN 37414-7277 |
| SCHLEY CEMETERY | 3104 RICHMOND HILL RD | AUGUSTA, GA 30906-4741 |
| SCONYERS LARRY EASLEY | 3052 RICHMOND HILL RD | AUGUSTA, GA 30906-3354 |
| SCOPA ROBERT J | 2304 LEBAUM CT | AUGUSTA, GA 30906-3319 |
| SEAFORT LLC | 1200 BRICKELL BAY DR APT 340( | MIAMI, FL 33131-3270 |
| SEAGO VIRGINIA | 2012 NOTTINGHAM DR | AUGUSTA, GA 30906 |
| SEALEY ANTHONY YATES | 4498 LUKES FERRY RD | CLARKS HILL, SC 29821-2844 |

| | | |
|---|---|---|
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SFR MT LLC | 1209 ORANGE ST | WILMINGTON, DE 19801 |
| SHADOWOOD APTS LTD | SUITE410 | ATLANTA, GA 30305 |
| SILAREK CHIN XAY | 2311 RUTHERFORD AVE | AUGUSTA, GA 30906-4753 |
| SIMPKINS CECIL | 2333 LORY CT | AUGUSTA, GA 30906-4744 |
| SIMPKINS EARLINE ROFS | 2336 SHILO ST | AUGUSTA, GA 30906-4732 |
| SINGLETARY MARIE K | 3157 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| SISTARE RHONDA H | 3017 HUMMINGBIRD LN | AUGUSTA, GA 30906 |
| SKINNER LEVINE SULESTINE | 2346 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| SMITH FRANKLIN D | 2306 RUTHERFORD AVE | AUGUSTA, GA 30906-4749 |
| SMITH IZIAH | 3008 HOLLINS DR | HEPHZIBAH, GA 30815-6177 |
| SMITH JAMES D | 2348 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 3042 EAGLE DR | AUGUSTA, GA 30906-3326 |
| STATE OF GEORGIA | 47 TRINITY AVE | ATLANTA, GA 30334 |
| STATE OF GEORGIA | 1860 CENTURY PL NE STE 400 | ATLANTA, GA 30345 |
| STATE OF GEORGIA | 1800 CENTURY PL NE STE 400 | ATLANTA, GA 30345-4304 |
| STEED BETTY | 2422 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| STEWART NAPOLEON | 315 SMITHVILLE CHURCH RD | WARNER ROBINS, GA 31088-3101 |
| STEWART WILLIAM H JR | 2977 SHELBY DR | AUGUSTA, GA 30906-3370 |
| STILLE KEITH E | 3163 FLOYD DR | AUGUSTA, GA 30906-3455 |
| STORY CARLETON A | 3154 WINDY HILL DR | AUGUSTA, GA 30906 |
| STRAIT GATE APOSTOLIC CHU | 3201 RICHMOND HILL RD | AUGUSTA, GA 30906-4713 |
| SULLIVAN DEBRIA C | 2428 EAGLE DR | AUGUSTA, GA 30906-3325 |
| SZAKACS CHARLES | 220 GARDNERS MILL RD | AUGUSTA, GA 30907-3720 |
| TAB HOLDINGS LLC | P O BOX 3783 | AUGUSTA, GA 30914-3783 |
| TATE OLIVIA | 3265 LEXINGTON WAY | AUGUSTA, GA 30909 |
| TAYLOR RUTH F 35.33% INT | 3159 WINDY HILL DR | AUGUSTA, GA 30906-3432 |
| THOMAS CHARLES J JR | 2358 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| THOMAS LILLIAN N | 3025 EAGLE DR | AUGUSTA, GA 30906-8220 |
| THOMAS NICHOLAS AMADEO | 3405 LUCIE ST | AUGUSTA, GA 30906-4725 |
| THOMPSON ALBERT C | 3135 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| TIETSORT MATTHEW | 2344 RUTHERFORD AVE | AUGUSTA, GA 30906-4751 |
| TUCKER MARY J | 2702 BUTLER PL | AUGUSTA, GA 30909-3792 |
| TURNER DAVID F | 2275 OVERTON RD | AUGUSTA, GA 30904 |
| TURNER MORRIS L | 3408 LUCIE ST | AUGUSTA, GA 30906-4726 |
| TURNER ROSALYN WEBB | 2421 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| TURNER YUN OK | 2336 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| TUTT SAMUEL E | 2921 HUMMINGBIRD CT | AUGUSTA, GA 30906-3387 |
| UTLEY MICHAEL G | 8 BELMONT CT | NORTH AUGUSTA, SC 29841-4436 |
| VALENTINE MELODY | 3011 EAGLE DR | AUGUSTA, GA 30906 |
| VARNADO REGGIE A | 2454 WINDSOR SPRING RD | AUGUSTA, GA 30906-4646 |
| VARNADO REGGIE A | 2571 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| VENTURA JESUS ANTONIO CALLES R | 2941 HUMMINGBIRD LN | AUGUSTA, GA 30906-3358 |
| VERMONG LARYSSA A | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| VINER ANGELES | 2940 SHELBY DR | AUGUSTA, GA 30906 |

Exhibit B

00101

| | | |
|---|---|---|
| VINING DAVID WAYNE | 2413 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| W RODGER GILES INC | PO BOX 3596 | AUGUSTA, GA 30914-3596 |
| WALDRON CORNELIA MAE CLARKE | 2411 EAGLE DR | AUGUSTA, GA 30906-3355 |
| WALKER OSCAR | 2954 SHELBY DR | AUGUSTA, GA 30906-3367 |
| WALKER OSCAR H | 629 CLINTON WAY W | AUGUSTA, GA 30907-4410 |
| WALKER ROBERT E JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROBERT EDGAR JR | 1120 CRESTVIEW DR | NORTH AUGUSTA, SC 29841-3369 |
| WALKER ROGER H | 2914 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WALTERS NELLIE | 2943 SHELBY DR | AUGUSTA, GA 30906-3369 |
| WALTON RONALD SR | 3403 RUTHERFORD CT | AUGUSTA, GA 30906-4748 |
| WASHINGTON CARL D | 3012 HUMMINGBIRD LN | AUGUSTA, GA 30906-3360 |
| WATSON FRONTIS JACK JR | 3030 RICHMOND HILL RD | AUGUSTA, GA 30906-3388 |
| WATSON WANDA | 2410 PAR DR | AUGUSTA, GA 30906 |
| WEBB JOHN H | 2933 WHISTLER LN | AUGUSTA, GA 30906-3339 |
| WEEKS THADEUS C | 2924 HUMMINGBIRD LN | AUGUSTA, GA 30906-3357 |
| WEIGLE EDITH A | 3133 RICHMOND HILL RD | AUGUSTA, GA 30906-4755 |
| WELCH KERRY | 2326 SHILO ST | AUGUSTA, GA 30906-4732 |
| WESCOM JUDE J | 2306 MARVIN PL | AUGUSTA, GA 30906-3321 |
| WEST JENNIFER | 469 CALLOWAY ROAD EXT | EVANS, GA 30809-7022 |
| WEST WILMA MOLLEY (ROFS) | 11036 W WINDSOR DR | SUN CITY, AZ 85351-3339 |
| WHITAKER GLENN S | 101 RED EAGLE TRL | MACON, GA 31210 |
| WHITE IRA B JR | 2419 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WHITE-CLARK REGINA | 2338 SHILO ST | AUGUSTA, GA 30906-4732 |
| WHITEHEAD MARION G | 2418 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WIDGEON ROBERT T | 2563 PINEVIEW DR | AUGUSTA, GA 30906-3380 |
| WIETERS TODD D | 758 WINDING CREEK CT | EVANS, GA 30809-4843 |
| WIGGS RUBY D | 2926 SHELBY DR | AUGUSTA, GA 30906-3338 |
| WILEY ANNIE S ROFS | 2404 EAGLE DR | AUGUSTA, GA 30906 |
| WILKERSON VIRGIL B | 2328 HARDING CT | AUGUSTA, GA 30906-3410 |
| WILKINS BEAURINE | 2514 LUMPKIN RD | AUGUSTA, GA 30906-5334 |
| WILLIAMS ANN W | 3174 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WILLIAMS JOHN L | 3029 RICHMOND HILL RD | AUGUSTA, GA 30906-3310 |
| WILLIAMS JOHNNIE JR | PO BOX 2051 | AUGUSTA, GA 30903-2051 |
| WILLIAMS LEROY JR | 2405 BIRDIE DR | AUGUSTA, GA 30906-3322 |
| WILLIAMS RAY | 2410 BIRDIE DR | AUGUSTA, GA 30906-3323 |
| WILLIAMS ROSELYN | 2414 EAGLE DR | AUGUSTA, GA 30906-3325 |
| WILLIAMS SYLVIA C | 2953 SHELBY DR | AUGUSTA, GA 30906-3370 |
| WILLIAMS TAKIEYA SHACOLA ROFS | 4302 BRANDON CT | MARTINEZ, GA 30907-4260 |
| WILLINGHAM ERIC | 2310 RUTHERFORD AVE | AUGUSTA, GA 30906 |
| WILSON WILLIAM H | PO BOX 9621 | AUGUSTA, GA 30916-9621 |
| WINGROVE BARBARA ESTATE OF | PO BOX 212621 | MARTINEZ, GA 30917 |
| WOMACK JACK L | 3126 RICHMOND HILL RD | AUGUSTA, GA 30906 |
| WOO TRUMAN T | 114 SPRINGLAKES DR | AUGUSTA, GA 30907-1608 |
| WREN JAMES EARL JR | 3172 FLOYD DR | AUGUSTA, GA 30906-3453 |
| WRIGHT TERESA | 3130 RICHMOND HILL RD | AUGUSTA, GA 30906-4754 |
| YARBROUGH DONALD R | 2405 EAGLE DR | AUGUSTA, GA 30906-3324 |
| YOUNG FREDERICK L JR | 1805 JENKINS ST | AUGUSTA, GA 30904 |
| YOUNGBLOOD ANTON A | 3102 RICHMOND HILL RD | AUGUSTA, GA 30906 |

