# United States District Court
## Southern District of Georgia

THE HALE FOUNDATION, INC,

    Plaintiff,

                  v.

AUGUSTA-RICHMOND COUNTY,
GEORGIA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 1:21-018

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 19, 2021, this case is REMANDED to the Superior Court of Richmond County, and this civil action stands CLOSED.

04/20/2021
Date

John E. Triplett, Acting Clerk
Clerk



*Tara H. Burton*
(By) Deputy Clerk