| | | |
|---|---|---|
| YOUNGBLOOD ANTON A | 3100 RICHMOND HILL RD | AUGUSTA, GA 30906-4741 |
| ZIPS INTERPRISES III LLC | 3008 HOLLINS DR | HEPHZIBAH, GA 30815-6177 |
| Leonard Fletcher, Attorney | 3529 Walton Way Ext. | Augusta GA 30909 |
| Angela Pringle, RCBOE Superintende | 864 Broad St. | Augusta GA 30901 |
| Principal, BOE Magnet Technical Sch | 3200 B Augusta Tech Dr. | Augusta GA 30906 |
| President, Augusta Tech | 3200 Augusta Tech Dr. | Augusta GA 30906 |
| Shadowood Apts. | 2506 Lumpkin Rd. | Augusta GA 30906 |

**AUGUSTA-RICHMOND COUNTY PLANNING COMMISSION
STAFF REPORT**

**Case Number:** Z-20-38

**Hearing Date:** August 3, 2020

**Prepared By:** Mary Elizabeth Burgess, Development Services Manager

---

**Applicant:** The Hale House Foundation Inc.

**Property Owner:** The Hale Foundation Inc., 402 Walker Street, Augusta, GA 30901

**Address of Property:** 3042 Eagle Drive, Augusta, GA 30906

**Tax Parcel #:** 109-0-001-00-0

**Present Zoning:** R1-A (One Family Residential

**Neighborhood or Subdivision:** Windsor Spring

**Commission District:** 6 (B. Hasan)      **Super District:** 10 (J. Clarke)

| Request | Proposed Use / Activity | Applicable Ordinance Section(s) |
|---|---|---|
| Special Exception | Inpatient Drug/Alcohol Treatment | Section 26-1(g) Section 35-9.1 |

Since the last hearing, the following information has been provided:

- An access easement has been granted per House Bill 1094 Section 185 on December 9, 2019 and is awaiting the Governor's signature.
- Access through Augusta Technology Drive will be provided by a driveway with an electronic gate and security cameras.
- All deliveries will be off of Augusta Technology Drive.
- The treatment facility will be exclusively for state, county, locally employed first responders who suffer from drug and/or alcohol dependency and/or Post Traumatic Stress Disorder (PTSD).
- The facility will employ 25 people to serve 30 patients during the 30-45 day program.

Exhibit B                                                    00104

- The staff will consist of a Medical Director who will oversee the well-being of the patients through detoxing and the duration of the program.
- The facility will only treat those patients that are employed; no court referrals.
- The entire property will be fenced with a 6 foot privacy fence installed along the residentially property line.
- The patients aren't allowed to have a car while there and will only leave the property to attend 12-step program meetings.

1. **Summary of Request:**

The applicant requests a special exception to operate an inpatient drug/alcohol treatment center on a 20.65 acre lot located at 3042 Eagle Drive. The existing property consists of a 1,616 sq. ft. church with foyer and adjacent 2,706 sq.ft. and 1,040 sq. ft. dormitories.

2. **Zoning History:**

The site was previously used as an abbey (convent) for over 40 years by the Order of St. Helena and then in 2017, the Monks of Mount Tabor utilized the property briefly as a monastery. The subject parcel was granted a Special Exception for the previous use and is currently zoned R-1A (one-Family Residential). However, the property has not been utilized since the Order moved to North Augusta, SC. A previous rezoning request, Z-88-21 to permit B-2 (General Business) was denied by the Augusta Commission.

3. **Compatibility:**

| Adjacent Land Uses | | |
|---|---|---|
| *Direction* | *Zoning Classification* | *Land Use* |
| North | R-1A (One-family Residential) | Single-family homes |
| East | R-1A (One-family Residential) | Single-family homes |
| South | B-2 (General Business) | Recreation- Golf Course |
| West | R-1A (One-family Residential) | Single-family homes |

*Ordinance Considerations for Request*

Section 26-1 specifically states: The following Special Exceptions may be permitted in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. *At this time, this proposed use is not identified as essential or desirable to the public convenience or welfare and the Master Plan does not identify this use as in harmony with this district. This use is allowed by right in a B-1 Neighborhood Business District where there is an infrastructure in place to support the needs of the possible clientele.*

Within the zoning ordinance, it identifies inpatient drug/alcohol treatment centers as "Transition Housing." The following criteria are reviewed when deciding suitability.

1. Transition housing may not be established within twelve hundred (1200) feet of a lawfully existing family personal care home, family day care home, adult day care facility, or other transition housing in A, R or P zones. *These uses do not exist within 1,200 ft of the proposed property.*

2. Transition housing shall not be located in areas where the health, safety, and welfare of the residents would be compromised. Examples of such areas would be those near industrial sites or other sites where environmental quality would be poor, and also areas where law enforcement records indicate that the incidence of crime is high. *The project area is located within a residential development that does not have a high incidence of crime.*

3. The Planning Commission shall determine that the foregoing requirements have been satisfied, and further, that the benefits of the proposed transition housing are greater than any possible depreciating effects and damages to neighboring properties. In conducting this balancing test, the merit of the specific proposal shall be determined by evaluating the nature of the clientele (i.e. elderly, mentally retarded, halfway home for recovering addicts, etc.) the proposed number of occupants, and the nature of the operators of the facility (homeowners, professional staff, or untrained supervisory staff, etc.). *This section asks to weigh the benefits of 30 patients against the value of over 500 dwelling units. It has been made expressly clear by the residents, that their property values will drop dramatically and that a higher incidence of crime against the residents will occur if this project locates within this neighborhood. These are valid unquantifiable issues.*

4. Approval, if granted shall be for a specific proposal, and any change in the nature of the clientele or increase in the number of occupants shall require another special exception.

4. **Impact and Suitability:**

4.1 <u>Public Utilities:</u>   There appears to be sewer and water to the property however the property card indicates that they are not utilized. The subject parcel is served by public water, but is not yet connected to sewer. The rules of the *Georgia Department of Public Health* require that uses within 200 feet of public sewer connect to the system. If such a connection is not available, an appropriately designed septic tank and absorption field must be accommodated within the parcel boundaries. The County Health Department must certify that the criteria for installation of an on-site septic management system have been met before a permit for construction can be issued.

4.2 <u>Transportation and Transit:</u>   The closest Transit route is .4 miles at Augusta Tech Dr. This property is set in the rear of a 500 unit subdivision which utilizes several small feeder roads. The proposed project estimates 25 employees which would create minimal trip generation if broken up to 2 to 3 shifts per day. The patients will not be able to come and go therefore not generating a daily contribution to the traffic count. The applicant has indicated that the Eagle Drive access will be closed and fenced.

4.3  Hydrology:  The subject parcel contains no wetlands, floodplains, or other environmental concerns. No expansion is expected.

4.4  Community Development:  As the area consists largely of single-family home subdivisions, the pace of change has been relatively slow. The property is set deep within a subdivision and is abutted by both Augusta Technical and Route 520.  The subdivision in question is off of Lampkin which has seen sporadic growth and is banded by the higher B-2 developments on Peach Orchard and Deans Bridge.

## 5. Comprehensive Plan Consistency:

The property is adjacent to the Green Meadows Estates subdivision. The Comprehensive Plan encourages suburban development with appropriate zoning. The current R-1A zoning is in accordance with the plan. While new housing is encouraged, there is also a request for more public services and facilities along with commercial activity.

## 6. Findings:

1. The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2. The proposal is to create an approximate 30 bed inpatient drug, alcohol and Post Traumatic Stress Disorder (PTSD) 30-45 day treatment facility within the existing convent/monastery.
3. This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
4. The property is adjacent to Augusta Technical College and bound by Route 520.
5. The subject property is located within an existing single family subdivision.
6. The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced
7. An easement has been granted by the State of Georgia for a curb cut off of Augusta Technical Drive.
8. All state and local mandates have been met regarding publication and public hearings.

**Preliminary Staff Recommendation:**

The Planning Commission recommends approval of this special exception request with the following conditions.

1. The Special Exception for this property is for an alcohol, drug and post-traumatic stress disorder treatment facility for first responders only.  If the clientele or treatment program changes, the applicant/owner must apply for a new Special Exception.

Exhibit B                                                    00107

2. Final approval of this project is contingent on obtaining an easement, in writing, from the State of Georgia to provide driveway access to the property from Augusta Tech Drive. All egress and ingress to this property is to be through this driveway.

3. A privacy fence consisting of solid wood board six feet in height shall be installed along the east boundary line of the property at Augusta Tech Drive to head south +/- 1,772 feet to Eagle Drive, continue across Eagle Drive and follow the southern property boundary along 3038 Eagle Drive, 3040 Eagle Drive and 2900 Green Meadows Drive. Access from Eagle Drive is for emergencies only. A 50 foot vegetative buffer shall be installed along the fence line except where emergency access is provided.

4. Any expansion, additions or alterations to the property must comply with all development standards and regulations set forth by the City of Augusta, GA and must receive site plan approval prior to any changes.

**Note:** The staff report includes the information available approximately two weeks prior to the Planning Commission hearing. It represents an evaluation of the facts presented by the applicant, research done by the staff, and consideration of the relevant factors in the Comprehensive Zoning Ordinance of Augusta, Georgia. New facts may emerge and staff reserves the right to make an oral recommendation at the hearing based on all the information available at that time.



**TROTTER**
**JONES** LLP
ATTORNEYS AT LAW

William A. Trotter, III
James B. Trotter
David C. Jones
James S. V. Weston

June 18, 2020

Ms. Mary Elizabeth Burgess
Development Services Manager
Augusta Richmond County
Planning and Development Department
535 Telfair Street, Suite 300
Augusta, Georgia 30901
*Via Hand-Delivery*



RE:     Letter of Intent for Special Exception for a Drug and Alcohol Treatment Facility for First Responders; 3042 Eagle Drive, Tax Map & Parcel Nos.: 109-0-001-00-0 (the "Property")

Dear Mary:

I have enclosed a copy of the Petition filed with the Planning and Development Department in November of 2019. As you know, this Petition was first heard by the Planning Commission on January 6, 2020, pursuant to Section 35-9.1 of the Augusta-Richmond County Comprehensive Zoning Ordinance. Six months have now passed, and the Petitioner respectfully requests that this item be placed on the Planning Commission's August 3, 2020 agenda, for ultimate consideration by the Augusta Commission on August 18, 2020.

Please let me know if you or the other members of the staff have any questions regarding this Special Exception Petition, or if you need any additional information.

Sincerely,

James B. Trotter

Enclosure – Special Exception Petition

20                                                        LC 50 0077S/AP

1251  Georgia which, by official action dated December 9, 2019, does not object to the granting
1252  of an easement and, in all matters relating to the easement, the State of Georgia is acting by
1253  and through its State Properties Commission.


1254                           **SECTION 185.**

1255  That the State of Georgia, acting by and through its State Properties Commission, may grant
1256  to The Hale Foundation, Inc., a nonexclusive access easement for ingress and egress over
1257  Augusta Technical College to serve its new development. Said easement area is located in
1258  Richmond County and is more particularly described as follows:
1259      That approximately 0.25 of an acre, lying and being in the 123rd G.M.D., Richmond
1260      County, Georgia, and that portion only as shown on a drawing furnished by The Hale
1261      Foundation, Inc., and being on file in the offices of the State Properties Commission and
1262      may be more particularly described by a plat of survey prepared by a Georgia registered
1263      land surveyor and presented to the State Properties Commission for approval.


1264                           **SECTION 186.**

1265  That the above-described easement area shall be used solely for the purposes of ingress and
1266  egress.


1267                           **SECTION 187.**

1268  That The Hale Foundation, Inc., shall have the right to remove or cause to be removed from
1269  said easement area only such trees and bushes as may be reasonably necessary for ingress
1270  and egress.


1271                           **SECTION 188.**

1272  That, after The Hale Foundation, Inc., has put into use the ingress and egress for which this
1273  easement is granted, a subsequent abandonment or cessation of the use thereof by the Hale
1274  Foundation, Inc., shall cause a reversion to the State of Georgia, or its successors and assigns,
1275  of all the rights, title, privileges, powers, and easement granted herein. Upon abandonment,
1276  The Hale Foundation, Inc., shall have the option of removing its facilities from the easement
1277  area or leaving the same in place, in which event their facilities shall become the property
1278  of the State of Georgia, or its successors and assigns.


1279                           **SECTION 189.**

1280  That no title shall be conveyed to The Hale Foundation, Inc., and except as herein
1281  specifically granted to The Hale Foundation, Inc., all rights, title, and interest in and to said
1282  easement area are reserved in the State of Georgia, which may make any use of said

                            H. R. 1094
                            - 41 -

20                                                         LC 50 0077S/AP

1283   easement area not inconsistent with or detrimental to the rights, privileges, and interest
1284   granted to The Hale Foundation, Inc.

1285                              **SECTION 190.**

1286   That if the State of Georgia, acting by and through its State Properties Commission,
1287   determines that any or all of the facilities placed on the easement area should be removed or
1288   relocated to an alternate site on state-owned land in order to avoid interference with the
1289   state's use or intended use of the easement area, it may grant a substantially equivalent
1290   nonexclusive easement to allow placement of the removed or relocated facilities across the
1291   alternate site under such terms and conditions as the State Properties Commission shall in its
1292   discretion determine to be in the best interests of the State of Georgia, and The Hale
1293   Foundation, Inc., shall remove or relocate its facilities to the alternate easement area at its
1294   sole cost and expense without reimbursement by the State of Georgia unless, in advance of
1295   any construction being commenced, The Hale Foundation, Inc., provides a written estimate
1296   for the cost of such removal and relocation and the State Properties Commission determines,
1297   in its sole discretion, that the removal and relocation are for the sole benefit of the State of
1298   Georgia. Upon written request from The Hale Foundation, Inc., or any third party, the State
1299   Properties Commission, in its sole discretion, may grant a substantially equivalent
1300   nonexclusive easement within the property for the relocation of the ingress and egress access
1301   easement without cost, expense, or reimbursement from the State of Georgia.

1302                              **SECTION 191.**

1303   That the easement granted to The Hale Foundation, Inc., shall contain such other reasonable
1304   terms, conditions, and covenants as the State Properties Commission shall deem in the best
1305   interests of the State of Georgia and that the State Properties Commission is authorized to
1306   use a more accurate description of the easement area, so long as the description utilized by
1307   the State Properties Commission describes the same easement area herein granted.

1308                              **SECTION 192.**

1309   That this resolution does not affect and is not intended to affect any rights, powers, interest,
1310   or liability of the Georgia Department of Transportation with respect to the state highway
1311   system, or of a county with respect to the county road system, or of a municipality with
1312   respect to the city street system. The Hale Foundation, Inc., shall obtain any and all other
1313   required permits from the appropriate governmental agencies as are necessary for its lawful
1314   use of the easement area or public highway right of way and comply with all applicable state
1315   and federal environmental statutes in its use of the easement area.

Exhibit B                                                    00111

20                                                                        LC 50 0077S/AP

1316                                  **SECTION 193.**

1317   That the consideration for such easement shall be for fair market value not less than $650 and

1318   such further consideration and provisions as the State Properties Commission may determine

1319   to be in the best interests of the State of Georgia.

1320                                  **SECTION 194.**

1321   That this grant of easement shall be recorded by The Hale Foundation, Inc., in the Superior

1322   Court of Richmond County and a recorded copy shall be promptly forwarded to the State

1323   Properties Commission.

1324                                  **SECTION 195.**

1325   That the authorization in this resolution to grant the above-described easement to The Hale

1326   Foundation, Inc., shall expire three years after the date that this resolution becomes effective.

1327                                  **SECTION 196.**

1328   That the State Properties Commission is authorized and empowered to do all acts and things

1329   necessary and proper to effect the grant of the easement.

1330                                  **ARTICLE XVI**

1331                                  **SECTION 197.**

1332   That this resolution shall become effective as law upon its approval by the Governor or upon

1333   its becoming law without such approval.

1334                                  **SECTION 198.**

1335   That all laws and parts of laws in conflict with this resolution are repealed.

Exhibit B                                                                        00112



Exhibit B

00113



Planning Commission
Z-20-38
August 3, 2020

3042 Eagle Drive

Special Exception
for treatment center

Aerial

Legend

☐ 3042 Eagle Drive

Produced By: City of Augusta
Planning & Development Department
535 Telfair Street Suite 300
Augusta, GA 30901
7/17/2020   MH18072

Request: A Special Exception to establish an in-patient medical substance abuse treatment center for first responders per Section 26-1(g) of the Comprehensive Zoning Ordinance for Augusta, Georgia, and OCGA at 36-88-4(f) of the Georgia State Code, on property containing 20.65 acres and located at 3042 Eagle Drive.
Name: The Hale Foundation Inc
Parcel: 109-0-001-00-0

Exhibit B



Planning Commission
Z-20-38
August 3, 2020

3042 Eagle Drive

Special Exception
for treatment center

Current Zoning

Legend

☐ 3042 Eagle Drive

Zoning Classification

B-2:   General Business
HI:   Heavy Industry
LI:   Light Industry
R-1A:   One Family Residential

Produced By: City of Augusta
Planning & Development Department
535 Telfair Street, Suite 300
Augusta, GA 30901
7/17/2020   MH460/2

Request: A Special Exception to establish an in-patient medical substance abuse treatment center for first responders per Section 26-1(g) of the Comprehensive Zoning Ordinance for Augusta, Georgia, and OCGA, at 36-66-4(f) of the Georgia State Code, on property containing 20.65 acres and located at 3042 Eagle Drive.
Name: The Hale Foundation Inc
Parcel: 109-0-001-00-0

Exhibit B

000115



Exhibit B                                                        00116

## AUGUSTA-RICHMOND COUNTY PLANNING COMMISSION
## STAFF REPORT

**Case Number:** Z-20-38

**Hearing Date:** August 3, 2020

**Prepared By:** Mary Elizabeth Burgess, Development Services Manager

**Applicant:** The Hale House Foundation Inc.

**Property Owner:** The Hale Foundation Inc., 402 Walker Street, Augusta, GA 30901

**Address of Property:** 3042 Eagle Drive, Augusta, GA 30906

**Tax Parcel #:** 109-0-001-00-0

**Present Zoning:** R1-A (One Family Residential

**Neighborhood or Subdivision:** Windsor Spring

**Commission District:** 6 (B. Hasan)      **Super District:** 10 (J. Clarke)

| Request | Proposed Use / Activity | Applicable Ordinance Section(s) |
|---|---|---|
| Special Exception | Inpatient Drug/Alcohol Treatment | Section 26-1(g) <br> Section 35-9.1 |

Since the last hearing, the following information has been provided:

- An access easement has been granted per House Bill 1094 Section 185 on December 9, 2019 and is awaiting the Governor's signature.
- Access through Augusta Technology Drive will be provided by a driveway with an electronic gate and security cameras.
- All deliveries will be off of Augusta Technology Drive.
- The treatment facility will be exclusively for state, county, locally employed first responders who suffer from drug and/or alcohol dependency and/or Post Traumatic Stress Disorder (PTSD).
- The facility will employ 25 people to serve 30 patients during the 30-45 day program.

- The staff will consist of a Medical Director who will oversee the well-being of the patients through detoxing and the duration of the program.
- The facility will only treat those patients that are employed; no court referrals.
- The entire property will be fenced with a 6 foot privacy fence installed along the residentially property line.
- The patients aren't allowed to have a car while there and will only leave the property to attend 12-step program meetings.

## 1.  Summary of Request:

The applicant requests a special exception to operate an inpatient drug/alcohol treatment center on a 20.65 acre lot located at 3042 Eagle Drive.  The existing property consists of a 1,616 sq. ft. church with foyer and adjacent 2,706 sq.ft. and 1,040 sq. ft. dormitories.

## 2.  Zoning History:

The site was previously used as an abbey (convent) for over 40 years by the Order of St. Helena and then in 2017, the Monks of Mount Tabor utilized the property briefly as a monastery.   The subject parcel was granted a Special Exception for the previous use and is currently zoned R-1A (one-Family Residential). However, the property has not been utilized since the Order moved to North Augusta, SC. A previous rezoning request, Z-88-21 to permit B-2 (General Business) was denied by the Augusta Commission.

## 3.  Compatibility:

| Adjacent Land Uses | | |
|---|---|---|
| *Direction* | *Zoning Classification* | *Land Use* |
| North | R-1A (One-family Residential) | Single-family homes |
| East | R-1A (One-family Residential) | Single-family homes |
| South | B-2 (General Business) | Recreation- Golf Course |
| West | R-1A (One-family Residential) | Single-family homes |

### Ordinance Considerations for Request

Section 26-1 specifically states: The following Special Exceptions may be permitted in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. *At this time, this proposed use is not identified as essential or desirable to the public convenience or welfare and the Master Plan does not identify this use as in harmony with this district.  This use is allowed by right in a B-1 Neighborhood Business District where there is an infrastructure in place to support the needs of the possible clientele.*

Within the zoning ordinance, it identifies inpatient drug/alcohol treatment centers as "Transition Housing." The following criteria are reviewed when deciding suitability.

1. Transition housing may not be established within twelve hundred (1200) feet of a lawfully existing family personal care home, family day care home, adult day care facility, or other transition housing in A, R or P zones. *These uses do not exist within 1,200 ft of the proposed property.*

2. Transition housing shall not be located in areas where the health, safety, and welfare of the residents would be compromised. Examples of such areas would be those near industrial sites or other sites where environmental quality would be poor, and also areas where law enforcement records indicate that the incidence of crime is high. *The project area is located within a residential development that does not have a high incidence of crime.*

3. The Planning Commission shall determine that the foregoing requirements have been satisfied, and further, that the benefits of the proposed transition housing are greater than any possible depreciating effects and damages to neighboring properties. In conducting this balancing test, the merit of the specific proposal shall be determined by evaluating the nature of the clientele (i.e. elderly, mentally retarded, halfway home for recovering addicts, etc.) the proposed number of occupants, and the nature of the operators of the facility (homeowners, professional staff, or untrained supervisory staff, etc.). *This section asks to weigh the benefits of 30 patients against the value of over 500 dwelling units. It has been made expressly clear by the residents, that their property values will drop dramatically and that a higher incidence of crime against the residents will occur if this project locates within this neighborhood. These are valid unquantifiable issues.*

4. Approval, if granted shall be for a specific proposal, and any change in the nature of the clientele or increase in the number of occupants shall require another special exception.

## 4. **Impact and Suitability:**

4.1  Public Utilities:  There appears to be sewer and water to the property however the property card indicates that they are not utilized. The subject parcel is served by public water, but is not yet connected to sewer. The rules of the *Georgia Department of Public Health* require that uses within 200 feet of public sewer connect to the system. If such a connection is not available, an appropriately designed septic tank and absorption field must be accommodated within the parcel boundaries. The County Health Department must certify that the criteria for installation of an on-site septic management system have been met before a permit for construction can be issued.

4.2  Transportation and Transit:  The closest Transit route is .4 miles at Augusta Tech Dr. This property is set in the rear of a 500 unit subdivision which utilizes several small feeder roads. The proposed project estimates 25 employees which would create minimal trip generation if broken up to 2 to 3 shifts per day. The patients will not be able to come and go therefore not generating a daily contribution to the traffic count. The applicant has indicated that the Eagle Drive access will be closed and fenced.

4.3   Hydrology:  The subject parcel contains no wetlands, floodplains, or other environmental concerns. No expansion is expected.

4.4   Community Development:   As the area consists largely of single-family home subdivisions, the pace of change has been relatively slow. The property is set deep within a subdivision and is abutted by both Augusta Technical and Route 520.  The subdivision in question is off of Lampkin which has seen sporadic growth and is banded by the higher B-2 developments on Peach Orchard and Deans Bridge.

## 5.  Comprehensive Plan Consistency:

The property is adjacent to the Green Meadows Estates subdivision. The Comprehensive Plan encourages suburban development with appropriate zoning. The current R-1A zoning is in accordance with the plan. While new housing is encouraged, there is also a request for more public services and facilities along with commercial activity.

## 6.  Findings:

1.  The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2.  The proposal is to create an approximate 30 bed inpatient drug, alcohol and Post Traumatic Stress Disorder (PTSD) 30-45 day treatment facility within the existing convent/monastery.
3.  This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
4.  The property is adjacent to Augusta Technical College and bound by Route 520.
5.  The subject property is located within an existing single family subdivision.
6.  The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced
7.  An easement has been granted by the State of Georgia for a curb cut off of Augusta Technical Drive.
8.  All state and local mandates have been met regarding publication and public hearings.

### Preliminary Staff Recommendation:

The Planning and Development Staff recommends denial of this special exception request.

It is the recommendation that this site does not meet the requirements of a special exception.  The public opposition to this project by the neighboring subdivision indicates that this use would not be in harmony with the surrounding land uses and this use would not benefit the existing residents as a whole.

**Note:** The staff report includes the information available approximately two weeks prior to the Planning Commission hearing. It represents an evaluation of the facts presented by the applicant, research done by the staff, and consideration of the relevant factors in the Comprehensive Zoning Ordinance of Augusta, Georgia. New facts may emerge and staff reserves the right to make an oral recommendation at the hearing based on all the information available at that time.



To: Planning Commission

Re: Special ne Exception from the Hale Foundation

From: Ms. Cheryl Eldridge

I am writing in regards to the special zone exception that will be petitioned by the Hale Foundation.  I am a resident of the Green Meadows,  and I am appealing that you vote in opposition to this exception and vote to retain the residential zoning for the property at 3042 Eagle Drive.

First, I applaud the work that the Hale Foundation does and continues to do.  Substance abuse facilities are needed for first responders.  My opposition is not toward their mission but to the location of the center.  For my neighbors on Hummingbird Drive, the property that is now owned by the Hale Foundation is literally at the end of their backyards. The only separations of the properties are hedges.  The property was once a convent for nuns.  There was no reason to erect fences to separate the property because we were neighbors. If you grant the petition, you will drastically change the dynamics of our neighborhood by allowing a medical inpatient substance abuse treatment center in the midst of our neighborhood. Our subdivision consists of 4 streets which are filled with veterans, retired educators, first responders, and multigenerational, multicultural families who have invested in and enjoy living in this subdivision. Since there is one major thoroughfare to reach the property, there will be a constant heavy traffic flow throughout the day and night from not only construction workers, developers, and contractors but also vendors, delivery trucks, medical personnel, staff, security, patients, family members, etc.  Research shows that treatment centers in neighborhoods decreases the property value of homes. Even though the persons in favor of the exception, own the property, they don't have to endure the aftermath of how this decision will forever affect our neighborhood because they don't individually reside in homes in Green Meadows. There are several, more suitable places that are already zoned for commercial use for the Hale Foundation to open this facility, and a special zone exception would not be necessary.

Second, as an educator, I am deeply concerned about the proximity of this treatment center to the administration, faculty, staff, and middle school and high school students who attend and work at the Richmond County Technical Career Magnet School as well as those persons working and students attending Augusta Technical College. These school are located on Augusta Tech Drive. Many students at TCM have dual enrollment with Augusta Tech.  These students walk over to the campus. TCM is also expanding its programs by adding Cyber Security.  This new program would increase enrollment at TCM.  With these increases in enrollment at both schools, there will be even more traffic on Augusta Tech Drive.

At the present time, from the middle and high school's parking lot, all that you see of the proposed site of the treatment center are acres of trees. If the petition is granted, the acres of trees would be cleared for the treatment center and for any other facilities that the Hale Foundation would like to open in the future with the large amount of land that they own. The safety and sanctity of our children and young adults should be paramount.  Since the patients in the facility are there voluntarily, they have the option to leave the center at their own volition and whenever they please. Regardless of the fact that the patients may be first responder, they are addicts who have an ongoing, incurable illness, and they are plagued with all of the challenges and pitfalls that encompass being addicts.

Although our neighborhood has been depicted in the media as being uncaring, fearful, and irrational, we are the exact opposite. We care about the plight of first responders who have substance abuse as well as the good works of the Hale Foundation, but we care about the vitality and sanctity of our neighborhood.  We aren't basing our opposition on fear, but on the real issues that are prevalent with having a treatment center in the midst of our neighborhood and the proximity to a middle and high school.  It is better to err on the side of caution.  No one wants bad things to happen, but it does happen regardless of best intentions.  It's rational to have a realistic viewpoint of the repercussions of having a medical inpatient substance abuse treatment center in the Green Meadows Subdivision.  Again, I would like for you to consider my appeal and vote No to the special zone exception petitioned by the Hale Foundation and retain the property's residential zoning. Thank you

00122

**Lois Schmidt**

| | |
|---|---|
| **From:** | Mary Burgess |
| **Sent:** | Thursday, July 30, 2020 1:18 PM |
| **To:** | |
| **Cc:** | Lois Schmidt |
| **Subject:** | Pat Martin |

Thank you for your input! Your objection will be added to the file and the Commissioners will be made aware of it. If you'd like to watch the hearing on Monday, August 3 at 3pm, click this link:  https://augustaga-gov.zoom.us/j/98606461774

**MARY ELIZABETH BURGESS**

DEVELOPMENT SERVICES MANAGER · CURRENT ZONING

535 Telfair Street - Suite 300

Augusta, Georgia  30901

Phone (706) 821-1131 - Fax (706) 821-1806

PLANNING & DEVELOPMENT DEPARTMENT   Email: mburgess@augustaga.gov - Website: www.augustaga.gov

-----Original Message-----
From: Elisa Annette
Sent: Thursday, July 30, 2020 12:56 PM
To: Mary Burgess <MBurgess@augustaga.gov>
Subject: [EXTERNAL] Pat Martin

I am against it.  I live at 2908 Shelby Drive

Sent from my iPhone
[NOTICE:  This message originated outside of the City of Augusta's mail system -- DO NOT CLICK on links, open attachments or respond to requests for information unless you are sure the content is safe.]

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

**Lois Schmidt**

| | |
|---|---|
| **From:** | charles utley |
| **Sent:** | Monday, August 3, 2020 1:29 PM |
| **To:** | Lois Schmidt; mburgers@augustaga.gov |
| **Subject:** | [EXTERNAL] Green Meadows Support Letter |

DATE: August 3, 2020


The Richmond County Neighborhood Alliance Association

TO: The Richmond County Planning and Zone Board, Augusta, GA.

 This letter is in support of the Green Meadows Neighborhood in Augusta, GA District 6. The Richmond County Neighborhood Alliance Association due to the Pandemic and social distancing is unable to attend the zoning meeting regarding placing the Hale House/Ballet Station in the Green Meadows Neighborhood.

The Richmond County Neighborhood Alliance Association which consists of 32 neighborhoods in Richmond County. During its regular board meeting on Saturday August 1, 2020, it was voted unanimously to support the Green Meadows Neighborhood in their effort to stop the zoning being sought by the Hale House/Ballot Station.

The Richmond County Neighborhood Alliance Association is asking that the request be "Denied".

Eugene Lowry, Preside


 Virus-free. www.avast.com

[**NOTICE:**  This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

**Lois Schmidt**

**From:** Mary Burgess
**Sent:** Tuesday, August 18, 2020 9:01 AM
**To:** Lois Schmidt
**Subject:** Fwd: [EXTERNAL] Hale House/Valor Station Special Exception - 3042 Eagle Drive

Mary Elizabeth Burgess
Development Services Manager
706.821.1131

**From:** Commissioner Dennis Williams <DennisWilliams@augustaga.gov>
**Sent:** Tuesday, August 18, 2020 8:53:13 AM
**To:** Jim Trotter <jim@trotterjones.com>; Commissioner William Fennoy <Fennoy@augustaga.gov>; Commissioner Mary Davis <MFDavis@augustaga.gov>; Commissioner Sammie Sias <SSias@augustaga.gov>; Commissioner Ben Hasan <BHasan@augustaga.gov>; Commissioner Sean Frantom <SFrantom@augustaga.gov>; Commissioner Brandon Garrett <BGarrett@augustaga.gov>; Commissioner Marion Williams <MFWilliams@augustaga.gov>; Commissioner John E. Clarke <JClarke@augustaga.gov>; Commissioner Bobby Williams <Bobby.Williams@augustaga.gov>; Mayor Davis <MayorDavis@augustaga.gov>
**Cc:** Cliff Richards <crichards@thehalefoundation.com>; Robert H. Sherman <rsherman@augustaga.gov>; Mary Burgess <MBurgess@augustaga.gov>; Wayne Brown <WBrown@augustaga.gov>
**Subject:** Re: [EXTERNAL] Hale House/Valor Station Special Exception - 3042 Eagle Drive

Thanks for your input

Get Outlook for iOS

**From:** Jim Trotter <jim@trotterjones.com>
**Sent:** Sunday, August 16, 2020 4:02:53 PM
**To:** Commissioner William Fennoy <Fennoy@augustaga.gov>; Commissioner Dennis Williams <DennisWilliams@augustaga.gov>; Commissioner Mary Davis <MFDavis@augustaga.gov>; Commissioner Sammie Sias <SSias@augustaga.gov>; Commissioner Ben Hasan <BHasan@augustaga.gov>; Commissioner Sean Frantom <SFrantom@augustaga.gov>; Commissioner Brandon Garrett <BGarrett@augustaga.gov>; Commissioner Marion Williams <MFWilliams@augustaga.gov>; Commissioner John E. Clarke <JClarke@augustaga.gov>; Commissioner Bobby Williams <Bobby.Williams@augustaga.gov>; Mayor Davis <MayorDavis@augustaga.gov>
**Cc:** Cliff Richards <crichards@thehalefoundation.com>; Robert H. Sherman <rsherman@augustaga.gov>; Mary Burgess <MBurgess@augustaga.gov>; Wayne Brown <WBrown@augustaga.gov>
**Subject:** [EXTERNAL] Hale House/Valor Station Special Exception - 3042 Eagle Drive

To the Commissioners and Mayor Davis:

As you are no doubt aware, this matter is before you again on Tuesday. I also have no doubt that every one of you have received countless calls regarding this petition. The Planning Commission, after an exhaustive review, has recommended **approval**.

We have secured alternative access so that the Eagle Drive entrance will not be utilized - no traffic for this facility will travel through the Green Meadows neighborhood. The entire property is heavily wooded and will

1

remain so - the only trees that will be removed will be those necessary to build the new driveway. The entire Eastern property line will be fenced with a 6' wooden privacy fence, and an additional 50' vegetative buffer inside the fence will be maintained at all times. The new driveway will be gated and secured. The facility will be exclusively for active duty first responders, and will be a model for the entire country. Other facilities treat substance and other psychological problems for first responders, but none do so exclusively.

I have attached our Constitutional Notice Letter, which I am required to give but cannot hand out in person on Tuesday since the meeting will be virtual.

Thank you all for your consideration, and please let me know if you have any questions prior to Tuesday.

James B. Trotter

**TROTTER**
**JONES** LLP
ATTORNEYS AT LAW

3527 Walton Way Ext.
Augusta, Georgia 30909
tel (706) 737-3138
fax (706) 738-3973
www.trotterjones.com



CONFIDENTIAL COMMUNICATION: The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed or electronic copies. Nothing in this transaction is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.
FUNDS IN PROPER FORMAT
Georgia law (O.C.G.A Section 44-14-13, the "Good Funds" law) requires all funds to be received by the closing attorney in excess of $5,000.00 be in the form of a wire. For amounts in between $1,000.00 and $5,000.00, a certified check issued by a local bank will be accepted. If you have any questions regarding these requirements, please contact the closing department so as to avoid any delay in the disbursement of your closing. Personal checks will be accepted for less than $1,000.00, at the discretion of the closing attorney. If you need to transmit funds by wire, please contact us for wiring instructions. If you are arranging funds in advance of our preparation of the Settlement Statement, we recommend discussing the estimated amount due at closing with your Lender, then wiring that amount to us. Certified checks, if applicable, should be payable either to "TROTTER JONES, LLP", or to your own name and then endorsed to us at closing.

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using the contact information found from the independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

[NOTICE: This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

Exhibit B                                                                 00126

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

**PLANNING & DEVELOPMENT DEPARTMENT**

| | | | | |
|---|---|---|---|---|
| ROBERT H. SHERMAN, III | BUILDING PERMITS | (706)312-5050 | FAX | (706)312-4277 |
| DIRECTOR | BUSINESS LICENSE | (706)312-5053 | FAX | (706)312-5037 |
| 1803 Marvin Griffin Rd. | ALCOHOL LICENSE | (706)312-5038 | FAX | (706)821-4253 |
| P.O. Box 9270 | CODE | (706)312-5049 | FAX | (706)821-4253 |
| Augusta, GA 30906 | ENFORCEMENT | | | |

www.augustaga.gov

RECEIPT OF PAYMENT

**Receipt Number:**   2020227540
**Receipt Date:**   06/22/2020
**Date Paid:**   06/22/2020
**Full Amount:**   $800.00

**Payment Details:**

| Payment Method | Amount Tendered | Check Number |
|---|---|---|
| Check | $800.00 | 11076 |

**Amount Tendered:**   $800.00
**Change / Overage:**   $0.00
**Contact:**   HALE FOUNDATION INC THE, Address:402 WALKER ST

## FEE DETAILS:

| Fee Description | Reference Number | Amount Owing | Amount Paid |
|---|---|---|---|
| PZ40-SE-1 SExc (Churches, FCH,FDC,Institutional) | MS20200000713 | $800.00 | $800.00 |

Exhibit B                                                                     00128

AUGUSTA-RICHMOND COUNTY PLANNING COMMISSION
STAFF REPORT

**Case Number:** Z-20-38

**Hearing Date:** August 3, 2020

**Prepared By:** Mary Elizabeth Burgess, Development Services Manager

**Applicant:** The Hale House Foundation Inc.

**Property Owner:** The Hale Foundation Inc., 402 Walker Street, Augusta, GA 30901

**Address of Property:** 3042 Eagle Drive, Augusta, GA 30906

**Tax Parcel #:** 109-0-001-00-0

**Present Zoning:** R1-A (One Family Residential

**Neighborhood or Subdivision:** Windsor Spring

**Commission District:** 6 (B. Hasan)      **Super District:** 10 (J. Clarke)

| Request | Proposed Use / Activity | Applicable Ordinance Section(s) |
|---|---|---|
| Special Exception | Inpatient Drug/Alcohol Treatment | Section 26-1(g) Section 35-9.1 |

Since the last hearing, the following information has been provided:

- An access easement has been granted per House Bill 1094 Section 185 on December 9, 2019 and is awaiting the Governor's signature.
- Access through Augusta Technology Drive will be provided by a driveway with an electronic gate and security cameras.
- All deliveries will be off of Augusta Technology Drive.
- The treatment facility will be exclusively for state, county, locally employed first responders who suffer from drug and/or alcohol dependency and/or Post Traumatic Stress Disorder (PTSD).
- The facility will employ 25 people to serve 30 patients during the 30-45 day program.

Exhibit C                                                    00001

- The staff will consist of a Medical Director who will oversee the well-being of the patients through detoxing and the duration of the program.
- The facility will only treat those patients that are employed; no court referrals.
- The entire property will be fenced with a 6 foot privacy fence installed along the residentially property line.
- The patients aren't allowed to have a car while there and will only leave the property to attend 12-step program meetings.

## 1. Summary of Request:

The applicant requests a special exception to operate an inpatient drug/alcohol treatment center on a 20.65 acre lot located at 3042 Eagle Drive. The existing property consists of a 1,616 sq. ft. church with foyer and adjacent 2,706 sq.ft. and 1,040 sq. ft. dormitories.

## 2. Zoning History:

The site was previously used as an abbey (convent) for over 40 years by the Order of St. Helena and then in 2017, the Monks of Mount Tabor utilized the property briefly as a monastery. The subject parcel was granted a Special Exception for the previous use and is currently zoned R-1A (one-Family Residential). However, the property has not been utilized since the Order moved to North Augusta, SC. A previous rezoning request, Z-88-21 to permit B-2 (General Business) was denied by the Augusta Commission.

## 3. Compatibility:

| Adjacent Land Uses | | |
|---|---|---|
| *Direction* | *Zoning Classification* | *Land Use* |
| North | R-1A (One-family Residential) | Single-family homes |
| East | R-1A (One-family Residential) | Single-family homes |
| South | B-2 (General Business) | Recreation- Golf Course |
| West | R-1A (One-family Residential) | Single-family homes |

*Ordinance Considerations for Request*

Section 26-1 specifically states: The following Special Exceptions may be permitted in any Zone where such uses are deemed essential or desirable to the public convenience or welfare and are in harmony with the various elements or objectives of the Master Plan/Planning Document in effect. *At this time, this proposed use is not identified as essential or desirable to the public convenience or welfare and the Master Plan does not identify this use as in harmony with this district. This use is allowed by right in a B-1 Neighborhood Business District where there is an infrastructure in place to support the needs of the possible clientele.*

Exhibit C                                                                00002

Within the zoning ordinance, it identifies inpatient drug/alcohol treatment centers as "Transition Housing." The following criteria are reviewed when deciding suitability.

1. Transition housing may not be established within twelve hundred (1200) feet of a lawfully existing family personal care home, family day care home, adult day care facility, or other transition housing in A, R or P zones. *These uses do not exist within 1,200 ft of the proposed property*

2. Transition housing shall not be located in areas where the health, safety, and welfare of the residents would be compromised. Examples of such areas would be those near industrial sites or other sites where environmental quality would be poor, and also areas where law enforcement records indicate that the incidence of crime is high. *The project area is located within a residential development that does not have a high incidence of crime*

3. The Planning Commission shall determine that the foregoing requirements have been satisfied, and further, that the benefits of the proposed transition housing are greater than any possible depreciating effects and damages to neighboring properties. In conducting this balancing test, the merit of the specific proposal shall be determined by evaluating the nature of the clientele (i.e. elderly, mentally retarded, halfway home for recovering addicts, etc.) the proposed number of occupants, and the nature of the operators of the facility (homeowners, professional staff, or untrained supervisory staff, etc.). *This section asks to weigh the benefits of 30 patients against the value of over 500 dwelling units. It has been made expressly clear by the residents, that their property values will drop dramatically and that a higher incidence of crime against the residents will occur if this project locates within this neighborhood. These are valid unquantifiable issues.*

4. Approval, if granted shall be for a specific proposal, and any change in the nature of the clientele or increase in the number of occupants shall require another special exception.

4. **Impact and Suitability:**

4.1 <u>Public Utilities:</u>  There appears to be sewer and water to the property however the property card indicates that they are not utilized.  The subject parcel is served by public water, but is not yet connected to sewer. The rules of the *Georgia Department of Public Health* require that uses within 200 feet of public sewer connect to the system. If such a connection is not available, an appropriately designed septic tank and absorption field must be accommodated within the parcel boundaries. The County Health Department must certify that the criteria for installation of an on-site septic management system have been met before a permit for construction can be issued.

4.2 <u>Transportation and Transit:</u>  The closest Transit route is .4 miles at Augusta Tech Dr. This property is set in the rear of a 500 unit subdivision which utilizes several small feeder roads.  The proposed project estimates 25 employees which would create minimal trip generation if broken up to 2 to 3 shifts per day.  The patients will not be able to come and go therefore not generating a daily contribution to the traffic count.  The applicant has indicated that the Eagle Drive access will be closed and fenced.

Exhibit C                                                                                            00003

4.3 <u>Hydrology:</u>  The subject parcel contains no wetlands, floodplains, or other environmental concerns. No expansion is expected.

4.4 <u>Community Development:</u>   As the area consists largely of single-family home subdivisions, the pace of change has been relatively slow. The property is set deep within a subdivision and is abutted by both Augusta Technical and Route 520.  The subdivision in question is off of Lampkin which has seen sporadic growth and is banded by the higher B-2 developments on Peach Orchard and Deans Bridge.

## 5.  **Comprehensive Plan Consistency:**

The property is adjacent to the Green Meadows Estates subdivision. The Comprehensive Plan encourages suburban development with appropriate zoning. The current R-1A zoning is in accordance with the plan. While new housing is encouraged, there is also a request for more public services and facilities along with commercial activity.

## 6.  **Findings:**

1.  The subject property is approximately 20.65 ac in area and is currently zoned for one family residential use.
2.  The proposal is to create an approximate 30 bed inpatient drug, alcohol and Post Traumatic Stress Disorder (PTSD) 30-45 day treatment facility within the existing convent/monastery.
3.  This use is allowed by right in the B-1, Neighborhood business and by special exception is P, R and A zones.
4.  The property is adjacent to Augusta Technical College and bound by Route 520.
5.  The subject property is located within an existing single family subdivision.
6.  The applicant indicated that the Eagle Drive entrance will be permanently closed and fenced
7.  An easement has been granted by the State of Georgia for a curb cut off of Augusta Technical Drive.
8.  All state and local mandates have been met regarding publication and public hearings.

**Preliminary Staff Recommendation:**

The Planning Commission recommends <u>approval</u> of this special exception request with the following conditions.

1.  The Special Exception for this property is for an alcohol, drug and post-traumatic stress disorder treatment facility for first responders only.  If the clientele or treatment program changes, the applicant/owner must apply for a new Special Exception.

Exhibit C                                                            00004

2. Final approval of this project is contingent on obtaining an easement, in writing, from the State of Georgia to provide driveway access to the property from Augusta Tech Drive. All egress and ingress to this property is to be through this driveway.

3. A privacy fence consisting of solid wood board six feet in height shall be installed along the east boundary line of the property at Augusta Tech Drive to head south +/- 1,772 feet to Eagle Drive, continue across Eagle Drive and follow the southern property boundary along 3038 Eagle Drive, 3040 Eagle Drive and 2900 Green Meadows Drive. Access from Eagle Drive is for emergencies only. A 50 foot vegetative buffer shall be installed along the fence line except where emergency access is provided.

4. Any expansion, additions or alterations to the property must comply with all development standards and regulations set forth by the City of Augusta, GA and must receive site plan approval prior to any changes.

**Note:** The staff report includes the information available approximately two weeks prior to the Planning Commission hearing. It represents an evaluation of the facts presented by the applicant, research done by the staff, and consideration of the relevant factors in the Comprehensive Zoning Ordinance of Augusta, Georgia. New facts may emerge and staff reserves the right to make an oral recommendation at the hearing based on all the information available at that time.

Exhibit C                                                                    00005

June 18, 2020

Ms. Mary Elizabeth .
Development Servic
Augusta Richmond :
Planning and Devel      ' partment
535 Telfair Street, Su.
Augusta, Georgia 309
*Via Hand-Delivery*

RE:   Letter of Inte     .cal Exception for a Drug and Alcohol Treatment Facility for First
Resp nders: 3042 E.       Tax Map & Parcel Nos.. 109-0-001-00-0 (the "Property")

Dear Mary::

        I have enclo       f the Petition filed with the Planning and Development Department
in November of 201       know, this Petition was first heard by the Planning Commission on
January 6, 2020, pu     . Section 35-9.1 of the Augusta-Richmond County Comprehensive
Zoning Ordinance. z.. . . ds have now passed, and the Petitioner respectfully requests that this
item be placed on the Planning Commission's August 3, 2020 agenda, for ultimate consideration
by the Augusta Commi     on August 18, 2020.

        Please let m        ou or the other members of the staff have any questions regarding
this Special Exceptic       or if you need any additional information.

Sincerely,

James B. Trotter

Enclosure – Special      etition

Exhibit C

00006

1251   Georgia which, by official action dated December 9, 2019, does not object to the granting

1252   of an easement and, in all matters relating to the easement, the State of Georgia is acting by

1253   and through its State Properties Commission.

1254                                        **SECTION 185.**

1255   That the State of Georgia, acting by and through its State Properties Commission, may grant

1256   to The Hale Foundation, Inc., a nonexclusive access easement for ingress and egress over

1257   Augusta Technical College to serve its new development. Said easement area is located in

1258   Richmond County and is more particularly described as follows:

1259       That approximately 0.25 of an acre, lying and being in the 123rd G.M.D., Richmond

1260       County, Georgia, and that portion only as shown on a drawing furnished by The Hale

1261       Foundation, Inc., and being on file in the offices of the State Properties Commission and

1262       may be more particularly described by a plat of survey prepared by a Georgia registered

1263       land surveyor and presented to the State Properties Commission for approval.

1264                                        **SECTION 186.**

1265   That the above-described easement area shall be used solely for the purposes of ingress and

1266   egress.

1267                                        **SECTION 187.**

1268   That The Hale Foundation, Inc., shall have the right to remove or cause to be removed from

1269   said easement area only such trees and bushes as may be reasonably necessary for ingress

1270   and egress.

1271                                        **SECTION 188.**

1272   That, after The Hale Foundation, Inc., has put into use the ingress and egress for which this

1273   easement is granted, a subsequent abandonment or cessation of the use thereof by the Hale

1274   Foundation, Inc., shall cause a reversion to the State of Georgia, or its successors and assigns,

1275   of all the rights, title, privileges, powers, and easement granted herein. Upon abandonment,

1276   The Hale Foundation, Inc., shall have the option of removing its facilities from the easement

1277   area or leaving the same in place, in which event their facilities shall become the property

1278   of the State of Georgia, or its successors and assigns.

1279                                        **SECTION 189.**

1280   That no title shall be conveyed to The Hale Foundation, Inc., and except as herein

1281   specifically granted to The Hale Foundation, Inc., all rights, title, and interest in and to said

1282   easement area are reserved in the State of Georgia, which may make any use of said

Exhibit C                                                            00007

20                                                      LC 50 0077S/AP

1283   easement area not inconsistent with or detrimental to the rights, privileges, and interest
1284   granted to The Hale Foundation, Inc.

1285                              **SECTION 190.**

1286   That if the State of Georgia, acting by and through its State Properties Commission,
1287   determines that any or all of the facilities placed on the easement area should be removed or
1288   relocated to an alternate site on state-owned land in order to avoid interference with the
1289   state's use or intended use of the easement area, it may grant a substantially equivalent
1290   nonexclusive easement to allow placement of the removed or relocated facilities across the
1291   alternate site under such terms and conditions as the State Properties Commission shall in its
1292   discretion determine to be in the best interests of the State of Georgia, and The Hale
1293   Foundation, Inc., shall remove or relocate its facilities to the alternate easement area at its
1294   sole cost and expense without reimbursement by the State of Georgia unless, in advance of
1295   any construction being commenced, The Hale Foundation, Inc., provides a written estimate
1296   for the cost of such removal and relocation and the State Properties Commission determines,
1297   in its sole discretion, that the removal and relocation are for the sole benefit of the State of
1298   Georgia. Upon written request from The Hale Foundation, Inc., or any third party, the State
1299   Properties Commission, in its sole discretion, may grant a substantially equivalent
1300   nonexclusive easement within the property for the relocation of the ingress and egress access
1301   easement without cost, expense, or reimbursement from the State of Georgia.

1302                              **SECTION 191.**

1303   That the easement granted to The Hale Foundation, Inc., shall contain such other reasonable
1304   terms, conditions, and covenants as the State Properties Commission shall deem in the best
1305   interests of the State of Georgia and that the State Properties Commission is authorized to
1306   use a more accurate description of the easement area, so long as the description utilized by
1307   the State Properties Commission describes the same easement area herein granted.

1308                              **SECTION 192.**

1309   That this resolution does not affect and is not intended to affect any rights, powers, interest,
1310   or liability of the Georgia Department of Transportation with respect to the state highway
1311   system, or of a county with respect to the county road system, or of a municipality with
1312   respect to the city street system. The Hale Foundation, Inc., shall obtain any and all other
1313   required permits from the appropriate governmental agencies as are necessary for its lawful
1314   use of the easement area or public highway right of way and comply with all applicable state
1315   and federal environmental statutes in its use of the easement area.

Exhibit C                                                          00008

20                                                              LC 50 0077S/AP

1316                            **SECTION 193.**

1317   That the consideration for such easement shall be for fair market value not less than $650 and

1318   such further consideration and provisions as the State Properties Commission may determine

1319   to be in the best interests of the State of Georgia.


1320                            **SECTION 194.**

1321   That this grant of easement shall be recorded by The Hale Foundation, Inc., in the Superior

1322   Court of Richmond County and a recorded copy shall be promptly forwarded to the State

1323   Properties Commission.


1324                            **SECTION 195.**

1325   That the authorization in this resolution to grant the above-described easement to The Hale

1326   Foundation, Inc., shall expire three years after the date that this resolution becomes effective.


1327                            **SECTION 196.**

1328   That the State Properties Commission is authorized and empowered to do all acts and things

1329   necessary and proper to effect the grant of the easement.


1330                            ARTICLE XVI

1331                            **SECTION 197.**


1332   That this resolution shall become effective as law upon its approval by the Governor or upon

1333   its becoming law without such approval.


1334                            **SECTION 198.**

1335   That all laws and parts of laws in conflict with this resolution are repealed.

Exhibit C                                                      00009



Exhibit C

Planning Commission

Z-20-38

August 3, 2020

3042 Eagle Drive

Special Exception
for treatment center

Aerial

Legend

☐ 3042 Eagle Drive



Produced By: City of Augusta
Planning & Development Department
535 Telfair Street Suite 300
Augusta, GA 30901
7/17/2020   M+18072

0        400 Feet

N
W    E
S

00011

Exhibit C

**Request:** A Special Exception to establish an in-patient medical substance abuse treatment center for first responders per Section 26-1(g) of the Comprehensive Zoning Ordinance for Augusta, Georgia, and OCGA at 36-66-4(f) of the Georgia State Code, on property containing 20.65 acres and located at 3042 Eagle Drive.
**Name:** The Hale Foundation Inc
**Parcel:** 109-0-001-00-0

Planning Commission
Z-20-38
August 3, 2020

3042 Eagle Drive

Special Exception
for treatment center

Current Zoning

Legend

3042 Eagle Drive

Zoning Classification

B-2: General Business

HI: Heavy Industry

LI: Light Industry

R-1A: One Family Residential

Produced By City of Augusta
Planning & Development Department
535 Telfair Street Suite 300
Augusta, GA 30901
7/17/2020   MH18072

0                    400 Feet

00012

Exhibit C

Request: A Special Exception to establish
an in-patient medical substance abuse
treatment center for first responders per
Section 26-1(g) of the Comprehensive
Zoning Ordinance for Augusta, Georgia,
and OCGA at 36-66-4(f) of the Georgia
State Code, on property containing 20.65
acres and located at 3042 Eagle Drive.
Name: The Hale Foundation Inc
Parcel: 109-0-001-00-0

*Augusta*
GEORGIA

PLANNING & DEVELOPMENT DEPARTMENT

535 Telfair Street • Suite 300
Augusta, Georgia 30901

1803 Marvin Griffin Road
Augusta, Georgia 30906

September 9, 2020

The Hale Foundation
402 Walker St.
Augusta GA  30601

To Whom It May Concern:

At its meeting on Tuesday, August 18, 2020 the Augusta Georgia Commission considered the following petition:

Z-20-38 – A petition by The Hale Foundation Inc. requesting a Special Exception to establish an In-patient Medical Substance Abuse Treatment Center for First Responders per Section 26-1-g of the Comprehensive Zoning Ordinance for Augusta Georgia and O.C.G.A. at 36-66-4(f) of the Georgia State Code on property located at 3042 Eagle Drive containing 20.65 acres and known as Tax Map 109-0-001-00-0.

This Commission to No Action regarding this petition.

Please contact the Clerk of Commission for further information.

Sincerely,

*Robert Sherman* *ss.*

Robert Sherman
Director

Exhibit D

00001



TROTTER
JONES LLP
ATTORNEYS AT LAW

William A. Trotter, III
James B. Trotter
David C. Jones
James S. V. Weston

August 16, 2020

Augusta Commission
Commission Chambers
Richmond County Municipal Building
530 Greene Street
Augusta, Georgia  30901

Re:    NOTICE OF INTENT TO ASSERT CONSTITUTIONAL CLAIMS

Z-20-38 Petition on behalf of The Hale Foundation, Inc. to establish an In-Patient Drug and Alcohol Treatment Facility per Section 26-1(g) of the Comprehensive Zoning Ordinance for Augusta, Georgia

Tax Map & Parcel No.: 109-0-001-00-0 **(the "Property")**

**Via e-mail to each member of the Augusta Commission**

Members of the Augusta Commission:

On behalf of The Hale Foundation, Inc. ("Hale Foundation"), we respectfully urge the Augusta Commission to vote to re-zone the Property for the establishment of Valor Station, an in patient treatment facility exclusively for active duty first responders, per Section 26-1(g) of the Comprehensive Zoning Ordinance.  This re-zoning will not negatively impact the public health, safety and general welfare of the area surrounding the Property.

The Property, in its current state, is ideal for the establishment of a facility to combat the rising problem of substance abuse, post traumatic stress and other wellness-threatening issues faced by our first responders.  This is not a "half-way house" for criminals, but a voluntary treatment facility to treat addictions.  It will be isolated from the adjacent neighborhood, and secure.  It will not lead to increased traffic through the Green Meadows subdivision whatsoever because the Petitioner has obtained alternative access through adjoining property.  It will not utilize the existing entrance off Eagle Drive whatsoever.  The Petitioner will install a six foot wood privacy fence along its entire Eastern property line, and its access driveway off Augusta Tech Drive will be gated.

3527 Walton Way Ext.
Augusta, Georgia 30909
p.(706)737-3138  f.(706)738-3973
www.trotterjones.com

Exhibit E                                                                00001

In the absence of a proper exercise by Augusta, Georgia of its police power, zoning legislation denying the use of the Property as a treatment facility is not only confiscatory but arbitrary and capricious as well. Constitutional claims will be asserted by the Hale Foundation, including an inverse condemnation claim based on Article I, Section III, Paragraph I of the Georgia Constitution of 1983, together with claims based on the due process and equal protection clauses in Article I, Section I, Paragraph I of the Georgia Constitution and claims based on the United States Constitution.

Moreover, zoning legislation denying the use of the Property as a treatment facility violates the Federal Fair Housing Act ("FHA") and the American's with Disabilities Act ("ADA") because it results in disparate, or discriminatory, treatment of disabled persons in need of this facility. Disability, as defined by the FHA and the ADA includes persons recovering from substance abuse. The FHA is also clear in stating that a home or facility for the disabled cannot be denied the opportunity to locate in a residential neighborhood based solely on neighbor perceptions. The Hale Foundation seeks a reasonable accommodation to allow the establishment of its facility with no impact on the adjacent neighborhood.

Sincerely,

James B. Trotter

Cc:    Mr. Wayne Brown
       Augusta-Richmond County Law Department

Exhibit E                                                                      00002